# UNITED STATES DISTRICT COURT

___UNITED STATES Eastern___, District of ___MASSACHUSETTS___

KEITH NIEMIC

Plaintiff

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

V.

MASS. DEPARTMENT of CORRECTION et al.
U-MASS CORRECTIONAL HEALTH et al

CASE NUMBER:

Defendant

I, ___KEITH NIEMIC___ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration ___MCI-Cedar Junction at Walpole___

   Are you employed at the institution? ___No___  Do you receive any payment from the ___No___

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends             ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes    ☒ No
   d. Disability or workers compensation payments      ☐ Yes    ☒ No
   e. Gifts or inheritances                            ☒ Yes    ☐ No
   f. Any other sources                                ☐ Yes    ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20040607 11:48

| | | | | Page : 1 |
|---|---|---|---|---|
| Commit# : | W61426 | MCI CEDAR JUNCTION | | |
| Name : | NIEMIC, KEITH, , | Statement From | 20031201 | |
| Inst : | MCI CEDAR JUNCTION | To | 20040607 | |
| Block : | DEPARTMENT DISCIPLINARY UNIT | | | |
| Cell/Bed : | 243/C 4 | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $721.75 | $717.05 | $0.00 | $0.00 |
| 20031202 09:40 | IC - Transfer from Inmate to Club A/c | 2030042 | | CJ | -POSTAGE PER PROPERTY-POSTAGE - Z11-POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20031209 13:40 | IS - Interest | 2064808 | | CJ | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20031224 10:38 | ML - Mail | 2148237 | 2011793 | CJ | --DONNA NIEMIC | $10.00 | $0.00 | $0.00 | $0.00 |
| 20040106 09:29 | ML - Mail | 2196747 | 700 | CJ | -KELLY BOSLEY | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040112 11:38 | EX - External Disbursement | 2223227 | 29344 | CJ | --UNIVERSAL LIFE CHURCH | $0.00 | $10.00 | $0.00 | $0.00 |
| 20040113 12:04 | IS - Interest | 2232255 | | CJ | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040120 11:38 | EX - External Disbursement | 2270846 | 29416 | CJ | --UNIVERSAL LIFE CHURCH | $0.00 | $35.00 | $0.00 | $0.00 |
| 20040121 09:07 | IC - Transfer from Inmate to Club A/c | 2274859 | | CJ | -POSTAGE-POSTAGE - Z11-POSTAGE - Z11 | $0.00 | $2.21 | $0.00 | $0.00 |
| 20040121 09:07 | IC - Transfer from Inmate to Club A/c | 2274860 | | CJ | -POSTAGE-POSTAGE - Z11-POSTAGE - Z11 | $0.00 | $1.75 | $0.00 | $0.00 |
| 20040126 10:44 | IC - Transfer from Inmate to Club A/c | 2295043 | | CJ | -POSTAGE-POSTAGE - Z11-POSTAGE - Z11 | $0.00 | $1.52 | $0.00 | $0.00 |
| 20040127 13:42 | IC - Transfer from Inmate to Club A/c | 2300547 | | CJ | -POSTAGE-POSTAGE - Z11-POSTAGE - Z11 | $0.00 | $2.30 | $0.00 | $0.00 |
| 20040210 11:38 | IS - Interest | 2361811 | | CJ | | $0.04 | $0.00 | $0.00 | $0.00 |
| 20040219 08:11 | ML - Mail | 2415124 | | CJ | -NISHA LOVE | $60.00 | $0.00 | $0.00 | $0.00 |
| 20040223 13:57 | IC - Transfer from Inmate to Club A/c | 2425214 | | CJ | -POSTAGE-POSTAGE - Z11-POSTAGE - Z11 | $0.00 | $2.90 | $0.00 | $0.00 |
| 20040223 13:58 | IC - Transfer from Inmate to Club A/c | 2425215 | | CJ | -POSTAGE-POSTAGE - Z11-POSTAGE - Z11 | $0.00 | $2.35 | $0.00 | $0.00 |
| 20040223 22:30 | CN - Canteen | 2427242 | | CJ | -Canteen Date : 20040223 | $0.00 | $7.40 | $0.00 | $0.00 |
| 20040227 08:27 | ML - Mail | 2449029 | | CJ | -EDWARD NIEMIC | $20.00 | $0.00 | $0.00 | $0.00 |
| 20040308 22:30 | CN - Canteen | 2484775 | | CJ | -Canteen Date : 20040308 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20040309 08:31 | ML - Mail | 2486801 | 43566677638/M.O. | CJ | -JON NIEMIC | $100.00 | $0.00 | $0.00 | $0.00 |
| 20040309 14:53 | IS - Interest | 2493190 | | CJ | | $0.04 | $0.00 | $0.00 | $0.00 |
| 20040310 11:24 | EX - External Disbursement | 2508655 | 30047 | CJ | -GEORGE CASTILLO | $0.00 | $20.00 | $0.00 | $0.00 |
| 20040312 08:44 | IC - Transfer from Inmate to Club A/c | 2524261 | | CJ | -POSTAGE-POSTAGE - Z11-POSTAGE - Z11 | $0.00 | $4.65 | $0.00 | $0.00 |
| 20040315 22:30 | CN - Canteen | 2530325 | | CJ | -Canteen Date : 20040315 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20040318 09:07 | IC - Transfer from Inmate to Club A/c | 2548800 | | CJ | -POSTAGE-POSTAGE - Z11-POSTAGE - Z11 | $0.00 | $2.30 | $0.00 | $0.00 |
| 20040322 22:30 | CN - Canteen | 2559377 | | CJ | -Canteen Date : 20040322 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20040323 08:42 | IC - Transfer from Inmate to Club A/c | 2561271 | | CJ | -POSTAGE-POSTAGE - Z11-POSTAGE - Z11 | $0.00 | $7.90 | $0.00 | $0.00 |
| 20040329 10:11 | IC - Transfer from Inmate to Club A/c | 2586119 | | CJ | -POSTAGE-POSTAGE - Z11-POSTAGE - Z11 | $0.00 | $3.85 | $0.00 | $0.00 |
| 20040329 22:30 | CN - Canteen | 2587954 | | CJ | -Canteen Date : 20040329 | $0.00 | $6.00 | $0.00 | $0.00 |
| 20040405 11:47 | EX - External Disbursement | 2615193 | 30324 | CJ | -J & B PHOTO LAB. | $0.00 | $10.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20040607 11:48

