FILED
CLERKS OFFICE

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS    2004 JUN 29  A 11: 03

U.S. DISTRICT COURT
DISTRICT OF MASS

KEITH NIEMIC
        PLAINTIFF

CIVIL ACTION NO.

V.

MASS. DEPARTMENT

OF CORRECTION etal.
        DEFENDANTS

## MOTION FOR APPOINTMENT OF LAW STUDENT

Now comes the plaintiff in the above entitled matter
who being an indigent prisoner in the Departmental
Disciplinary unit DDU segregation at walpole, does
respectfully request this Honorable court to allow
this present motion, to help plaintiff properly address
matters to the court, the matter of which would be in
the public interest, where such student would further his/
her skill, and help expedite such legal proceedings while
helping the plaintiff present his case, as well as acquiring
discovery, and managing timeliness in its filings to the benefit
of court and both parties.

Respectfully submitted

DATE: 6-5-04    Keith Niemic

Keith Niemic pro se
PO Box 100
South walpole, MA 02071