NAMES AND
ADDRESSES of
PARTIES

1. The Plaintiff Keith Niemic is a prisoner at MCI-Cedar Junction at (walpole) in Norfolk county, 2405 main street South walpole, MA 02071 and is a resident of the United States.

2. The Defendant David Nolan is the superintendent at MCI-Cedar Junction (walpole) in Norfolk county, 2405 Main street South walpole MA 02071, and is a citizen of the United States. He is being sued in his personal and in his professional capacities.

3. The Defendant Michael Maloney was the acting Commissioner of Corrections in Massachusetts during a portion of the time complained herein, he is a resident of worcester County, Department of Correction 50 maple street suite 3 Milford, MA 01757, and is a citizen of the United States. He is being sued in both his individual and official capacities.

4. The Defendant Peter Allen was the acting superintendent at walpole during the times complained herein, at MCI-Cedar Junction, in Norfolk county 2405 main street South walpole, MA 02071 and is a citizen of the United states. He is being sued in both his individual and official capacities.

5. The Defendant Gary Heboda is the mail room officer at MCI-Cedar Junction walpole, in Norfolk county, 2405 main street South walpole, MA 02071 and is a citizen of the United States. He is being sued in both his individual, and official capacities.

6. The Defendant Beverly veglas is the Librarian at MCI-Cedar Junction walpole, in Norfolk county, 2405 main street South walpole, MA 02071 and is a citizen of the United States. She is being sued in both her individual, and official capacities.

1

7. The Defendant Rick Soloman, is the Recreation officer at MCI-Cedar Junction Walpole, in Norfolk county. 2405 Main Street, South Walpole, MA 02071, and is a citizen of the United States. He is being sued in both his individual and official capacities.

8. The Defendant Susan Martin is Director for Health Service Division of the Massachusetts Department of Correction PO Box 426, Bridgewater, MA 02324, and is a citizen of the United States. She is being sued in both her individual and official capacities.

9. The Defendant Ann Marie Aucoin, is the Institutional Grievance Coordinator at MCI-Cedar Junction Walpole, in Norfolk county, 2405 Main Street South Walpole, MA 02071, and is a citizen of the United States. She is being sued in both her individual and official capacities.

10. The Defendant Kristie LaDouceur is the Department Grievance coordinator for the Department of Correction in Worcester County, 50 maple street Suite 3 Milford, MA 01757, and is a citizen of the United States. She is being sued in both her individual and official capacities.

11. The Defendant David Brien is an inner Perimeter Security officer (IPS) at MCI-Cedar Junction-Walpole, in Norfolk County, 2405 Main Street South Walpole, MA 02071 and is a citizen of the United States. He is being sued in both his individual and official capacities.

12. The Defendant Paul Murphy is an guard at MCI-Cedar Junction who previously was an Inner Perimeter Security officer (IPS) at Walpole, in Norfolk county 2405 Main Street South Walpole, MA 02071 and is a citizen of the United States. He is being sued in both his individual and official capacities.

13. The Defendant Pat Mulvey is an Inner Perimeter Security officer (IPS) at MCI-Cedar Junction Walpole, in Norfolk county, 2405 Main Street South Walpole, MA 02071, and is a citizen of the United States. He is being sued in both his individual and official capacities.

14. The Defendant Arthur Brewer is the program Medical Director for U-Mass correctional Health program who contracts through the Massachusetts Department of Correction for the provision of Health care to its prisoners, residence is at University of Massachusetts Medical School in Norfolk county. 270 Bridge Street, Suite 220, Dedham, MA 02026-1798, and is a citizen of the United States. He is being sued in both his individual and official capacities.

15. The Defendant June Binney is Program Director of University of Massachusetts Correctional Health, who provides the contracted Health Services to all Massachusetts Department of Correction prisoners, residence is at University of Mass. Medical School in Norfolk county. 270 Bridge Street Suite 220, Dedham, MA 02026-1798, and is a citizen of the United States. She is being sued in both her individual and official capacities.

16. Defendant Donna Fitzgerald is a nurse at MCI-Cedar Junction 2405 Main Street South Walpole, MA 02071

3

17. The Defendant Donald Kern, MD. is Medical Director for U-Mass. Correctional Health, at MCI-Cedar Junction, Walpole, in Norfolk County, 2405 Main Street, South Walpole, MA 02071. and is a citizen of the United States. He is being sued both in his individual and official capacities.

18. The Defendant Stan Galas is the Health Service Administrator for U-Mass Correctional Health, at MCI-Cedar Junction, Walpole, in Norfolk County, 2405 Main Street, South Walpole, MA 02071. and is a citizen of the United States. He is being sued in both his individual and official capacities.

19. The Defendant Kara Erdody was the practicing Nurse practitioner for U-Mass Correctional Health at MCI-Cedar Junction, Walpole during the incidents complained of herein, who's last known address is 2405 Main Street, South Walpole, MA 02071 in Norfolk County, and is a citizen of the United States. She is being sued in both her individual and official capacities.

20. The Defendant Jeff Shorey is a Registered Nurse for U-Mass Correctional Health at MCI-Cedar Junction, Walpole, in Norfolk County, 2405 Main Street, South Walpole, MA 02071. and is a citizen of the United States. He is being sued in both his individual and official capacities.

20. The Defendant Gurvinder Jaiswal is an M.D. for U-Mass Correctional Health, at MCI-Cedar Junction, Walpole in Norfolk County, 2405 Main Street South Walpole, MA 02071. and is a citizen of the United States. She is being sued in both her individual and official capacities.