Keith Niemic
PO Box 100
South Walpole, MA 02071

United States District Court
Clerks Office Suite 2300
1 Courthouse Way Boston, MA 02210

Re: Original proceeding - Complaint KEITH NIEMIC V. MASS. DEPARTMENT OF CORRECTION et al. CIV.AC.NO. 04CV11482 NMG

Dear Madam/Sir,

Approximately on June 28, 2004 I did have a sixty seven page complaint (civil rights violation) and cover sheet, with other pertinent papers sent to this court via first class mail, and may I please inquire if such complaint with attachments has been recieved, and if so, could I kindly be informed as to anticipate when this action may begin.

Thankyou most sincerely for your time in this matter.

very truly yours,

Keith Niemic

copy: file