


**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASSACHUSETTS  02210

September 3, 2004

Keith Niemic
MCI Cedar Junction
P.O. Box 100
So. Walpole, MA  02011

Dear Mr. Niemic:

The Clerk's Office received your letters inquiring about the status of the case you submitted for filing.

The Court's records indicate that your case was received for filing on June 29, 2004 and was assigned Civil Action No. 04-11482-NMG. Enclosed please find a courtesy copy of the docket sheet.

Because you filed an Application to Proceed Without Prepayment of Fees and Affidavit, the assigned judge must perform a preliminary screening of your case pursuant to 28 U.S.C. § 1915 and/or § 1915A.

I hope that this letter addresses your concerns.

　　　　　　　　　　　　　　　　　　/s/ Barbara Morse
　　　　　　　　　　　　　　　　　　Barbara Morse
　　　　　　　　　　　　　　　　　　Pro Se Office