```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

KEITH NIEMIC,                  )
        Plaintiff,     )
                        )
    v.                         )   C.A. No. 04-11482-NMG
                        )
MICHAEL MALONEY, et al.,       )
        Defendants.    )

### ORDER ON MOTION FOR APPOINTMENT OF LAW STUDENT

Now before the court is plaintiff's Motion for Appointment of a law student. Accordingly, it is hereby

ORDERED that plaintiff's motion for appointment of a law student is denied without prejudice to filing such a motion after the Court completes preliminary screening of plaintiff's complaint pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A.

Dated at Boston, Massachusetts, this <u>16th</u> day of <u>September</u>, 2004.

                                                  <u>s/Nathaniel M. Gorton</u>
                                                  NATHANIEL M. GORTON
                                                  UNITED STATES DISTRICT JUDGE