H-1

Keith Niemic
PO Box 100
South Walpole, MA 02071

FILED
CLERKS OFFICE

2004 SEP 21  P 12: 51

U.S. DISTRICT COURT
DISTRICT OF MASS

9-19-04

Mr. Tony Anastas - clerk
US District Court
Suite 2300
1 Courthouse way
Boston, MA 02210

Re: KEITH NIEMIC v. MICHAEL MALONEY et al
    Civ. Ac. No. 04-11482-NMG

Dear Clerk,

I have recently recieved a Notice for payment for partial filing fee's from this office, requesting $40.00 for an initial partial filing fee with a remainder fee of $139.99 dated 9-16-04. However pursuant to 28 U.S.C. §1915(b)(2)(1) the filing fee is $150.00.

Would you please correct this monetary error, or please clarify for me how is it that I have to pay $180.00 in total instead of the $150.00 standard fee.

Also enclosed would you please file the following:
• MOTION FOR NOTICE FOR DEMAND FOR JURY TRIAL

I thankyou for your time and help in this matter

very truly yours

Keith Niemic

copy: file