UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KEITH NIEMIC
PLAINTIFF

v.

MICHAEL MALONEY, ET AL.,
DEFENDANTS

CIVIL ACTION
NO. 04-11482-NMG

## MOTION FOR NOTICE FOR DEMAND FOR JURY TRIAL

Now comes the plaintiff in the above entitled matter who respectfully requests this Honorable court to notice plaintiffs request for a jury trial as illustrated on plaintiffs verified complaint, first page; in which he (the plaintiff) through inadvertent omission _did not reiterate_ such jury demand in his request for relief.

WHEREFORE: Plaintiff does demand a jury trial, on all issues so triable by a jury, and does state that this motion that is requesting judicial notice of plaintiffs jury trial demand is for clarification, and should in no way cause prejudice to any of the defending party.

DATE: 9-19-04

RESPECTFULLY SUBMITTED

Keith Niemic

Keith Niemic prose
PO Box 100
South Walpole, MA 02071