UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KEITH NIEMIC
    PLAINTIFF
V.

MICHAEL MALONEY ET AL
    DEFENDANTS

CIVIL ACTION

NO. 04-11482-NMG

PLAINTIFF'S SWORN STATEMENT OF HIS
ELIGIBILITY TO PROCEED IN THIS ACTION
WITHOUT PAYING AN INITIAL FILING FEE

Now comes the plaintiff in the above entitled matter pursuant to 28 USC § 1915(b)(2) with sworn statement, who respectfully requests that this Honorable court modify such initial partial filing fee, until this Courts assessment and ruling on plaintiffs PRELIMINARY MOTION FOR DECLARATORY JUDGMENT ORDERING MCI-CEDAR JUNCTION TREASURER TO ALLOW PLAINTIFF ACCESS TO HIS PRISON ACCOUNT SO THAT HE CAN ACCESS COURT PURSUANT TO THIS COURTS ORDER INTER ALIA. (DOCKET NUMBER 12)

    I KEITH NIEMIC, do hereby depose and state the following facts to be true to the best of my knowledge and memory:

1. I am an indigent pro se plaintiff in the above entitled matter who, after notice of this court order on 9-16-04 regarding the allowance on Plaintiffs motion for leave to proceed in forma

EXHIBIT A

DEPARTMENT OF CORRECTION

M C I CEDAR JUNCTION
TREASURER'S OFFICE

INMATE REQUEST TO STAFF MEMBER

TO: Ms. Stowe Treasurer
(Name and Title of Officer)

DATE: 9-27-04

SEP 29 12 06 PM '94

SUBJECT: State completely but briefly the problem which you desire assistance (give details)

Is there a reason why I cannot send $40.00 out of my account to U.S District court with request to you previously unanswered?

(Use other side of page if more space is needed)

ACTION REQUESTED: (State exactly how you believe your request may be handled; that is, exactly what you think should be done, and how.)

Can I send $40.00 out of my account 20.00 being a loan on the $100.00 now in there on freeze? — we do not "issue loans"

NAME: Keith Niemic    No.: W64726

Work Assignment: ____    Living Quarters: DOU

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)    DATE: ____

No as there is a restitution freeze of $179.00 on your account for Dreport #22831, your appeal was denied and d'office froze you for this. Once you pay this restitution, you will be able to send disbursements out, etc.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KEITH NIEMIC,
        Plaintiff,

v.

MICHAEL MALONEY, ET AL.,
        Defendants.

CIVIL ACTION

NO  04-11482-NMG

NOTICE FOR PAYMENT OF PRISONER FILING FEE

To:   THE TREASURER'S OFFICE AT MCI Cedar Junction AND TO ANY TREASURER'S OFFICE AT FACILITIES TO WHICH THE INMATE NAMED ABOVE MAY BE TRANSFERRED

PLEASE TAKE NOTICE THAT:

Plaintiff, a prisoner proceeding pro se and in forma pauperis, is obligated to pay the statutory filing fee of $150.00 for this action. See 28 U.S.C. § 1915(b)(1).

☒    Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff has been assessed the following:
     ☐    Full filing fee of $____ from available funds.
     ☒    An initial partial filing fee of: $40.01 due within ten (10) business days of receipt of this notice.
     ☒    Remainder of fee [$139.99] to be paid in accordance with 28 U.S.C. § 1915(b)(2) in monthly payments of 20% of the preceding month's income credited to the prisoner's account each time the amount in the account exceeds $10.00 until the filing fee is paid.

☐    Plaintiff has been without funds for six months and is currently without funds. Pursuant to 28 U.S.C. § 1915(b)(2), plaintiff is obligated to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account until the statutory filing fee of $ 150.00 has been paid in full.

The Treasurer's Office at the institution designated above is required to send to the Clerk of the Court the initial partial filing fee (if assessed) and monthly payments from plaintiff's prison trust account (or institutional equivalent) each time the amount in the prisoner's account exceeds $10.00. 28 U.S.C. § 1915(b)(2). The monthly payments shall be sent on the last day of each month, beginning in the month subsequent to the date of this notice. The monthly payments shall continue until the balance of $ 150.00 is paid in full.

The prisoner's name and case number must be noted on each remittance. If a single check is provided in payment of filing fees for more than one prisoner, the amount to be allocated to each prisoner and case must be noted. All checks should be made payable to the "Clerk, U. S. District Court" and transmitted to:

                U. S. District Court
                Cashier - Suite 2300
                1 Courthouse Way
                Boston, MA  02210
                      TONY ANASTAS, CLERK

9/16/04                           By:    s/ Linn A. Weissman
Date                                   Deputy Clerk
cc: Plaintiff