UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                    CIVIL ACTION

KEITH NIEMIC,                                       NO. 04-11482-NMG
         Plaintiff,
V.

MICHAEL MALONEY et al.
         Defendants.

### PLAINTIFF'S MOTION TO CORRECT ERRONEOUS FILING FEE COMPUTATION

Now comes plaintiff who does state that the following is a true statement of facts to the best of his knowledge and memory; who requests the court to correct fee computation.

1. Approximately on September or October 2004 plaintiff's family did send a check for $40.00 to UNITED STATES COURTHOUSE 1 COURTHOUSE WAY, BOSTON MA 02210 to pay initial filing fee, with letter to the clerk addressing such fee to CIV. AC. NO. 04-11482-NMG.

2. To the best of plaintiff's knowledge and memory plaintiff's family has a reciept for this check.

3. This court has already acknowledged that as of present approximately $40.00 has been taken out of plaintiff's prison account and paid to the court for the filing fee.

4. This court did make order that treasurers office at MCI-Cedar Junction shall reflect remainder filing fee owed is $109.99

5. The only money owed for filing fee remaining is $70.00 not $109.99   SIGNED UNDER PENALTIES OF PERJURY

DATE: 4-6-05   Keith Niemic
                Keith Niemic pro se

WHEREFORE: plaintiff requests that the court clerk locate and compute the $40.00 that was sent to this court so that the records properly reflect the monies plaintiff has already paid to the court. And to subsequently notify MCI-Cedar Junction that the only amount owed by plaintiff for the remaining filing fee is $70.00 NOT $109.99

DATE: 4-6-05

Respectfully Submitted

Keith Niemic

Keith Niemic, pro se
P.O. Box 100
South Walpole, MA
02071