**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| KEITH NIEMIC | 04-11482-NMG |
| **DEFENDANT** | **TYPE OF PROCESS** |
| KARA ERDODY | Complaint & Summons |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
KARA ERDODY NURSE PRACTITIONER C/O UMASS CORRECTIONAL HEALTH

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
ONE RESEARCH DRIVE SUITE 120C WESTBOROUGH MA 01581

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

KEITH NIEMIC
2405 MAIN ST.
PO BOX 100
SOUTH WALPOLE, MA
02071

| Number of process to be served with this Form - 285 | ONE |
|---|---|
| Number of parties to be served in this case | TWENTY |
| Check for service on U.S.A. | N/A |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

KARA ERDODY
C/O UMASS CORRECTIONAL HEALTH
ONE RESEARCH DRIVE-SUITE 120C
WESTBOROUGH, MA 01581
mon thru fri 9AM to 4PM

ALTERNATIVE:
C/O
MCI-CEDAR JUNCTION
2405 MAIN ST.
PO BOX 100
SOUTH WALPOLE MA
02071 (508)660-8000
mon thru fri 9AM to 4PM

C/O
Morrison Mahoney LLP
250 Summer St.
Boston, MA 02210-1181
(617)439-7500

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
Keith Niemic pro se
TELEPHONE NUMBER: —
DATE: 4-15-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | No. 38 | No. 38 | [signature] | 5/16/05 |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Patti Oromotar

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 5/20/05
Time: 1400 pm

Signature of U.S. Marshal or Deputy
Cynthia Bota

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts

Keith Niemic,
Plaintiff,

V.

Michael Maloney, et al.,
Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C.A. No. 04-11482-NMG

TO: (Name and address of Defendant)

Kara Erdody

U Mass Correctional Health
One Research Drive - Suite 120 C
Westborough, MA 01581

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Keith Niemic, pro se

MCI-Cedar Junction
2405 Main Street
South Walpole, MA
02071

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Sarah Thornton
CLERK

_____
(By) DEPUTY CLERK

DATE    4/5/05