UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEITH NIEMIC,<br>    Plaintiff | )<br>)<br>) |
| VS. | )    CIVIL ACTION NO. 1:04-CV-11482-NMG<br>) |
| STANLEY GALAS, ARTHUR BREWER, M.D.,<br>JUNE BINNEY, JEFF SHOREY, R.N.,<br>KARA ERDODY, R.N.,<br>DONNA FITZGERALD, L.P.N.,<br>DONALD KERN, M.D., AND<br>GURVINDER JAISWAL, M.D., ET AL.,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS', MOTION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING

NOW COMES the defendants, Stanley Galas, Arthur Brewer, M.D., June Binney, Jeff Shorey, R.N., Kara Erdody, R.N., Donna Fitzgerald, L.P.N., Donald Kern, M.D., and Gurvinder Jaiswal, M.D., and hereby move this Honorable Court for an extension of time to June 30, 2005, to file an answer or other pleading responsive to the plaintiff's Complaint.

As grounds therefor, the defendants state that counsel has recently received this case and requires additional time in order to prepare an appropriate response to the plaintiff's 68 page Complaint. Since the plaintiff is a *pro se* prisoner, consultation with him regarding this motion has not been possible.

WHEREFORE, the defendants, Stanley Galas, Arthur Brewer, M.D., June Binney, Jeff Shorey, R.N, Kara Erdody, R.N., Donna Fitzgerald, L.P.N., Donald Kern, M.D., and Gurvinder Jaiswal, M.D., request an extension of time to June 30, 2005, to file an answer or other responsive pleading.

1146954v1

| | |
|---|---|
| I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on this _____ day of _____, 2005.<br><br>/s/ James A. Bello<br>_____<br>James A. Bello / Lisa R. Wichter | Respectfully submitted,<br>The Defendants,<br>UMASS CORRECTIONAL HEALTH,<br>STANLEY GALAS, ARTHUR BREWER, M.D.,<br>JUNE BINNEY, JEFF SHOREY, R.N.,<br>KARA ERDODY, N.P., DONNA FITZGERALD, L.P.N.,<br>DONALD KERN, M.D., AND<br>GURVINDER JAISWAL, M.D.<br>By their attorneys,<br><br>/s/ James A. Bello<br>_____<br>James A. Bello, BBO# 633550<br>Lisa R. Wichter, BBO# 661006<br>MORRISON MAHONEY LLP<br>250 Summer Street<br>Boston, MA 02210<br>(617) 439-7500 |