# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Keith Niemic | COURT CASE NUMBER: 04-11482-NMG |
| DEFENDANT: David Brien | TYPE OF PROCESS: Complaint & Summons |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN:
David Brien Inner Perimeter Security, MCI-Cedar Junction

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code):
2405 Main St. PO Box 100 South Walpole, MA 02071

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Keith Niemic
2405 Main St
PO Box 100
South Walpole, MA 02071

- Number of process to be served with this Form—285: ONE
- Number of parties to be served in this case: TWENTY
- Check for service on U.S.A.: N/A

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

David Brien (IPS)
MCI-Cedar Junction
2405 Main St.
PO Box 100
South Walpole, MA 02071
(508) 660-8000
Mon thru Fri 9am to 4pm

ALTERNATIVE: % Dept. of Correction Legal Dept.
70 Franklin St. Suite 600
Boston, MA 02110-1300
(617) 727-3300
Mon thru Fri 9am to 4pm

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Keith Niemic pro se
DATE: 4-15-05

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | 38 | 38 | [signature] | 5/16/05 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Cheryle Mahon

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 6/8/05  Time: 1:00 pm

Signature of U.S. Marshal or Deputy: ____

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 67.50 | | | | | |

REMARKS:

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts _____

Keith Niemic,
Plaintiff,

V.

Michael Maloney, et al.,
Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C.A. No. 04-11482-NMG

TO: (Name and address of Defendant)

David Brien   MCI- Cedar Junction
2405 Main Street
South Walpole, MA
02071

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Keith Niemic, pro se

MCI- Cedar Junction
2405 Main Street
South Walpole, MA
02071

an answer to the complaint which is herewith served upon you, within ___ twenty (20) ___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Sarah Thornton                                              4/5/05
CLERK                                                       DATE

_(signature)_

(By) DEPUTY CLERK