UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KEITH NIEMIC, | ) | |
|     Plaintiff | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. 1:04-CV-11482-NMG |
| | ) | |
| STANLEY GALAS, ARTHUR BREWER, M.D., | ) | |
| JUNE BINNEY, JEFF SHOREY, R.N., | ) | |
| KARA ERDODY, R.N., | ) | |
| DONNA FITZGERALD, L.P.N., | ) | |
| DONALD KERN, M.D., AND | ) | |
| GURVINDER JAISWAL, M.D., ET AL., | ) | |
|     Defendants | ) | |

**ANSWER OF DEFENANT, STANLEY GALAS,
TO PLAINTIFF, KEITH NIEMIC'S COMPLAINT**

**FIRST DEFENSE**

The plaintiff's Complaint fails to state a claim upon which relief can be granted.

**SECOND DEFENSE**

The defendant responds to the allegations contained in the plaintiff's Complaint,

paragraph by paragraph, as follows:

**PRELIMINARY STATEMENT**

No response to this paragraph is required as it contains a conclusion of law. However, to

the extent the allegations in this paragraph of plaintiff's Complaint are intended to apply to this

defendant, they are denied.

**JURISDICTION**

1.     No response to this paragraph is required as it contains a conclusion of law.

However, to the extent the allegations in this paragraph of plaintiff's Complaint are intended to

apply to this defendant, they are denied.

2.      No response to this paragraph is required as it contains a conclusion of law. However, to the extent the allegations in this paragraph of plaintiff's Complaint are intended to apply to this defendant, they are denied.

## PARTIES

3.      The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.

4.      The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.

5.      The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.

6.      The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.

7.      The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.

8.      The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.

9.      The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.

10.      The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.

11.      The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.

12.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.

13.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.

14.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.

15.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.

16.    The defendant admits only that he is employed as the Health Service Administrator for UMass Correctional Health ("UMCH") at MCI-Cedar Junction, in Walpole, Massachusetts.  The defendant denies the remaining allegations contained in this paragraph of the plaintiff's Complaint.

17.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.

18.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.

19.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.

20.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.

21.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.

22.     The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.

23.     The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.

## FACTS

24.     To the extent this paragraph pertains to this defendant, the allegations are denied.

25.     To the extent this paragraph pertains to this defendant, the allegations are denied.

26.     The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph pertains to this defendant, the allegations are denied.

27.     The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph pertains to this defendant, the allegations are denied.

28.     To the extent this paragraph pertains to this defendant, the allegations are denied.

29.     The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

30.     The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

31.     The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

32.    To the extent this paragraph pertains to this defendant, the allegations are denied.

33.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

34.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

35.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

36.    To the extent this paragraph pertains to this defendant, the allegations are denied.

37.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

38.    To the extent this paragraph pertains to this defendant, the allegations are denied.

39.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

40.    To the extent this paragraph pertains to this defendant, the allegations are denied.

41.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

42.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

43.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

44.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

45.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

46.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

47.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

48.    To the extent this paragraph pertains to this defendant, the allegations are denied.

49.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

50.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

51.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

52.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

53.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

54.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

55.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

56.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

57.     The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

58.     The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

59.     The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

60.     The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

61.     The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

62.     The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

63.     The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

64.     The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

65.     The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

66.     The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

67.     The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

68.     The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

69.     The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

70.     The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

71.     To the extent this paragraph pertains to this defendant, the allegations are denied.

72.     To the extent this paragraph pertains to this defendant, the allegations are denied.

73.    To the extent this paragraph pertains to this defendant, the allegations are denied.

74.    To the extent this paragraph pertains to this defendant, the allegations are denied.

75.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.   To the extent this paragraph does pertain to this defendant, the allegations are denied.

76.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.   To the extent this paragraph does pertain to this defendant, the allegations are denied.

77.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.   To the extent this paragraph does pertain to this defendant, the allegations are denied.

78.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.   To the extent this paragraph does pertain to this defendant, the allegations are denied.

79.    To the extent this paragraph pertains to this defendant, the allegations are denied.

80.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.   To the extent this paragraph does pertain to this defendant, the allegations are denied.

81.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.   To the extent this paragraph does pertain to this defendant, the allegations are denied.

