**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| KEITH NIEMIC | 04-11482-NMG |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| SUSAN MARTIN | Complaint & Summons |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SUSAN MARTIN D.O.C. DIRECTOR OF HEALTH SERVICES DIVISION

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

45 HOSPITAL Rd. S. Building PO Box 317 MEDFIELD, MA 02052-017

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

KEITH NIEMIC
2405 MAIN ST.
BOX 100
SOUTH WALPOLE MA
02071

| Number of process to be served with this Form - 285 | ONE |
|---|---|
| Number of parties to be served in this case | TWENTY |
| Check for service on U.S.A. | N/A |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

SUSAN MARTIN
DIRECTOR HEALTH SERVICES DIVISION
45 HOSPITAL ROAD. S. Building
PO BOX 317 MEDFIELD, MA
02052-017
mon thru fri 9am to 4pm

ALTERNATIVE: MASS. DEPARTMENT OF CORRECTION
HEALTH SERVICES DIVISION
12 ADMINISTRATION ROAD
PO BOX 426
BRIDGEWATER, MA 02324

Signature of Attorney or other Originator requesting service on behalf of:  ☑ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER —   DATE 4-15-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 38 | Nancy Jalauso | 5/18/05 |

I hereby certify and return that ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Peter Heffernan Dep. Director

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service  7/6/05   Time  5:30  pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED     **1. CLERK OF THE COURT**     FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts _____

Keith Niemic,
Plaintiff,

V.

Michael Maloney, et al.,
Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C.A. No. 04-11482-NMG

TO: (Name and address of Defendant)

Susan Martin

Executive office of Public Safety
Department of Correction
Health services Division
45 Hospital Road S. Milford
PO Box 317 Medfield MA 02052-017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Keith Niemic, pro se

MCI-Cedar Junction
2405 Main Street
South Walpole, MA
02071

an answer to the complaint which is herewith served upon you, within _____ twenty (20) _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Sarah Thornton                                           4/5/05
CLERK                                                    DATE

(By) DEPUTY CLERK