UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KEITH NIEMIC, Plaintiff

VS.

STANLEY GALAS,
ARTHUR BREWER,
JUNE BINNEY,
JEFF SHOREY,
KARA ERDODY,
DONNA FITZGERALD,
DONALD KERN,
GURVINDER JAISWAL, ET AL
     Defendants

CIVIL ACTION NO. 1:04-CV-11482-NMG

## PLAINTIFFS MOTION FOR JUDGMENT AS A MATTER OF LAW IN JURY TRIALS

Now comes the pro se plaintiff in the above entitled matter, who respectfully moves that the court pursuant to: FED.R.CIV.P. Rule 8(d); and FED.R.CIV.P. Rule 50 (a)(2); with FED.R.CIV.P. Rule 54(b); FED.R.CIV.P. Rule 11 (b)(1)(2)(3)(4); and U.S.D.C. Local Rule 5.1(a)(1) hereby enter Judgment for the Plaintiff, against the (8) eight, captioned defendants above.

For reasons therefore, Plaintiff states that the facts contained in his complaint are verified as being true, under Penalties of Perjury, in which the above eight defendants, all of whom

did explicitly deny every factual allegation, including the innocuous facts therein, excepting the fact of each defendants recognition of themselves as a PARTY.

However, each of the eight defendants, named on the motion herein, failed to deny paragraph three of plaintiffs verified complaint, which states: "Parties"

"3. 'Plaintiff, Keith Niemic is a natural person incarcerated at MCI-Cedar Junction Walpole (Hereinafter "walpole") all events described in this complaint did occur in walpole, where plaintiff was incarcerated.'"

Wherein, each of the above named defendants response to paragraph 3 in answer to the complaint did state:

"Parties"

"3. 'The defendant makes no response to this paragraph of the plaintiffs' complaint as this paragraph does not pertain to this defendant.'"

The above is a true statement of facts to the best of plaintiff's Keith Niemic, Knowledge, and memory.

SIGNED UNDER PENALTIES OF PERJURY

DATE: 7-1-05     Keith Niemic

WHEREFORE: plaintiff requests Judgment on the named defendants failure to deny ¶ 3; in plaintiffs complaint, the failure of which is an admission; and to any additional ruling that this court deems just and proper.

Respectfully Submitted

DATE: 7-1-05   Keith Niemic

Keith Niemic A70382
PO Box 100
South Walpole, MA 02071

I do certify that a true copy of the above was served upon counsel for the defendants via regular mail on this day: 7-6-05
Keith Niemic