UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KEITH NIEMIC
        Plaintiff,                    CIVIL ACTION NO. 1:04-CV-11482-NMG

V.

STANLEY GALAS, ET. AL.,
        Defendants.

## AFFIDAVIT OF PLAINTIFF

## KEITH NIEMIC

I Keith Niemic hereby depose and state that the following is a true statement of facts to the best of my knowledge and memory:

1. I am the pro se plaintiff in the above entitled matter who did serve upon the office of the United States Marshal by return re-ciept certified mail the following, to serve upon the U-MASS medi-cal, and the MASSACHUSETTS DEPARTMENT of CORRECTION defendants:

        20 complaints

        20 copies of Summons, and other relevant documents on May 17, 2005.

2. Approximately on June 22, 2005 The U-MASS medical defendants: Stanley Galas, Arthur Brewer, June Binney, Jeff Shorey, Kara Erdody, Donna Fitzgerald, Donald Kern, and Gurvinder Jaiswal, did file answer to plaintiffs complaint.

3. As of June 26, 2005 NEITHER OF THE REMAINING: De-partment of Correction defendants: David Nolan, Peter Allen, Ann Marie Au-Coin, Gary Hebda, Beverly veglas, Rick Solomon, Susan Martin, Kristie Ladou-ceau, David Brien, Paul Murphy, and Pat Mulvey have yet to answer plaintiffs complaint as explicitly required by this courts order on 4-4-05

SIGNED UNDER PENALTIES of PERJURY
                    DATE: 6-26-05
                                        Keith Niemic pro se

Brewer, Jeff Shorey, Dr. Gurvinder Kaur Jaiswal, and Donna Fitzgerald.

2.  The Clerk shall dismiss this action unless, on or before the 42nd day from the date of this Order, plaintiff has filed a submission showing good cause why the Court should find that the pleading is sufficient to state a cognizable claim and that plaintiff will have a reasonable opportunity to prevail on the merits of plaintiff's claims against defendant(s)?

No ☐    Yes ☒    ☐ as to all defendants

☒ only as to defendant Michael Maloney.

3.  a.  Although defendant(s) may not have been served with a summons and complaint, are the defendant(s) invited but not required to file an answer to aid the Court in reaching a prompt final disposition on the merits?

No ☐    Yes ☐    ☐ as to all defendants

☐ only as to defendant(s)

_____

OR

b.  If the defendant(s) have been served with a summons and complaint, are the defendant(s) required to reply within the time specified in the summons?

No ☐    Yes ☒    ☐ as to all defendants

☒ only as to defendant(s) David Nolan,

Peter Allen, Anne Marie Aucoin, Gary Hebda, Beverly Veglas, Rick Solomon, Susan Martin, Kristie Ladouceur, David Brien, Paul Murphy, Pat Mulvey, University of Massachusetts Correctional Health, Stan Galas, Kara Erdody, Dr. Donald Kern, June Binney, Arthur Brewer, Jeff Shorey, Dr. Gurvinder Kaur Jaiswal, and Donna Fitzgerald.

| 4/4/05 | /s/ Nathaniel M. Gorton |
| DATE | NATHANIEL M. GORTON |
| | UNITED STATES DISTRICT JUDGE |

3