UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KEITH NIEMIC,
   Plaintiff,

v.

STANLEY GALAS, ET AL,
   Defendants.

CIVIL ACTION NO. 1:04-CV-11482-NMG

### PLAINTIFFS REPLY TO MEDICAL DEFENDANTS COUNTER CLAIM

Now comes the pro se plaintiff pursuant to Fed. R. Civ. P. Rule 8(b)(c)(d); and 12(a)(2); who does reply to defendant Donald Kenm____, counter claim, set forth in his/her answer to the complaint.

In support thereof, the plaintiff does reiterate that all of the facts set forth in his complaint are verified as being true, and was signed under penalties of perjury by plaintiff.

### REPLY TO FIRST DEFENSE

This court's findings, and order on screening the complaint, did affirm that it states a cognizable claim, with a reasonable opportunity to prevail on the merits against said defendant[s]. see attached findings of the court.

### REPLY TO SECOND DEFENSE

The defendant[s] did explicitly respond to the allegations contained in the plaintiffs complaint, paragraph by paragraph, addressing Plaintiffs PRELIMINARY STATEMENT, and JURISDICTION, in which by way of admission this defendant did waive his/her failure to deny

the allegations in paragraph (3) three of plaintiffs complaint, which states: "Plaintiff, Keith Niemic is a natural person incarcerated at MCI-Cedar Junction Walpole ("Hereinafter Walpole") all events described in this complaint did occur in Walpole, where plaintiff was incarcerated." This defendants response to this paragraph was: "The defendant makes no response to this paragraph of the plaintiffs complaint, as this paragraph does not pertain to this defendant."

### REPLY TO COUNTER CLAIM

### COUNT I - CONSPIRACY, CIVIL RIGHTS VIOLATIONS UNDER 42 U.S.C. §1983, AND THREATS, INTIMIDATION, OR COERCION UNDER STATE LAW MGL c. 12 §11I.

236-244. Plaintiff denies that the defendant is entitled to judgment in his/her favor to their claim herein, and that the complaint should not be dismissed

### COUNT II - CONSPIRACY, CIVIL RIGHTS VIOLATIONS, PRIVACY UNDER 42 U.S.C. §1983, AND THREATS, INTIMIDATION OR COERCION UNDER STATE LAW MGL c. 12 §11I, TAKING U.S. MAIL UNDER 18 U.S.C. §1708

245-251. Plaintiff denies that the defendant is entitled to judgment in his/her favor regarding the claim herein, and that the complaint should not be dismissed.

### COUNT III CIVIL RIGHTS VIOLATIONS UNDER 42 U.S.C. §1983, PRIVACY VIOLATIONS UNDER 5 U.S.C. §552(b)(6), and 42 U.S.C. §1983, STATE TORT OF ASSAULT AND BATTERY, THREATS, INTIMIDATION, OR COERCION, AND CONSPIRACY UNDER G.L. C. 12 §11I

252-273. Plaintiff denies that the defendant is entitled to judgment in his/her favor regarding the claim herein, and that the complaint should not be dismissed.

COUNT IV - UNWARRANTED INVASION OF PRIVACY UNDER 5 U.S.C. § 552(b)(6), TORT of PRIVACY ACT VIOLATION UNDER MASS STATE LAW AND UNDER 42 U.S.C. § 1983

274-280. Plaintiff denies that the defendant is entitled to judgment in his/her favor regarding the claim herein, and that the complaint should not be dismissed.

COUNT V - DUE PROCESS, EQUAL RIGHTS PROTECTION VIOLATION UNDER 42 U.S.C. § 1983 AND THE 5TH, 6TH, 8TH, 14TH AMENDMENTS, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS UNDER MASS. CIVIL RIGHTS ACT, AND THE TORT of NEGLIGENCE UNDER STATE LAW

281-287. Plaintiff denies that the defendant is entitled to judgment in his/her favor regarding the claim herein, and that the complaint should Not be dismissed

Respectfully Submitted
DATE: 6-26-05   _Keith Niemic_

Keith Niemic pro se
PO Box 100 South Walpole
MA 02071

I hereby certify that a true copy of the above document was served upon counsel for the U-Mass Medical defendants by first class mail on this day 6-30-05.
_Keith Niemic_

3.