UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

KEITH NIEMIC,

    Plaintiff,                                            C.A. No. 04-11482-NMG

    v.

MICHAEL MALONEY, et al.,

    Defendants.

**MOTION TO ENLARGE**

Without waiving proper service, defendants Veglas, Hebda, Nolan, Mitchell, Mulvey, Solomon, Brien, AuCoin, Maloney, Allen, Murphy, Martin, and LaDouceur move for an enlargement of time through September 26, 2005 within which to respond to plaintiff's Complaint. As reason therefor, counsel for defendants states that in light of the large number of defendants, as well as the length of the sixty-eight page, 287 paragraph complaint by plaintiff, a pro se inmate, the fact that counsel has only recently been assigned the case, and the fact that both counsel and numerous defendants will be on vacation in the ensuing months, additional time is needed to investigate the Complaint's allegations and to prepare an appropriate response.

2

                    Respectfully submitted,

                    NANCY ANKERS WHITE
                    Special Assistant Attorney General


Dated:   July 13, 2005      /s/ Stephen G. Dietrick_____
                    Stephen G. Dietrick
                    Deputy General Counsel
                    Legal Division
                    Department of Correction
                    70 Franklin Street, Suite 600
                    Boston, MA  02110-1300
                    Tel. (617) 727-3300 Ext. 116
                    B.B.O. #123980

**CERTIFICATE OF SERVICE**

    I, Stephen G. Dietrick, Deputy General Counsel for the Department of Correction, hereby certify that on this 13th day of July, 2005, I served a copy of the foregoing on plaintiff Keith Niemic, by first class mail, postage prepaid to him at his address:  P.O. Box 100, So. Walpole  02071 and James Bello, Esq., Morrison Mahoney, 250 Summer Street, Boston, MA  02110


Dated:   July 13, 2005      /s/ Stephen G. Dietrick\_\_\_\_\_
                    Stephen G. Dietrick
                    Deputy General Counsel