UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KEITH NIEMIC, | ) | |
| Plaintiff | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| STANLEY GALAS, ARTHUR BREWER, M.D., | ) | CIVIL ACTION NO. 1:04-CV-11482-NMG |
| JUNE BINNEY, JEFF SHOREY, R.N., KARA | ) | |
| ERDODY, N.P., DONNA FITZGERALD, L.P.N., | ) | |
| DONALD KERN, M.D., and GURVINDER | ) | |
| JAISWAL, M.D., ET AL., | ) | |
| Defendants | ) | |

**DEFENDANTS, STANLEY GALAS, ARTHUR BREWER, M.D., JUNE BINNEY,
JEFF SHOREY, R.N., KARA ERDODY, N.P., DONNA FITZGERALD, L.P.N.,
DONALD KERN, M.D. AND GURVINDER JAISWAL, M.D.'S,
OPPOSITION TO PLAINTIFF'S MOTION FOR JUDGMENT**

The defendants, Stanley Galas, Arthur Brewer, M.D., June Binney, Jeff Shorey, R.N.,

Kara Erdody, N.P., Donna Fitzgerald, L.P.N., Donald Kern, M.D., and Gurvinder Jaiswal, M.D.,

hereby oppose the plaintiff's Motion for Judgment.   As grounds for this opposition, the

defendants state the following:

1.      The defendants answered the plaintiff's Complaint on June 22, 2005.

2.      Plaintiff's Complaint included paragraph 3, stating that "Plaintiff, Keith Niemic is

a natural person incarcerated at MCI-Cedar Junction Walpole (hereinafter "Walpole").   All

events described in this complaint did occur in Walpole, where plaintiff was incarcerated."

3.      Included in their answers to paragraph 3, each of the above defendants stated that

"The defendant makes no response to this paragraph of the plaintiff's Complaint as this

paragraph does not pertain to this defendant."

4.      The defendants' answers to paragraph 3 of the plaintiff's Complaint are not

admissions that any of the events alleged in the Complaint actually occurred.   To the contrary,

the defendants' answers imply that, whether or not Mr. Niemic was incarcerated at MCI-Cedar

Junction when these alleged events occurred, is unrelated to any one of the particular defendants listed in his Complaint.

5.    The plaintiff does not refer to any individual or group of defendants in paragraph 3, nor does he imply that this statement applies to any one or all of the defendants. Without a direct reference to the defendants, it is reasonable for the defendants to make no response to this allegation because they did not know it was an allegation against them.

6.    Moreover, even if this Court finds that the defendants admitted the allegation listed in paragraph 3, this is still not grounds for a Motion for Judgment because the defendants are not admitting that the alleged events of deliberate indifference actually occurred.  Rather, this statement in paragraph 3 would only be an admission that Mr. Niemic was incarcerated at MCI-Cedar Junction, in Walpole, when the alleged incidents occurred.

WHEREFORE, the defendants, Stanley Galas, Arthur Brewer, M.D., June Binney, Jeff Shorey, R.N., Kara Erdody, N.P., Donna Fitzgerald, L.P.N., Donald Kern, M.D., and Gurvinder Jaiswal, M.D., hereby request that the plaintiff's Motion for Judgment be **Denied**.

Respectfully Submitted,
The Defendants,
STANLEY GALAS, ARTHUR BREWER, M.D.,
JUNE BINNEY, JEFF SHOREY, R.N., KARA
ERDODY, N.P., DONNA FITZGERALD, L.P.N.,
DONALD KERN, M.D. AND GURVINDER
JAISWAL, M.D.
By their attorneys,

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail on this 13th day of July, 2005.

/s/ James A. Bello
_____
James A. Bello / Lisa R. Wichter

/s/ James A. Bello
_____
James A. Bello, BBO #633550
Lisa R. Wichter, BBO #661006
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

969041v1