UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

KEITH NIEMIC,
         Plaintiff,
vs.

STANLEY GALAS, ARTHUR BREWER,
JUNE BINNEY, JEFF SHOREY, KARA
ERDODY, DONNA FITZGERALD, DON-
ALD KERN, and GURVINDER JAIS-
WAL, ET AL,
         Defendants.

CIVIL ACTION NO. 04-11482-NMG

PLAINTIFF'S OPPOSITION TO THE
DEFENDANTS MOTION FOR EXEMP-
TION FROM FRCP RULE 16(b)
REQUIRING A CASE SCHEDUL-
ING CONFERENCE

   The pro se plaintiff, acting as his own attorney in prosecuting the above civil matter, does hereby object and opposes the defendants; Stanley Galas, Arthur Brewer, June Binney, Jeff Shorey, Kara Erdody, Donna Fitzgerald, Donald Kern, and Gurvinder Jaiswal motion for exemption from FRCP Rule 16(b),.

   As reasons therefore, the plaintiff is entitled to the same rights, protections, and privacy within his pleadings and /or work as is afforded licensed counsel pursuant to that of the 'work product Doctrine and/or rule' see HICKMAN v. TAYLOR, 329 U.S. 495 (1947);

1

The initial disclosure and discovery requirements may not apply to the present case pursuant to FED.R.CIV.P. Rule 26(a)(1)(E)(iii), and Local Rule 16.1, 16.2; However, even though pro se litigants have the same discovery rights as litigants with counsel. Cf. Klingele v. Eikenberry, 849 F.2d 409, 412 n.1 (9th Cir. 1988); some prison officials and defense lawyers seem to think that they can get away with disregarding pro se discovery efforts. see e.g. Jackson v. Procunier, 789 F.2d 307, 309, 312 (5th Cir. 1986).

The plaintiff in the present matter, has upon filing this motion with the court, further served Discovery request[s] upon the Attorney for the above entitled defendants,. For these reasons plaintiff would not be able to respond by submitting the necessary affidavits, or other evidence to oppose the defendants expressly stated move for summary judgment motion. compare Salahuddin v. Caughlin, 993 F.3d 306, 309-10 (2d Cir. 1993), and FED.R.CIV.P. Rule 56(f)

Plaintiff further states that because the computation of damages, particularly pain and suffering; the need for discovery would help substantiate such computation of damages.

WHEREFORE, plaintiff requests a stay of the filing of summary judgment until all of the necessary discovery is mutually obtained.

DATE: 7-28-05         Respectfully Submitted
                      Keith Niemic
                      Keith Niemic pro se
                      PO Box 100
                      South Walpole, MA 02071