UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

KEITH NIEMIC,
  plaintiff,

v.

STANLEY GALAS, ARTHUR BREWER,
JUNE BINNEY, JEFF SHOREY, KARA
ERDODY, DONNA FITZGERALD, DON-
ALD KERN, GURVINDER JAISWAL, ET AL.,
  Defendants.

CIV. AC. No. 04-CV-11482-NMG

## PLAINTIFF'S MOTION TO STRIKE DEFENDANTS OPPOSITION TO PLAINTIFFS MOTION FOR JUDGMENT

The plaintiff does move, that the court, pursuant to FED.R.CIV.P. Rule 12(f), and FED.R.EVIDENCE. 302, hereby strike the above encaptioned defendants opposition to plaintiff's motion for judgment. As grounds therefor, the plaintiff states the following:

1. The above encaptioned defendants answered the plaintiff's complaint approximately on June 22, 2005. The defendants opposition is attached herein.

2. Paragraph 3, of plaintiffs complaint (which is a verified, complaint, sworn being true under penalty of perjury) does explicitly state: "Plaintiff Keith Niemic is a natural person incarcerated at MCI-Cedar Junction Walpole (Hereinafter "walpole") all events described in this complaint did occur in walpole, where plaintiff was incarcerated".

3. Each of the above encaptioned defendants did explicitly deny every factual allegation in their answer[s] to the complaint, save for the partial recognition as party's to the complaint.

4. Included in each of the above mentioned defendants answer to para-

---

1. MOTION FOR JUDGMENT AS A MATTER OF LAW IN JURY TRIALS (Docket Report No. 51) the above motion was filed in response to the above defendants answer to the complaint.

PLAINTIFFS MOTION TO STRIKE DEFENDANTS
OPPOSITION TO PLAINTIFFS MOTION FOR JUD-
GMENT.

CIV. AC. No. 04-CV-11482-NMG

graph 3 of plaintiffs complaint, was the following response[s]:
"The defendant makes no response to this paragraph of the plaintiffs complaint as this paragraph does not pertain to this defendant."

5. Each of the above mentioned defendants failure to deny any factual allegation contained within a numbered paragraph, of a pleading for which an answer or response shall be made, is taken as an admission when it is not denied. FED.R.CIV.P. Rule 8(d).

6. According to the State of Massachusetts Statute M.G.L. c. 231 §87, "All Pleadings are not evidence in the case, but shall bind all parties making them..."

7. The above named defendants, all of whom took extraordinary care in explicitly denying even the most innocuous assertions set forth in the plaintiffs complaint, without so much as prefacing one answer in the following similar context. "The defendant is without the proper knowledge of such facts, to put forth an answer to the truth of the matter therein." All of whom are bound by the rules of pleading, as is the plaintiff.

8. All of the above named defendants who failed to deny the allegations contained in paragraph 3 of plaintiffs complaint is an admission to those facts therein, and any failure to answer or respond was knowingly and willingly waived. FED.R.CIV.P. Rule 8(a)-(e); and F.R.C.P. Rule 7(a)(b);

9. Paragraphs 4, and 5 of the attached defendants opposition, in which they liberally construe the meaning and context of their admissions, and what they imply, including their invasive assessment of plaintiffs subjective pleadings and what he should imply, are impracticable and far reaching. The rules of pleading state that such pleadings are to be concise and direct. F.R.C.P. 8(e);

2

PLAINTIFFS MOTION TO STRIKE DEFENDANTS OPPOSITION TO PLAINTIFFS MOTION FOR JUDGMENT.

CIV. AC. No. 04-CV-11482-NMG

WHEREFORE, the pro'se plaintiff hereby requests that for the foregoing reasons, **his motion to strike** defendants Stan Galas, Arthur Brewer, June Binney, Jeff Shorey, Kara Erdody, Donna Fitzgerald, Donald Kern, and Gurvinder biswal, opposition to plaintiffs motion for Judgment as a matter of law in Jury trials, **should be allowed**

DATE: 7-14-05

Respectfully Submitted

Keith Niemic pro'se
PO Box 100
South Walpole MA 02071

I hereby certify that a true copy of the above document was served upon the attorney of record for all parties herein, on this day: 7-28-05, 

Keith Niemic

3