UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

KEITH NIEMIC,
  Plaintiff,
v.                                      C.A. No. 04-11482-NMG
MICHAEL MALONEY, et al.,
  Defendants.

## MOTION FOR DEFAULT JUDGMENT

The plaintiff does move that the court pursuant to FED.R.CIV.P. Rule 55(b)(2), and this courts order,(Docket #15) hereby Enter Judgment by default against defendants Veglas, Hebda, Nolan, Mulvey, Solomon, Brien, AuCoin, Maloney, Allen, Murphy, and LaDouceur.[1] Plaintiff states that, had these defendants filed motion for Enlargement, within the time constraints of this courts order addressed herein, and court rules, he wouldn't oppose the defendants motion for enlargement.

As reason therefor, the defendants untimely motion to Enlarge, which states in pertinent part: "... the fact that counsel has only recently been assigned the case, and the fact that both counsel and numerous defendants will be on vacation in the ensuing months..." is reflective of the defendants gross disregard for procedural rules and authority, at another's expense, including that of this very court, potential jury, and again, the plaintiff.

---

1. Affidavit of Plaintiff attached in support with a copy of the docket entries for the courts convenience.

Had any of the defendants named herein, considered the comforts of vacation while violating the plaintiffs constitutional rights, giving rise to this very action, then neither the court, nor the plaintiff may have had to entertain this civil action while the defendants anticipate such irrelevant topics

WHEREFORE: For the foregoing reasons plaintiff requests that the court enter Judgment by default upon the above named defendants.

Respectfully Submitted

DATE: 7-14-05  /s/ Keith Niemic

Keith Niemic, pro se
PO Box 100
South Walpole, MA 02071

I hereby certify that a true copy of the above document was served upon attorney of record, for each party by first class mail, on this day 7-28-05.

/s/ Keith Niemic