UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

KEITH NIEMIC,
    Plaintiff,
v.
MICHAEL MALONEY, et al.,
    Defendants.

C.A. No. 04-11482-NMG

## AFFIDAVIT OF PLAINTIFF KEITH NIEMIC

I Keith Niemic, do hereby depose and state that the following is a true statement of facts to the best of my knowledge and memory:

1. The above entitled civil action was filed with the court approximately on June 29, 2004, after plaintiff's timely filed administrative grievance[s] and grievance appeals were denied.

2. Judge Hon. Nathaniel M. Gorton upon completion of preliminary screening of this case on the merits, did order that the necessary summonses be issued to plaintiff. (Docket Report #7)

3. The United States Marshal Service did effectively make service of process Receipt and Return for Summons on June 8, 2005 for defendants: Ladouceur, Aucoin, Brien, Hebda, Mulvey, Nolan, Murphy, Solomon, and Veglas. (Docket Report No.'s 28 thru 36)

KEITH NIEMIC,
  Plaintiff,
v.
MICHAEL MALONEY, et al.,
  Defendants.

Affidavit of Plaintiff Keith Niemic page 2
Supporting Motion for Default Judgment

C.A. No. 04-11482-NMG

4. Approximately on April 4, 2005 Judge Nathaniel M. Gorton did order "that if the defendants... have been served with a summons and complaint, the defendants... are required to reply within the time specified in the summons." (Docket Report #15)

5. The above defendants named herein at paragraph 3 failed to file an answer to the complaint, in addition to failing to file their motion to Enlarge within the time limits set forth in the Summons, and the Judges order addressed herein at ¶4. whereupon the defendants motion for enlargement was filed, and served upon plaintiff approximately on July 13, 2005. (Docket Report No. 61)

6. The plaintiff did supply the United States Marshal Service with copies of the complaint, and summonses to serve upon each defendant.

7. The plaintiff did file with the court an affidavit approximately on July 11, 2005, in support of his request for Entry of Default upon the above named defendants herein at ¶3. (see Docket Report No. 52) EXHIBIT-1

8. Neither of the defendants addressed herein at ¶3. has provided a substantial reason, or shown cause for their default, in their motion to Enlarge, other than counsel's recent assignment to the case, and both counsel's and defendants anticipation of vacation. (Docket Report No. 61)

SIGNED UNDER THE PENALTIES OF PERJURY

DATE: 7-14-05  [signature]
                Keith Niemic pro'se

2