EXHIBIT
1

Keith Niemic                                                          6-26-05
PO Box 100
South walpole, MA 02071


civil clerk
United States District Court
One Courthouse way
Boston, MA 02210


Re: Keith Niemic v. stanley Galas et al.
      civil Action No. 1:04-cv-11482-NMG


Dear Madam/Sir,
        Enclosed, please find the following:
1.  Plaintiffs reply to defendant Stanley Galas' counterclaim,
2.  Plaintiffs reply to defendant Arthur Brewer's counterclaim,
3.  plaintiffs reply to defendant June Binney's counterclaim,
4.  Plaintiffs reply to defendant Jeff shorey's counterclaim,
5.  Plaintiffs reply to defendant Kara Erdody's counterclaim,
6.  Plaintiffs reply to defendant Donna fitzgerald's counterclaim,
7.  Plaintiffs reply to defendant Donald Kerr's counterclaim,
8.  Plaintiffs reply to defendant Gurvinder Jaiswal's counterclaim.
        And would you please find the enclosed affidavit in sup-
port of plaintiffs request to file entry of default on the named
defendants therein, for failure to answer the complaint.
                        Thankyou
                                                very truly yours

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-11482-NMG

Niemic v. Maloney, et al
Assigned to: Judge Nathaniel M. Gorton
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 06/29/2004
Jury Demand: Defendant
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Keith Niemic**

represented by **Keith Niemic**
MCI Cedar Junction
P.O. Box 100
South Walpole, MA 02071
PRO SE

V.

**Defendant**

**David Nolan**
*Present Superintendent of MCI Cedar Junction*

**Defendant**

**Michael Maloney**
*Former Commissioner of Corrections*

**Defendant**

**Peter Allen**
*Former Superintendent of MCI Cedar Junction*

**Defendant**

**Anne Marie Aucoin**
*Institutional Grievance Coordinator-MCI Cedar Junction*

**Defendant**

**Gary Hebda**
*Mail Officer-MCI Cedar Junction*

**Defendant**

**Beverly Veglas**
*Librarian-MCI Cedar Junction*

**Defendant**

**Rick Solomon**
*Recreation Officer-MCI Cedar Junction*

**Defendant**

**Susan Martin**
*Director-Health Service Division-*
*Department of Corrections*

**Defendant**

**Kristie Ladouceur**
*Department of Corrections Grievance*
*Coordinator*

**Defendant**

**David Brien**
*Inner Perimeter Security Officer-MCI*
*Cedar Junction*

**Defendant**

**Paul Murphy**
*Former Inner Perimeter Security*
*Officer-MCI Cedar Junction*

**Defendant**

**Pat Mulvey**
*Inner Perimeter Security Officer-MCI*
*Cedar Junction*

**Defendant**

**University of Massachusetts**
**Correctional Health**

**Defendant**

**Nurse Practioner Stan Galas**          represented by **James A. Bello**
*Health Service Administrator-MCI*                     Morrison, Mahoney LLP
*Cedar Junction*                                       250 Summer Street
                                                       Boston, MA 02210
                                                       617-737-8803
                                                       Fax: 617-342-4968
                                                       Email: jbello@morrisonmahoney.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Lisa R. Wichter**
                                                       Morrison Mahoney LLP
                                                       250 Summer Street
                                                       Boston, MA 02210
                                                       617-737-8855
                                                       Fax: 617-342-4818

Email:
lwichter@morrisonmahoney.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kara Erdody**
*Nurse Practitioner-MCI Cedar Junction*

represented by **James A. Bello**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa R. Wichter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dr. Donald Kern**
*Director Health Services-MCI Cedar*
*Junction*

represented by **James A. Bello**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa R. Wichter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**June Binney**
*Program Director-U-Mass*
*Correctional Health*

represented by **James A. Bello**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa R. Wichter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Arthur Brewer**
*Program Medical Director-U-Mass*
*Correctional Health*

represented by **James A. Bello**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa R. Wichter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jeff Shorey**
*Registered Nurse-MCI Cedar Junction*

represented by **James A. Bello**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa R. Wichter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dr. Gurvinder Kaur Jaiswal**
*MCI Cedar Junction*

