CERTIFICATE OF SERVICE

I Keith Niemic, hereby state that a true copy of the above document[s] have been served upon counsel for all parties herein, on this day 7-28-05 _____,

copy: file