UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

KEITH NIEMIC,
  Plaintiff,

VS.

DAVID NOLAN ET AL,
  Defendants.

CIVIL ACTION NO. 04-11482-NMG

PLAINTIFFS MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

The prose plaintiff does move that the court pursuant to Local Rule 40.4(a)(1); and Fed.R.Civ.P. Rule 65(a)(1)(b)(d), order to show cause, granting plaintiff a temporary Restraining order, as defendants will be notified via true copies of this motion and accompanying documents, for a preliminary injunction, by the United States Marshals service, as ordered by the court. As grounds therefore, the plaintiff states that this court did allow him to proceed in this civil action in forma Pauperis, and does present facts in a sworn Declaration, with Exhibits attached, with reasons set forth in a memorandum of law in support, who now briefly states that he has already suffered injury, which is verified by the accompanying documents, and who will suffer irreparable injury unless this court allows this motion. The balancing hardships favoring plaintiff.

WHEREFORE, plaintiff requests that the court allow this motion in it's entirely.

DATE: 8-7-05

Respectfully Submitted
Keith Niemic, prose
SBCC SMU J-3 P.O.BOX
8000 Shirley, MA 01464