UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

KEITH NIEMIC,
  Plaintiff,
Vs.
DAVID NOLAN ET AL,
  Defendants.

CIVIL ACTION NO. 04-11482-NMG

ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER

Upon the supporting affidavit of the plaintiff and the accompanying memorandum of law, it is

ORDERED that defendants Kathleen Dennehy and Arthur Brewer show cause in room ____ of the United States Courthouse, one Courthouse way Boston, MA 02210, on the ____ day of ____ 2005, at ____ o'clock, why a preliminary injunction should not issue pursuant to Rule 65(a), F.R.Civ.P., enjoining the said defendants, their successors in office, agents and employees and all other persons acting in concern and participation with them, to provide a medically appropriate course of treatment, and physical therapy to the plaintiff designed to mitigate pain, and to restore and maintain the full function of his back and legs; and to return to the plaintiff his personal, and legal property consisting of: MASS PRACTICE SERIES, Summary of Basic Law volume 14A, 14B, and Volume 19 Evidence;

---

1 original defendant MICHAEL MALONEY, was previous commissioner of correction who is ~~being sued~~ in his official capacity. See FED.R.CIV.P. Rule 25(d)(1)(2); See also M.G.L. c. 125 § 20;

(1) one SENTRY TABLE TOP RADIO; (1) one AIWA WALKMAN RADIO, (2) TWO SONY HEADPHONES; (1) one PERSONAL ADDRESS BOOK, and (4) four BOXES LEGAL MATERIAL (IN LEGAL STORAGE) and (21) twenty one postage stamps.

IT IS FURTHER ORDERED that effective immediately, and pending the hearing and determination of this order to show cause, defendants Dennehy and BREWER, shall arrange for the plaintiff to be examined by a qualified Neuro Specialist and to obtain from that specialist an evaluation of his spine and a prescription for a course of treatment to mitigate substantial pain, and physical therapy, and/or surgery to restore and maintain the full function of his back and legs;

IT IS FURTHER ORDERED that effective immediately, and pending the hearing and determination of this order to show cause, defendants Dennehy, and Brewer, shall arrange for the plaintiff to be placed in a hospital or medical facility to recieve such treatment pursuant to statute, in which he shall have posession of his personal and legal property, and recieve visitors, send and recieve communications by mail, telephone, and rights equal to that granted by statute[s] M.G.L. c. 127 §§ 116, 117, 117A, and 119; MGL. c. 111 § 70E; M.G.L. c. 127 §§ 16, 32, and 39.

IT IS FURTHER ORDERED that effective immediately, and pending the hearing and determination of this order to show cause,

2

defendant Dennehy shall return to plaintiff: MASS. PRACTICE SERIES, Books 14A, 14B, and 19. (1) one Sentry table top Radio, (1) one AIWA walkman Radio, (2) two Sony headphones, (1) one personal address book, with (21) twenty one postage stamps and (4) four Boxes Legal material in legal storage.

IT IS FURTHER ORDERED that effective immediately, and pending the hearing and determination of this order that plaintiff shall have unhindered access to all legal materials, supplies, photocopies etc. from the law library equal to that of inmates in population, and unhindered access to the U.S. mail, for effective court access.

IT IS FURTHER ORDERED that this order to show cause, and all other papers attached to this application, shall be served on defendants Dennehy and Brewer by _____ 2005 and the United States Marshals service is hereby directed to effectuate such service.

_____
UNITED STATES DISTRICT JUDGE
DATED: _____