EXHIBIT 3

July 29, 2005

John Marshall, Superintendent
SBCC
P.O. Box 8000
Shirley, MA  01464

Re:  Keith Niemic W-61426 J-3 #8
     SBCC

Dear Mr. Marshall:

    I am writing to you on the bequest of Keith Niemic whom I represent through CPCS on post-conviction matters.

    He recently informed me of a situation where he was removed from Cedar Junction and moved to SBCC.  During the move, his personal and legal property was either destroyed or misplaced.  He was also been deprived of medications and medical treatment, even though he was removed from his cell by DOC personnel and taken to the nurses' station where he received no treatment but for the taking of his vital signs.  He was returned to his cell without an examination, treatment, or the re-institution of his medications.  At the time he contacted me, he still had not received his medications or treatment for his injuries.

    Please be advised that Mr. Niemic intends to avail himself of all his legal remedies if this situation is not addressed and rectified immediately.

                                  Sincerely,


                                  Deirdre Thurber


cc:  Keith Niemic