# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
#### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)


EXHIBIT 5

| | | | | |
|---|---|---|---|---|
| **Name** | NIEMIC KEITH | **Grievance#** 11617 | **Institution** | MCI CEDAR JUNCTION |
| **Commit No.** | W61426 | **Housing** TEN BLOCK | **Date Of Incident** 20050613 | **Date Of Grievance** 20050628 |

**Complaint:** Sgt Mulbey of the IPS did take from my person-myaddress book and 21 stamps (.37) that which contains all my family phone numbers and addresses, including attorney addresses and phone numbers and business cards. Sgt Mulvey stated, upon my hesitency to turn over my address book that eh'll see about getting it back to me the next day. As of the present date, I still am unable to contact my lawyer or family members concerning my health and well being. As I am also denied the priviledge of exchanging phone numbers pursuant to inmate telephone system, and denied my right to U.S. mai, or my right to lawyer/family because Mulvey still has not returned my address book.

**Remedy Requested:** To be given my address book with stamps, so that I can enjoy my right to counsel and enjoy my privilege of adding and deleting phone numbers to my pin sheet.

**Staff Recipient:** Aucoin Ann Marie   CO I

**Staff Involved:** Mulvey Patrick M   CO II

**Signature:**

---

### RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received:** 20050705   **Decision Date:** 20050707

**Signature:** Aucoin Ann Marie   CO I

**Final Decision:** APPROVED

**Decision:** The address book is being returned to you from the IPS Unit.

**Signature:** [signed]   **Date:** 7/7/05

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

---

### INMATE RECEIPT

| | | | | |
|---|---|---|---|---|
| **Name** | NIEMIC KEITH | | **Institution** | MCI CEDAR JUNCTION |
| **Commit No.** | W61426 | **Grievance#** 11617 | **Date Received** | 20050705 |

**Signature:** Aucoin Ann Marie   CO I