**Commonwealth of Massachusetts**
County of Suffolk
The Superior Court



CIVIL DOCKET# **SUCV2005-00028**

Niemic, W61426
vs.
Allen Supt et al

## JUDGMENT OF DISMISSAL
## FAILURE TO COMPLY WITH ORDER

This action came on before the Court, John C Crastley, Justice, presiding, and the plaintiff Keith Niemic, having failed to comply with the Order dated June 9, 2005, for plaintiff to pay a reduced filing fee of $10.00 by July 9, 2005,

It is ORDERED and ADJUDGED:

That the Complaint is hereby dismissed without prejudice.

Dated at Boston, Massachusetts this 25th day of July, 2005.

Michael Joseph Donovan,
Clerk of the Courts

By: ........................................
Assistant Clerk

Notice
sent
7/27/05
J¢()
m¢()
KN
D

JUDGMENT ENTERED ON DOCKET July 27 2005
PURSUANT TO THE ...
AND NOTICE SENT TO ... IV. P. 58(e)
VISIONS OF MASS. R. CIV. P. 77(d) AS FOLLOWS TO THE PRO-

TRUE COPY OF JUDGMENT DULY ENTERED ON 7/27 2005