

Mitt Romney
*Governor*

Kerry Healey
*Lieutenant Governor*

Edward A. Flynn
*Secretary*

*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*

*Department of Correction*
*M.C.I. Cedar Junction at Walpole*
*P.O. Box 100*
*South Walpole, Massachusetts 02071*

*Tel: (508) 660-8000   Fax: (508) 660-8009*
*www.mass.gov/doc*



Kathleen M. Dennehy
*Commissioner*

James Bender
*Deputy Commissioner*

David Nolan
*Superintendent*

June 21, 2005

Keith Niemic W-61426
MCI-Cedar Junction

Dear Mr. Niemic

This response is in reference to your Inmate Request to Staff received on June 20, 2005.

It appears you had some involvement in a serious incident on the date in question. Everything on your person, including clothing, has been confiscated as evidence. These items will be retained as per the Search Policy.

I consider this matter closed.

Sincerely,

David Nolan
Superintendent


c. Lisa Mitchell, Deputy Superintendent
   Inmate File



DN/gjt

FORM "B"

EX 7

**COMMONWEALTH OF MASSACHUSETTS**
**DEPARTMENT OF CORRECTION**
**INMATE GRIEVANCE APPEAL FORM**

| INMATE'S NAME: KEITH NIEMIC | INMATE'S #: W61426 | DATE: 7-28-05 |
|---|---|---|
| INSTITUTION: SBCC PO BOX 8000 Shirley, MA 01464 | ASSIGNED GRIEVANCE #: 11617 | |

**INSTRUCTIONS:**
1. Refer to 103 CMR 491, Inmate Grievance Policy.
2. Provide your appeal argument in Block A, in a brief and understandable manner.
3. Provide your requested remedy in Block B.

**A. Provide your appeal argument in a brief and understandable manner.**

(BC) Ann Marie Aucoin did approve the above enumerated grievance on July 7, 2005, which grievance did explicitly state that the IPS (Mulvey) did take my address book containing all my lawyer's and family members addresses and phone numbers and 21 U.S. postage stamps on 6-13-05 after I was allegedly stabbed, thus depriving me access to counsel, family members, and use of the telephone and U.S. mail; the intentional coercion and harassment was in response to complaints filed by myself, in which as of present I have still not recieved my address book causing me extreme Emotional Distress

**B. Provide your requested remedy** To have my address book and all lawyer business cards therein, including my 21 stamps returned to me, and $25.00 dollars a day in damages or criminal and civil complaints will be filed against all persons responsible

Inmate's Signature: Keith Niemic    Date: 7-28-05

Staff Recipient _____   Date: _____

(Inmate receipts/responses will be generated via the Inmate Management System.)