UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEITH NIEMIC,<br>　　　Plaintiff<br><br>VS.<br><br>STANLEY GALAS, ARTHUR BREWER, M.D.,<br>JUNE BINNEY, JEFF SHOREY, R.N.,<br>KARA ERDODY, R.N., DONNA<br>FITZGERALD, L.P.N., DONALD KERN, M.D.,<br>and GURVINDER JAISWAL, M.D., ET AL.,<br>　　　Defendants | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 1:04-CV-11482-NMG<br>)<br>)<br>)<br>)<br>) |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

This is a civil rights case brought by a *pro se* prisoner, incarcerated at MCI-Cedar Junction. Mr. Keith Niemic asserts that his civil rights were violated by the defendants, *Stanley Galas, Arthur Brewer, M.D., June Binney, Jeff Shorey, R.N., Kara Erdody, R.N., Donna Fitzgerald, L.P.N., Donald Kern, M.D., and Gurvinder Jaiswal, M.D.*, in their failure to treat his serious medical needs, which subsequently led to his pain and suffering. The plaintiff brings claims pursuant to 42 U.S.C. §1983 against all defendants.

The defendants deny the assertions of due process violations and deliberate indifference to the plaintiff's medical needs and intend to pursue a motion for summary judgment.

**I.　DISCOVERY**

The defendants intend to move for summary judgment within the next sixty (60) days. The plaintiff would then review the motion and determine, within fifteen (15) days of that filing, whether he needs to depose the defendants in order to oppose the summary judgment motion. If so, that deposition will be done within forty-five (45) days.

If the case proceeds beyond the summary judgment phase, the defendants would depose Mr. Niemic, and any subsequent treating physicians, in the initial phase of discovery. The

968489v1

plaintiff would depose the defendants. That phase should be completed in twelve (12) months. If the case proceeds beyond that stage, the parties would request the option of deposing experts noticed by the other side. That phase would be completed within three (3) months of the completion of the first phase.

## II.  MOTIONS

The defendants will file a motion for summary judgment within the next sixty (60) days. The plaintiff will decide within fifteen (15) days of that filing whether he will depose the defendants. If so, the deposition will be done within forty-five (45) days of that determination. The opposition of the plaintiff will be due within twenty-one (21) days after either the decision not to depose the defendants, or the receipt of the transcript of the defendants' testimony.

The parties reserve the right to supplement this statement should discovery indicate the need for such supplementation.

|  |  |
|---|---|
|  | Respectfully Submitted,<br>The Defendants,<br>STANLEY GALAS, ARTHUR BREWER, M.D., JUNE BINNEY, JEFF SHOREY, R.N., KARA ERDODY, N.P., DONNA FITZGERALD, L.P.N., DONALD KERN, M.D. AND GURVINDER JAISWAL, M.D.<br>By their attorneys, |
| I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail on this 6th day of June, 2005.<br><br>/s/ James A. Bello<br>_____<br>James A. Bello / Lisa R. Wichter | /s/ James A. Bello<br>_____<br>James A. Bello, BBO #633550<br>Lisa R. Wichter, BBO #661006<br>MORRISON MAHONEY LLP<br>250 Summer Street<br>Boston, MA 02210<br>(617) 439-7500 |

968489v1