**Massachusetts Department of Correction**
# PROPERTY CONTRABAND NOTIFICATION AND DISPOSAL FORM

*EXHIBIT 10*

INSTITUTION: _____

☐ *REMOVAL OF PROPERTY REQUESTED BY INMATE*

INMATE: _____    COMMITMENT #: _____    ☐ FIRST NOTICE: _____
(Date)

---

**The following items have been deemed contraband and are not allowed in this facility.**

| | | |
|---|---|---|
| 1. | 21. | 41. |
| 2. | 22. | 42. |
| 3. | 23. | 43. |
| 4. | 24. | 44. |
| 5. | 25. | 45. |
| 6. | 26. | 46. |
| 7. | 27. | 47. |
| 8. | 28. | 48. |
| 9. | 29. | 49. |
| 10. | 30. | 50. |
| 11. | 31. | 51. |
| 12. | 32. | 52. |
| 13. | 33. | 53. |
| 14. | 34. | 54. |
| 15. | 35. | 55. |
| 16. | 36. | 56. |
| 17. | 37. | 57. |
| 18. | 38. | 58. |
| 19. | 39. | 59. |
| 20. | 40. | 60. |

**These articles must be disposed of in accordance with 103 CMR 403.14. Please select a method of disposal.**

---

*I choose to have my property...*    Cost to mail: $ _____

☐ retrieved by a visitor.    ☐ mailed out to a specified destination.    ☐ disposed of as seen fit by the institution.

Name _____    Name _____

Address _____    Address _____

City _____ State ___ Zip ___    City _____ State ___ Zip ___

Telephone _____    Telephone _____

*Inmate Authorization:* _____    *Date:* _____

---

**Property Pick-up Acknowledgement**

**Visitor ID:**    ☐ valid state ID/drivers license    ☐ military ID    ☐ passport    ☐ Dept. Transitional Assistance (Welfare ID)

I, _____ have received and accept responsibility for all of the items listed on this sheet.

*Visitor:* _____    *Date:* _____

*Property Officer:* _____    *Date:* _____