## Ten Block Property Inventory Form

Inmate Name: Kieth Niemic  Commitment #: W61426  Date: 6-17-05

| Item (max. quantity) | Quantity | Description / Condition |
|---|---|---|
| Undershorts (7) | 3 | |
| T-shirts (7) | 5 | |
| Thermals (2) top (2) bottom | 2 top, 1 Bot | |
| Socks (7) pair | 5 | |
| Footwear (2) sneakers (1) shower shoes | 1 showshoes, 1 converse | |
| Coat, State Issued (1) | | |
| Hat, State Issued (1) | 1 | |
| Red Scrub Suits, State Issued (2) | | |
| Legal Documents (1 cubic foot) | ✓ | |
| Eyeglasses (1) pair | | |
| Contact Lenses (1) pair | | |
| Envelopes (6) | | |
| Soft Covered Books/Magazines/Newspapers From Publisher (7 total) | 7 | |
| Pen (2) | | |
| Pencil (2) | | |
| Pad of Paper (1) | | |
| Personal Mail/Photos (1 cubic foot) | ✓ | |
| Toothbrush (1) | | |
| Tube Toothpaste (1) | | |
| Bar Soap (4) | | |
| Comb (1) | Cosmetics | |
| Hair Brush (1) | | |
| Mirror (1) | | |
| Razor (1) | | |
| Shaving Cream (1) | | |
| Shampoo (1) container | | |
| Hair Conditioner (1) container | | |
| After Shave (1) container | | |
| Baby Powder (1) | | |
| Skin Cream (1) | | |
| Deodorant (1) | | |
| Wedding Ring (1) | | |
| Religious Medal and Chain (1) | | |
| Religious Books (2) | | |
| Dentures (1) | | |
| Walkman Radio (1) | | |
| Headphones (1) | | |
| Bowl (1) | 1 | |
| Cup (1) | | |
| Watch (1) | | |
| Medical Alert Bracelet / Necklace (1) | | |

(1) Pr. gym shorts    (1) legal cassette

missing 6 MASS practice legal books, TV, fan, headphones, 2 Radios

Inmate's Signature: _____

Officer Conducting Inventory: Gillete / [signature]
Printed Name / Signature

Return this form to the Property Dept.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
#### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | | | | |
|---|---|---|---|---|---|
| **Name** | NIEMIC KEITH | **Grievance#** 11699 | **Institution** MCI CEDAR JUNCTION | | |
| **Commit No.** | W61426 | **Housing** TEN BLOCK | **Date Of Incident** 20050705 | **Date Of Grievance** | 20050705 |

**Complaint**

After getting lugged approximately on 6/13/05 from 7 block and upon receipt of my property approximately one week there after (7) books were listed on my property iventory sheet, however, I did not receive (6) of my MASS practice law books, but was given all six pocket parts that belonged to these books. Also my color TV was omitted from the inventory sheet as proeprty CO Gillette furhter wrote that 2 of my Sony headphones, and table top radio and walkman are not mine, without given me due process where my name is on all these items-my property. It should be noted that both of my headphones and radios were in my homeboys possession, when I got lugged to 10 Block the last time, which of course wasn't marked on the property inventory sheet, where upon personally made inquiries with property CO Gillette about my missing headphones and radios upon my release form Ten Block. I was moved to 7 block form 10 after being lugged form 3 block and subsequently received my headphones and radios from my homeboy. IPS Cutting may be able to help verify my previous property situation. As my name is listed on all such property in which Sgt. McGreevy from Property did personally inventory all of my stuff and I have record of ownership.

**Remedy Requested**

I would like to have my 6 Mass practice books given to me and my two Sony headphones and tabletop and walkman given to me as well. As I would like to have my TV located and marked on my property inventory. Thank you.

**Staff Recipient**   Aucoin Ann Marie   CO I

**Staff Involved**

**Signature**

---

### RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20050706   **Decision Date**

**Signature**

**Final Decision**

**Decision**

**Signature**                                                   **Date**

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

---

### INMATE RECEIPT

| | | | | |
|---|---|---|---|---|
| **Name** | NIEMIC KEITH | | **Institution** | MCI CEDAR JUNCTION |
| **Commit No.** | W61426 | **Grievance#** 11699 | **Date Received** | 20050706 |
| **Signature.** | Aucoin Ann Marie   CO I | | | |