# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
#### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

 EXHIBIT 12

| | | | |
|---|---|---|---|
| **Name** NIEMIC KEITH | **Grievance#** 11697 | **Institution** MCI CEDAR JUNCTION | |
| **Commit No.** W61426 | **Housing** TEN BLOCK | **Date Of Incident** 20050630 | **Date Of Grievance** 20050630 |

**Complaint:** I submit legal request to library requesting copies of Supreme Court Cases (2) to research and study for new trial motion. Beverly Veglas denied my receipt of the requested cases. Referring me to 10 block library. It should be noted that pursuant to court order, I am entitled to 5 hours law library a week see Cepulonis V. Fair 563. f. supp.659,660 (DMASS 1983) and I can get 2 hours a week if I am lucky. Also Ms. Veglas in in violation of 103 CMR 478.11(4)(a)(b)(5)(a)(b) and my constitutional rights by denying me copies of requested material and who dropped off all my legal work to CO Bettencourt opened wihtout being contained in any of the requested (but not given) envelopes.

**Remedy Requested:** To simply be given adequate access to the necessary legal servies that the law and constitution says that I am entitled to and not to be harassed because I am sueing this person for previous identical conduct.

**Staff Recipient:** Aucoin Ann Marie    CO I

**Staff Involved:**
Bettencourt Brian A    CO I
Veglas Beverly F    Librarian

**Signature:**

## RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20050706    **Decision Date**

**Signature**

**Final Decision**

**Decision**

**Signature**    **Date**

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

## INMATE RECEIPT

| | | | |
|---|---|---|---|
| **Name** NIEMIC KEITH | | **Institution** MCI CEDAR JUNCTION | |
| **Commit No.** W61426 | **Grievance#** 11697 | **Date Received** 20050706 | |

**Signature.** Aucoin Ann Marie    CO I