

EXHIBIT 13



*Lois Russo*

**The Commonwealth of Massachusetts**
**Souza-Baranowski Correctional Center**
**P.O. Box 8000**
**Shirley, Massachusetts 01464**

*Superintendent*

**TO:**    Niemic, Keith W61426        J3 08

**FROM:**  Anthony Mendonsa, Deputy Superintendent

**DATE:**  8/4/05

**RE:**    NOTIFICATION OF AWAITING ACTION STATUS/ADMINISTRATIVE SEGREGATION STATUS

An administrative review of your placement for Awaiting Action Status/Administrative Segregation Status was conducted on this date. The following decision has been made regarding your status:

1. _____   To be classified to another institution.

2. _____   To await placement in the Department Disciplinary Unit.

3. _____   To await your hearing for the Department Disciplinary Unit.

4. _____   To be transferred out of state.

5. \_\_\_X\_\_\_   Pending Investigation.  VIA CJ

6. _____   To await classification_____.

7. _____   Pending classification decision//transfer

8. \_\_\_X\_\_\_   Pending the disciplinary process.  VIA CJ&SBCC

9. _____   Pending assessment of mental health.

10. _____  Be released to general population.

cc:   Six Part Folder
      File