**EXHIBIT A**

## UMASS CORRECTIONAL HEALTH

### PROGRESS NOTES

_CJ_
Institution

NAME: _Niemic, Keith_      ID # _W61426_   D.O.B. _6/19/68_

| DATE | TIME | NOTES |
|------|------|-------|
| 6/13/05 | 1330 | S: To HSU ⊙ altercation č another I/M |
| | | O: Multiple lacerations throughout scalp & Ⓛ eyebrow. One laceration ~ 1.5 cm long bleeding profusely Ⓡ upper scalp, 2 the laceration ~ 1.0 cm long č ⊙ bleeding. Ⓛ eyebrow č lac. ~ 1.0 cm long |
| | | A: Multiple lacerations |
| | | P: Sutured one lac. č 3 - #9 nylon suture, alary č 1 - #4 nylon suture, using sterile technique & anesthesizing č 2.5 ml 1% Lidocaine. Used butterflies on lac Ⓛ eyebrow - Tetanus, Bacitracin & Keflex as ordered. _[signature]_ NP |
| 6/23/05 | 9 AM | S: "No problem if it hurts" |
| | | O: two lacerations noted in scalp. 1 suture in one and 4 sutures in other. All sutures removed. A: both areas clean, dry (no drainage noted) P: Continue to assess area for infection _Carolyn M. Wilson_ RN |

## UMASS CORRECTIONAL HEALTH
### SICK CALL REQUEST FORM

Print Name: _Keith Niemic_    ID#: _W61426_

Date/Time _7-2-05_    Housing Location: _10 Block_

Check ONLY One Box:    ☑ Medical    ☐ Dental    ☐ Mental Health
                          stitches

Nature of problem or request: _Since being treated for stab wounds to the head, I've put in_
_numerous requests for medical treatment since 6-13-05. The migraines and back pain, that shoots_
_down both legs with numbness is so bad I feel like I'm dying. Why haven't I been seen_

I consent to be treated by the healthcare staff for the condition described above.
_pursuant to 103 DOC 630 ?_

Inmate Signature _Keith Niemic_

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA

*************************************************************

| Date/Time Recieved |
|---|
| 7/3/05 8p |

_MCI CJ_
Institution

_L. Snider_
Slip Sorted by:

REFERED TO:
☐ Nurse    ☑ Midlevel    ☐ Physician
☐ Mental Health    ☐ Dental    ☐ Other _____

*************************************************************

Subjective:

Objective:  T _____  P _____  R _____  B/P _____  WT _____

See Progress Note of 7/11/05

Assessment:

Plan [include inmate education]:

Signature & Title: _MB_    Date: _7/11/05_  Time: _11⁰⁰A_

8022 Rev. 12/04

# UMASS CORRECTIONAL HEALTH

## PROGRESS NOTES

*C.J.*
Institution

NAME: _Nemic Luria_    ID # _W61426_   D.O.B. _6/19/68_

| DATE | TIME | NOTES |
|------|------|-------|
| | | Psychiatry |
| 6-30-05 | 9:50am | Per therapist pt. is reporting persistent bad taste in his mouth. Plan: apply for Celexa [signature] A. MASSION, M.D |
| 7/9/05 | 845p | Received call from IU block that inmate Nemic was complaining of severe pain in back, down his (R) leg, and lower part of leg / foot was numb. Inmate brought to HSU under his own power. Vitals 131/92 p. 88. MD on call notified. Inmate to be housed on unit and seen by next available provider re: pain issues. Motrin ordered for pain [signature] |
| 7/12/05 | 930am | S/ down to HSU ℅ LBP, & (R) leg. Pt states falling in past ī lateral rotation/low back. O/ able to leg raise (L) ō pain (R) leg raise to 6-8" ī ↓ lumbar pain. DTR's 3+ on (L) patellar. On K̄ē ↓ DTR patellar, 1+ (R). SL spasm (R) thoracic paravertebral muscle. Pt. can sit & stand ī assistance. Seen by N.P. 7/10/05 ordered Percocet & given Toradol injection yesterday. A/ LBP ? L4-L5 disc herniation P/ MRI pending, Percocet. F/U in AM. [signature] Stephen Mehabo PAC |

