UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEITH NIEMIC,<br>    Plaintiff<br><br>VS.<br><br>STANLEY GALAS, ARTHUR BREWER, M.D.,<br>JUNE BINNEY, JEFF SHOREY, R.N.,<br>KARA ERDODY, R.N., DONNA<br>FITZGERALD, L.P.N., DONALD KERN, M.D.,<br>and GURVINDER JAISWAL, M.D., ET AL.,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 1:04-CV-11482-NMG<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' SUPPLEMENTAL JOINT
STATEMENT PURSUANT TO LOCAL RULE 16.1**

This is a civil rights case brought by a *pro se* prisoner, Keith Niemic, incarcerated at MCI-Cedar Junction. Mr. Niemic asserts that the defendants violated his civil rights by failing to treat his serious medical needs. The defendants deny the allegations of civil rights violations and are currently in the process of drafting a Motion for Summary Judgment.

**I.    DISCOVERY**

The defendants stated in their July 6, 2005 Joint Statement that they intended to move for summary judgment within the next sixty (60) days. However, given the plaintiff's extensive allegations - regarding six (6) different medical conditions spanning a four (4) year period, and Mr. Niemic's numerous claims, specifically seven (7) different causes of action – defendants request that their original estimated date for filing be postponed. With the Court's permission, the defendants intend to file this Motion for Summary Judgment within the next sixty (60) days, on and around November 22, 2005.

As noted in defendants' July 6, 2005 Joint Statement, if this case proceeds beyond the summary judgment phase, the defendants will need to depose Mr. Niemic, any subsequent treating physicians, and the UMass Correctional Health medical staff at MCI-Cedar Junction,

who witnessed defendants' treatment of plaintiff's medical conditions. Defendants expect this phase should be completed in twelve to eighteen (12-18) months.

## II. MOTIONS

As mentioned above, the defendants now seek to amend the timeline for filing their anticipated Motion for Summary Judgment. Specifically, defendants seek another sixty (60) days, until on and around November 22, 2005, to file this Motion.

The parties reserve the right to supplement this statement should discovery indicate the need for such supplementation.

|  |  |
|---|---|
| I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail on this 22nd day of September, 2005.<br><br>/s/ James A. Bello<br>_____<br>James A. Bello / Lisa R. Wichter | Respectfully Submitted,<br>The Defendants,<br>STANLEY GALAS, ARTHUR BREWER, M.D., JUNE BINNEY, JEFF SHOREY, R.N., KARA ERDODY, N.P., DONNA FITZGERALD, L.P.N., DONALD KERN, M.D. AND GURVINDER JAISWAL, M.D.<br>By their attorneys,<br><br>/s/ James A. Bello<br>_____<br>James A. Bello, BBO #633550<br>Lisa R. Wichter, BBO #661006<br>MORRISON MAHONEY LLP<br>250 Summer Street<br>Boston, MA 02210<br>(617) 439-7500 |

964573v1