UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

KEITH NIEMIC,

    Plaintiff,　　　　　　　　　　　　　　　　C.A. No. 04-11482-NMG

    v.

MICHAEL MALONEY, et al.,

    Defendants.

## MOTION TO ENLARGE

Department of Correction defendants thus far served move for an enlargement of time through October 31, 2005 within which to respond to plaintiff's Complaint. As reason therefore, counsel for defendants states that he has recently completed a jury trial and is preparing for another jury trial to begin in Suffolk Superior Court in early October. These facts, coupled with numerous other competing demands on his time, has left counsel without sufficient time to investigate the Complaint's allegations and to prepare an informed response.

                                       Respectfully submitted,

                                       NANCY ANKERS WHITE
                                       Special Assistant Attorney General

Dated: September 26, 2005　　/s/ Stephen G. Dietrick_____
                                   Stephen G. Dietrick
                                   Deputy General Counsel
                                   Legal Division
                                   Department of Correction
                                   70 Franklin Street, Suite 600
                                   Boston, MA 02110-1300
                                   Tel. (617) 727-3300 Ext. 116
                                   B.B.O. #123980

**CERTIFICATE OF SERVICE**

    I, Stephen G. Dietrick, Deputy General Counsel for the Department of Correction, hereby certify that on this 26th day of September, 2005, I served a copy of the foregoing on plaintiff Keith Niemic, by first class mail, postage prepaid to him at his address: MCI-Cedar Junction, P.O. Box 100, South Walpole, MA 02071.

Dated:   September 26, 2005      /s/ Stephen G. Dietrick\_\_\_\_\_
                                                  Stephen G. Dietrick
                                                  Deputy General Counsel