UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

KEITH NIEMIC,

    Plaintiff,                                  C.A. No. 04-11482-NMG

    v.

MICHAEL MALONEY, et al.,

    Defendants.

**MOTION TO ENLARGE**

    Department of Correction defendants thus far served move for a further enlargement of time through November 9, 2005 within which to respond to plaintiff's Complaint.  As reason therefor, counsel for defendants states that due to illness and the need to serve as Acting General Counsel in the General Counsel's absence, additional time is needed to prepare an informed response.

                                          Respectfully submitted,

                                          NANCY ANKERS WHITE
                                          Special Assistant Attorney General

Dated:  October 31, 2005      /s/ Stephen G. Dietrick_____
                                          Stephen G. Dietrick
                                          Deputy General Counsel
                                          Legal Division
                                          Department of Correction
                                          70 Franklin Street, Suite 600
                                          Boston, MA  02110-1300
                                          Tel. (617) 727-3300 Ext. 116
                                          B.B.O. #123980

2

**CERTIFICATE OF SERVICE**

    I, Stephen G. Dietrick, Deputy General Counsel for the Department of Correction, hereby certify that on this 31st day of October, 2005, I served a copy of the foregoing Motion To Enlarge on plaintiff Keith Niemic, by first class mail, postage prepaid to him at his address:  MCI-Cedar Junction, P.O. Box 100, South Walpole, MA  02071.


Dated:   October 31, 2005        /s/ Stephen G. Dietrick
                                     Stephen G. Dietrick
                                     Deputy General Counsel