```
                    UNITED STATES DISTRICT COURT

                              FOR THE

                     DISTRICT OF MASSACHUSETTS
```

KEITH NIEMIC,

    Plaintiff,                                  C.A. No. 04-11482-NMG

    v.

MICHAEL MALONEY, et al.,

    Defendants.

### ANSWER OF DEFENDANTS AUCOIN, BRIEN, HEBDA, MARTIN, MULVEY, MURPHY, NOLAN, SOLOMON, AND VEGLAS

The aforementioned defendants answer plaintiff's Complaint, paragraph by paragraph, as follows:

    1.   No factual allegations; no response necessary.

    2.   No factual allegations; no response necessary.

    3.   Defendants admit that plaintiff is an inmate at MCI-Cedar Junction.  Defendants are without knowledge as to the truth of the remaining allegations of ¶3.

    4.   Defendants admit that Michael Maloney is the former Commissioner of Correction.  The remaining allegations of ¶4 state conclusions of law which do not admit of a responsive pleading.

    5.   Defendants admit that Peter Allen is the former Superintendent at MCI-Cedar Junction.  The remaining allegations

of ¶5 state conclusions of law which do not admit of a responsive pleading.

6. Defendants admit that David Nolan is the former Superintendent at MCI-Cedar Junction. The remaining allegations of ¶6 state conclusions of law which do not admit of a responsive pleading.

7. Defendants admit that Patrick Mulvey is a correction officer who has served on the IPS Unit. The remaining allegations of ¶7 state conclusions of law which do not admit of a responsive pleading.

8. Defendants admit that David Brien is a correction officer who has served on the IPS Unit. The remaining allegations of ¶8 state conclusions of law which do not admit of a responsive pleading.

9. Defendants admit that Paul Murphy is a correction officer who has served on the IPS Unit. The remaining allegations of ¶9 state conclusions of law which do not admit of a responsive pleading.

10. Defendants admit that Gary Hebda has been the mail officer at MCI-Cedar Junction. The remaining allegations of ¶10 state conclusions of law which do not admit of a responsive pleading.

11. Defendants admit that Ann Marie Aucoin has served as grievance coordinator at MCI-Cedar Junction. The remaining

allegations of ¶11 state conclusions of law which do not admit of a responsive pleading.

12. Defendants admit that Richard Solomon has served as recreation officer and has worked in the institution library at MCI-Cedar Junction. The remaining allegations of ¶12 state conclusions of law which do not admit of a responsive pleading.

13. Defendants admit that Beverly Veglas has worked in the institution library at MCI-Cedar Junction. The remaining allegations of ¶13 state conclusions of law which do not admit of a responsive pleading.

14. Defendants admit that Susan Martin has served as Director of Health Services for the Department of Correction. The remaining allegations of ¶14 state conclusions of law which do not admit of a responsive pleading.

15. Defendants admit that Kristie Ladouceur has served as the Department's grievance coordinator. The remaining allegations of ¶15 state conclusions of law which do not admit of a responsive pleading.