| | | | | | |
|---|---|---|---|---|---|
| Commit# : | W61426 | | MCI CEDAR JUNCTION | | Page : 2 |
| Name : | NIEMIC, KEITH, . | | Statement From | 20031201 | |
| Inst : | MCI CEDAR JUNCTION | | To | 20040607 | |
| Block : | DEPARTMENT DISCIPLINARY UNIT | | | | |
| Cell/Bed : | 243 /A | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040106 11:08 | IC - Transfer from Inmate to Club A/c | 2619921 | | CJ | -POSTAGE-POSTAGE - Z11-POSTAGE - Z11 | $0.00 | $12.50 | $0.00 | $0.00 |
| 20040406 11:08 | IC - Transfer from Inmate to Club A/c | 2619922 | | CJ | -POSTAGE-POSTAGE - Z11-POSTAGE - Z11 | $0.00 | $5.30 | $0.00 | $0.00 |
| 20040408 11:21 | IC - Transfer from Inmate to Club A/c | 2636636 | | CJ | -POSTAGE-POSTAGE - Z11-POSTAGE - Z11 | $0.00 | $2.30 | $0.00 | $0.00 |
| 20040408 11:27 | IC - Transfer from Inmate to Club A/c | 2636647 | | CJ | -POSTAGE-POSTAGE - Z11-POSTAGE - Z11 | $0.00 | $0.80 | $0.00 | $0.00 |
| 20040408 11:28 | IC - Transfer from Inmate to Club A/c | 2636650 | | CJ | -POSTAGE-POSTAGE - Z11-POSTAGE - Z11 | $0.00 | $2.30 | $0.00 | $0.00 |
| 20040413 11:06 | IS - Interest | 2653739 | | CJ | | $0.14 | $0.00 | $0.00 | $0.00 |
| 20040427 11:23 | IC - Transfer from Inmate to Club A/c | 2721314 | | CJ | -POSTAGE-POSTAGE - Z11-POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20040504 10:36 | IC - Transfer from Inmate to Club A/c | 2749971 | | CJ | -POSTAGE-POSTAGE - Z11-POSTAGE - Z11 | $0.00 | $0.97 | $0.00 | $0.00 |
| 20040511 10:47 | IC - Transfer from Inmate to Club A/c | 2778868 | | CJ | -POSTAGE-POSTAGE - Z11-POSTAGE - Z11 | $0.00 | $2.67 | $0.00 | $0.00 |
| 20040513 07:32 | IS - Interest | 2798045 | | CJ | | $0.08 | $0.00 | $0.00 | $0.00 |
| 20040519 10:06 | IC - Transfer from Inmate to Club A/c | 2827239 | | CJ | -POSTAGE-POSTAGE - Z11-POSTAGE - Z11 | $0.00 | $4.65 | $0.00 | $0.00 |
| 20040524 19:06 | EX - External Disbursement | 2848898 | 30859 | CJ | -PRISON PEN PALS | $0.00 | $20.00 | $0.00 | $0.00 |
| 20040527 09:02 | IC - Transfer from Inmate to Club A/c | 2868033 | | CJ | -CERTIFIED POSTAGE-POSTAGE - Z11-POSTAGE - Z11 | $0.00 | $2.67 | $0.00 | $0.00 |
| | | | | | | $240.32 | $219.43 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $25.59 | $0.00 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $25.59 | $0.00 | $0.00 | $0.00 | $358.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### MCI CEDAR JUNCTION

| | | | |
|---|---|---|---|
| Date: 2004 0610 08:47:20 | Inmate Income Receipt | Receipt # | 2939491 |

Institution : MCI CEDAR JUNCTION
Unit : DEPARTMENT DISCIPLINARY UNIT
Block: 243
Commit # : W61426
Name : NIEMIC, KEITH
Type Of Transaction : ML - Mail
Date of Transaction : 20040610
Source : Personal Check
External Contact :
Amount : $ 50.00
Comments : GEORGE CASTILLO

Current Balances :

| Personal | Savings | Frozen | Sentence Fees | Restitution Fees | Loan Amount |
|---|---|---|---|---|---|
| 60.85 | .00 | 50.00 | .00 | 358.00 | .00 |

The monies recieved are gifts from family, which are random, by various family members which rarely exceeds that of $3000. On rare occasion's friends may give monies also. The record of all such money is attached on the plaintiff prisoner's computer printout of his prison account.

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

I declare under penalty of perjury that the above information is true and correct.

_June 5, 2004_                    _Keith Niemic_
     Date                          Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.