82.    To the extent this paragraph pertains to this defendant, the allegations are denied.

83.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

84.    To the extent this paragraph pertains to this defendant, the allegations are denied.

85.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

86.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

87.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

88.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

89.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

90.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

91.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

92.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

93.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

94.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

95.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

96.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

97.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

98.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant. To the extent this paragraph does pertain to this defendant, the allegations are denied.

99.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant. To the extent this paragraph does pertain to this defendant, the allegations are denied.

100.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant. To the extent this paragraph does pertain to this defendant, the allegations are denied.

101.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant. To the extent this paragraph does pertain to this defendant, the allegations are denied.

102.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant. To the extent this paragraph does pertain to this defendant, the allegations are denied.

103.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant. To the extent this paragraph does pertain to this defendant, the allegations are denied.

104.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant. To the extent this paragraph does pertain to this defendant, the allegations are denied.

105.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant. To the extent this paragraph does pertain to this defendant, the allegations are denied.

106.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant. To the extent this paragraph does pertain to this defendant, the allegations are denied.

107.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant. To the extent this paragraph does pertain to this defendant, the allegations are denied.

108.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant. To the extent this paragraph does pertain to this defendant, the allegations are denied.

109.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant. To the extent this paragraph does pertain to this defendant, the allegations are denied.

110.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant. To the extent this paragraph does pertain to this defendant, the allegations are denied.

111.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant. To the extent this paragraph does pertain to this defendant, the allegations are denied.

112.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

113.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

114.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

115.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

116.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

117.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

118.    To the extent this paragraph pertains to this defendant, the allegations are denied.

119.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

120.    To the extent this paragraph pertains to this defendant, the allegations are denied.

121.   To the extent this paragraph pertains to this defendant, the allegations are denied.

122.   The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.   To the extent this paragraph does pertain to this defendant, the allegations are denied.

123.   The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.   To the extent this paragraph does pertain to this defendant, the allegations are denied.

124.   The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.   To the extent this paragraph does pertain to this defendant, the allegations are denied.

125.   The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.   To the extent this paragraph does pertain to this defendant, the allegations are denied.

126.   The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.   To the extent this paragraph does pertain to this defendant, the allegations are denied.

127.   The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.   To the extent this paragraph does pertain to this defendant, the allegations are denied.

128.   The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.   To the extent this paragraph does pertain to this defendant, the allegations are denied.

129.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

130.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

131.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

132.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

133.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

134.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

135.    To the extent this paragraph pertains to this defendant, the allegations are denied.

136.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

137.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

138.    To the extent this paragraph pertains to this defendant, the allegations are denied.

139.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

140.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

141.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

142.    To the extent this paragraph pertains to this defendant, the allegations are denied.

143.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

144.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

145.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

146.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

147.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

148.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

149.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

150.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

151.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

152.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

153.    To the extent this paragraph pertains to this defendant, the allegations are denied.

154.    To the extent this paragraph pertains to this defendant, the allegations are denied.

155.    To the extent this paragraph pertains to this defendant, the allegations are denied.

156.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.    To the extent this paragraph does pertain to this defendant, the allegations are denied.

157.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.    To the extent this paragraph does pertain to this defendant, the allegations are denied.

158.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.    To the extent this paragraph does pertain to this defendant, the allegations are denied.

159.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.    To the extent this paragraph does pertain to this defendant, the allegations are denied.

160.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.    To the extent this paragraph does pertain to this defendant, the allegations are denied.

161.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.    To the extent this paragraph does pertain to this defendant, the allegations are denied.

162.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.    To the extent this paragraph does pertain to this defendant, the allegations are denied.