represented by **James A. Bello**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa R. Wichter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Donna Fitzgerald**
*Nurse-MCI Cedar Junction*

represented by **James A. Bello**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa R. Wichter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/29/2004 | 1 | MOTION for Leave to Proceed in forma pauperis by Keith Niemic. (Jenness, Susan) (Entered: 06/30/2004) |
| 06/29/2004 | 2 | MOTION to Appoint Counsel by Keith Niemic.(Jenness, Susan) (Entered: 06/30/2004) |
| 06/29/2004 | 3 | Names and addresses of parties (Jenness, Susan) (Entered: 06/30/2004) |
| 06/29/2004 | 4 | COMPLAINT, filed by Keith Niemic.(Jenness, Susan) (Entered: 06/30/2004) |
| 06/29/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Jenness, Susan) (Entered: 06/30/2004) |
| 06/30/2004 | | Case undergoing preliminary screening (Jenness, Susan) (Entered: 06/30/2004) |

| 08/10/2004 | 5 | Letter/request (non-motion) from Keith Niemic. (Smith3, Dianne) (Entered: 08/13/2004) |
|---|---|---|
| 09/03/2004 | 6 | Letter/request (non-motion) from Pro Se Office to plaintiff informing plaintiff that his case is subject to preliminary screening. Courtesy copy of docket sheet provided to plaintiff. (Morse, Barbara) (Entered: 09/03/2004) |
| 09/16/2004 | 7 | Judge Nathaniel M. Gorton : ORDER entered granting 1 Motion for Leave to Proceed in forma pauperis. An initial partial filing fee of $ 40.01 is assessed pursuant to 28 U.S.C. s. 1915(b)(1). The remainder of the fee $139.99 is to be assessed in accordance with 28 U.S.C. s. 1915(b)(2). The Clerk shall return the complaint to the undersigned for screening on the merits pursuant to 28 U.S.C. s. 1915(e)(2) and/or 1915A, and summonses shall NOT issue pending the completion of screening on the merits pursuant to 28 U.S.C. s. 1915(e)(2) and/or 1915A. (Weissman, Linn) (Entered: 09/17/2004) |
| 09/16/2004 | 8 | Judge Nathaniel M. Gorton : ORDER entered denying 2 Motion for Appointment of Law Student without prejudice to filing such a motion after the Court completes preliminary screening of plaintiff's complaint pursuant to 28 U.S.C. s. 1915(e)(2) and 1915A. (Weissman, Linn) (Entered: 09/17/2004) |
| 09/16/2004 | 9 | NOTICE FOR PAYMENT OF PRISONER FILING FEE. (Weissman, Linn) (Entered: 09/17/2004) |
| 09/19/2004 | 11 | MOTION For Notice For Demand For Jury Trial by Keith Niemic. (Barrette, Mark) (Entered: 09/27/2004) |
| 09/21/2004 | 10 | Letter/request (non-motion) from Keith Niemic. (Barrette, Mark) (Entered: 09/24/2004) |
| 10/06/2004 | 12 | MOTION for Declaratory Judgment Ordering MCI-Cedar Junction Treasurer to Allow Plaintiff Access to His Prison Account so that He Can Access Court Pursuant to This Courts Order Inter Alia by Keith Niemic. (Attachments: # 1 Affidavit of Keith Niemic)(Barrette, Mark) (Entered: 10/12/2004) |
| 10/26/2004 | 13 | Proposed Document(s) submitted by Keith Niemic. Document received: Plaintiff's Sworn Statement of His Eligibility to Proceed in This Action Without Paying an Initial Filing Fee. (Barrette, Mark) (Entered: 11/02/2004) |
| 11/05/2004 | 14 | Verified Provisional MOTION for Replevin of Property by Keith Niemic.(Barrette, Mark) (Entered: 11/10/2004) |
| 04/04/2005 | 15 | Judge Nathaniel M. Gorton : ORDER ON SCREENING PURSUANT TO SECTIONS 1915(e)(2) AND/OR 1915A entered. The Clerk shall dismiss this action unless, on or before the 42nd day from the date of this Order, plaintiff has filed a submission showing good cause why the Court should find that the pleading is sufficient to state a cognizable claim and that plaintiff will have a reasonable opportunity to prevail on the merits |