## UMASS CORRECTIONAL HEALTH

### PHYSICIAN'S ORDER

PRESCRIPTION ORDER - FOR DEPARTMENT OF CORRECTION INSTITUTIONAL USE ONLY

NAME  Neimic, Keith          ID NUMBER  W61426    D.O.B.  6·19·68

INSTITUTION  MCI-CJ          ALLERGIES  Benadryl

DATE  7/9/05      TIME  850pm

ORDERS

TO/RB  Dr Friedman/Nicole Rosley RN

Motrin 600mg  PO  TID/PRN pain x 3 days

SIGNATURE _____

PRINT NAME _____

Interchange is mandatory unless the prescriber writes the words
"no substitution" in this space:

8006 Rev. 4/01

# UMASS CORRECTIONAL HEALTH

## PROGRESS NOTES

C.J

| NAME: Keith Niemic | ID # WbNo26 | D.O.B. 6/19/68 |
| --- | --- | --- |

Institution

| DATE | TIME | NOTES |
| --- | --- | --- |
| 7/11/05 | 11:00 | m D Note |

S - c/o Pain (L) No imping. Also c/o pain in abd. Said to have altercation 6/13

O - no apparent imping seen on exam. Skin feel mildly warm. No lesions. No swellings. BP 160/90   84 T.

lungs - clear to A/P

Heart - NSR S1S2. No clicks or Heaves

abd - Non tender B.S (+)

A - Multiple somatic complaints.

P - On Prednisone already. Will add H2-blocker for stomach upset from Prednisone and Motrin.

Aly Braun MD

## UMASS CORRECTIONAL HEALTH

### PHYSICIAN'S ORDER

PRESCRIPTION ORDER - FOR DEPARTMENT OF CORRECTION INSTITUTIONAL USE ONLY

NAME _Naimic Keith_      ID NUMBER _W61426_   D.O.B. _6-19-6_

INSTITUTION _( - )_      ALLERGIES _Benadryl_

DATE _7/11/06_    TIME _11⁰⁰_

ORDERS

_Pepcid 20mg po BID x 30 days_
_Toradol 60mg IM x 1 dose. Ali Shaw MMR_
_noted Gere Cusonack 7/1/05 4³⁰pm_

SIGNATURE _____

PRINT NAME _____

Interchange is mandatory unless the prescriber writes the words
"no substitution" in this space:

8006 Rev. 4/01

# UMASS CORRECTIONAL HEALTH

## PHYSICIAN'S ORDER

PRESCRIPTION ORDER - FOR DEPARTMENT OF CORRECTION INSTITUTIONAL USE ONLY

NAME _Keith Niemic_    ID NUMBER _W61426_    D.O.B. _6/19/68_

INSTITUTION _CJ_    ALLERGIES _Benadryl_

DATE _7/11/05_    TIME _1445_

ORDERS

D/C Percocet order

Percocet tabs ii PO Q6° PRN Every 6 hours
PRN Pain × 5 days, starting 7/12 thru 7/17

J. Galas NP
S. GALAS

noted 7/11/05   3:05pm Jill McCormick

SIGNATURE _____

PRINT NAME _____

Interchange is mandatory unless the prescriber writes the words "no substitution" in this space:

8006 Rev. 4/01

# UMASS CORRECTIONAL HEALTH

## PROGRESS NOTES

Institution: MCI-CJ

NAME: Niemic, Keith    ID # W61426    D.O.B. 6/19/68

| DATE | TIME | NOTES |
|------|------|-------|
| 7/12/05 | 1:45p | MD note |

S/O as per MD note of 7/11/05 + N.P. note of 7/10/05. pt. reports progressively worsening R sided LBP c̄ radicular S/SS, described as burning R thigh pain + R LE numbness, since MVA c̄ ? back strain 6/13/05. Recently arising numbness c̄ relief of pain x 24h. A also c̄ vague report of B/C in R thigh. States unable to sleep @ night + "nothing is working" (re Toradol, motrin, prednisone) + re to meds started 7/10 + 7/11/05. ∅ weakness, ∅ bladder or bowel incontinence.