16. Defendants make no response to this paragraph as it does not pertain to them.

17. Defendants make no response to this paragraph as it does not pertain to them.

18. Defendants make no response to this paragraph as it does not pertain to them.

19. Defendants make no response to this paragraph as it does not pertain to them.

20. Defendants make no response to this paragraph as it does not pertain to them.

21. Defendants make no response to this paragraph as it does not pertain to them.

22. Defendants make no response to this paragraph as it does not pertain to them.

23. Defendants make no response to this paragraph as it does not pertain to them.

24. Defendants make no response to this paragraph as it does not pertain to them.

25. Without knowledge.

26. Without knowledge.

27. Without knowledge.

28. Without knowledge.

29. Without knowledge.

30. Defendants make no response to this paragraph as it does not pertain to them.

31. Defendants make no response to this paragraph as it does not pertain to them.

32. Defendants deny or are without knowledge as to the truth of the allegations of ¶32.

33. Without knowledge.

34. Defendants deny or are without knowledge as to the truth of the allegations of ¶34.

35. Without knowledge.

36. Defendants make no response to this paragraph as it does not pertain to them.

37. Defendants make no response to this paragraph as it does not pertain to them.

38. Defendants make no response to this paragraph as it does not pertain to them.

39. Defendants make no response to this paragraph as it does not pertain to them.

40. Without knowledge.

41. Defendants make no response to this paragraph as it does not pertain to them.

42. Defendants make no response to this paragraph as it does not pertain to them.

43. Defendants make no response to this paragraph as it does not pertain to them.

44. Defendants make no response to this paragraph as it does not pertain to them.

45. Defendants make no response to this paragraph as it does not pertain to them.

46. Defendants make no response to this paragraph as it does not pertain to them.

47. Without knowledge.

48. Defendants deny or are without knowledge as to the truth of the allegations of ¶48.

49. Without knowledge.

50. Without knowledge.

51. Defendants deny or are without knowledge as to the truth of the allegations of ¶51, except that they admit that plaintiff filed a lawsuit against Mulvey and Brien as identified by case number.

52. Defendants deny or are without knowledge as to the truth of the allegations of ¶52.

53. Defendants deny or are without knowledge as to the truth of the allegations of ¶53.

54. Defendants deny or are without knowledge as to the truth of the allegations of ¶54.

55. Defendants deny or are without knowledge as to the truth of the allegations of ¶55.

56. Defendants deny or are without knowledge as to the truth of the allegations of ¶56.

57. Defendants deny or are without knowledge as to the truth of the allegations of ¶57.

58. Defendants deny or are without knowledge as to the truth of the allegations of ¶58.

59. Defendants deny or are without knowledge as to the truth of the allegations of ¶59.

60. Without knowledge.

61. Without knowledge.

62. Without knowledge.

63. Defendants deny or are without knowledge as to the truth of the allegations of ¶63.

64. Without knowledge.

65. Defendants deny or are without knowledge as to the truth of the allegations of ¶65.

66. Defendants deny or are without knowledge as to the truth of the allegations of ¶66.

67. Defendants deny or are without knowledge as to the truth of the allegations of ¶67.

68. Defendants deny or are without knowledge as to the truth of the allegations of ¶68.

69. Defendants make no response to this paragraph as it does not pertain to them.

70. Defendants make no response to this paragraph as it does not pertain to them.

71. Defendants make no response to this paragraph as it does not pertain to them.

72. Defendants make no response to this paragraph as it does not pertain to them.

73. Defendants make no response to this paragraph as it does not pertain to them.

74. Defendants make no response to this paragraph as it does not pertain to them.

75. Without knowledge.

76. Admit.

77. Deny.

78. Without knowledge.

79. Without knowledge.

80. Without knowledge.

81. Defendants make no response to this paragraph as it does not pertain to them.

82. Defendants make no response to this paragraph as it does not pertain to them.

83. Without knowledge.

84. Deny.

85. Defendants make no response to this paragraph as it does not pertain to them.

86. Without knowledge.

87. Deny.

88. Admit.

89. Without knowledge.

90. Deny.

91. Defendants deny or are without knowledge as to the truth of the allegations of ¶91.

92. Defendants deny or are without knowledge as to the truth of the allegations of ¶92.

93. Deny.

94. Deny.

95. Deny.

96. Defendants admit that plaintiff appealed the disciplinary board's finding. The remaining allegations of ¶96 are denied.

97. Defendants admit that plaintiff grieved the restitution sanction. The remaining allegations of ¶97 are denied.

98. Deny.

99. Admit.

100. Defendants make no response to this paragraph as it does not pertain to them.

101. Without knowledge.

102. Defendants deny or are without knowledge as to the truth of the allegations of ¶102.

103. Defendants deny or are without knowledge as to the truth of the allegations of ¶103.

104. Deny.

105. Defendants admit that the DDU has a book cart containing law books. Further answering, defendants state that the orientation manual referred to speaks for itself.