163.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

164.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

165.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

166.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

167.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

168.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

169.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

170.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

171.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

172.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

173.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

174.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

175.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

176.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

177.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

178.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

179.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

180.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

181.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

182.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

183.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

184.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

185.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

186.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

187.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

188.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

189.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

190.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

191.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

192.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

193.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

194.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

195.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

196.    To the extent this paragraph pertains to this defendant, the allegations are denied.

197.    To the extent this paragraph pertains to this defendant, the allegations are denied.

198.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

199.    To the extent this paragraph pertains to this defendant, the allegations are denied.

200.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

201.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

202.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

203.    To the extent this paragraph pertains to this defendant, the allegations are denied.

204.    To the extent this paragraph pertains to this defendant, the allegations are denied.

205.    To the extent this paragraph pertains to this defendant, the allegations are denied.

206.    To the extent this paragraph pertains to this defendant, the allegations are denied.

207.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

208.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

209.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

210.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

211.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

212.    To the extent this paragraph pertains to this defendant, the allegations are denied.

213.    To the extent this paragraph pertains to this defendant, the allegations are denied.

214.    To the extent this paragraph pertains to this defendant, the allegations are denied.

215.    To the extent this paragraph pertains to this defendant, the allegations are denied.

216.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

217.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

218.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

219.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

220.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

221.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

222.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

223.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

224.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

225.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

226.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

227.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

228.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

229.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

230.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

231.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

232.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

233.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

234.    To the extent this paragraph pertains to this defendant, the allegations are denied.

235.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.  To the extent this paragraph does pertain to this defendant, the allegations are denied.

## CLAIMS FOR RELIEF

### COUNT I – CIVIL RIGHTS VIOLATIONS UNDER 42 U.S.C. § 1983

236 - 241.    To the extent the allegations in these paragraphs of the plaintiff's Complaint are intended to apply to this defendant, they are denied.

WHEREFORE, the Defendant denies that the Plaintiff is entitled to recover in any amount and demands that the Complaint be dismissed and judgment be entered in favor of the Defendant for the costs and disbursements of this action.

### COUNT II – PRIVACY VIOLATIONS UNDER 42 U.S.C. § 1983

245 – 251.    To the extent the allegations in these paragraphs of the plaintiff's Complaint are intended to apply to this defendant, they are denied.

WHEREFORE, the Defendant denies that the Plaintiff is entitled to recover in any amount and demands that the Complaint be dismissed and judgment be entered in favor of the Defendant for the costs and disbursements of this action.

### COUNT III – CIVIL RIGHTS VIOLATIONS UNDER 42 U.S.C. § 1983

252 – 273,    To the extent the allegations in these paragraphs of the plaintiff's Complaint are intended to apply to this defendant, they are denied.

WHEREFORE, the Defendant denies that the Plaintiff is entitled to recover in any amount and demands that the Complaint be dismissed and judgment be entered in favor of the Defendant for the costs and disbursements of this action.

## COUNT IV – INVASION OF PRIVACY VIOLATION UNDER 42 U.S.C. § 1983

274 – 280.     To the extent the allegations in these paragraphs of the plaintiff's Complaint are intended to apply to this defendant, they are denied.

WHEREFORE, the Defendant denies that the Plaintiff is entitled to recover in any amount and demands that the Complaint be dismissed and judgment be entered in favor of the Defendant for the costs and disbursements of this action.

## COUNT V – DUE PROCESS VIOLATION UNDER THE 14TH AMENDEMENT & 42 U.S.C. § 1983

281 – 287.     To the extent the allegations in these paragraphs of the plaintiff's Complaint are intended to apply to this defendant, they are denied.

WHEREFORE, the Defendant denies that the Plaintiff is entitled to recover in any amount and demands that the Complaint be dismissed and judgment be entered in favor of the Defendant for the costs and disbursements of this action.

## RELIEF REQUESTED

A.     The defendant denies the allegations contained in paragraphs 1 - 29 of the plaintiff's Complaint, and denies that the plaintiff is entitled to any of the relief he has requested in this matter.

B.     The defendant denies the allegations contained in paragraphs 1 - 4 of the plaintiff's Complaint, and denies that the plaintiff is entitled to any of the relief he has requested in this matter.

C.     The defendant denies the allegations contained in paragraphs 1 - 2 of the plaintiff's Complaint, and denies that the plaintiff is entitled to any of the relief he has requested in this matter.

D.     The defendant denies the allegations contained in paragraphs 1 - 7 of the plaintiff's Complaint, and denies that the plaintiff is entitled to any of the relief he has requested in this matter.

E.     The defendant denies the allegations contained in paragraphs 1 - 7 of the plaintiff's Complaint, and denies that the plaintiff is entitled to any of the relief he has requested in this matter.

**THE DEFENDANT DEMANDS A TRIAL BY JURY ON ALL ISSUES.**

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail on this 22nd day of June, 2005.

**/s/ James A. Bello**

_____
James A. Bello / Lisa R. Wichter

Respectfully submitted,
The Defendant,
STANLEY GALAS,
By his attorneys,


**/s/ James A. Bello**

_____
James A. Bello, BBO# 633550
Lisa R. Wichter, BBO# 661006
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

967005v1