| | | |
|---|---|---|
| | | of plaintiff's claims against defendant Michael Maloney. IT IS FURTHER ORDERED THAT the Clerk shall issue summonses and the United States Marshal serve a copy of the complaint, summons and this order as directed by the plaintiff with all costs of service to be advanced by the United States only as to defendant(s)David Nolan, Peter Allen, Anne Marie Aucoin, Gary Hebda, Beverly Veglas, Rick Solomon, Susan Martin, Kristie Ladouceur, David Brien, Paul Murphy, Pat Mulvey, University of Massachusetts Correctional Health, Stan Galas, Kara Erdody, Dr. Donald Kern, June Binney, Arthur Brewer, Jeff Shorey, Dr. Gurvinder Kaur Jaiswal, and Donna Fitzgerald. IT IS FURTHER ORDERED THAT IF the defendants (except defendant Maloney) have been served with a summons and complaint, the defendants (except defendant Maloney) are required to reply within the time specified in the summons.(Morse, Barbara) (Entered: 04/04/2005) |
| 04/04/2005 | ●16 | Judge Nathaniel M. Gorton : MEMORANDUM AND ORDER entered granting 11 Motion for notice for demand jury trial, denying 12 Motion for Declaratory Judgment, denying 14 Motion for replevin of property. The Treasurer's Office at MCI Cedar Junction shall amend their records to reflect the remainder of the filing fee owed by plaintiff to $109.99. The plaintiff is directed to demonstrate good cause why the claims against Michael Maloney, the former Commissioner of the Massachusetts Department of Correction, should not be dismissed within forty-two (42) days of the date of this Memorandum and Order. Copy of Memorandum and Order mailed to Treasurer at MCI Cedar Junction. (Morse, Barbara) (Entered: 04/04/2005) |
| 04/05/2005 | ● | Set Deadlines/Hearings: Plaintiff response to 4/4/05 Order showing good cause why claims against defendant Maloney should not be dismissed due by 5/16/2005. (Morse, Barbara) (Entered: 04/05/2005) |
| 04/05/2005 | ● | Summons Issued as to Rick Solomon, Susan Martin, Kristie Ladouceur, David Brien, Paul Murphy, Pat Mulvey, University of Massachusetts Correctional Health, Stan Galas, Kara Erdody, Donald Kern, June Binney, Arthur Brewer, Jeff Shorey, Gurvinder Kaur Jaiswal, Donna Fitzgerald, David Nolan, Peter Allen, Anne Marie Aucoin, Gary Hebda, Beverly Veglas. Mailed to plaintiff with USM 285 forms, LR 4.1 and notice to plaintiff re: service by marshal. (Morse, Barbara) (Entered: 04/05/2005) |
| 04/11/2005 | ●17 | MOTION to Correct Erroneous Filing Fee Computation by Keith Niemic.(Filo, Jennifer) (Entered: 04/12/2005) |
| 04/26/2005 | ●18 | MOTION for Order to Show Cause by Keith Niemic.(Bell, Marie) (Entered: 04/28/2005) |
| 05/27/2005 | ●19 | SUMMONS Returned Executed University of Massachusetts Correctional Health served on 5/20/2005, answer due 6/9/2005. (Elefther, Elizabeth) (Entered: 06/01/2005) |
| 05/27/2005 | ●20 | SUMMONS Returned Executed Arthur Brewer served on 5/20/2005, answer due 6/9/2005. (Elefther, Elizabeth) (Entered: 06/01/2005) |