O/...  R antalgic gait, apparent discomfort (re facial grimace) c̄ sitting & arising c/rising from chair + exam table. PS ↓↓ subjective + sensation to touch L>R throughout (??). motor grossly intact B/C L S. SLR R >60° (L), on 30°(R). c̄ back + grossly ... NT c̄ no cervical spasms; ? mild ↑ paravertebral spinal muscle tone.

A/P c̄ ? lumbar fx tr vs severe strain. Pt c̄ long H/O drug seeking behavior, but suspect some discomfort possibly warranting short term narcotic analgesic. Scheduled for MRI, but will obtain US spine films to avoid any "surprises". will add muscle relaxer. Pt to NTC c̄ worsening S/SS.

CARL SINGLETARY, M.D.

JUL 12 2005

# UMASS CORRECTIONAL HEALTH

## PHYSICIAN'S ORDER

### PRESCRIPTION ORDER - FOR DEPARTMENT OF CORRECTION INSTITUTIONAL USE ONLY

NAME _Melnici Keith_   ID NUMBER _W61426_ D.O.B. _6/19/68_

INSTITUTION _MCI-CJ_   ALLERGIES _Benadryl_

DATE _(See below)_  TIME _____

ORDERS

1. L/S spine films to evaluate (R) lumbar pain + radicular s/ss @ L5 - dog

2. Consult for MRI written 7/10/05

3. Please crush + liquify all percocet dosing

4. D/C mencing order of motrin

5. motrin 800 mg PO 3x/day D w/ or food prn back pain & 2wks

6. robaxin 1500 mg PO 3x/day X 10 days

Noted 7/12/05 @ 10 PM _[signature]_

SIGNATURE _____

CARL SINGLETARY, M.D.

JUL 1 2 2005

PRINT NAME _____

Interchange is mandatory unless the prescriber writes the words "no substitution" in this space:

8006 Rev. 4/01

Original (White):  Retain in Inmate Medical Record
Copy (Yellow):  Fax to Pharmacy; File with Pharmacy Orders

# UMASS CORRECTIONAL HEALTH

## PHYSICIAN'S ORDER

PRESCRIPTION ORDER - FOR DEPARTMENT OF CORRECTION INSTITUTIONAL USE ONLY

NAME *Neimic, Keith*

ID NUMBER *W61426*    D.O.B. *6/19/68*

INSTITUTION *CSI*

ALLERGIES *Benadryl*

DATE *7/12/05*    TIME *10³⁰*

**ORDERS**

*Percocet ii tabs PO Q6° / PRN*
*x 5 days*

SIGNATURE _____

CARL SINGLETARY, M.D.

JUL 1 2 2005

Interchange is mandatory unless the prescriber writes the words
"no substitution" in this space:

PRINT NAME _____

*150*

8006 Rev. 4/01

# UMASS CORRECTIONAL HEALTH

## PROGRESS NOTES

Institution

NAME: Niemic Keith          ID# W61426    D.O.B. 6/12/68

| DATE | TIME | NOTES |
|------|------|-------|
| 7/16/05 | 16:1 | **CD VISIT** Note c̄ Allen S. Figueria on visit *(illegible)* @ B.P. 74 ... p.84 *(illegible)* ... Chr elev AST S, J al *(illegible)* ... last ALT 43 on 4/7/05 ⓐ Note *(illegible)* Request *(illegible)* for about *(illegible)* ⓟ See *(illegible)* ——— Kasim Gouda, M.D. *(signature)* |
| 7/18/05 2 PM | | M.D. Note                      tolerate NSAIDs. S/O Pt seen for F/U neg LBP. reports feeling much improved c̄ ↓ discomfort ↓↑ L/S spine ROM. still c̄ *(illegible)* discomfort. No weakness or numbness LE or ↓ bowel or bladder incontinence. Unable to *(illegible)* dysesthesia c̄ antalgic or slow gait otherwise *(illegible)*, p⊙ L/S spine c̄ *(illegible)* Forward flexion > 90°. motor s/s through B/L LE. A/P # lumbar strain — improving slowly. will continue *(illegible)* c̄ current analgesic regimen as per orders. D/C from HSU after exam. Pt. to notify staff if no improvement in 2-3 wks or worsening S/Ss.    CARL SINGLETARY, M.D. *(signature)* JUL 18 2005 |