106. Defendants deny or are without knowledge as to the truth of the allegations of ¶106.

107. Defendants admit that plaintiff filed a grievance regarding legal access, which grievance speaks for itself.

108. Without knowledge, further stating that any response speaks for itself.

109. Admit.

110. Without knowledge.

111. Deny.

112. Deny.

113. Deny.

114. Defendants deny or are without knowledge as to the truth of the allegations of ¶114.

115. Without knowledge.

116. Defendants deny or are without knowledge as to the truth of the allegations of ¶116.

117. Defendants deny or are without knowledge as to the truth of the allegations of ¶117.

118. Defendants make no response to this paragraph as it does not pertain to them.

119. Defendants make no response to this paragraph as it does not pertain to them.

120. Defendants make no response to this paragraph as it does not pertain to them.

121. Defendants make no response to this paragraph as it does not pertain to them.

122. Defendants make no response to this paragraph as it does not pertain to them.

123. Without knowledge.

124. Defendants deny or are without knowledge as to the truth of the allegations of ¶124.

125. Defendants make no response to this paragraph as it does not pertain to them.

126. Defendants deny or are without knowledge as to the truth of the allegations of ¶126

127. Deny.

128. Deny.

129. Defendants deny or are without knowledge as to the truth of the allegations of ¶129.

130. Defendants deny or are without knowledge as to the truth of the allegations of ¶130.

131. Without knowledge.

132. Defendants deny or are without knowledge as to the truth of the allegations of ¶132.

133. Defendants make no response to this paragraph as it does not pertain to them.

134. Defendants make no response to this paragraph as it does not pertain to them.

135. Defendants admit that plaintiff sent defendant Martin a document identified as a grievance appeal, which document speaks for itself.

136. Defendants state that defendant Martin denied plaintiff's appeal, speaks for itself. Defendants deny or are without knowledge as to the truth of the remaining allegations of ¶136.