| 05/27/2005 | 🔵21 | SUMMONS Returned Executed Gurvinder Kaur Jaiswal served on 5/20/2005, answer due 6/9/2005. (Elefther, Elizabeth) (Entered: 06/01/2005) |
|---|---|---|
| 05/27/2005 | 🔵22 | SUMMONS Returned Executed Donna Fitzgerald served on 5/20/2005, answer due 6/9/2005. (Elefther, Elizabeth) (Entered: 06/01/2005) |
| 05/27/2005 | 🔵23 | SUMMONS Returned Executed Kara Erdody served on 5/20/2005, answer due 6/9/2005. (Elefther, Elizabeth) (Entered: 06/01/2005) |
| 05/27/2005 | 🔵24 | SUMMONS Returned Executed June Binney served on 5/20/2005, answer due 6/9/2005. (Elefther, Elizabeth) (Entered: 06/01/2005) |
| 05/27/2005 | 🔵25 | SUMMONS Returned Executed Donald Kern served on 5/20/2005, answer due 6/9/2005. (Elefther, Elizabeth) (Entered: 06/01/2005) |
| 05/27/2005 | 🔵26 | Summons Returned Unexecuted by Keith Niemic as to Peter Allen (no longer employed by D.O.C.) (Elefther, Elizabeth) (Entered: 06/01/2005) |
| 06/10/2005 | 🔵27 | MOTION for Extension of Time by Arthur Brewer.(Bello, James) (Entered: 06/10/2005) |
| 06/15/2005 | 🔵 | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 27 Motion for Extension of Time (Nicewicz, Craig) (Entered: 06/15/2005) |
| 06/16/2005 | 🔵28 | US Marshal Process Receipt and Return for Summons. Kristie Ladouceur served Delivered on 6/8/05 (Elefther, Elizabeth) (Entered: 06/17/2005) |
| 06/16/2005 | 🔵29 | US Marshal Process Receipt and Return for Summons. Ann Marie Aucoin served Delivered on 6/8/05 (Elefther, Elizabeth) (Entered: 06/17/2005) |
| 06/16/2005 | 🔵30 | US Marshal Process Receipt and Return for Summons. David Brien (IPS) served Delivered on 6/8/05 (Elefther, Elizabeth) (Entered: 06/17/2005) |
| 06/16/2005 | 🔵31 | US Marshal Process Receipt and Return for Summons. Gary Hebda served Delivered on 6/8/05 (Elefther, Elizabeth) (Entered: 06/17/2005) |
| 06/16/2005 | 🔵32 | US Marshal Process Receipt and Return for Summons. Pat Mulvey served Delivered on 6/8/05 (Elefther, Elizabeth) (Entered: 06/17/2005) |
| 06/16/2005 | 🔵33 | US Marshal Process Receipt and Return for Summons. David Nolan served Delivered on 6/8/05 (Elefther, Elizabeth) (Entered: 06/17/2005) |
| 06/16/2005 | 🔵34 | US Marshal Process Receipt and Return for Summons. Sgt Paul Murphy served Delivered on 6/8/05 (Elefther, Elizabeth) (Entered: 06/17/2005) |
| 06/16/2005 | 🔵35 | US Marshal Process Receipt and Return for Summons. Rick Solomon served Delivered on 6/8/05 (Elefther, Elizabeth) (Entered: 06/17/2005) |
| 06/16/2005 | 🔵36 | US Marshal Process Receipt and Return for Summons. Beverly Veglas served Delivered on 6/8/05 (Elefther, Elizabeth) (Entered: 06/17/2005) |
| 06/16/2005 | 🔵38 | US Marshal Process Receipt and Return for Summons. Stanley Galas served Delivered on 6/8/05 (Elefther, Elizabeth) (Entered: 06/17/2005) |