7113W 1/95

## UMASS CORRECTIONAL HEALTH

### PHYSICIAN'S ORDER

PRESCRIPTION ORDER - FOR DEPARTMENT OF CORRECTION INSTITUTIONAL USE ONLY

NAME _Nremic, Keith_       ID NUMBER _W61426_   D.O.B. _6/19/68_

INSTITUTION _MCI-CJ_       ALLERGIES _Benadryl_

DATE _(See below_       TIME _____

__ORDERS__

(1) D/c from HSU

(2) Ultram 100mg PO 3X/day x 1 wk, the
100mg PO 2X/day x 1 wk, the
50mg PO 3X/day x 1 wk, the
50mg PO 2X/day x 1 wk, the
d/c

~~(3) Colace~~   d/c

(3) Colace 100mg PO 2X/day x 30 days

(4) MOM 30cc PO qHS 3X/wk for
constipation x 30 days

Noted 7/18/05 3:07pm _qwmccmum_

SIGNATURE _July__ / _FEB 10 2005_  CS

CARL SINGLETARY, M.D.

PRINT NAME _____  215P

Interchange is mandatory unless the prescriber writes the words
"no substitution" in this space:

8006 Rev. 4/01

Original (White): Retain in Inmate Medical Record
Copy (Yellow): Fax to Pharmacy: File with Pharmacy Orders

# MASS CORRECTIONAL HEALTH

## PHYSICIAN'S ORDER

### PRESCRIPTION ORDER - FOR DEPARTMENT OF CORRECTION INSTITUTIONAL USE ONLY

NAME _Niemic, Keith_                     ID NUMBER _W61426_ D.O.B. _6/19/68_

INSTITUTION _MCI-CJ_                      ALLERGIES _Benadryl_

DATE _(See below_ TIME _)_

**ORDERS**

Percocet ïï PO q6° (now ; the evening & tomorrow AM)
X 3-4 doses; D/C when ultram available;
crush + squirty
Noted 7/18/05 3:07pm _____

SIGNATURE _CARL SINGLETARY, M.D._        Interchange Is mandatory unless the prescriber writes the words
                                          "no substitution" in this space:

PRINT NAME _____

8006 Rev. 4/01

# UMASS CORRECTIONAL HEALTH

## PHYSICIAN'S ORDER

PRESCRIPTION ORDER - FOR DEPARTMENT OF CORRECTION INSTITUTIONAL USE ONLY

NAME *Niemic, Keith*                    ID NUMBER *W61498* D.O.B. *6/19/68*

INSTITUTION *MCI-CJ*                    ALLERGIES *Benadryl*

DATE *7/18/05*          TIME *9:00 PM*

ORDERS

TO: Dr. Singletary (Khimccommen)

- Nubain 10mg IM prn / one time only. X 2 days (until v tham in)

Noted  7/18/05  9:07pm  Khimccmn

SIGNATURE _____    Interchange is mandatory unless the prescriber writes the words "no substitution" in this space:

PRINT NAME _____

8006 Rev. 4/01

## UMASS CORRECTIONAL HEALTH
### SICK CALL REQUEST FORM

Print Name: _Keith Niemic_                ID#: _W61426_

Date/Time _7-26-05_                Housing Location: _J-3_

Check **ONLY** One Box:        ☑ Medical    ☐ Dental    ☐ Mental Health

Nature of problem or request: _I have an open wound on my_
_Big toe that is swollen and infected on the side_
_of the nail and need anti biotics_

I consent to be treated by the healthcare staff for the condition described above.