137. Without knowledge.

138. Defendants make no response to this paragraph as it does not pertain to them.

139. Defendants make no response to this paragraph as it does not pertain to them.

140. Defendants make no response to this paragraph as it does not pertain to them.

141. Defendants make no response to this paragraph as it does not pertain to them.

142. Defendants deny or are without knowledge as to the truth of the allegations of ¶142.

143. Without knowledge.

144. Without knowledge.

145. Deny.

146. Deny.

147. Defendants deny or are without knowledge as to the truth of the allegations of ¶147.

148. Defendants deny or are without knowledge as to the truth of the allegations of ¶148.

149. Deny.

150. Deny.

151. Defendants make no response to this paragraph as it does not pertain to them.

152. Defendants make no response to this paragraph as it does not pertain to them.

153. Defendants make no response to this paragraph as it does not pertain to them.

154. Defendants make no response to this paragraph as it does not pertain to them.

155. Defendants make no response to this paragraph as it does not pertain to them.

156. Defendants make no response to this paragraph as it does not pertain to them.

157. Deny.

158. Deny.

159. Without knowledge.

160. Defendants deny or are without knowledge as to the truth of the allegations of ¶160.

161. Defendants deny or are without knowledge as to the truth of the allegations of ¶161.

162. Deny.

163. Defendants admit that plaintiff filed a grievance concerning defendant Solomon, although not on the date alleged.

164. Deny.

165. Deny.

166. Without knowledge.

167. Deny.

168. Deny.

169. Defendants deny or are without knowledge as to the truth of the allegations of ¶169.

170. Defendants deny or are without knowledge as to the truth of the allegations of ¶170.

171. Deny.

172. Without knowledge.

173. Deny.

174. Without knowledge.

175. Without knowledge.

176. Defendants deny or are without knowledge as to the truth of the allegations of ¶176.

177. Deny.

178. Without knowledge.

179. Without knowledge.

180. Defendants deny or are without knowledge as to the truth of the allegations of ¶180.

181. Without knowledge.

182. Without knowledge.

183. Defendants deny or are without knowledge as to the truth of the allegations of ¶183.

184. Without knowledge.

185. Defendants deny or are without knowledge as to the truth of the allegations of ¶185.

186. Without knowledge.

187. Defendants deny or are without knowledge as to the truth of the allegations of ¶187.

188. Without knowledge.

189. Deny.

190. Deny.

191. Deny.

192. Without knowledge.

193. Defendants deny or are without knowledge as to the truth of the allegations of ¶193.

194. Defendants deny or are without knowledge as to the truth of the allegations of ¶194.

195. Deny.

196. Defendants make no response to this paragraph as it does not pertain to them.

197. Defendants make no response to this paragraph as it does not pertain to them.

198. Defendants make no response to this paragraph as it does not pertain to them.

199. Defendants make no response to this paragraph as it does not pertain to them.

200. Defendants make no response to this paragraph as it does not pertain to them.

201. Defendants make no response to this paragraph as it does not pertain to them.

202. Defendants make no response to this paragraph as it does not pertain to them.

203. Defendants make no response to this paragraph as it does not pertain to them.

204. Defendants make no response to this paragraph as it does not pertain to them.

205. Defendants make no response to this paragraph as it does not pertain to them.

206. Defendants make no response to this paragraph as it does not pertain to them.

207. Defendants make no response to this paragraph as it does not pertain to them.

208. Defendants make no response to this paragraph as it does not pertain to them.

209. Defendants make no response to this paragraph as it does not pertain to them.

210. Defendants make no response to this paragraph as it does not pertain to them.

211. Without knowledge.

212. Defendants deny or are without knowledge as to the truth of the allegations of ¶121.

213. Defendants make no response to this paragraph as it does not pertain to them.

214. Defendants make no response to this paragraph as it does not pertain to them.

215. Without knowledge.

216. Defendants make no response to this paragraph as it does not pertain to them.

217. Admit.

218. Defendants make no response to this paragraph as it does not pertain to them.

219. Defendants make no response to this paragraph as it does not pertain to them.

220. Deny.

221. Defendants make no response to this paragraph as it does not pertain to them.

222. Without knowledge.

223. Defendants make no response to this paragraph as it does not pertain to them.

224. Without knowledge.

225. Deny.

226. Defendants make no response to this paragraph as it does not pertain to them.

227. Defendants deny or are without knowledge as to the truth of the allegations of ¶227.

228. Deny.

229. Deny.

230. Deny.

231. Deny.

232. Without knowledge.

233. Defendants make no response to this paragraph as it does not pertain to them.

234. Defendants make no response to this paragraph as it does not pertain to them.

235. Without knowledge.

## COUNT I

236-239.  Conclusions of law; no response necessary.

240-241.  Deny.

## COUNT II

245-248.  Conclusions of law; no response necessary.

249-251.  Deny.

## COUNT III

252. Conclusions of law; no response necessary.

253-273.  Deny.

## COUNT IV

274. Conclusion of law; no response necessary.

275-280.  Deny.

## COUNT V

281-287.  Deny.

## AFFIRMATIVE DEFENSES

Defendants assert the following affirmative defenses.

1. Plaintiff has failed to make service.

2. The Complaint fails to state a claim upon which relief can be granted.

3. Plaintiff has failed to exhaust his administrative remedies.

4. Defendants are entitled to qualified immunity.

5. Plaintiff's claims are barred by the applicable statute of limitations.

6. Defendants acted consistent with their lawful privilege to use force.

7. Plaintiff has failed to make proper presentment pursuant to G.L. c. 258.

**JURY DEMAND**

Defendants request a trial by jury.

Respectfully submitted,

NANCY ANKERS WHITE
Special Assistant Attorney General

Dated: November 9, 2005           /s/ Stephen G. Dietrick\_\_\_\_\_
                                  Stephen G. Dietrick
                                  Deputy General Counsel
                                  Legal Division
                                  Department of Correction
                                  70 Franklin Street, Suite 600
                                  Boston, MA  02110-1300
                                  Tel. (617) 727-3300 Ext. 116
                                  B.B.O. #123980

**CERTIFICATE OF SERVICE**

I, Stephen G. Dietrick, Deputy General Counsel for the Department of Correction, hereby certify that on this 9th day of November, 2005, I served a copy of the foregoing Answer Of Defendants Aucoin, Brien, Hebda, Martin, Mulvey, Murphy, Nolan, Solomon, And Veglas on plaintiff Keith Niemic, by first class mail, postage prepaid to him at his address:  MCI-Cedar Junction, P.O. Box 100, South Walpole, MA  02071.

Dated: November 9, 2005           /s/ Stephen G. Dietrick\_\_\_\_\_
                                  Stephen G. Dietrick
                                  Deputy General Counsel