| 06/17/2005 | ●37 | US Marshal Process Receipt and Return for Summons. Jeff Shorey served Delivered on 6/8/05 (Elefther, Elizabeth) (Entered: 06/17/2005) |
| --- | --- | --- |
| 06/22/2005 | ●39 | ANSWER to Complaint with Jury Demand by Stan Galas.(Bello, James) (Entered: 06/22/2005) |
| 06/22/2005 | ●40 | ANSWER to Complaint with Jury Demand by Arthur Brewer.(Bello, James) (Entered: 06/22/2005) |
| 06/22/2005 | ●41 | ANSWER to Complaint with Jury Demand by June Binney.(Bello, James) (Entered: 06/22/2005) |
| 06/22/2005 | ●42 | ANSWER to Complaint with Jury Demand by Jeff Shorey.(Bello, James) (Entered: 06/22/2005) |
| 06/22/2005 | ●43 | ANSWER to Complaint with Jury Demand by Kara Erdody.(Bello, James) (Entered: 06/22/2005) |
| 06/22/2005 | ●44 | ANSWER to Complaint with Jury Demand by Donna Fitzgerald.(Bello, James) (Entered: 06/22/2005) |
| 06/22/2005 | ●45 | ANSWER to Complaint with Jury Demand by Donald Kern.(Bello, James) (Entered: 06/22/2005) |
| 06/22/2005 | ●46 | ANSWER to Complaint with Jury Demand by Gurvinder Kaur Jaiswal. (Bello, James) (Entered: 06/22/2005) |
| 06/22/2005 | ●47 | NOTICE of Appearance by Lisa R. Wichter on behalf of Stan Galas, Kara Erdody, Donald Kern, June Binney, Arthur Brewer, Jeff Shorey, Gurvinder Kaur Jaiswal, Donna Fitzgerald (Wichter, Lisa) (Entered: 06/22/2005) |
| 07/06/2005 | ●48 | MOTION *for Exemption From FRCP Rule 16(b) Requiring a Case Scheduling Conference* by Stan Galas, Kara Erdody, Donald Kern, June Binney, Arthur Brewer, Jeff Shorey, Gurvinder Kaur Jaiswal, Donna Fitzgerald.(Bello, James) (Entered: 07/06/2005) |
| 07/06/2005 | ●49 | JOINT STATEMENT of counsel *Pursuant to Local Rule 16.1.* (Bello, James) (Entered: 07/06/2005) |
| 07/11/2005 | ●50 | US Marshal Process Receipt and Return for Complaint & Summons. Susan Martin served Delivered on 7/6/05 (Elefther, Elizabeth) (Entered: 07/12/2005) |
| 07/11/2005 | ●51 | MOTION for Judgment as a Matter of Law in Jury Trials by Keith Niemic.(Elefther, Elizabeth) (Entered: 07/12/2005) |
| 07/11/2005 | ●52 | AFFIDAVIT of Keith Niemac by Keith Niemic. (Elefther, Elizabeth) (Entered: 07/12/2005) |
| 07/11/2005 | ●53 | Response by Keith Niemic to 39 Answer to Complaint of Stanley Galas. (Elefther, Elizabeth) (Entered: 07/12/2005) |
| 07/11/2005 | ●54 | Response by Keith Niemic to 41 Answer to Complaint of June Binney. (Elefther, Elizabeth) (Entered: 07/12/2005) |

| 07/11/2005 | ◐55 | Response by Keith Niemic to 42 Answer to Complaint of Jeffy Shorey. (Elefther, Elizabeth) (Entered: 07/12/2005) |
|---|---|---|
| 07/11/2005 | ◐56 | Response by Keith Niemic to 43 Answer to Complaint of Kara Erdody. (Elefther, Elizabeth) (Entered: 07/12/2005) |
| 07/11/2005 | ◐57 | Response by Keith Niemic to 44 Answer to Complaint of Donna Fitzgerald. (Elefther, Elizabeth) (Entered: 07/12/2005) |
| 07/11/2005 | ◐58 | Response by Keith Niemic to 45 Answer to Complaint of Donald Kern. (Elefther, Elizabeth) (Entered: 07/12/2005) |
| 07/11/2005 | ◐59 | Response by Keith Niemic to 46 Answer to Complaint of Gurvinder Jaiswal. (Elefther, Elizabeth) (Entered: 07/12/2005) |
| 07/11/2005 | ◐60 | Response by Keith Niemic to 40 Answer to Complaint of Arthur Brewer. (Elefther, Elizabeth) (Entered: 07/12/2005) |
| 07/13/2005 | ◐61 | MOTION for Extension of Time to 9/26/05 to respond to plaintiff's complaint by Rick Solomon, Susan Martin, Kristie Ladouceur, David Brien, Paul Murphy, Pat Mulvey, David Nolan, Michael Maloney, Peter Allen, Anne Marie Aucoin, Gary Hebda, Beverly Veglas.(Dietrick, Stephen) (Entered: 07/13/2005) |
| 07/13/2005 | ◐62 | Opposition re 51 MOTION for Judgment as a Matter of Law filed by Stan Galas, Kara Erdody, Donald Kern, June Binney, Arthur Brewer, Jeff Shorey, Gurvinder Kaur Jaiswal, Donna Fitzgerald. (Bello, James) (Entered: 07/13/2005) |