Inmate Signature _Keith Niem___

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| Date/Time Recieved | | REFERED TO: |
|---|---|---|

_7/26/05_

Institution _SBCC_          ☐ Nurse    ☑ Midlevel    ☐ Physician

Slip Sorted by: _RLVC_      ☐ Mental Health  ☐ Dental  ☐ Other _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

① ® great toe infected x 10d.
Subjective: ② pain back + ® leg, numbness in hands, ... had
MRI 7/25/05. conts oxycodone, Robaxin

Objective: T _____ P _____ R _____ B/P _____ WT _____
NAD Ambulatory in restraints 3 difficulty
® great toe - erythema + drainage lat border of nail
rubewa chart. recently in HSU @ CJ for back
pain - coumadin was written by MD as Taper

Assessment:
① ® great toe paronychia
② LBP.

Plan [include inmate education]:
- Xray - MRI - Monday 7/25 - obtain results
- Continue Robaxin - see POS
- coumadin Taper
- Keflex 500mg po BID x 10 D
- bactroban, bandaids

Signature & Title: _Angelis DNP_      Date: _7/28/05_ Time: _457A_

8022 Rev. 12/04

# UMASS CORRECTIONAL HEALTH

## PHYSICIAN'S ORDER

### PRESCRIPTION ORDER - FOR DEPARTMENT OF CORRECTION INSTITUTIONAL USE ONLY

NAME _Niemic Keith_   ID NUMBER _W61426_   D.O.B. _6-19-60_

INSTITUTION _SBCC_   ALLERGIES _Benadryl_

DATE _7/26/05_   TIME _1030_

ORDERS

Ultram 100 mg PO bid x 1 week, then on MAR
50 mg PO tid x 1 week, then on MAR
50 mg PO bid x 1 week then on MAR
DC

noted @ 2300 7/26/05 *(signature)*

Noted on 7/27/05 @ 0600 by *(signature)*    Special order

SIGNATURE _P Tv_

Interchange is mandatory unless the prescriber writes the words "no substitution" in this space:

PRINT NAME **Philip Tavares, M.D.**

8006 Rev. 4/01

### UMASS CORRECTIONAL HEALTH

### PHYSICIAN'S ORDER

## PRESCRIPTION ORDER - FOR DEPARTMENT OF CORRECTION INSTITUTIONAL USE ONLY

NAME _Niemic Keith_    ID NUMBER _W61426_ D.O.B. _6/19/68_

INSTITUTION _SBCC_    ALLERGIES _Benadryl_

DATE _7/28/05_    TIME _1116a_

ORDERS

Keflex 500mg po BID x 10 Days
Bacitracin to @ groin rec BID
   prn ē barrier x 10 Days
Robaxin 1500mg po TID prn back
   spasm x 10 Days
Continue ē ultram taper as
   ordered at cedar junction 7/18/05

noted; posted 7/28/05 @ 1510 [signature]

SIGNATURE _[signature]_    Interchange is mandatory unless the prescriber writes the words "no substitution" in this space:

PRINT NAME _ANGELA S. D'ANTONIO, RN, CS_

8006 Rev. 4/01

Original (White): Retain in Inmate Medical Record
Copy (Yellow): Fax to Pharmacy; File with Pharmacy Orders

# UMASS CORRECTIONAL HEALTH

## PROGRESS NOTES

<u>SBCC</u>
Institution

NAME: Niemic Keith     ID # W61426   D.O.B. 6/19/68

| DATE | TIME | NOTES |
|------|------|-------|
| 8/2/05 | 1302 | NP note |
| | | Received MRI report from 7/25/05 - |
| | | @ sided disc herniation which would |
| | | irritate @ nerve root. Plan - spoke c̄ |
| | | Dr. Tarnus - rec. cont c̄ Ultram |
| | | 50mg TID until pt can see neuro- |
| | | surgery. FFO. ——————— Angela D'Antonio |
| | | ANGELA S. D'ANTONIO, RN, CS |
| 8/4/05 | 1018A | NP note |
| | | S: pt seen to discuss above, pt |
| | | c/o continued severe pain in upp lm |
| | | lower back and into hip, leg. also |
| | | c/o numbness tingling into hip & leg. |
| | | "can't sleep - can't eat - losing my mind". |
| | | O: NAD PE deferred |
| | | A/P: L4-L5 disc herniation |
| | | - reviewed plan to send pt to |
| | | Neurosurgery clinic, cont c̄ Ultram |
| | | also per MD |
| | | - pt wants to see MD b/c wants |
| | | ↑ pain med. will schedule c̄ MD |
| | | - RTC prn ——————— Angela D'Antonio |

7113W 1/95

# UMASS CORRECTIONAL HEALTH

## PHYSICIAN'S ORDER

### PRESCRIPTION ORDER - FOR DEPARTMENT OF CORRECTION INSTITUTIONAL USE ONLY

NAME *Niemic Keith*        ID NUMBER *W61426*    D.O.B. *6/19/68*

INSTITUTION *SBCC*                    ALLERGIES *Benadryl*

DATE *8/21/05*        TIME *1305*

**ORDERS**

per MD, D/C Ultram Taper
Ultram 50mg po TID pro pain x
14 Days
may be renewed until pt sees
Neurosurgery Clinic @ NEMC (FFO)

Noted Ereaa Zaleak rn
8-2-05        1500

SIGNATURE *Angela D'Antonio*        Interchange is mandatory unless the prescriber writes the words
"no substitution" in this space:

PRINT NAME        ANGELA S. D'ANTONIO, RN, CS

8006 Rev. 4/01

**UMASS CORRECTIONAL HEALTH**
**SICK CALL REQUEST FORM**

Print Name: _Keith Niemic_                    ID#: _W61426_

Date/Time _8-4-05_                    Housing Location: _SMU J-3_

Check ONLY One Box:    ☒ Medical    ☐ Dental    ☐ Mental Health

Nature of problem or request: _I've requested Dr. Evaluation and treatment every day_
_since 7-26-05 for sciatica. Not only and I suffering excruciating pain in contravention_
_of my 8th amend. but the repeated denial of which is in violation of 103 DOC 630 et seq._
I consent to be treated by the healthcare staff for the condition described above.
_I need immediate help, can't stand, or walk right._
                    Inmate Signature _Keith Niemic_

**PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA**
**DO NOT WRITE BELOW THIS AREA**

| Date/Time Recieved | _S BCC_ | REFERED TO: |
|---|---|---|
| _8·5·05_ | Institution | ☒ Midlevel  ☐ Physician  ☐ Nurse |
| | _S G_ Slip Sorted by: | ☐ Mental Health  ☐ Dental  ☐ Other ____ |

Subjective:

Objective: T _____  P _____  R _____  B/P _____

Assessment:    _FYI - I believe he_
_put this in after being_
_seen by N.P._
Plan [include inmate education]:    _I/M was seen_
_and pain control was_
_discussed_

Signature & Title: _Susan Garrepynn_    Date _8505_  Time: _1000_

8022 Rev. 4/01

# UMASS CORRECTIONAL HEALTH

## PROGRESS NOTES

*SBCC*
Institution

NAME: Niemic Keith    ID# W61426    D.O.B. 6/19/68

| DATE | TIME | NOTES |
|------|------|-------|
| 8/6/05 | 8²⁴ₐ | No note |
| | | recevied note from nursing - pt requests crutches for ambulation to shower - c/o inability to walk 2° to back pain. Crutches are not indicated for back pain, and pt has not appeared to have any difficulty in ambulation when seen by this provider. Continue |
| 8/10/05 | 815h | DOr requests that I see this pt today CO Doherty requested to have pt come to see me in outpt dept. Pt to be added to my lot of pts to see this afternoon |
| | | *Philip Tavares, M.D.* |
| | | c̄ radiation down Ⓡ leg today |
| | 145PM | Pt c/o LBP. Requests ↑ in Ultram or Δ to oxycodone Has + HNP on MRI    Neurosurgey consult pending. Alert NAD    Claims to be in severe pain "losing his mind". Sits comfortably on exam table in NAD Back - NL appearance. Nontndr. No palp spasm SLR are negative Neuro exam LE: Motor, Sens function NL DTRs 3+ bilat My concerns re medication use in light of Hep C voiced. A HNP P Neurosurg consult    Cont. Ultram 50 mg tid Add Baclofen 10 mg tid    PT consult. MH consult |
| | | Philip Tavares M.D. |