# Classification Report

**Name:** KEITH NIEMIC                    **Commitment#:** W61426

**Class Type:** Re-Classification

## Board Recommendation:

**Date:** 20050912                    **Level:** 6   **Site of Hearing:** MCI CEDAR JUNCTION
**Institution:** SOUZA-BARANOWSKI                    **Vote:** 3-0
**Screen For:** CORRECTIONAL                    **Chairperson:** Malloy,Edward
                                   **Board Member 1:** Alves,Nelson
**Placement Site:**                    **Security Board Member** Oliver,Jason


**Board's Rational:**

Recommendation based on present segregation status, a current DDU referral being pursued and department housing needs. Board held in absentia.

**Review Date:**   20060312          **Reviewed By:**
**User(L,F,M,S):** Edward Malloy T

| | | | | | |
|---|---|---|---|---|---|
| Advised of Recommendation | Yes [X] | No [ ] | **Early Parole** [ ] | **Work Crew** [ ] |
| Advised of Appeal Process | Yes [X] | No [ ] | **Education Release** [ ] | **PRA** [ ] |
| 48 Hour Notification | Yes [X] | Waive [ ] | **Work Release** [ ] | **PRA Hours** |
| | | | **Public Speaking** [ ] | **Others** |

## Classification Appeal

**Reason for appeal**

## Superintendent/Designee Recommendation.

**Level:** 6       **Institution:** SOUZA-BARANOWSKI CORRECTIONAL          **Date:** 20050928
**Screen For:**                    **Placement Site:**          **Recommendation:** REMAIN
**Reason/Condition**
Continued need for alternate SMU placement ; current DDU referral and continued receipt of disruptive disciplinary reports.

**User(L,F,M,S):** Abbe E Nelligan

| | | | |
|---|---|---|---|
| **Early Parole** [ ] | **Work Crew** [ ] | **Education Release** [ ] | **Work Release** [ ] |
| **Public Speaking** [ ] | **PRA** [ ] | **PRA Hours** | **Others** |

## Superintendent/Designee Appeal Decision.

**Superintendent/Designee:**                    **Date:**          **Decision:**

*Exhibit A*

# Classification Report

Name:    KEITH NIEMIC                    Commitment#: W61426            Institution: MCI NORFOLK

Commitment Date: 19961011   DOB: 19680619   Status: ACTIVE        Unit/Cell/Bed: SMU1,110,A

Class Type:  Re-Classification   Sec Level: 4        PE:              Release Date :

## Commissioner/Designee Decision.

Level:  6    Institution: MCI CEDAR JUNCTION                    Date: 20051020

Screen For:                    Placement Site:              Recommendation: MODIFIED

Reason/Condition
Transferred to MCI-Norfolk (SMU) due to disciplinary history and departmental housing needs.
Return to MCI-CJ when pending matters and/or operational needs have been resolved.

User(L,F,M,S): Roland L Rheault

Early Parole  [ ]        Public Speaking   [ ]      Education Release [ ]      Others

## Commissioner/Designee Appeal Decision

Commissioner/Designee:                    Date:              Decision:

# Classification Report

**Name:** KEITH NIEMIC      **Commitment#:** W61426      **Institution:** MCI NORFOLK

**Commitment Date:** 19961011   **DOB:** 19680619   **Status:** ACTIVE      **Unit/Cell/Bed:** SMU1,110,A

**Class Type:** Re-Classification    **Sec Level:** 4      **PE:**      **Release Date :**

## Miscellaneous Information

PST [ ]   SOR [ ]   **Pending Review** [ ]   **Not Reviewed** [ ]      **Prior Commitments** [ ]

## Demographic Information.

**Alias** [X]   **Age** 37    **Place of Birth** FLORIDA,FL      **Last Residence** FALL RIVER,MA

**Race** WHITE      **Hispanic** [ ]

**Citizenship** UNITED STATES OF AMERICA (USA)    **Cultural Influence** AMERICAN

## Sentence Information

| Eff Date | Commit Date | Offense | Sentence | Min Date | Max Date | GCD Date | Sentence Restrictions |
|---|---|---|---|---|---|---|---|
| 19951010 | 19961011 | MURDER (1ST) | TO Life without Parole | | | | [ ] |

     **Parole Date**      **Parole Information** [ ]

## Legal Issues

| Docket # | State | D.O.W | Warr Type | Charges | STP Filed | Habe Date | Disposition | Sentence Held as Warrant |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

*Next Review Date*

## Court Costs/Fees/Fines

| Type | Amount |
|---|---|
| | |

## Official Version

**Date Requested:** 19961011   **Request made to:** Attorney General Office   **Date Received:** 19961115

**Source:** POLICE DEPARTMENT

**Summary of Official Version:** On 9/25/95, the victim and his girlfriend were involved in an argument in front of the girlfriend's residence. The subject arrived at the scene, inquired as to what the problem was, and then had a verbal confrontation with the victim. When the victim returned his attention to his girlfriend, the subject suddenly brandished a knife and stabbed the victim 2-3 times in the chest. The subject immediately ran from the scene. Several days later an anonymous call was made to the Fall River P.D. in which a female caller stated she believed the subject was in a hospital, possibly somewhere in Maine or Vermont, under the alias of William Green. Further investigation confirmed this tip and the subject was later apprehended in a Vermont hospital by the Brattleboro P.D.

Subject disagrees with this official version.

## Criminal History

| Offense Category | Adult Criminal Hx | | Juvenile Record | |
|---|---|---|---|---|
| Criminal History | Arraignments | Convictions | Arraignments | Convictions |

# Classification Report

**Name:** KEITH NIEMIC    **Commitment#:** W61426    **Institution:** MCI NORFOLK

**Commitment Date:** 19961011  **DOB:** 19680619  **Status:** ACTIVE    **Unit/Cell/Bed:** SMU1,110,A

**Class Type:**  Re-Classification    **Sec Level:** 4        **PE:**        **Release Date :**

| | | | | |
|---|---|---|---|---|
| Person | 13 | 7 | 1 | 1 |
| Property | 32 | 28 | 4 | 4 |
| Sex | 0 | 0 | 0 | 0 |
| Weapons | 4 | 4 | 1 | 1 |
| Motor Vehicle | 5 | 5 | 0 | 0 |
| Drug | 16 | 16 | 0 | 0 |
| Alcohol | 2 | 2 | 0 | 0 |
| Prostitution | 0 | 0 | 0 | 0 |
| 209A | 0 | 0 | 0 | 0 |
| Escapes | 0 | 0 | 0 | 0 |
| Others | 5 | 5 | 0 | 0 |
| **Totals** | 77 | 67 | 6 | 6 |

**Date of 1st Adult Arraignment**  19860402                    **Sealed Cases**  [X]

**Date of 1st Drug Arraignment**  19880125            **Date of 1st Alcohol Arraignment**  19861024

## Criminal Violations

| Violations | Number of Convictions | Adult Incarcerations | Number of Convictions |
|---|---|---|---|
| # of Weapons Violations | 7 | County | 5 |
| # of Parole Violations with the new crime | 0 | Federal | 0 |
| # of Parole Viols for fleeing jurisdiction | 0 | Ma.State | 1 |
| # of Probation Violations | 9 | Out of State | 0 |
| # of Probation Viols for fleeing jurisdiction | 0 | Out of Country | 0 |
| # of Defaults on Bail | 0 | **Total** | 6 |
| # of Total Defaults | 15 | | |
| # of Fugitive | 0 | | |
| # of Crimes While Incarcerated | 0 | | |
| # of Parole Violations | 0 | | |
| # of Misdemeanor Convictions | 0 | | |

## Probation/INS

### Probation

| Docket # | Court | Offense | Eff Date | Terminate | Probation Date | Fine | Due | Dis position |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

### Immigration Naturalization Service

| Doc Referral Date | Date Lodged | Status | Invest Status | Hearing Date | Hearing Type | Disposition |
|---|---|---|---|---|---|---|
| | | | | | | |

## Security

### Escape History

### DISCIPLINARY REPORTS

# Classification Report

**Name:** KEITH NIEMIC        **Commitment#:** W61426      **Institution:** MCI NORFOLK

**Commitment Date:** 19961011   **DOB:** 19680619   **Status:** ACTIVE     **Unit/Cell/Bed:** SMU1,110,A

**Class Type:** Re-Classification    **Sec Level:** 4      **PE:**         **Release Date :**

| D-Report | Date | Offense | Disposition | Sanction |
|---|---|---|---|---|
| 62760 | 20050920 | 10-UNAUTHORIZED CONTROLLED SUBSTANCE | GUILTY | Restitution |
| | | 08-CONDUCT WHICH DISRUPTS | | |
| | | 02-VIOLATING ANY DEPARTMENT RULE OR REGULATION | | Loss Visits |
| | | 02-VIOLATING ANY DEPARTMENT RULE OR REGULATION | | Loss Canteen |
| | | 24-POSS OF ITEMS, NOT AUTHORIZED | | |
| | | 03-FAILURE TO KEEP IN ACCORDANCE | | Comb W/#2 |
| | | 22-DESTROYING/DAMAGING PROPERTY | | Comb W/#2 |
| 62523 | 20050916 | 01-DISOBEYING AN ORDER, LYING, INSOLENCE | Plea Guilty - Reduced to Minor | Isolation |
| | | 02-VIOLATING ANY DEPARTMENT RULE OR REGULATION | | Loss TV/Radio |
| 61774 | 20050831 | 01-DISOBEYING AN ORDER, LYING, INSOLENCE | PLEA GUILTY | Isolation |
| | | 19-OBSCENE/ABUSIVE/THREAT LANGUAGE | | Comb W/#1 |
| | | 02-VIOLATING ANY DEPARTMENT RULE OR REGULATION | | |
| | | 08-CONDUCT WHICH DISRUPTS | | |

Total # of D-Reports  74

---

## DDU/DSU/CCU PLACEMENTS

| From | To | Type |
|---|---|---|
| 20030915 | | DDU |
| 20030611 | 20030908 | SMU |
| 20030908 | 20030910 | SMU |
| 20050107 | 20050113 | SMU |
| 20050613 | | SMU |
| 20050726 | | SMU |
| 20050831 | | SMU |
| 20051011 | | SMU |
| 20050811 | | SMU |
| 20050718 | | SMU |
| 20050121 | 20050303 | SMU |
| 20040110 | 20040205 | SMU |
| 20030910 | 20030915 | SMU |

## STG

| STG Name | Status |
|---|---|
| **ACTIVE ENEMIES** | Claims None |

| Claimed Commit# By/AS | Enemy Name (L,F,M,S) | Status | Location | Comments |
|---|---|---|---|---|
| AS | ███████████ | ACTIVE | ████████████ | |
| AS | ███████████ | ACTIVE | ████████████ | |

# Classification Report

**Name:** KEITH NIEMIC                                          **Institution:** MCI NORFOLK

**Commitment Date:** 19961011   **DOB:** 19680619   **Status:** ACTIVE      **Unit/Cell/Bed:** SMU1,110,A

**Commitment#:** W61426

**Class Type:** Re-Classification   **Sec Level:** 4         **PE:**            **Release Date :**

AS ██████████████████████████        ACTIVE ██████████████████████

## CO-DEFENDANTS

Commitment # Enemy Name(L,F,M,S)                  Status                        Location

| MEDICAL/MH | | |
|---|---|---|
| ████████████████████ | Pregnant | [ ] |

### RESTRICTIONS/LIMITATIONS/SPECIAL NEEDS

| Description | Type | Start Date | End Date | Comments |
|---|---|---|---|---|
| **MINIMUM HEALTH COVERAGE HISTORY** | | (A) Any Facility | | |

Minimum Health Coverage Necessary:

| Date | Comments |
|---|---|
| 20030613 | |
| 20030831 | |
| 20050216 | |

### SUICIDE ATTEMPTS

| Date | Methods Used |
|---|---|

Suicidal Ideation History  [ ]        ██████████████████████

| FAMILY INFORMATION |
|---|

Children - DSS Involvement [ ]   No of Children 0   Marital Status NEVER MARRIED

### INCARCERATED RELATIVES

Commitment # Name(L,F,M,S)               Location                   Relation

### PROGRAMS/WORK

Degree                                  Vocational/Trade Licenses

| RISK REDUCTION PLAN |
|---|

| Assessed Need Areas | Order of priority |
|---|---|

| WORK RELEASE PROGRAMS |
|---|

CWC Name                                    Start Date        End Date

Work Release                                Start Date        End Date

Military Service  Yes  [ ]        No  [X]

| INCARCERATION SUMMARY |
|---|

# Classification Report

**Name:** KEITH NIEMIC          **Commitment#:** W61426          **Institution:** MCI NORFOLK
**Commitment Date:** 19961011  **DOB:** 19680619  **Status:** ACTIVE          **Unit/Cell/Bed:** SMU1,110,A

**Class Type:** Re-Classification  **Sec Level:** 4          **PE:**          **Release Date :**

### Current Review Comments

Inmate Keith Niemic is before a reclassification board today. He has been notified of the availability of the AT&T Language Line and his emergency notification has been updated. On 6/13/05, inmate Niemic was placed in SMU (10 Block) on AAPI status following an altercation with inmate ███████████ in Block 7. An investigation revealed that inmate Niemic utlizied a weapon to assault inmate ██████ who sustained lacerations to the right hand and upper left arm as well as puncture wounds to the upper right chest area. D-report # 61907 was written on 8/26/05 for 6/13/05 incident (DDU referral being pursued). While in SMU he incurred a D-report on 7/07/05 for trashing the tier. On 7/26/05, subject was transferred to SBCC due to the operational needs of the Department. Since his arrival at that facility, subject has received 6 D-reports for obscene/abusive language towards the librarian on 7/28/05, flooding the tier with water, feces and urine on 7/30/05, circumventing the inmate telephone system by utilizing another inmate's pin # on 8/05/05, using obscene/abusive language towards a nurse on 8/16/05, swallowing a razor blade on 8/24/05, flooding out and threatening staff on 8/31/05 and 9/05/05 misuse of authorized medication.

### Prior Incarceration Summary

Inmate Keith Niemic was sentenced to MCI-CJ and committed to MCI-Concord on 10/11/96. He was transferred to MCI-CJ on 10/16/96 due to his sentence structure. His overall incarceration has been marred by 2 DDU placements, 1 Lateral failure and the receipt of approximatley 69 D-reports.

While at MCI-CJ, subject received 13 D-reports for various infractions, most notably the following: 2/02/97 for manufacturing an unauthorized tool (heating element/ EWSU placement), 6/24/97 introduction of heroin into MCI-CJ intended for inmates ██████████ (W43782) and ████████████ (W61933), 2/06/98 attempting to bribe a CO into bringing drugs or cigarettes into MCI-CJ (WWSU placement), and 6/26/98 for receiving drugs (heroin/cocaine) via the mail. Subject was then transferred to SBCC on 11/10/98 due to departmental housing needs.

While at SBCC, subject received 7 D-reports and 3 SMU placements. On 12/02/98, he was invovled in a physical altercation with inmate █████████████ in the North stairwell. As a result, he was moved to the SMU, where he received another D-report for refusing to be placed in restraints for a cell search. Upon completion of his isolation, subject was placed back into Unit N-1, where he remained unemployed. He then received a D-report on 5/16/99 for encouraging a group demonstration in the chow hall and was subsequently placed in the SMU, where he remained incident free. After returning to population, he continued to receive D-reports for violating dept. rules (giving items of value away) and being in possession of a 5" piece of metal sharpened to a point found during a cell search. As a result, subject was moved to the SMU where he awaited the DDU/Disciplinary process. On 7/11/99, he received another D-report for possession of fermented juices. Upon receiving his DDU hearing, he was sanctioned to 6 months DDU ss 90 days for the weapon related violation. He then received a CSR with a recommendation for placement at MCI-CJ.

Over the following 2 years, inmate Niemic progressed to the west wing several times. However, he was continually returned to the east wing or received segregation placements for infraction including; 4/01/00 sliding a 6"x3" of sharpened flatstock under kitchen door, 5/01/00 possession of a razor-type weapon, 4/04/00 fighting with inmate ████████████ (WWSU 05/04/00-04/13/00), 6/12/00 possession of 1/4" piece of steel, 8/24/00 fighting with inmate ███████ (EWSU 08/24/00-09/11/00), 7/19/01 possession of 1" needle hidden in his sneakers (WWSU 7/19/01-8/24/01)

While at MCI-CJ, Neimic was assaulted by inmate ████████████ in the HSU. On 1/17/02, Niemic was placed in the WWSU on AAPI status. After an IPS investigation, it was determined that

# Classification Report

**Name:** KEITH NIEMIC **Commitment#:** W61426 **Institution:** MCI NORFOLK

**Commitment Date:** 19961011 **DOB:** 19680619 **Status:** ACTIVE **Unit/Cell/Bed:** SMU1,110,A

**Class Type:** Re-Classification **Sec Level:** 4 **PE:** **Release Date :**

inmate Niemic attempted to form an inappropriate relationship with staff by passing a note asking the staff member if she could start corresponding with him secretly. Inmate Niemic remained in the WWSU until 4/11/02 when he was moved to the Modular Unit. On 8/08/02, subject was assaulted by inmate ███████████ however was deemed the victim of the assault and did not receive a d-report. He was moved into Essex 1, that same day. On 3/06/03, he was placed on AAPI status and moved into the SMU. He was referred to the DDU after he was found in possession of a 3.5" x 1.2" sharpened flatstock weapon secreted in his anal cavity. His placement commenced on 9/13/03. His DDU adjustment was marred by numerous D-reports for abusive language towards staff. He was released to the SMU on 1/07/05.

Following his release, inmate Niemic continued to receive D-reports for the following; 1/21/05 threatening to throw feces at staff, 1/21/05 altering the position of his hand restraints, 1/26/05 using abusive language towards medical staff, 1/26/05 making false allegations against staff and on 2/01/05 falsely claiming staff harassment. Due to his continuous receipt of D-reports, inmate Niemic was recommended and approved for East Wing housing and was placed in Block

**Visits**

Subject does not receive visits.

**Return Comments**

**Institution Comments**

**Administrative Chronology**

| Admission Date | Location | Admission/Release Description |
|---|---|---|
| 23-JUL-2002 | | Transfer from MCI |
| 26-JUL-2005 | MCI CEDAR JUNCTION | Transfer to an MCI |
| 26-JUL-2005 | SOUZA-BARANOWSKI CORRECTIONAL | Transfer from MCI |
| 11-OCT-2005 | SOUZA-BARANOWSKI CORRECTIONAL | Transfer to an MCI |
| 11-OCT-2005 | MCI NORFOLK | Transfer from MCI |

**INMATE REQUEST**

| Institution | Programs |
|---|---|
| MCI CEDAR JUNCTION | Institutional Employment |

**Mullen, Kate** 09/12/2005

# COMMONWEALTH OF MASSACHUSETTS

## DEPARTMENT OF CORRECTION

### DISCIPLINARY REPORT

| | | | | | | |
|---|---|---|---|---|---|---|
| **Inmate** | NIEMIC, KEITH | | **Commit No** | W61426 | **Housing Unit** | J3 |
| **Date** | 05-AUG-2005 | **D- Report No.** | 60124 | **Institution** | SOUZA-BARANOWSKI CORRECTIONAL | |

**OFFENSE(S) & CODE NO.:**

02-VIOLATING ANY DEPARTMENT RULE OR REGULATION
08-CONDUCT WHICH DISRUPTS
23-UNAUTHORIZED POSS. OF PROPERTY BELONGING TO ANOTHER PERSON

**Major** [X]          **Minor** [ ]

**Description of Offense(s)**

On August 5, 2005 this reporting officer determined that inmate Keith Niemic W61426 violated the rules and regulations of the institution by circumventing the inmate telephone system on August 2, 2005 by utilizing another inmate's PIN number to place a telephone call. The following facts have been established through Call Detail Records, the recorded conversation, and incident report # 193689.

On August 2, 2005 at approximately 19:13 hours a telephone call was made utilizing inmate Daniel Mason's W70314 PIN number. During the conversation inmate Niemic identifies himself as the caller and states that he was calling for "Danny". The conversation lasts for approximately 8 minutes.

The Call Detail Records, the recorded conversation, and incident report # 193689 were marked as evidence and placed in the IPS Evidence Locker. All proper authorities were notified. E.O.R.

| | | | | | |
|---|---|---|---|---|---|
| **Has Inmate been placed on Awaiting Action Status** | | | **Yes** [X] | **No** [ ] | |
| **Referred to DA** | [ ] **Yes** | [X] **No** | **Referred to DDU** | [ ] **Yes** [X] **No** | |
| **Reporting Staff** | | Charles Hooper R | | **Date** 05-AUG-2005 | **Time** 13:58 |

**Days off**     Sun Mon

**Shift**        Flex

| | | | | |
|---|---|---|---|---|
| **Shift Commander** | Shaun Dewey C | | **Date** 05-AUG-2005 | **Time** 14:30 |
| **Disciplinary Officer** | James Hart R | | **Date** 08-AUG-2005 | **Time** 07:00 |

**Results**     GUILTY

| Code Description | Sanctions | Start Date | End Date | # of Units | SS | Amount |
|---|---|---|---|---|---|---|
| 02-VIOLATING ANY DEPARTMENT RULE OR REGULATION | Loss Telephone | 20050831 | 20051030 | 60 | | |
| 08-CONDUCT WHICH DISRUPTS | Loss TV/Radio | | | 60 | 30 Days | |

20060104 11:00

*Exhibit B*

# COMMONWEALTH OF MASSACHUSETTS

## DEPARTMENT OF CORRECTION

### DISCIPLINARY REPORT

| **Inmate** | NIEMIC, KEITH | | **Commit No** | W61426 | **Housing Unit** J3 | |
|---|---|---|---|---|---|---|
| **Date** | 05-AUG-2005 | **D- Report No.** | 60124 | **Institution** | SOUZA-BARANOWSKI CORRECTIONAL | |

**Reviewing Authority** Duane MacEachern

**Date** 31-AUG-2005 **Time** 09:35

# COMMONWEALTH OF MASSACHUSETTS

## DEPARTMENT OF CORRECTION

### DISCIPLINARY REPORT

| | | | | | |
|---|---|---|---|---|---|
| **Inmate** | NIEMIC, KEITH | | **Commit No** | W61426 | **Housing Unit** J3 |
| **Date** | 16-AUG-2005 | **D- Report No.** | 60913 | **Institution** | SOUZA-BARANOWSKI CORRECTIONAL |

**OFFENSE(S) & CODE NO.:**

02-VIOLATING ANY DEPARTMENT RULE OR REGULATION
08-CONDUCT WHICH DISRUPTS
19-OBSCENE/ABUSIVE/THREAT LANGUAGE

**Major** [X]          **Minor** [ ]

**Description of Offense(s)**

On Tuesday, August 16, 2005 at approximately 7:45 a.m., I CO Ryan Marriott while conducting medication rounds with RN Gariepy in the South S.M.U., witnessed inmate Niemic, Keith W61426 housed in J3 cell 6, use verbally abusive language towards the nurse.

While conducting medication rounds, RN Gariepy and myself, CO Marriott got to cell J3-6. Inmate Niemic requested that his different medications be crushed up seperately. RN Gariepy told the inmate that she could not do that. Inmate Niemic then proceeded to insult and curse at the nurse, ending with calling her a "fucking cunt" and giving her the finger.

The inmate was told that he would be receiving a disciplinary report for his actions. Unit Sgt. notified. E.O.R.

| | | | | | | |
|---|---|---|---|---|---|---|
| **Has Inmate been placed on Awaiting Action Status** | | | **Yes** [X] | **No** [ ] | | |
| **Referred to DA** | [ ] **Yes** | [X] **No** | **Referred to DDU** | [ ] **Yes** | [X] **No** | |
| **Reporting Staff** | | Ryan Marriott A | | **Date** 16-AUG-2005 | | **Time** 19:35 |

**Days off**      Wed  Thu

**Shift**      3x11

| | | | | |
|---|---|---|---|---|
| **Shift Commander** | Scot Haverty D | | **Date** 16-AUG-2005 | **Time** 22:17 |
| **Disciplinary Officer** | James Hart R | | **Date** 17-AUG-2005 | **Time** 07:00 |

**Results**      GUILTY

| Code Description | Sanctions | Start Date | End Date | # of Units | SS | Amount |
|---|---|---|---|---|---|---|
| 02-VIOLATING ANY DEPARTMENT RULE OR REGULATION | Loss TV/Radio | 20051227 | 20060210 | 45 | | |
| 19-OBSCENE/ABUSIVE/THREAT LANGUAGE | Loss Canteen | 20051127 | 20060111 | 45 | | |

| | | |
|---|---|---|
| | **Date** | **Time** |

20060104 11:00

# COMMONWEALTH OF MASSACHUSETTS

## DEPARTMENT OF CORRECTION

### DISCIPLINARY REPORT

| **Inmate** | NIEMIC, KEITH | | **Commit No** | W61426 | **Housing Unit** J3 |
|---|---|---|---|---|---|
| **Date** | 16-AUG-2005 | **D- Report No.** | 60913 | **Institution** | SOUZA-BARANOWSKI CORRECTIONAL |

**Reviewing Authority**   Duane MacEachern                                                   22-SEP-2005            07:47

# COMMONWEALTH OF MASSACHUSETTS

## DEPARTMENT OF CORRECTION

### DISCIPLINARY REPORT

| | | | | | |
|---|---|---|---|---|---|
| **Inmate** | NIEMIC, KEITH | | **Commit No** W61426 | **Housing Unit** J3 | |
| **Date** | 24-AUG-2005 | **D- Report No.** | 61322 | **Institution** SOUZA-BARANOWSKI CORRECTIONAL | |

**OFFENSE(S) & CODE NO.:**
02-VIOLATING ANY DEPARTMENT RULE OR REGULATION
08-CONDUCT WHICH DISRUPTS
17-SELF MUTILATION
24-POSS OF ITEMS, NOT AUTHORIZED
33-ATTEMPTING TO COMMIT ANY OFFENSE

**Major** [ ]          **Minor** [ ]

**Description of Offense(s)**
ON AUGUST 24, 2005 AT APPROXIMATELY 12:25PM I SGT. FLOWERS, WHILE MONITORING THE FEEDING PROCESS ON THE J3 TIER, DID WITNESS INMATE NIEMIC, KIETH W61426 PLACE A RAZOR BLADE IN HIS MOUTH AND THEN TAKE A DRINK OF WATER. INMATE NIEMIC THEN STATED " NOW MEDICAL WILL SEE ME." LT MCCANN NOTIFIED.

**Has Inmate been placed on Awaiting Action Status**     **Yes** [X]     **No** [ ]

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Referred to DA** | [ ] **Yes** | [X] **No** | | **Referred to DDU** | [ ] **Yes** | [X] **No** | |
| **Reporting Staff** | | John Flowers A | | | **Date** 24-AUG-2005 | **Time** 13:15 | |

**Days off**      Sun  Sat
**Shift**         8X4

| | | | |
|---|---|---|---|
| **Shift Commander** | Martin Leonard D | **Date** 24-AUG-2005 | **Time** 22:24 |
| **Disciplinary Officer** | James Hart R | **Date** 01-SEP-2005 | **Time** 11:00 |

**Results**     Plea Guilty - Reduced to Minor

| Code Description | Sanctions | Start Date | End Date | # of Units | SS | Amount |
|---|---|---|---|---|---|---|
| **Reviewing Authority** Duane MacEachern | | | **Date** 02-SEP-2005 | | **Time** 13:54 | |

**20060104 11:00**

# COMMONWEALTH OF MASSACHUSETTS

## DEPARTMENT OF CORRECTION

### DISCIPLINARY REPORT

| **Inmate** | NIEMIC, KEITH | | **Commit No** | W61426 | **Housing Unit** J3 |
|---|---|---|---|---|---|
| **Date** | 26-AUG-2005 | **D- Report No.** | 61907 | **Institution** | SOUZA-BARANOWSKI CORRECTIONAL |

**OFFENSE(S) & CODE NO.:**

02-VIOLATING ANY DEPARTMENT RULE OR REGULATION
15-POSS/MANUF/INTRO OF A WEAPON
18-FIGHTING WITH, ASSAULTING, OR THREATENING ANOTHER PERSON WITH ANY OFFENSE AGAINS PERSON OR PROPERTY
32-VIOLATING ANY LAW
33-ATTEMPTING TO COMMIT ANY OFFENSE

**Major** [X]         **Minor** [ ]

**Description of Offense(s)**

On June 13, 2005 an investigation was initiated in regards to a physical altercation that occurred between inmates Keith Niemic and Miguel Valentin in block 7. Through the use of video surveillance, physical evidence and staff reports the following has been determined.

On June 13, 2005 at approx. 1:30pm Keith Niemic (W61426) was involved in a physical altercation with inmate Miguel Vatentin within the Block 7 housing unit. Emergency response procedures were implemented and staff responded to the scene. Once at the scene both combatants separated. Due to three (3) weapons being found at the scene and inmate Valentin receiving lacerations to the right hand and upper left arm as well as a puncture to the upper right chest area. It has been determined that inmate Niemic utilized one of these weapons. Inmate Valentin also had to be transported to an outside hospital for further medical treatment. It should be noted at the time of the altercation Inmate Niemic had equipped himself with make shift body armor fashioned by magazines indicating that this was a planned altercation. All proper authorities notified.

---

| **Has Inmate been placed on Awaiting Action Status** | | | **Yes** [X] | **No** [ ] | | |
|---|---|---|---|---|---|---|

| **Referred to DA** | [X] **Yes** | [ ] **No** | **Referred to DDU** | [X] **Yes** | [ ] **No** |
|---|---|---|---|---|---|
| **Reporting Staff** | | Jason Vital | **Date** 02-SEP-2005 | | **Time** 14:37 |

**Days off**   Fri  Sat

**Shift**   2x10

| **Shift Commander** | John Brodbeck W | **Date** 02-SEP-2005 | **Time** 14:00 |
|---|---|---|---|

| **Disciplinary Officer** | Anthony Catalano M | **Date** 15-DEC-2005 | **Time** 09:34 |
|---|---|---|---|

**Results**

20060104 10:59

# COMMONWEALTH OF MASSACHUSETTS

## DEPARTMENT OF CORRECTION

### DISCIPLINARY REPORT

| | | | | | | |
|---|---|---|---|---|---|---|
| **Inmate** | NIEMIC, KEITH | | **Commit No** | W61426 | **Housing Unit** J3 | |
| **Date** | 26-AUG-2005 | **D- Report No.** | 61907 | **Institution** | SOUZA-BARANOWSKI CORRECTIONAL | |

| Code Description | | Sanctions | | Start Date | End Date # of Units | SS | Amount |
|---|---|---|---|---|---|---|---|
| **Reviewing Authority** | | | | | **Date** | **Time** | |

20060104 10:59

# COMMONWEALTH OF MASSACHUSETTS

## DEPARTMENT OF CORRECTION

### DISCIPLINARY REPORT

| **Inmate** | NIEMIC, KEITH | | **Commit No** | W61426 | **Housing Unit** J3 |
|---|---|---|---|---|---|
| **Date** | 31-AUG-2005 | **D- Report No.** | 61774 | **Institution** | SOUZA-BARANOWSKI CORRECTIONAL |

**OFFENSE(S) & CODE NO.:**

01-DISOBEYING AN ORDER, LYING, INSOLENCE
02-VIOLATING ANY DEPARTMENT RULE OR REGULATION
08-CONDUCT WHICH DISRUPTS
19-OBSCENE/ABUSIVE/THREAT LANGUAGE

**Major** [X]          **Minor** [ ]

**Description of Offense(s)**

On 8/31/05, at approximatley 22:15, Inmate Niemic, Keith W61426 violated institutional rules, and regulations by threatening staff, intentionally overflowing his cell toilet causing flooding of the tier, and being insolent toward staff members. On 8/31/05, at approximately 22:15, I CO A. Pacheco was assigned to work on the J-3 tier of the SSMU. I heard a loud banging noise coming from the J-3 tier. As I looked down the tier, I noticed that there was a large amount of water eminating from cell J-3 #6, which currently houses inmate Niemic. I then walked out on the J-3 tier and wittnessed inmate Niemic repeatedly flushing his toilet. I then issued inmate Niemic a direct order to stop flushing his toilet, to which he ignored. I then turned inmate Niemic's water off, preventing him from futher flooding the tier. Inmate Niemic then threatened staff on the tier who were cleaning the water, stating, "fuck you, you fat fuck, you can't speak to me like that, I want my med's, and I want them now". Unit Sgt. notified. EOR.

**Has Inmate been placed on Awaiting Action Status**          **Yes** [ ]          **No** [ ]

| **Referred to DA** | [ ] **Yes** | [X] **No** | **Referred to DDU** | [ ] **Yes** | [X] **No** | |
|---|---|---|---|---|---|---|
| **Reporting Staff** | | Anthony Pacheco III | | **Date** 31-AUG-2005 | | **Time** 22:38 |

**Days off**          Thu  Fri
**Shift**          3x11

| **Shift Commander** | Martin Leonard D | **Date** 31-AUG-2005 | **Time** 22:41 |
|---|---|---|---|

| **Disciplinary Officer** | James Hart R | **Date** 01-SEP-2005 | **Time** 07:00 |
|---|---|---|---|

**Results**          PLEA GUILTY

| Code Description | Sanctions | Start Date | End Date | # of Units | SS | Amount |
|---|---|---|---|---|---|---|
| 01-DISOBEYING AN ORDER, LYING INSOLENCE | Isolation | 20050916 | 20050921 | 5 | | |
| 19-OBSCENE/ABUSIVE/THREAT | Comb W/#1 | | | 0 | | |

20060104 11:00

# COMMONWEALTH OF MASSACHUSETTS

## DEPARTMENT OF CORRECTION

### DISCIPLINARY REPORT

| **Inmate** | NIEMIC, KEITH | | **Commit No** | W61426 | **Housing Unit** J3 |
|---|---|---|---|---|---|
| **Date** | 31-AUG-2005 | **D- Report No.** | 61774 | **Institution** | SOUZA-BARANOWSKI CORRECTIONAL |

LANGUAGE

**Reviewing Authority**   Duane MacEachern                    **Date** 25-SEP-2005     **Time** 14:04

# COMMONWEALTH OF MASSACHUSETTS

## DEPARTMENT OF CORRECTION

### DISCIPLINARY REPORT

| | | | | | | |
|---|---|---|---|---|---|---|
| **Inmate** | NIEMIC, KEITH | | **Commit No** | W61426 | **Housing Unit** J3 | |
| **Date** | 16-SEP-2005 | **D- Report No.** | 62523 | **Institution** | SOUZA-BARANOWSKI CORRECTIONAL | |

**OFFENSE(S) & CODE NO.:**
01-DISOBEYING AN ORDER, LYING, INSOLENCE
02-VIOLATING ANY DEPARTMENT RULE OR REGULATION

**Major** [X]          **Minor** [ ]

**Description of Offense(s)**
ON 9/16/05 AT APPROX. 8:30AM. I OFFICER PAIGE STARTED TO COLLECT TRAYS ON THE J3 TIER IN THE SSMU. I ASKED INMATE NEMIC FOR HIS TRAY. HE REFUSED TO GET OFF THE BED TO GIVE IT TO ME. I GAVE HIM ANOTHER ORDER AND HE REFUSED AGAIN. THE AREA SGT. WAS NOTIFIED

**Has Inmate been placed on Awaiting Action Status**     **Yes** [X]     **No** [ ]

| | | | | | | |
|---|---|---|---|---|---|---|
| **Referred to DA** | [ ] **Yes** | [X] **No** | **Referred to DDU** | [ ] **Yes** | [X] **No** | |
| **Reporting Staff** | Robert Paige M | | | **Date** 16-SEP-2005 | **Time** 09:03 | |

**Days off**     Mon  Tue

**Shift**        7/3

**Shift Commander**        Shaun Dewey C        **Date** 16-SEP-2005        **Time** 14:52

**Disciplinary Officer**        James Hart R        **Date** 19-SEP-2005        **Time** 08:00

**Results**        Plea Guilty - Reduced to Minor

| Code Description | Sanctions | Start Date | End Date # of Units | SS | Amount |
|---|---|---|---|---|---|
| 01-DISOBEYING AN ORDER, LYING INSOLENCE | Isolation | | 7 | 30 Days | |
| 02-VIOLATING ANY DEPARTMENT RULE OR REGULATION | Loss TV/Radio | | 21 | 30 Days | |

**Reviewing Authority**   Duane MacEachern        **Date** 11-OCT-2005        **Time** 10:00

**20060104 10:59**

# COMMONWEALTH OF MASSACHUSETTS

## DEPARTMENT OF CORRECTION

### DISCIPLINARY REPORT

| Inmate | NIEMIC, KEITH | | Commit No | W61426 | Housing Unit | J3 |
|---|---|---|---|---|---|---|
| Date | 20-SEP-2005 | D- Report No. | 62760 | Institution | SOUZA-BARANOWSKI CORRECTIONAL | |

**OFFENSE(S) & CODE NO.:**

02-VIOLATING ANY DEPARTMENT RULE OR REGULATION
03-FAILURE TO KEEP IN ACCORDANCE
08-CONDUCT WHICH DISRUPTS
10-UNAUTHORIZED CONTROLLED SUBSTANCE
22-DESTROYING/DAMAGING PROPERTY
24-POSS OF ITEMS, NOT AUTHORIZED

**Major** [X]      **Minor** [ ]

**Description of Offense(s)**

I CO Casey on 9-20-05 at 10:00 am. I conducted a cell search of inmate Niemic 's cell number J-6. I found a state door magnet broken into small strips. Also a plastic bag of fruit and fruit juices with a string tied around the top of the bag which appeared to be fermenting juices known as homebrew. The bag was hidden inside a under shirt hanging on a clothes hook.The bag was sent to the inner perimeter security office for testing for alcohol and held as evidence.

| Has Inmate been placed on Awaiting Action Status | **Yes** [ ] | **No** [ ] |
|---|---|---|

| **Referred to DA** | [ ] **Yes** | [X] **No** | **Referred to DDU** | [ ] **Yes** | [X] **No** |
|---|---|---|---|---|---|

**Reporting Staff** Joseph Casey T       **Date** 20-SEP-2005    **Time** 13:03

**Days off** Thu  Fri

**Shift** 7x3

**Shift Commander** Michael Mellen R       **Date** 20-SEP-2005    **Time** 14:25

**Disciplinary Officer** James Hart R       **Date** 21-SEP-2005    **Time** 07:20

**Results** GUILTY

| Code Description | Sanctions | Start Date | End Date | # of Units | SS | Amount |
|---|---|---|---|---|---|---|
| 02-VIOLATING ANY DEPARTMENT RULE OR REGULATION | Loss Canteen | 20060111 | 20060710 | 180 | | |
| | Loss Visits | 20051102 | 20060501 | 180 | | |
| 03-FAILURE TO KEEP IN ACCORDANCE | Comb W/#2 | | | 0 | | |
| 10-UNAUTHORIZED CONTROLLED SUBSTANCE | Restitution | | | 144 | | **** |
| 22-DESTROYING/DAMAGING | Comb W/#2 | | | 0 | | |

20060104 10:59

# COMMONWEALTH OF MASSACHUSETTS

## DEPARTMENT OF CORRECTION

### DISCIPLINARY REPORT

| | | | | | | |
|---|---|---|---|---|---|---|
| **Inmate** | NIEMIC, KEITH | | **Commit No** | W61426 | **Housing Unit** J3 | |
| **Date** | 20-SEP-2005 | **D- Report No.** | 62760 | **Institution** | SOUZA-BARANOWSKI CORRECTIONAL | |

PROPERTY

**Reviewing Authority**  Duane MacEachern      **Date** 26-OCT-2005    **Time** 16:02

# COMMONWEALTH OF MASSACHUSETTS

## DEPARTMENT OF CORRECTION

### DISCIPLINARY REPORT

| | | | | | |
|---|---|---|---|---|---|
| **Inmate** | NIEMIC, KEITH | | **Commit No** W61426 | **Housing Unit** SMU1 | |
| **Date** | 24-OCT-2005 | **D- Report No.** | 64427 | **Institution** MCI NORFOLK | |

**OFFENSE(S) & CODE NO.:**

24-POSS OF ITEMS, NOT AUTHORIZED

**Major** [X]          **Minor** [ ]

**Description of Offense(s)**

On 10-24-05, at approx. 2:40pm, I (Sgt. A. Larson) conducted a security search of Inmate Niemic, Keith W61426 Cell #126. During this search I found Two (2) pieces of plexi glass, the first one is 7inchs in length by 4 inches wide, the second piece is 7 inches in length by 3 inches wide. These were found in the inmates window area, they appear to be new, they also have white linen around the jagged edges, possibly from being rapped in some type of sheet or cloth. Lt. Collins notified immediatly. Capt. Devine notified.

**Has Inmate been placed on Awaiting Action Status**      **Yes** [ ]      **No** [ ]

**Referred to DA**      [ ] **Yes**      [X] **No**          **Referred to DDU**      [ ] **Yes**      [X] **No**

**Reporting Staff** Arnold Larson I          **Date** 24-OCT-2005          **Time** 14:52

**Days off** Wed  Thu

**Shift** 7 x 3

**Shift Commander** William Devine F          **Date** 24-OCT-2005          **Time** 15:21

**Disciplinary Officer** David Malone W          **Date** 25-OCT-2005          **Time** 07:00

**Results** GUILTY

| Code Description | Sanctions | Start Date | End Date | # of Units | SS | Amount |
|---|---|---|---|---|---|---|
| 24-POSS OF ITEMS, NOT AUTHORIZED | Loss Canteen | 20060711 | 20060725 | 14 | | |

**Reviewing Authority** Donald Levesque J          **Date** 02-JAN-2006          **Time** 16:36

20060104 10:59

# COMMONWEALTH OF MASSACHUSETTS

## DEPARTMENT OF CORRECTION

### DISCIPLINARY REPORT

| **Inmate** | NIEMIC, KEITH | | **Commit No** | W61426 | **Housing Unit** SMU3 |
|---|---|---|---|---|---|
| **Date** | 27-OCT-2005 | **D- Report No.** | 64602 | **Institution** | MCI NORFOLK |

**OFFENSE(S) & CODE NO.:**

01-DISOBEYING AN ORDER, LYING, INSOLENCE
02-VIOLATING ANY DEPARTMENT RULE OR REGULATION
07-TAMPERING W/ LOCKING DEVICE
08-CONDUCT WHICH DISRUPTS
15-POSS/MANUF/INTRO OF A WEAPON
18-FIGHTING WITH, ASSAULTING, OR THREATENING ANOTHER PERSON WITH ANY OFFENSE AGAINS PERSON OR PROPERTY
19-OBSCENE/ABUSIVE/THREAT LANGUAGE
22-DESTROYING/DAMAGING PROPERTY

**Major** [X]        **Minor** [ ]

**Description of Offense(s)**

On 10/25/05 at approximately 11:52am I, Sgt Houle was on SMU1 tier setting up the video camera for the 21 assigned cell searches that were to take place on SMU1. At this time an Inmate housed on SMU1 yelled down for some toilet paper. The response from security staff was "wait one minute." Inmate Niemic W61426 cell 126 proceeded to throw his food trays down the tier. I immediately began to video record the activity on the tier and notified SMU Lt Collins. Inmate Niemic proceeded to kick his door repeatedly , Lt Collins ordered the inmates with trays to pass them in to staff. Lt Collins was assaulted with a food tray, all staff were instructed to exit the tier by Lt Collins. Deputy Mitchell arrived to assess the situation on the SMU1 tier. Psych services Kaplowitz attempted to intervene with Inmate Niemic without success. The Special Operations move team was utilized to move Inmate Niemic from his cell. Inmate Niemic used a toothbrush and books in the track of the cell door which jammed the door during the breech of the cell. Inmate Niemic also used soap and water on the floor of the cell making the surface slippery for the move team. A leatherman tool and Halogen tool were utilized to breech the door, Inmate Niemic was moved from cell 126 to SMU3 cell 338. Inmate Niemics actions disrupted the orderly running of the SMU and institution for over 3 hours.

| Has Inmate been placed on Awaiting Action Status | | | | **Yes** [ ] | | **No** [ ] | | | |
|---|---|---|---|---|---|---|---|---|---|

| **Referred to DA** | [ ] **Yes** | [X] **No** | | **Referred to DDU** | [ ] **Yes** | [X] **No** |
|---|---|---|---|---|---|---|
| **Reporting Staff** | | John Houle P | | | **Date** 27-OCT-2005 | **Time** 10:33 |

**Days off**    Sun  Sat

**Shift**       7x3

**Shift Commander** _____ William Devine F _____        **Date** 27-OCT-2005        **Time** 13:39

**20060104 11:02**

# COMMONWEALTH OF MASSACHUSETTS

## DEPARTMENT OF CORRECTION

### DISCIPLINARY REPORT

| Inmate | NIEMIC, KEITH | | | **Commit No** | W61426 | **Housing Unit** | SMU3 | |
|--------|---------------|---|---|---|---|---|---|---|
| **Date** | 27-OCT-2005 | **D- Report No.** | 64602 | **Institution** | MCI NORFOLK | | | |

**Disciplinary Officer**        David Malone W        **Date** 28-OCT-2005    **Time** 07:00

**Results**

| Code Description | Sanctions | Start Date | End Date | # of Units | SS | Amount |
|---|---|---|---|---|---|---|
| **Reviewing Authority** | | **Date** | | | **Time** | |

# COMMONWEALTH OF MASSACHUSETTS

## DEPARTMENT OF CORRECTION

### DISCIPLINARY REPORT

| | | | | | |
|---|---|---|---|---|---|
| **Inmate** | NIEMIC, KEITH | | **Commit No** W61426 | **Housing Unit** SMU1 | |
| **Date** | 23-DEC-2005 | **D- Report No.** | 67444 | **Institution** | MCI NORFOLK |

**OFFENSE(S) & CODE NO.:**

      19-OBSCENE/ABUSIVE/THREAT LANGUAGE

**Major** [X]        **Minor** []

**Description of Offense(s)**

  At approximately 12:30 P.M. on December 23, 2005 while assigned to the first floor of the SMU, I, C.O. Servello witnessed Inmate Niemic, Keith (W61426) make threatening remarks to Dr. Felder from mental health. The Inmate and doctor were having a discusion when Inmate Niemic got upset and stated to Dr. Felder " Fuck you,you cunt. I'll see you in court."

**Has Inmate been placed on Awaiting Action Status**    **Yes** []    **No** []

**Referred to DA**    [] **Yes**    [X] **No**        **Referred to DDU**    [] **Yes**    [X] **No**

**Reporting Staff**      Antonio Servello A      **Date** 23-DEC-2005    **Time** 13:39

**Days off**    Wed Thu

**Shift**    3x11

**Shift Commander**    Scott Paiva F    **Date** 27-DEC-2005    **Time** 14:57

**Disciplinary Officer**    David Malone W    **Date** 28-DEC-2005    **Time** 07:00

**Results**

| Code Description | Sanctions | Start Date | End Date | # of Units | SS | Amount |
|---|---|---|---|---|---|---|
| **Reviewing Authority** | | **Date** | | | **Time** | |

20060104 10:58

2006/01/04 12:16:59

# Default Contract Code
# INMATE CALLING LIST
## All Facilities

| Acct. No. | Other ID | PIN | Name | Facility | Phone No. | Person at Phone | Relationship | Status Allowed |
|---|---|---|---|---|---|---|---|---|
| W61426 | | 452609 | NIEMIC, KEITH | MCIN | 5088803035 | ROULEAU | DONNA | D Y |
| W61426 | | 452609 | NIEMIC, KEITH | MCIN | 5087785608 | SCOTT NIEMIC | BROTHER | D Y |
| W61426 | | 452609 | NIEMIC, KEITH | MCIN | 5087635801 | HEIDI LYNN | SISTER | D Y |
| W61426 | | 452609 | NIEMIC, KEITH | MCIN | 5082242980 | THURBER | DEIDRE | A Y |
| W61426 | | 452609 | NIEMIC, KEITH | MCIN | 5086715291 | NIEMIC | KELLY | D Y |
| W61426 | | 452609 | NIEMIC, KEITH | MCIN | 5086728652 | KELLY | ED | D Y |
| W61426 | | 452609 | NIEMIC, KEITH | MCIN | 5086716126 | ED NIEMIC | FATHER | D Y |
| W61426 | | 452609 | NIEMIC, KEITH | MCIN | 6173385166 | DOYLE | JAMES | D Y |
| W61426 | | 452609 | NIEMIC, KEITH | MCIN | 5086738247 | ED NIEMIC | FATHER | D Y |
| W61426 | | 452609 | NIEMIC, KEITH | MCIN | 7812900060 | PANDISCIO | MARK | A Y |
| W61426 | | 452609 | NIEMIC, KEITH | MCIN | 5086756999 | ED NIEMIC | FATHER | D Y |
| W61426 | | 452609 | NIEMIC, KEITH | MCIN | 6097233642 | KELLY MIEMIC | SISTER | D Y |
| W61426 | | 452609 | NIEMIC, KEITH | MCIN | 6097233644 | KELLY BOSLEY | SISTER | A Y |
| W61426 | | 452609 | NIEMIC, KEITH | MCIN | 8599547658 | JAMIE MARIAH | FRIEND | A Y |
| W61426 | | 452609 | NIEMIC, KEITH | MCIN | 6172613800 | CURRAN, DANA | ATTORNEY | A Y |
| W61426 | | 452609 | NIEMIC, KEITH | MCIN | 5089907601 | JONATHAN MEDEIROS | SON | D Y |
| W61426 | | 452609 | NIEMIC, KEITH | MCIN | 4018410551 | DO NOT READD | PER WALPOLE IPS | S Y |
| W61426 | | 452609 | NIEMIC, KEITH | MCIN | 5089927634 | JONATHAN NIEMIC | SON | A Y |
| W61426 | | 452609 | NIEMIC, KEITH | MCIN | 6517936482 | KIM EMSEY | COUSIN | A Y |
| W61426 | | 452609 | NIEMIC, KEITH | MCIN | 5086743731 | SHELLIE CARDOZA | GIRLFRIEND | D Y |
| W61426 | | 452609 | NIEMIC, KEITH | MCIN | 2079432051 | ED NIEMIC | FATHER | D Y |
| W61426 | | 452609 | NIEMIC, KEITH | MCIN | 5084968461 | JOHN NIEMIC | SON | A Y |

### END OF DETAIL

Form: IN202WEB Version: 1.000

Exhibit C

☐001

# Default Contract Code
## CALL DETAIL RECORDS - II
### Souza Baranowski

| Date / Acct. No. | Pickup / Other ID | Connect / Inmate Name | Accept | Stop | Originating Phone # / CC | Number Dialed / Called Party Number | Facility | Location / Relationship | Minutes | Type | Term | Dest Status | Recorder Ch Allowed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2005/08/14 W61426 | 10:04:23 | 10:05:29 NIEMIC, KEITH | 10:06:29 | 10:20:40 | 9738406306 1 | ED NIEMIC 2079432051 | SBMA | J3-5 FATHER | 15 | 2 | 128 | 6 | Y |
| 2005/08/14 W61426 | 10:20:46 | 10:21:25 NIEMIC, KEITH | 10:22:11 | 10:36:35 | 9785345185 1 | ED NIEMIC 2079432051 | SBMA | J3-5 FATHER | 15 | 2 | 128 | 6 | Y |
| 2005/08/14 W61426 | 14:58:54 | 14:59:35 NIEMIC, KEITH | 15:00:28 | 15:14:45 | 9783373875 1 | ED NIEMIC 2079432051 | SBMA | J3-5 FATHER | 15 | 2 | 128 | 6 | Y |
| 2005/08/14 W61426 | 15:14:50 | 15:15:29 NIEMIC, KEITH | 15:16:16 | 15:27:02 | 9788406845 1 | ED NIEMIC 2079432051 | SBMA | J3-5 FATHER | 11 | 2 | 128 | 6 | Y |
| 2005/09/23 W61426 | 10:09:49 | 10:10:47 NIEMIC, KEITH | | 10:11:47 | 9784667465 1 | ED NIEMIC 2079432051 | SBMA | J3-5 FATHER | 0 | 2 | 73 | 6 | Y |
| 2005/09/23 W61426 | 10:12:20 | 10:12:54 NIEMIC, KEITH | | 10:13:56 | 9784668702 1 | ED NIEMIC 2079432051 | SBMA | J3-5 FATHER | 0 | 2 | 73 | 6 | Y |
| 2005/09/23 W61426 | 10:14:00 | 10:14:35 NIEMIC, KEITH | | 10:15:30 | 9784668651 1 | ED NIEMIC 2079432051 | SBMA | J3-5 FATHER | 0 | 2 | 73 | 6 | Y |
| 2005/09/23 W61426 | 10:42:58 | 10:43:37 NIEMIC, KEITH | | 10:44:34 | 9785376109 1 | ED NIEMIC 2079432051 | SBMA | J3-5 FATHER | 0 | 2 | 73 | 6 | Y |
| 2005/09/23 W61426 | 13:00:45 | 13:01:24 NIEMIC, KEITH | | 13:02:10 | 9788402829 1 | ED NIEMIC 2079432051 | SBMA | J3-5 FATHER | 0 | 2 | 129 | 6 | Y |
| 2005/09/23 W61426 | 13:10:55 | 13:11:32 NIEMIC, KEITH | | 13:12:29 | 9788402891 1 | ED NIEMIC 2079432051 | SBMA | J3-5 FATHER | 0 | 2 | 73 | 6 | Y |
| 2005/09/23 W61426 | 13:14:07 | 13:14:43 NIEMIC, KEITH | | 13:15:40 | 9738406490 1 | ED NIEMIC 2079432051 | SBMA | J3-5 FATHER | 0 | 2 | 73 | 6 | Y |
| 2005/09/23 W61426 | 13:19:04 | 13:19:27 NIEMIC, KEITH | | 13:20:43 | 9786667761 1 | ED NIEMIC 2079432051 | SBMA | J3-5 FATHER | 0 | 2 | 73 | 6 | Y |
| 2005/09/23 W61426 | 13:21:01 | 13:21:31 NIEMIC, KEITH | | 13:22:33 | 9784668053 1 | ED NIEMIC 2079432051 | SBMA | J3-5 FATHER | 0 | 2 | 73 | 6 | Y |
| 2005/09/23 W61426 | 13:49:14 | 13:49:49 NIEMIC, KEITH | | 13:50:55 | 9785376631 1 | ED NIEMIC 2079432051 | SBMA | J3-5 FATHER | 0 | 2 | 73 | 6 | Y |
| 2005/09/23 W61426 | 13:51:11 | 13:51:44 NIEMIC, KEITH | | 13:52:42 | 9784403657 1 | ED NIEMIC 2079432051 | SBMA | J3-5 FATHER | 0 | 2 | 73 | 6 | Y |
| 2005/09/23 W61426 | 14:05:02 | 14:05:37 NIEMIC, KEITH | | 14:06:30 | 9788406461 1 | ED NIEMIC 2079432051 | SBMA | J3-5 FATHER | 0 | 2 | 73 | 6 | Y |

# Default Contract Code
# CALL DETAIL RECORDS - II
## Souza Baranowski

| Date Acct. No. | Pickup Other ID | Connect Accept / Inmate Name | Stop | Originating Phone # | CC | Called Party | Number | Facility | Location | Relationship | Minutes | Type | Term | Dest | Status | Recorder Ch Allowed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2005/09/23 W61426 | 14:17:35 | 14:18:10 NIEMIC, KEITH | 14:19:08 | 9785346382 | 1 | ED NIEMIC | 2079432051 | SBMA | J-5 | FATHER | 0 | 2 | 73 | 6 | A | Y |
| 2005/09/23 W61426 | 14:26:25 | 14:27:00 NIEMIC, KEITH | 14:27:57 | 9784669819 | 1 | ED NIEMIC | 2079432051 | SBMA | J-5 | FATHER | 0 | 2 | 73 | 6 | A | Y |
| 2005/09/23 W61426 | 19:41:44 | 19:42:22 NIEMIC, KEITH | 19:43:22 | 9786668053 | 1 | ED NIEMIC | 2079432051 | SBMA | J-5 | FATHER | 0 | 2 | 73 | 6 | A | Y |
| 2005/09/23 W61426 | 20:19:04 | 20:19:39 NIEMIC, KEITH | 20:20:46 | 9786406410 | 1 | ED NIEMIC | 2079432051 | SBMA | J-5 | FATHER | 0 | 2 | 73 | 6 | A | Y |
| 2005/09/23 W61426 | 20:51:07 | 20:51:41 NIEMIC, KEITH | 20:52:48 | 9786406981 | 1 | ED NIEMIC | 2079432051 | SBMA | J-5 | FATHER | 0 | 2 | 73 | 6 | A | Y |
| 2005/09/24 W61426 | 09:07:58 | 09:08:35 NIEMIC, KEITH | 09:23:57 | 9785379982 | 1 | ED NIEMIC | 2079432051 | SBMA | J-5 | FATHER | 15 | 2 | 128 | 6 | A | Y |
| 2005/09/24 W61426 | 09:28:41 | 09:29:15 NIEMIC, KEITH | 09:44:34 | 9786406410 | 1 | ED NIEMIC | 2079432051 | SBMA | J-5 | FATHER | 15 | 2 | 128 | 6 | A | Y |
| 2005/09/25 W61426 | 09:39:08 | 09:39:47 09:40:47 NIEMIC, KEITH | 09:51:37 | 9785375191 | 1 | ED NIEMIC | 2079432051 | SBMA | J-5 | FATHER | 11 | 2 | 128 | 6 | A | Y |
| 2005/09/23 W61426 | 09:12:48 | 09:13:38 NIEMIC, KEITH | 09:14:45 | 9786403104 | 1 | THURBER, | 5082362980 | SBMA | J-5 | DEIDRE | 0 | 2 | 129 | 3 | A | Y |
| 2005/08/14 W61426 | 10:40:10 | 10:41:08 NIEMIC, KEITH | | | 1 | JOHN NIEMIC | 5084698461 | SBMA | SON | J-5 | 0 | 2 | 86 | 3 | A | Y |
| 2005/08/14 W61426 | 10:38:02 | 10:39:14 NIEMIC, KEITH | | | 1 | JONATHAN NIEMIC | 5089927634 | SBMA | J-5 | SON | 0 | 2 | 128 | 3 | A | Y |
| 2005/08/14 W61426 | 10:41:10 | 10:41:48 NIEMIC, KEITH | 10:43:18 | 9784402320 | 1 | JONATHAN NIEMIC | 5089927634 | SBMA | J-5 | SON | 0 | 2 | 128 | 3 | A | Y |
| 2005/09/23 W61426 | 13:04:49 | 13:05:52 NIEMIC, KEITH | | | 1 | KELLY BOSLEY | 6097233644 | SBMA | J-5 | SISTER | 0 | 2 | 86 | 6 | A | Y |
| **Grand Totals** | | Connects 26 | Accepts 7 | | | Denies 19 | | | | Other 3 | Minutes 97 | Minutes 97 | | | Average Length 14 Min | |

**END OF DETAIL**

# Default Contract Code
## CALL DETAIL RECORDS - II
### Souza Baranowski

## SUMMARY PAGE

| Contacts | Accepts | Denies | Oliver | | Minutes | Average Length |
|---|---|---|---|---|---|---|
| 26 | 7 | 19 | 3 | | 97 | 14 Min. |

**Grand Totals**

### END OF SUMMARY

# Allowed Number List for Account W61426

User Id  Kerry
Facility  SBMe
Contract  madc

**Phone Number**          **Number Status**

☑ **Active** ☑ **Suspended** ☐ **Deactivated**

**Rows** 10

| Actions | | Number | Status | Privileged | Name | Relation | Last Use |
|---------|---|--------|--------|------------|------|----------|----------|
| 👓 | CDR | 2079432051 | Active | N | ED NIEMIC | FATHER | 2005/12/06:37:13 pm |
| 👓 | CDR | 4018410551 | Suspended | N | DO NOT READD | PER WALPOLE IPS | 2003/12/04:13:40 pm |
| 👓 | CDR | 5082242980 | Active | Y | THURBER | DEIDRE | 2005/11/09:21:06 am |
| 👓 | CDR | 5084968461 | Active | N | JOHN NIEMIC | SON | |
| 👓 | CDR | 5089927634 | Active | N | JONATHAN NIEMIC | SON | 2005/08/10:47:56 am |
| 👓 | CDR | 6097233644 | Active | N | KELLY BOSLEY | SISTER | |
| 👓 | CDR | 6172613800 | Active | Y | CURRIAN, DANA | ATTORNEY | 2004/02/10:05:40 am |
| 👓 | CDR | 6517936482 | Active | N | KIM EMSEY | COUSIN | 2004/05/10:20:30 am |
| 👓 | CDR | 7812900060 | Active | Y | PANDISCIO MARK | | 2004/03/09:49:53 am |
| 👓 | CDR | 8509547658 | Active | N | JAMIS MAKIAH | FRIEND | |

Modified Tue, Oct 19, 2004 16:34:42

© Copyright 2001
NETIX, I.

# Default Contract Code
## CALL DETAIL RECORDS - II
### All Facilities

| Date Acct. No. | Pickup Other ID | Connect Inmate Name | Accept | Stop | Originating Phone # | Number Dialed CC Number Called Party | Facility | Location Relationship | Minutes | Type | Term | Dest Status | Reorder Ch Allowed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2005/10/31 W61426 | 18:02:08 | NIEMIC, KEITH | 18:03:45 | 18:23:38 | 5086685980 | 1  2079432051  MCIN  ED NIEMIC | SMU FI #1  FATHER | :20 | 2 | 128 | 6 | A |
| 2005/11/11 W61426 | 19:36:00 | NIEMIC, KEITH | 19:37:45 | 19:46:00 | 5086685980 | 1  2079432051  MCIN  ED NIEMIC | SMU FI #1  FATHER | 9 | 1 | 128 | 6 | A |
| 2005/11/29 W61426 | 09:19:57 | NIEMIC, KEITH | 09:20:41  09:23:31 | 09:25:01 | 5086685980 | 1  2079432051  MCIN  ED NIEMIC | SMU FI #1  FATHER | :4 | 2 | 128 | 6 | A |
| 2005/12/10 W61426 | 18:12:58 | NIEMIC, KEITH | 18:13:37  18:14:25 | 18:29:12 | 5086685980 | 1  2079432051  MCIN  ED NIEMIC | SMU FI #1  FATHER | 15 | 2 | 128 | 6 | A |
| 2005/12/28 W61426 | 16:06:04 | NIEMIC, KEITH | 16:06:42  16:07:28 | 16:11:26 | 5086685980 | 1  2079432051  MCIN  ED NIEMIC | SMU FI #1  FATHER | :4 | 2 | 128 | 6 | A  Y |
| 2005/12/31 W61426 | 18:11:49 | NIEMIC, KEITH | 18:12:29  18:13:18 | 18:30:35 | 5086685980 | 1  2079432051  MCIN  ED NIEMIC | SMU FI #1  FATHER | 18 | 2 | 128 | 6 | A |
| 2006/01/04 W61426 | 19:16:43 | NIEMIC, KEITH | 19:17:40  19:18:29 | 19:31:59 | 5086685980 | 1  2079432051  MCIN  ED NIEMIC | SMU FI #1  FATHER | :20 | 2 | 128 | 6 | A  Y |

| Grand Totals | | | | | | | | | Minutes | | | Average Length | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Connects 7 | | Accepts 7 | | | Denies 0 | | Other 0 | Minutes 90 | | | 13 Min | |

**END OF DETAIL**

# Default Contract Code
# CALL DETAIL RECORDS - II
**All Facilities**

## SUMMARY PAGE

| | Connects | Accepts | Denies | Other | Minutes | Average Length |
|---|---|---|---|---|---|---|
| **Grand Totals** | 7 | 7 | 0 | 0 | 90 | 13 Min |

**END OF SUMMARY**

**Massachusetts Department of Correction**
**PROPERTY INVENTORY FORM**

INMATE: _Keith Niemic_

COMMITMENT #: _W4661_   HOUSING UNIT: _____

Medic Alert
Medal/Bracelet/Necklace
Eyeglasses/Sunglasses
Dentures
Orthopedic/Prosthetic Devices

(1) T.V. 13"

(1) AM/FM radio

(1) Fan

(1) Typewriter (no memory)
(1) Walkman
(2) Headphones
(1) Obscure Cable
(1) Extension Cord (6')

(3) Table Games
(2) Locks

**Codes:**
W = Working   NW = Not Working (for electrical items only)
G = Good   F = Fair   P = Poor (use for all other property items)

Please use the following codes in the "Condition" field.

MADE AND SUBSCRIBED UNDER THE PENALTIES OF PERJURY

I, _____, hereby attest that the items on this form represent a true, current, and accurate accounting of all of the property and/or belongings that I possess at this facility, within the Massachusetts Department of Correction, including those items that have been temporarily issued to me by this agency.

Date: _____
Inmate: _____

Date: _11/16/05_
Officer: _____

Write - Property (Original)          Canary - Inmate

*Exhibit D*

| Date | Name | Number | Contents | Location |
|---|---|---|---|---|
| 11-1-05 | | W 70314 | 1 Box | Excess Legal | Norfolk |
| 11-1-05 | | W84387 | 2 Boxes | Norfolk |
| 11-1-05 | | W66730 | 1 Box | Norfolk |
| 11-1-05 | | W80878 | 2 Boxes | Norfolk |
| 11-1-05 | | W56202 | 2 Boxes | Norfolk |
| 11-1-05 | | W69673 | 1 TV | O.C.C.C. |
| 11-3-05 | | W69070 | 1 Box | Norfolk |
| 11-3-05 | | W70699 | 1 Box | Norfolk |
| 11-3-05 | | W69992 | 1 Bag | NCCI Gardner |
| 11-8-05 | | W65510 | 1 Box | Norfolk |
| 11-8-05 | | W84373 | 2 Boxes, 1 TV | OCCC |
| 11-8-05 | | W51645 | 1 Box, 1 TV | OCCC |
| 11-8-05 | | W80878 | 1 bag | Norfolk |
| 11-10-05 | | W84949 | 1 bag | SBCC |
| 11-10-05 | | W55313 | 1 box, 1 bag | Norfolk |
| 11-15-05 | | W67146 | 1 box, 1 TV | SBCC |
| 11-15-05 | | W81035 | 3 Boxes, 1 TV | OCCC |
| 11-15-05 | | W52425 | 1 Bag | SBCC |
| 11-15-05 | | W45022 | 1 Box | SBCC |
| 11-15-05 | Keith, Nemjic | W-64426 | 4 Boxes | Norfolk |
| 11-15-05 | | W-56706 | 1 Box | Norfolk |
| 11-15-05 | | W-58622 | 1 Box | Norfolk |
| 11-17-05 | | W82005 | 1 Box, 1 TV | SBCC |
| 11-22-05 | | W80938 | 2 Boxes, 1 TV | OCCC |
| 11-22-05 | | W63477 | 1 TV, 1 bag | OCCC |
| 11-22-05 | | W46855 | 2 Boxes | Norfolk |
| 11-22-05 | | W69715 | 1 Box | Norfolk |
| 11-22-05 | | W45072 | 1 Bag | SBCC |
| 11-29-05 | | W84373 | 1 Bag | OCCC |
| 11-29-05 | | W66226 | 1 Bag | SBCC |
| 11-29-05 | | W83276 | 1 Box, 1 TV | SBCC |
| 11-29-05 | | W69070 | 1 Box | SBCC |
| 11-29-05 | | W69992 | 1 Bag | NCCI Gardner |
| 11-29-05 | | W83639 | 1 Bag | Norfolk |
| 12-6-05 | | W66446 | 1 Bag | SBCC |

103 CMR: Department of Correction

103 CMR 403.00   INMATE PROPERTY POLICY

SECTION

403.01:   Purpose
403.02:   Statutory Authorization
403.03:   Cancellation
403.04:   Applicability
403.05:   Access to Regulations
403.06:   Definitions
403.07:   Property Storage Area
403.08:   Appointment and Duties of the Institution Property
          Officer
403.09:   Approved Property for Inmates Being Transported
403.10:   Approved Inmate Property By Security Levels
403.11:   Additional Property Authorized for Retention by Inmates
403.12:   Responsibility for Property Retained by Inmates
403.13:   Incoming Inmate Property
403.14:   Disposal of Inmate Property
403.15:   Seized Inmate Property
403.16:   Long Term Storage of Inmate Property
403.17:   Transfer or Release of Inmate Property
403.18:   Property of Escapees or Deceased Inmates
403.19:   Disposal of Unclaimed Inmate Property
403.20:   Liability for Loss, Damage or Destruction of Inmate
          Property
403.21:   Property Transactions Involving Inmates
403.22:   Time Limits
403.23:   Emergencies
403.24:   Staff Responsibilities
403.25:   Annual Review Date
403.26:   Severability Clause

## 403.01:  Purpose

The purpose of 103 CMR 403.00 is to establish regulations governing the receipt, transfer, storage, maintenance, release and disposal of the property of inmates confined in state correctional institutions.   103 CMR 403.00 is not intended to confer any procedural or substantive rights or any private cause of action not otherwise granted by state or federal law.

## 403.02: Statutory Authorization

103 CMR 403.00 is promulgated pursuant to M.G.L. c. 124, §§1(b), (c) and (q) and M.G.L. c. 127, §§3, 96A and 96B.

4/27/01                                                      403-1

*Exhibit E*

## 103 CMR: Department of Correction

### 403.03:  Cancellation

103 CMR 403.00 cancels all previous departmental or institutional
policy statements, bulletins, directives, orders, notices, rules,
regulations or standard operating procedures regarding inmate
property to the extent that they are inconsistent with 103 CMR
403.00.  The April 12, 1991, standard operating procedures and any
amendments thereto, including the 103 CMR 403.12 grandfather
clause, are hereby specifically cancelled as inconsistent with 103
CMR 403.00.

### 403.04:  Applicability

103 CMR 403.00 is applicable to all inmates, whether sentenced or
awaiting trial, incarcerated at state correctional institutions
with the exception of Bridgewater State Hospital excluding the
permanent work force unit, Lemuel Shattuck Correctional Unit, and
the Addiction Center at Southeastern Correction Center.

### 403.05:  Access to Regulations

103 CMR 403.000 shall be maintained within the Departmental Policy
Manual, in each Superintendent's Central Policy File and in each
inmate library.

### 403.06:  Definitions

Contraband - any item(s) not approved for retention by an inmate at
an institution.

Ditty Bag- for the purposes of 103 CMR 403.00 shall be a bag which
may contain the items outlined in section 103 CMR 403.09(1)(a) thru
(m) sent along in the same vehicle as the inmate being transported.

Inventory - the record kept by the property officer of any and all
property of an inmate.

Living Quarters - the room, cell, dormitory or other area of any
institution where an inmate resides.

Property - any and all items retained by an inmate which are
approved for retention by the inmate in his living quarters,
temporarily stored by the institution as contraband, or in long
term storage.

103 CMR: Department of Correction

Property Committee - a group of department managers designated by the Commissioner who review recommendations for additional inmate property in accordance with 103 CMR 403.00 for approval by the Commissioner.

Property Storage Area - a designated area of an institution where inmate property is stored.

Security Levels - a combination of the nature and number of physical design barriers available to prevent escape and control inmate behavior, along with the degree of staff supervision necessary to ensure adequate control.

State - clothing permitted under 103 CMR 403.10: *Approved Inmate Property by Security Level*, which is provided to the inmate by the institution. The number of clothing items may be different than the authorized number of items permitted inmates at other security levels.

Transient Inmate - any inmate whose security classification has yet to be determined or who has not been assigned to a permanent housing location.

## 403.07:  Property Storage Area

Each institution shall maintain a secure inmate property storage area.    Only the Superintendent or his designee and the property officer shall have access to this area unless additional personnel are specifically authorized by the Superintendent or a designee.

## 403.08:  Appointment and Duties of the Institution Property Officer

The Superintendent at each institution shall appoint a property officer who shall be responsible to maintain inventories and records of all inmate property.

## 403.09:  Approved Property for Inmates Being Transported

(1)   Inmates being transferred shall be allowed to enter facilities with the following items in a ditty bag;
    (a)   seven pairs of under shorts *
    (b)   seven pairs of socks *
    (c)   one pair of pants (except level 6)
    (d)   one shirt (except level 6)
    (e)   one religious book

103 CMR: Department of Correction

    (f)   basic toiletries

    (g)   physician ordered eyeglasses, dentures, orthopedic or prosthetic device(s)

    (h)   not more than one cubic foot of legal documents

    (i)   one wedding band and/or one religious medal with chain

    (j)   medic alert bracelet/chain and any other medically prescribed item

    (k)   female inmates shall also be allowed seven undershirts and seven bras *

    (l)   inmates being transported to the Boot Camp as a return to higher security shall be allowed to carry their Walkman in their ditty bags

    (m)   one padlock

\*    This is not required issue and is for property purposes only. Please refer to 103 DOC 755 for minimum institutional clothing issue.

(2)   Transient inmates may retain the clothing worn during transportation so long as it meets security level property guidelines of the receiving institution.

## 403.10:  Approved Inmate Property by Security Level

(1)   All inmates shall be authorized to access the following items.

    (a)   state issued sheets, blanket and pillow case;

    (b)   state issued towel and face cloth;

    (c)   state issued bar of soap;

    (d)   one set of clothing to include underwear, socks, shoes, shirt, pants, jumpsuit or dress (for females   only);

    (e)   physician ordered eyeglasses, dentures, orthopedic or prosthetic device(s);

    (f)   state issued pencil and paper;

    (g)   not more than one cubic foot of legal documents, such as appeals, writs, complaints, transcripts;

    (h)   a religious book;

    (i)   not more than one cubic foot of personal letters, photographs and newspaper clippings;

    (j)   court clothes, as needed for scheduled court appearances.

(2)   Certain toiletry items such as razors or combs shall be made available for use at specified times.

(3)   Any item available for purchase at the institutional inmate

### 103 CMR: Department of Correction

canteen or through approved vendors shall not be authorized to enter via an inmate property permission slip.

(4)   The following is a master list of items approved for retention by inmates in general population in accordance with their security level.    This is not required issue and is for property purposes only.    Please refer to 103 DOC 755 for minimum institutional clothing issue.    Unless an inmate is transient, his security level is the same as the institution in which he is housed.

| | TRANSIENT | BOOT CAMP | 6 | 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|---|---|---|---|
| **APPLIANCES/ACCESSORIES** | | | | | | | | |
| (1) T.V. 13" * | | | X | X | X | X | X | X |
| (1) AM/FM radio * | | | X | X | X | X | X | X |
| (1) Fan * | | | X | X | X | X | X | X |
| (1) Hot pot * | | | | X | X | X | X | X |
| (2) Sets Headphones * | | | X | X | X | X | X | X |
| (1)Walkman * (Boot Camp returns to higher security only) | X | | X | X | X | X | X | X |
| Musical Instrument-program approved | | | | X | X | X | X | X |
| (1) Typewriter (no memory) | | | X | X | X | X | X | X |
| (1) Extension Cord (max 6') | | | | X | X | X | X | X |
| (1) Hair dryer (hand held) | | | | | | | X | X |
| (1) Curling iron (female inmates only) | | | | | | | | X |
| **JEWELRY/total value not to exceed $50** | | | | | | | | |
| (1) Wedding Ring | X | X | X | X | X | X | X | X |
| (1) Watch | X | | X | X | X | X | X | X |
| Medic Alert Medal/Bracelet | X | X | X | X | X | X | X | X |
| **MISCELLANEOUS** | | | | | | | | |
| (1) Mirror 5x7 max size | X | | X | X | X | X | X | X |
| Paper/Stamps/Pens/Pencils | X | X | X | X | X | X | X | X |
| Weight lifting Belt/Gloves | | | | belt only | belt only | X | X | X |
| Speed Bag Gloves | | | | | | X | X | X |
| Books/Mags/Newspapers(10 max) Does not include books for Temporary use in authorized educational programs) | RELIGIOUS ONLY | (1) RELIGIOUS ONLY | X | X | X | X | X | X |
| Letters/Photos/News clippings | X | X | X | X | X | X | X | X |
| Legal Documents | X | X | X | X | X | X | X | X |
| Toiletries (15 max) | X | X | X | X | X | X | X | X |
| (3) Table Games | | | X | X | X | X | X | X |
| (2) Locks ** | X | | X | X | X | X | X | X |
| Eyeglasses/Sunglasses | X | X | X | X | X | X | X | X |

4/27/01

103 CMR: Department of Correction

| | | | (eyeglasses only) | | | | | |
|---|---|---|---|---|---|---|---|---|
| (1) Wallet | X | | X | X | X | X | X | X |
| (1) ea. Cup/Bowl | | | X | X | X | X | X | X |
| (1) Alarm Clock | | | | | | X | X | X |
| Sheets/Towels/Face cloth (State issue) | X | X | X | X | X | X | X | X |
| Blanket/Pillow (state issue) | X | X | X | X | X | X | X | X |
| | TRANSIENT | BOOT CAMP | 6 | 5 | 4 | 3 | 2 | 1 |
| (1) Bicycle/Bicycle Lock/Bicycle Helmet | | | | | | | X | X |
| (1) Umbrella | | | | | | | X | X |
| (1) Book Bag | | | | | | | X | X |
| (1) Sewing Kit | | | | X | X | X | X | X |
| (1) Can Opener | X | | X | X | X | X | X | X |
| (1) Toe Nail Clipper (no file allowed) | | X | | X | X | X | X | X |
| (1) Nail Clipper (no file allowed) | | X | X | X | X | X | X | X |
| **CLOTHING** | | | | | | | | |
| (2) Suits/Ties/Sportcoat | | | | | | | X | X |
| (5) Trousers | 2 pr | (4) utility pants | STATE(2) | X | X | X | X | X |
| (5) Shirts | 2 | (2) long sleeved (2) short sleeved | STATE(2) | X | X | X | 10 | 10 |
| (10) ea. Underwear/T-Shirt/Socks | 7 PR | 4 PR | X | X | X | X | 14 | 14 |
| (10) Bras (female only-no underwire) or Undershirts | 7 | | X | X | X | X | 14 | 14 |
| (2) ea. Sweatshirt/Sweatpants | 1 | X Hooded sweatshirts( no strings) allowed | | X | X | X | X | X |
| (2) Hats | 1 | (1 utility & 1 stocking) | STATE (1) | X | X | X | X | X |
| (2) pr. Gloves | 1 | 1 | | X | X | X | X | X |
| (2) pr. Gym Shorts | 1 | X | | X | X | X | X | X |
| (2) Pajama/(1) Bathrobe | 1 EA. | | 1 bathrobe | X | X | X | X | X |
| (2) Coats | 1 | X | STATE(1) | X | X | X | X | X |
| (2) Sweaters | | | | X | X | X | X | X |
| (2) pr Thermals | | X | X | X | X | X | X | X |
| (5) Handkerchiefs | 2 | | X | X | X | X | X | X |
| (1) Bathing Suit | | | | | | | X | X |
| (5) pr. Footwear | 2 PR | 3 PR | 3 PR | X | X | X | X | X |
| (2) ea Belts/Buckles | 1 EA. | 1 EA. | | X | X | X | X | X |
| (5) Work Uniforms (Program approved) | | | | | | | X | X |

\*    Refers to tamper proof seals which shall be installed on all items when practical upon introduction into an institution after they have been searched for contraband. Anything found to be concealed shall be considered to be contraband and shall be

### 103 CMR: Department of Correction

disposed of according to 103 CMR 403.14. An institution may re-open and re-seal any item at the discretion of the Superintendent. The Property Officer shall be responsible for affixing tamper proof seals. Institution Property Officers shall be required to permanently mark property, whenever its value may exceed $50.00 with the identification number assigned to the inmate. The item and marked number shall be recorded on the inmate's property inventory. 103 CMR 403.10(5) through (9) is a description of the articles stated in 103 CMR 403.10(4) with additional restrictions noted.

\*\*   A superintendent may restrict the number of locks depending on available storage compartments. If a facility provides only one locker (footlocker, stand-up, etc.), it may restrict inmates to only one lock.

(5)   Appliances/Accessories- Authorized inmates may obtain televisions, radios and fans, hot pots, headphones and Walkman via institutional canteen purchase in accordance with the designated security level. The utilization of these items may be restricted in certain living quarters by the Superintendent.

      (a)   Televisions. The television set, black and white or color, must be a small portable type not larger than 13 inches. The power input of the set must not exceed two amperes or 200 watts. Speakers shall not be permitted.

      (b)   Radios. Radios may have AM and/or FM and must have AC and/or DC capability. Speakers shall not be permitted. Cassette players or recorders are not allowed. Maximum size of the radio is 13" X 10" X 5". Radio/Television combination units must not be larger than 13". Units with speakers or remote control devices are not permitted. All electrical wiring must be factory assembled and remain intact. Units must be equipped and used with an earphone jack, headphones or earplugs.

      (c)   Fans. Authorized inmates shall be allowed to have one fan in their possession. Maximum blade size is 12" length. Blades must be plastic and enclosed in a plastic frame. Table model only, plastic stand only. All electrical wiring must be factory assembled and intact.

      (d)   Hot Pots. An inmate may possess a maximum of one hot pot. They are to be plastic only, U.L. approved and have a maximum capacity of six cups. All wiring must be intact and not spliced.

      (e)   Walkman. Authorized inmates may possess one walkman type AM/FM radio. Walkmans with cassette and/or recording buttons shall not be permitted.

      (f)   Headphones. Authorized inmates may possess two headphones with a maximum speaker size of two inches or smaller and may not be altered in any way.

103 CMR: Department of Correction

(g) <u>Musical Instruments.</u>  Musical instruments may be authorized for retention by inmates for the purpose of participating in an existing, approved program.  Types, size, and other restrictions shall be determined on an individual basis and in accordance with program needs. Musical instruments must be mailed out or retrieved via the disposal procedure upon an inmate's transfer termination/completion of the program.  An inmate may possess only one instrument at any given time.  Storage of the instrument will be at the discretion of the Superintendent.

(h) <u>Typewriters.</u>  Inmates shall be allowed to retain one standard (AC only) typewriter (electric or manual) and up to five typewriter ribbons in their possession. Typewriters shall not have a memory feature or text storing capacity.  A spelling feature may be allowed if changes cannot be programmed.  Separate printers or other attachments are not permitted.  Typewriters shall be engraved with the inmate's commitment number for identification purposes.

(i) <u>Extension Cords</u>.  Authorized inmates may possess one extension cord, all wiring must be undamaged.  Maximum length of the cord shall be 6 feet in length, must be U.L. approved heavy duty and contain no more than a four outlet receptacle.

(6) <u>Jewelry</u> – value of each item shall not be in excess of $50.00.

(a) <u>Wedding Band</u> – married inmates may possess a maximum of one (1) wedding band.  The band shall not exceed 1/8" at its thickest point.  Non-traditional wedding bands that contain gemstones are allowed provided that the stone is embedded in the surface of the ring.  Total thickness of the band setting and gem or stone mounted on the setting shall not exceed 3/16", total width of the band shall not exceed 3/8".

(b) <u>Watch</u> – inmates may possess one watch with time and date functions only.  Double-stitched bands, alarm or beeper functions are not allowed;

(c) <u>Medical Alert Medal/Bracelet/Necklace</u> – an inmate may possess medical alert medal(s) as specified by medical personnel. Inmate's name and commitment number shall be engraved on the medical alert bracelet/necklace.

103 CMR: Department of Correction

(d)  All other items not mentioned in 103 CMR 403.10(6)(a) through (c) such as, rings, studs or other body jewelry which is affixed to any part of an inmate shall be considered a security issue and shall not be authorized for retention by an inmate.

(7)  Miscellaneous Articles

(a)  Mirror - Authorized inmates shall be permitted to possess one hand held mirror.  The mirror shall be no larger than 5" x 7" framed in plastic only.

(b)  Paper/Stamps/Pencils/Pens - an inmate may possess a maximum of 100 sheets of paper or one tablet, a maximum of 50 stamps and a maximum total of ten pens and pencils. Pens must be felt tip or ballpoint with plastic fillers.

(c)  Weight lifting Belts/Gloves - Authorized inmates may possess one weight lifting belt and one pair of weight lifting gloves.  Weight lifting gloves are not allowed in security levels 4, 5 and 6 facilities.  Belt must be single stitched and the gloves may not have a metal piece inside.

(d)  Books/Magazines/Newspapers - Authorized inmates may possess a maximum of ten books, magazines and newspapers. All publications must come directly from the publisher or a pre-approved distributor or book club.  The property committee shall be responsible for pre-approval.  This does not include books for temporary use in authorized educational programs.  After completion of an authorized course the inmate will be required to dispose of all books in excess on ten.

(e)  Personal Letters/Photographs/News Clippings - an inmate may possess one cubic foot of personal letters, photos and clippings.

(f)  Legal Documents - an inmate may possess a maximum of one cubic foot of legal documents or audiocassettes containing legal material in their assigned living quarters.  If a written request is approved by the Superintendent, authorization to store legal material

103 CMR: Department of Correction

exceeding the one cubic foot limit may be obtained. Any authorized excess documents shall be stored in a predetermined storage area accessible to the inmate, not in the inmate living quarters.

(g)  Toiletries - an inmate may possess a maximum of 15 toiletry items.

(h)  Games – Authorized inmates may possess three but no more than one each of the following games: backgammon, chess, checkers, yahtzee, cribbage board, dominoes, playing cards. All playing pieces must be plastic or wood and cannot exceed a size of 2 ½". Cribbage boards must be made of wood or of solid plastic and cannot exceed the dimensions of 3 3/4" x 14 ½". No electric or battery operated games shall be allowed.

(i)  Locks - a Superintendent may restrict number of locks depending on available storage compartments. If facility provides only one locker (footlocker, stand-up, etc.), it can restrict inmates to only one lock.

(j)  Eyeglasses/Sunglasses - an inmate may possess a maximum of one pair of prescribed eyeglasses and one pair of sunglasses. No mirrored lenses shall be allowed. Sunglasses are not allowed in level 6 facilities unless medically prescribed. Contact lenses shall be allowed if medically prescribed.

(k)  Sewing Kits - Authorized inmates shall be allowed to retain one travel type sewing kit. No scissors of any type are allowed.

(l)  Wallet - Authorized inmates may possess one wallet, no double stitched items shall be allowed.

(m)  Cup/Bowl – Authorized inmates may possess one cup with a capacity of no more than 12 ounces and one bowl with a capacity of no more than 24 ounces. Cups and bowls must be of unbreakable plastic material only.

(8)  Clothing

(a)  Trousers: Only solid colored denim blue or black jeans or traditionally styled navy blue or black trousers shall be permitted. Trousers with excessive holes or tears shall not be permitted. Trousers shall not have more

103 CMR: Department of Correction

than four pockets and a watch pocket shall be permitted. Leather trousers or trousers with extra snaps, fasteners, or zippers shall not be permitted.

(b) Shirts:  White dress, navy blue, black or state issue shirts shall be allowed.  Shirts are not to be altered in any way.  No hooded shirts, turtlenecks, appliques, logos, or other insignia shall be permitted with the exception of the institutional logo on shirts supplied by the institution.

(c) Undershirts/T-shirts/Undershorts and bras/panties (female inmates only):  Solid white only.

(c) Sweatsuit/Jogging Suit/Gym Shorts:  must be constructed of cotton or cotton blend material.  Colors restricted to black, gray or navy blue - solid or multi-toned.  No hoods, built in supporters, pictures, appliques, writing or other insignia will be permitted.

(e) Hats:  must be of a solid color, black or navy blue. Only baseball type or state issue wool or knit caps.  No logos, insignia, writing or other ornaments with the exception of the institutional logo when supplied by the institution.

(f) Gloves: Authorized inmates shall be allowed two pairs of cloth gloves, no suede or leather.  No pockets, lining or compartments shall be allowed.

(g) Pajamas/Bathrobes:  Inmate shall be allowed two pairs of pajamas and one bathrobe.  Bathrobe colors restricted to black, navy blue or gray.  Pajama color restricted to light blue.  No hoods, writing, insignia or applique.

(h) Coats/Jackets/Windbreakers:  Color restricted to solid black, navy blue or State issued only blue denim.  No hoods, quilted or removable liners shall not be allowed. No leather or suede garments, logos, writing, insignia or appliques.  No color restrictions on the inside lining of jackets.  One 3/4 length unpleated jacket shall be authorized for retention by handicapped inmates confined to a wheelchair.

(i) Sweaters:  Color restricted to gray only.  Pockets, zippers, hoods, logos, appliques, writing or other insignia are not allowed.

103 CMR: Department of Correction

(j)  Thermal Top and Bottom:  Color restricted to solid white.

(k)  Handkerchief:  Authorized inmates may possess five handkerchiefs, white only. Maximum dimensions being 16" x 18". This item is not permitted to be worn or used as an outer garment.

(l)  Footwear:  removable inner soles shall be permitted in athletic shoes only. Inner soles may be exchanged for a replacement that is purchased from the original manufacturer of the athletic shoe. No substitute inner soles, steel plates attachments or metal cleats. Heels are not to exceed 1 ½" in height; soles shall not exceed one inch in thickness. Boots shall not exceed eight inches in height measuring from bottom of heel to top of the side seam. A boot shall be defined as any footwear that covers the ankle. Footwear below the ankle or covering a portion of the ankle shall be considered a shoe. Footwear shall not have pockets, compartments or pumps. Footwear restricted to two pair of sneakers and one pair shower thongs in security level 6.

(m)  Under no circumstances shall an inmate be permitted to accumulate property to the point where it becomes a fire, sanitation, security or housekeeping hazard. Where excessive property has been accumulated, certain items, even though previously authorized for retention, may be removed from the inmate's living quarters and forwarded to the property officer who shall proceed with the disposal procedure as outlined in 103 CMR 403.14.

(9)  Religious Articles

A list of approved religious articles will be posted quarterly in the inmate libraries. If an inmate has a request for an item that is not on the list of approved religious articles, the inmate should submit his or her request to the Superintendent. The Superintendent will forward the request with a recommendation to the Religious Services Review Committee through the Director of Program Services for review. The Religious Services Review Committee consists of the three Assistant Deputy Commissioners, the Director of Offender Management and Placement and the Director of Program Services. This committee shall meet on an as needed basis to review requests for religious articles that are not already approved

103 CMR: Department of Correction

for retention and shall forward their recommendations to the
Commissioner for his approval.

## 403.11:  Additional Property Authorized for Retention by Inmates

Additional property items may be approved at any level via written
approval of the Property Committee and Commissioner.  The authorized
property shall be consistent with the security needs of the
institution and the available storage space in inmate living
quarters.

## 403.12:  Responsibility For Property Retained By Inmates

Inmates are responsible for the safekeeping of all property which
they are permitted to retain in their living quarters.  In addition
inmates shall:

(1)  Maintain all receipts of property inventory provided by the
     property officer to document proof of ownership upon request of
     a staff member.  If an inmate fails to show proof of ownership,
     said property shall be considered contraband unless the
     property has been previously recorded on the inmate's property
     inventory.

(2)  Ensure that no personal or state property is altered in any
     manner;

(3)  Ensure not to dispose of any property without the approval of
     the property officer.

## 403.13:  Incoming Inmate Property

(1)  Property which belongs to an incoming inmate shall be forwarded
     to the property officer for inventory.  Items authorized for
     retention by the inmate shall be readied for delivery to the
     inmates after inventory.  Property not authorized for retention
     and deemed contraband shall be temporarily stored in the
     property storage area until its disposal in accordance with 103
     CMR 403.14.  Item(s) which could be evidence in disciplinary or
     criminal proceedings that is located in an inmates personal
     property shall be confiscated in accordance with the
     established evidence guidelines and delivered to the
     Superintendent or his designee for safekeeping or delivery to
     the appropriate law enforcement agency.  Upon delivery of the
     approved property to the inmate the Property Officer shall
     provide a receipt to the inmate.

103 CMR: Department of Correction

(2)   All property not arriving from the sending facility must be pre-approved by the Property Officer via the property permission slip. Permission slips are to be issued to inmates upon request to the Property Officer or his designee. The inmate shall be responsible for completing and returning the permission slip to the Property Officer for approval. Upon approval, the inmate shall forward the approved form to the appropriate party. Delivery of Property from approved permission slips will be accepted via mail delivery only. Incoming parcels must include the approved property slip and contain only the items noted on the slip. If the contents of the parcel do not meet the property slip criteria or contains contraband the entire package may be returned to sender by the Property Officer, who will notify the inmate in writing of this refusal stating the reason. Permission Slips are to be made available to eligible inmates no less than on a quarterly basis. Nothing in 103 CMR 403.13(2) shall limit the Superintendent of a facility from developing internal procedures and time limits regarding the issuance of inmate property permission slips.

(3)   Any item available for purchase at the institutional inmate canteen or through approved vendors shall not be authorized to enter via an inmate property permission slip.

(4)   Inmates who are housed in security levels 1 or 2 may request to purchase authorized items on approved PRA's via the institutional property officer/permission slip process. All incoming parcels are to be accompanied by the approved permission slip and turned over to the Property Officer upon return for inspection and inventory in accordance with institutional procedures. This shall not apply to T.V.'s, AM/FM radios, fans, hot pots, headphones or walkmans, which must be purchased from a canteen within a Department facility.

(5)   Permission slips shall not be approved for inmates who have documented contraband in temporary storage at any institution.

## 403.14:  Disposal Of Inmate Property

(1)   Within one week of property being deemed contraband, the Property Officer at the facility temporarily storing the contraband shall initially notify the inmate of the item being stored by a contraband notification form. The inmate may elect to dispose of the items by one of the following methods:

      (a)   have the property retrieved by a visitor;

103 CMR: Department of Correction

    (b)  have the property mailed out to a specified destination;

    (c)  have the property disposed of as seen fit by the institution.

(2)  Once the inmate has selected the method of disposal and responded to the Property Officer in writing, arrangements for disposal will be made. The property shall be properly marked and recorded in a log book noting the date, method and address sent if appropriate.

(3)  If the inmate does not respond within 30 days of the initial contraband notification a final notification shall be sent to the inmate. An additional 30 day period shall be provided for the inmate to respond. If there is no response within the designated time period or if the property has not been disposed of within 90 days the property will be disposed of by the facility in accordance with 103 CMR 403.14(1)(c).

## 403.15: Seized Inmate Property

Any item of property removed by an officer from an inmate's living quarters shall be held as follows:

(1)  Property which could be evidence in disciplinary or criminal proceedings shall, by the end of the seizing officers tour of duty be delivered to the Superintendent or his designee for safekeeping or delivery to the appropriate law enforcement agency.

(2)  All other property which has been removed shall be forwarded to the property officer who shall inventory and store such property until such time it is disposed of in accordance with 103 CMR 403.14.

(3)  Whenever an inmate is discharged or paroled, all items of property which have been stored by the institution shall be returned except those items properly seized pursuant to 103 CMR 403.15, *Seized Inmate Property*. Any such seized items shall be returned to the inmate upon resolution of any proceedings, except where items are illegal or in violation of the rules and regulations of the institution of the Department of Correction. The property officer shall check each item of property including property retained in the living quarters, against the inventory, noting on the inventory the date the property is released to the inmate.

## 103 CMR: Department of Correction
### 403.16:  Long Term Storage Of Inmate Property

(1)  Where an inmate makes a request in writing and satisfactorily
     provides a compelling need for long term storage of property
     items the Property Officer may provide approval for the long
     term storage of items listed below in the property storage area
     or the institutional safe with a receipt, until such time as
     the inmate is released or transferred from the institution.

     (a)  licenses issued by the Department of Motor Vehicles;
     (b)  other forms of identification;
     (c)  social security cards;
     (d)  credit cards, checkbooks, savings account passbooks,
          and/or other financial documents;
     (e)  keys;
     (f)  birth    and    baptismal,    marriage    or    divorce
          certificate/documents;
     (g)  wallets and/or coin purses;
     (h)  watches and jewelry;
     (i)  official legal papers and documents in reasonable
          amounts;
     (j)  small items of sentimental value.

(2)  Under exceptional circumstances, an inmate may petition the
     Superintendent, in writing, for permission to store additional
     items in long term property storage.  For those inmates who
     have not been moved to higher security since April 12, 1991 and
     are requesting long term storage of contraband items possessed
     prior to April 12, 1991, the Department of Correction will
     approve this request provided the inmate submits proof that
     every member of his/her immediate family who has visited within
     the previous 12 months cannot accommodate the storage of the
     contraband property.  These inmates may be allowed to retain
     memory typewriters or word processors only if they are willing
     to have the institution send out their machines and have any
     memory disabled and disk drive sealed at inmate expense.

(3)  The Property Officer shall record all items approved for long
     term storage on the inmate's inventory and shall provide the
     inmate with a receipt for these items.

### 403.17:  Transfer Or Release Of Inmate  Property

(1)  Upon notification of transfer of an inmate to higher security,
     the sending institution Property Officer shall search and
     inventory all the inmate's property and transfer a ditty bag in
     accordance with 103 CMR 403.09.  The property officer shall

4/27/01                                                          403.16

## 103 CMR: Department of Correction

note on the inmate's inventory the date and the person to whom each item of property is released. Any and all property retained at the sending facility shall be stored pending the permanent placement notification.

(2) The Deputy Superintendent of Treatment and Classification or his designee shall inform the Property Officer of the sending facility whenever an inmate's security level has been determined or when an inmate has been assigned to a permanent housing location.

    (a) Upon notification of an inmates permanent assignment, the sending institution Property Officer will search and inventory all the inmate's remaining property and transfer all property authorized for retention at that respective security level to the inmate as soon as practicable thereafter. Any and all property which is considered to be contraband at the inmate's permanent assigned security level or housing location shall be disposed by the sending facility in accordance with 103 CMR 403.14, *Disposal of Inmate Property*.

    (b) All food items in possession of an inmate shall not be transferred between institutions. All such food items shall be considered contraband and disposed of in accordance with 103 CMR 403.14, *Disposal of Inmate Property*.

    (c) The inmate shall sign a receipt for the property returned and such receipt shall be kept with the inmate's inventory. In the event that an inmate refuses to sign a receipt, such refusal shall be noted on the inventory by the property officer but shall not be grounds for withholding the property.

(3) Whenever an inmate is absent from his living quarters for an extended period of time (e.g. outside hospital, furlough, isolation), the officer in charge of the area in which the inmate is housed shall, where practical, securely lock the inmate's living quarters or, make arrangements to have the inmate's property inventoried and stored in a secure location during his/her absence.

(4) When an inmate is transferring laterally or to lower security, his/her property shall be forwarded to the receiving facility in accordance with 103 CMR 403.17 (2)(a),(b), and (c).

103 CMR: Department of Correction

**403.18:  Property Of Escapees Or Deceased Inmates**

(1)   Upon discovery of the escape or death of an inmate, the officer in charge of the area in which the inmate was housed shall secure the living quarters.  All property within the inmates living quarters shall be forwarded as soon as possible to the property officer who shall list the items on the inmate's inventory and store them in the property storage area.

(2)   Where an escapee is returned to the care and custody of the Department within one year from the date of escape,  approved property shall be transferred as soon as practicable to the housing facility.  Property not authorized for retention at the housing facility shall be disposed of in accordance with 103 CMR 403.14, *Disposal of Inmate Property*. If the inmate is on escape for a period of more than one year, the Department may dispose of the inmate's property in accordance with 103 CMR 403.19 (2)through (5).

**403.19:  Disposal Of Unclaimed Inmate Property**

Property of deceased inmates shall be released to the proven administrator or executor of the deceased inmate and can be picked up by such person from the institution where the property is stored. Such person shall sign a receipt for the property received.   Any property belonging to a deceased inmate which remains unclaimed after one year shall be disposed of in accordance with the following procedures.

(1)   The Superintendent shall notify the listed next of kin of the former inmate, in writing, that said property will be disposed of if not claimed within 30 days of the date of the letter.

(2)   If no claim is received within the specified time period, a special board, composed of the Superintendent of the institution where the property is being stored, and a representative of the department designated by the Commissioner shall ascertain whether the unclaimed property has any sale value.

(3)   If the property is determined to have sale value, the special board shall solicit offers for purchase from three reputable dealers in like property and shall sell the property to the highest bidder.  The proceeds of any such sale shall be paid to the State Treasurer by the Superintendent.

## 103 CMR: Department of Correction

(4)  If the property is determined not to have sale value, or if no offer is received in response to solicitation for bids as described the special board may dispose of such property in such a manner as deemed appropriate.

(5)  A complete record of disposal for unclaimed property shall be completed and signed by the members of the special board and filed with the former inmate's institutional records.

## 403.20:Liability For Loss, Damage Or Destruction Of Inmate Property

Nothing in 103 CMR 403.00 is intended to create any liability on the part of the Commonwealth, the Department or any of its employees for loss, damage or destruction of property where such liability does not already exist under established law.

## 403.21:  Property Transactions Involving Inmates

No inmate or employee may sell, barter, exchange, lend, borrow or in any other manner transfer any item or personal property to any inmate or employee of the Department except with the written approval of the Superintendent or his designee.  103 CMR 403.21 shall not be construed to prohibit transfer or exchange of legal materials.

## 403.22:  Time Limits

Unless otherwise required by law, time limits set forth in 103 CMR 403.00 are directory and may be modified by the Superintendent or the Commissioner under appropriate circumstances.

## 403.23:  Emergencies

Whenever in the opinion of the Commissioner, Deputy Commissioner or Superintendent of a state correctional institution, an emergency exists which requires suspension of all or part of 103 CMR 403.00, he may order such suspension, provided that any such suspension ordered by the Superintendent lasting beyond 48 hours is authorized by the Commissioner.

## 403.24:  Staff Responsibilities

The Property Committee shall perform an annual review of 103 CMR 403.00 and review suggestions or recommended changes to the policy

## 103 CMR: Department of Correction

from superintendents. Superintendent of each institution shall be responsible for implementing and monitoring compliance with 103 CMR 403.00.

### 403.25: **Annual Review Date**

103 CMR 403.00 shall be reviewed at least annually from the effective date by the Commissioner or his designee. The party or parties conducting the review shall develop a memorandum to the Commissioner with a copy to the Central Policy File indicating revisions, additions, or deletions which shall be included for the Commissioner's approval.

### 403.26: **Severability Clause**

If any article, section, subsection, sentence, clause or phrase of 103 CMR 403.00 is for any reason held to be unconstitutional, contrary to statute, in excess of the authority of the Commissioner or otherwise inoperative, such decision shall not affect the validity of any other section, subsection, sentence, clause or phrase of 103 CMR 403.00.

REGULATORY AUTHORITY

103 CMR 403.000; M.G.L. c.124.

Massachusetts Department of Correction

# PROPERTY CONTRABAND NOTIFICATION AND DISPOSAL FORM

3B

INSTITUTION: _____CJ_____

☐ *REMOVAL OF PROPERTY REQUESTED BY INMATE*

INMATE: Keith Niemic    COMMITMENT #: W61426    ☑ FIRST NOTICE: 6-17-05
(Date)

**The following items have been deemed contraband and are not allowed in this facility.**

| | | |
|---|---|---|
| 1. (3) Books | 21. excess | 41. |
| 2. | 22. | 42. |
| 3. (1) Lakewood | 23. Fan - Broken | 43. |
| 4. | 24. | 44. |
| 5. (2) Sony | 25. Headphones | 45. |
| 6. | 26. | 46. |
| 7. | 27. | 47. |
| 8. | 28. | 48. |
| 9. (1) Sentry | 29. table top radio | 49. Not |
| 10. | 30. | 50. yours |
| 11. | 31. | 51. |
| 12. (1) Aiwa | 32. walkman | 52. |
| 13. | 33. | 53. |
| 14. | 34. | 54. |
| 15. | 35. | 55. |
| 16. | 36. | 56. |
| 17. | 37. | 57. |
| 18. | 38. | 58. |
| 19. | 39. | 59. |
| 20. | 40. | 60. |

**These articles must be disposed of in accordance with 103 CMR 403.14. Please select a method of disposal.**

*I choose to have my property...*

☐ **retrieved by a visitor.**    ☐ **mailed out to a specified destination.**    ☐ **disposed of as seen fit by the institution.**

Name _____    Name _____

Address _____    Address _____

City _____ State ___ Zip ___    City _____ State ___ Zip ___

Telephone _____    Telephone _____

*Inmate Authorization:* _____    *Date:* _____

**Property Pick-up Acknowledgement**

*Visitor ID:*  ☐ valid state ID/drivers license    ☐ military ID    ☐ passport    ☐ Dept. Transitional Assistance (Welfare ID)

I, _____ have received and accept responsibility for all of the items listed on this sheet.

*Visitor:* _____    *Date:* _____

Exhibit F

3 B

**Massachusetts Department of Correction**

**PROPERTY CONTRABAND NOTIFICATION AND DISPOSAL FORM**

INSTITUTION: _____ CJ _____

☐ *REMOVAL OF PROPERTY REQUESTED BY INMATE* 2nd

INMATE: Keith Nicmic   COMMITMENT #: W61426  ☐ FIRST NOTICE: 7-28-05
*(Date)*

The following items have been deemed contraband and are not allowed in this facility.

| | | | |
|---|---|---|---|
| 1. (3) BOOKS = excess | 21. | 41. transfered to |
| 2. | 22. | 42. SBCC |
| 3. (1) fan | 23. broken | 43. |
| 4. | 24. | 44. |
| 5. | 25. | 45. |
| 6. | 26. | 46. |
| 7. (2) Sony | 27. Headphones | 47. |
| 8. | 28. | 48. |
| 9. | 29. | 49. Not |
| 10. | 30. table radio | 50. |
| 11. (1) Sentry | 31. | 51. |
| 12. | 32. | 52. yours |
| 13. | 33. | 53. |
| 14. (1) Aiwa | 34. Walkman | 54. |
| 15. | 35. | 55. |
| 16. | 36. | 56. |
| 17. | 37. | 57. |
| 18. | 38. | 58. |
| 19. | 39. | 59. |
| 20. | 40. | 60. |

These articles must be disposed of in accordance with 103 CMR 403.14. Please select a method of disposal.

*I choose to have my property...*

☐ retrieved by a visitor.    ☐ mailed out to a specified destination.    ☐ disposed of as seen fit by the institution.

Name _____    Name _____

Address _____    Address _____

City _____ State _____ Zip _____    City _____ State _____ Zip _____

Telephone _____    Telephone _____

Inmate Authorization: _____    Date: _____

**Property Pick-up Acknowledgement**

Visitor ID:   ☐ valid state ID/drivers license   ☐ military ID   ☐ passport   ☐ Dept. Transitional Assistance (Welfare ID)

I, _____ have received and accept responsibility for all of the items listed on this sheet.

Visitor: _____    Date: _____

**Massachusetts Department of Correction**

**RTY CONTRABAND NOTIFICATION AND DISPOSAL FORM**

3-B

INSTITUTION: _____ CJ _____

☐ *REMOVAL OF PROPERTY REQUESTED BY INMATE*   3rd

INMATE: Keith Niemic   COMMITMENT #: W61426   ☑ FIRST NOTICE: 8-30-05
   *(Date)*

---

The following items have been deemed contraband and are not allowed in this facility.

1. ① fan — 21. broken   41.
2. 22. 42.
3. 23. 43.
4. ② prs. Sony headphones 24. 44.
5. 25. 45.
6. 26. 46.
7. ① Sentry 27. table radio 47.
8. 28. 48.
9. 29. 49.
10. ① Aiwa 30. Walkman 50.
11. 31. 51.
12. 32. 52.
13. 33. 53.
14. 34. 54.
15. 35. 55.
16. 36. 56.
17. Disposed 37. 8-30-05 57. & It not
18. of — 38. 58. yours
19. 39. (En) 59.
20. 40. 60.

These articles must be disposed of in accordance with 103 CMR 403.14. Please select a method of disposal.

choose to have my property...

☐ retrieved by a visitor.   ☐ mailed out to a specified destination.   ☐ disposed of as seen fit by the institution.

Name _____   Name _____

Address _____   Address _____

City _____ State _____ Zip _____   City _____ State _____ Zip _____

Telephone _____   Telephone _____

Inmate Authorization: _____   Date: _____

---

**Property Pick-up Acknowledgement**

Visitor ID: ☐ valid state ID/drivers license   ☐ military ID   ☐ passport   ☐ Dept. Transitional Assistance (Welfare ID)

I, _____ have received and accept responsibility for all of the items listed on this sheet.

Visitor: _____   Date: _____

Form:Legal Rounds Seg Units                    FY 2006

### Souza Baranowski Correctional Center Law Library Weekly Seg Unit Rounds.
Date: 10/4/05 __ North (South) Smu 1 3 AM

| Cell | Name: | Request(R) or Delivered(D) | Envelopes | paper/pencil |
|------|-------|---------------------------|-----------|--------------|
| 1 |  | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | __W __Y | Line/Type/Pencil |
| 2 |  | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | __W __Y | Line/Type/Pencil |
| 3 |  | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | __W __Y | Line/Type/Pencil |
| 4 |  | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | W Y | Line/Type/Pencil |
| 5 |  | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | __W __Y | Line/Type/Pencil |
| 6 | Niemic | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | W Y | Line/Type/Pencil |
| 7 |  | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | __W __Y | Line/Type/Pencil |
| 8 |  | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | __W __Y | Line/Type/Pencil |
| 9 |  | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | __W __Y | Line/Type/Pencil |
| 10 |  | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | W __Y | Line/Type/Pencil |
| 11 |  | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | __W __Y | Line/Type/Pencil |
| 12 |  | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | __W __Y | Line/Type/Pencil |
| 13 |  | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | __W __Y | Line/Type/Pencil |
| 14 |  | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | __W __Y | Line/Type/Pencil |
| 15 |  | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | W Y | Line/Type/Pencil |
| 16 |  | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | W | Line/Type/Pencil |
| 17 |  | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | __W __Y | Line/Type/Pencil |
| 18 |  | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | __W __Y | Line/Type/Pencil |
| 19 |  | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | W Y | Line/Type/Pencil |
| 20 |  | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | __W __Y | Line/Type/Pencil |
| 21 |  | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | __W __Y | Line/Type/Pencil |
| 22 |  | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | W W | Line/Type/Pencil |
| 23 |  | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | W Y | Line/Type/Pencil |
| 24 |  | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | __W __Y | Line/Type/Pencil |
| 25 |  | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | __W __Y | Line/Type/Pencil |
| 26 |  | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | __W __Y | Line/Type/Pencil |
| 27 |  | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | W W Y | Line/Type/Pencil |
| 28 |  | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | __W __Y | Line/Type/Pencil |
| 29 |  | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | __W __Y | Line/Type/Pencil |
| 30 |  | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | W W | Line/Type/Pencil |
| 31 |  | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | __W __Y | Line/Type/Pencil |
| 32 |  | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | __W __Y | Line/Type/Pencil |

S/3CC (cell 10)
DDU (cell 19)
DDU (cell 20)
DDU (cell 21)
DDU (cell 24)
DDU (cell 29)
DDU (cell 31)
JDU (cell 32)

**Comments:**

Book Cart    60°
Satellite Library:

*Exhibit G*

Form:Legal Rounds Seg Units                FY 2006

## Souza Baranowski Correctional Center Law Library  Weekly Seg Unit  Rounds
### Date:  9/29/05   North South Smu # 3 AM

| Cell | Name: | Request(R) or Delivered(D) | Envelopes | paper/pencil |
|------|-------|----------------------------|-----------|--------------|
| 1 | | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| 2 | (DU) | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| 3 | | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| 4 | | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| 5 | | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| 6 | Niemic | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| 7 | | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| 8 | | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| 9 | | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| 10 | | All Set Copies (R / D) Case Law (R) D)  Forms (R / D) CD | _W _Y | Line/Type/Pencil |
| 11 | | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| 12 | | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| 13 | | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| 14 | | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| 15 | | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| 16 | | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| 17 | | All Set Copies (R / D) Case Law (R D)  Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| 18 | | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| 19 | | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| 20 | DU | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| 21 | DU | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| 22 | | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| 23 | | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| 24 | | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| 25 | | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| 26 | | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| 27 | | All Set Copies (R / D) Case Law (R / D)  Forms (R / D CD | _W _Y | Line/Type/Pencil |
| 28 | | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| 29 | DU | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| 30 | | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| 31 | DU | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| 32 | DU | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |

**Comments:**
(23)      case law  /sons
DU inmates seen tues 9/30/05  No Supplies of pencil

**Book Cart**
**Satellite Library:**

Form:Legal Rounds Seg Units                    FY 2006

## Souza Baranowski Correctional Center Law Library Weekly Seg Unit Rounds
### Date: 7-8-05  North  South  Smu  ꊒ 3 AM

| Cell | Name: | Request(R) or Delivered(D) | Envelopes | paper/pencil |
|---|---|---|---|---|
| 1 | ▨ | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | 3 W __Y | Line/Type/Pencil |
| 2 | ▨ | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | __W ⌊ Y | Line/Type/Pencil |
| 3 | ▨ | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | __W __Y | Line/Type/Pencil |
| 4 | ▨ | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | 3 W ⌊ Y | Line/Type/Pencil |
| 5 | ▨ | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | 3 W ⌊ Y | Line/Type/Pencil |
| 6 | Niemic | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | 3 W ⌊ Y | Line/Type/Pencil |
| 7 | ▨ | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | __W __Y | Line/Type/Pencil |
| 8 | ▨ | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | __W __Y | Line/Type/Pencil |
| 9 | ▨ | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | __W __Y | Line/Type/Pencil |
| 10 | | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | __W __Y | Line/Type/Pencil |
| 11 | ▨ | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | 3 W __Y | Line/Type/Pencil |
| 12 | | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | __W __Y | Line/Type/Pencil |
| 13 | | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | __W __Y | Line/Type/Pencil |
| 14 | ▨ | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | 8 W __Y | Line/Type/Pencil |
| 15 | ▨ | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | 2 W ⌊ Y | Line/Type/Pencil |
| 16 | ▨ | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | 3 W __Y | Line/Type/Pencil |
| 17 | ▨ | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | 3 W __Y | Line/Type/Pencil |
| 18 | | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | __W __Y | Line/Type/Pencil |
| 19 | ▨ | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | 2 W __Y | Line/Type/Pencil |
| 20 | | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | __W __Y | Line/Type/Pencil |
| 21 | ▨ DDU | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | __W __Y | Line/Type/Pencil |
| 22 | ▨ | All Set Copies (R/D) Case Law (R) D) Forms (R/D) CD__ | __W __Y | Line/Type/Pencil |
| 23 | ▨ | All Set Copies (R/D) Case Law (R/D) Forms (R) D) CD__ | 3 W __Y | Line/Type/Pencil |
| 24 | | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | __W __Y | Line/Type/Pencil |
| 25 | | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | __W __Y | Line/Type/Pencil |
| 26 | ▨ | All Set Copies (R/D) Case Law (R/D) Forms (R/D CD) | __W __Y | Line/Type/Pencil |
| 27 | ▨ | All Set Copies (R/D) Case Law (R/D) Forms (R/D CD) | 3 W ⌊ Y | Line/Type/Pencil |
| 28 | | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | __W __Y | Line/Type/Pencil |
| 29 | ▨ | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | __W __Y | Line/Type/Pencil |
| 30 | ▨ | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | __W __Y | Line/Type/Pencil |
| 31 | | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | __W __Y | Line/Type/Pencil |
| 32 | ▨ DDU | All Set Copies (R/D) Case Law (R/D) Forms (R/D) CD__ | __W __Y | Line/Type/Pencil |

**Comments:**

_handwritten margin notes: RETURN, RETURN, CD ROM, BRUVIEN', missing CD ROM ? 6/29/05_

**Book Cart** _Bool Cart - Magazines - DDU OK_
**Satellite Library:**

Form:Legal Rounds Seg Units                    FY 2006

## Souza Baranowski Correctional Center Law Library  Weekly Seg Unit  Rounds
### Date: 9-1-05 North South Smu J 3 AM

| Cell | Name: | Request(R) or Delivered(D) | Envelopes | paper/pencil |
|------|-------|----------------------------|-----------|--------------|
| 1 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 2 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 3 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 4 | | All Set Copies (R / D) Case Law (R/D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 5 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 6 | Niemic | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 7 | | All Set Copies (R / D) Case Law (B / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 8 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 9 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 10 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 11 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 12 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 13 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 14 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 15 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 16 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 17 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 18 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 19 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 20 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 21 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 22 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 23 | | All Set Copies (R / D) Case Law (R/ D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 24 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 25 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 26 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 27 | | All Set Copies (R/ D) Case Law (R / D) Forms (R / D) CD | _W __Y | Line/Type/Pencil |
| 28 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 29 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 30 | | All Set Copies (R / D) Case Law (R/ D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 31 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 32 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |

Comments:
Rounds done by Rec Officer Dave.

Book Cart
Satellite Library:

Form:Legal Rounds Seg Units

FY 2006

*Delivery Only*

## Souza Baranowski Correctional Center Law Library  Weekly Seg Unit  Rounds
### Date: 8/18/05  (North) South Smu __ 3 AM

| Cell | Name: | Request(R) or Delivered(D) | Envelopes | paper/pencil |
|------|-------|---------------------------|-----------|--------------|
| L3 | 7 | ▓▓▓ | All Set Copies (R / D) Case Law (R /(D)) Forms (R /(D)) CD__ | _W _Y | Line/Type/Pencil |
| | 10 | ▓▓▓ | All Set Copies (R /(D)) Case Law (R / D) Forms (R /(D))CD__ | _W _Y | Line/Type/Pencil |
| | 1a | ▓▓▓ | All Set Copies (R / D) Case Law (R /(D)) Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| | 24 | ▓▓▓ | All Set Copies (R /(D)) Case Law (R /(D)) Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| M3 | 3 | ▓▓▓ | All Set Copies (R /(D)) Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| | 23 | ▓▓▓ | All Set Copies (R /(D)) Case Law (R / D) Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| | 7 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| | 8 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| | 9 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| J3 | 10 | *Neimic* | All Set Copies (R / D) Case Law (R /(D)) Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| | 4 | ▓▓▓ | All Set Copies (R / D) Case Law (R /(D)) Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| | 17 | ▓▓▓ | All Set Copies (R / D) Case Law (R /(D)) Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| | 20 | ▓▓▓ | All Set Copies (R / D) Case Law (R /(D)) Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| | 21 | ▓▓▓ | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| | 15 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| K3 | 5 | ▓▓▓ | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| | 18 | ▓▓▓ | All Set Copies (R / D) Case Law (R /(D)) Forms (R /(D))CD__ | _W _Y | Line/Type/Pencil |
| | 20 | ▓▓▓ | All Set Copies (R /(D)) Case Law (R / D) Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| | 21 | ▓▓▓ | All Set Copies (R / D) Case Law (R /(D)) Forms (R /(D)) CD__ | _W _Y | Line/Type/Pencil |
| | 28 | ✓ | All Set Copies (R /(D)) Case Law (R / D) Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| | 29 | ✓ | All Set Copies (R /(D)) Case Law (R / D) Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| | 22 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| | 23 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| | 24 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| | 25 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| | 26 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| | 27 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| | 28 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| | 29 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| | 30 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| | 31 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |
| | 32 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W _Y | Line/Type/Pencil |

Comments:
_____

Book Cart
Satellite Library:

Form:Legal Rounds Seg Units                FY 2006

## Souza Baranowski Correctional Center Law Library  Weekly Seg Unit  Rounds
### Date:  8/9/05   North (South) Smu ⊃ 3 AM

| Cell | Name: | Request(R) or Delivered(D) | Envelopes | paper/pencil |
|---|---|---|---|---|
| 1 | | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD___ | _W _Y | Line/Type/Pencil |
| 2 | | All Set Copies (R / D) Case Law (R / D) CD___ | _W _Y | Line/Type/Pencil |
| 3 | ▆▆▆▆ | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD___ | 3 W_1 Y | Line/Type/Pencil |
| 4 | ▆▆▆▆ | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD___ | 3 W _Y | Line/Type/Pencil |
| 5 | | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD___ | _W _Y | Line/Type/Pencil |
| 6 | NEMI C | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD___ | _W 3 Y | Line/Type/Pencil |
| 7 | | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD___ | _W _Y | Line/Type/Pencil |
| 8 | | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD___ | _W _Y | Line/Type/Pencil |
| 9 | | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD___ | _W _Y | Line/Type/Pencil |
| 10 | | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD___ | _W _Y | Line/Type/Pencil |
| 11 | ▆▆▆▆ | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD___ | 3 W _Y | Line/Type/Pencil |
| 12 | | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD___ | _W _Y | Line/Type/Pencil |
| 13 | | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD___ | _W _Y | Line/Type/Pencil |
| 14 | | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD___ | _W _Y | Line/Type/Pencil |
| 15 | ▆▆▆▆ | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD___ | _W _Y | Line/Type/Pencil |
| 16 | ▆▆▆▆ | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD___ | 2 W _Y | Line/Type/Pencil |
| 17 | ▆▆▆▆ | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD___ | 5 W 1 Y | Line/Type/Pencil |
| 18 | | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD___ | _W _Y | Line/Type/Pencil |
| 19 | | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD___ | _W _Y | Line/Type/Pencil |
| 20 | ▆▆▆▆ | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD___ | 4 W 3 Y | Line/Type/Pencil |
| 21 | | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD___ | _W _Y | Line/Type/Pencil |
| 22 | ▆▆▆▆ | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD___ | 3 W _Y | Line/Type/Pencil |
| 23 | | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD___ | _W _Y | Line/Type/Pencil |
| 24 | | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD___ | _W _Y | Line/Type/Pencil |
| 25 | ▆▆▆▆ | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD___ | 3 W 1 Y | Line/Type/Pencil |
| 26 | ▆▆▆▆ | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD___ | 3 W _Y | Line/Type/Pencil |
| 27 | | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD___ | _W _Y | Line/Type/Pencil |
| 28 | | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD___ | _W _Y | Line/Type/Pencil |
| 29 | | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD___ | _W _Y | Line/Type/Pencil |
| 30 | ▆▆▆▆ | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD___ | 3 W 1 Y | Line/Type/Pencil |
| 31 | | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD___ | _W _Y | Line/Type/Pencil |
| 32 | | All Set Copies (R / D) Case Law (R / D)  Forms (R / D) CD___ | _W _Y | Line/Type/Pencil |

**Comments:**

_____

**Book Cart**
**Satellite Library:**

_____

Form:Legal Rounds Seg Units                    FY 2006

## Souza Baranowski Correctional Center Law Library Weekly Seg Unit Rounds
### Date: 7/28/05 North South Smu 1 3 AM

| Cell | Name: | Request(R) or Delivered(D) | Envelopes | paper/pencil |
|------|-------|----------------------------|-----------|--------------|
| 1 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 2 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 3 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 4 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 5 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 6 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| X 7 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 4 8 | Nermic | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 9 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 10 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 11 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 12 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 13 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 14 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 15 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 16 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 17 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 18 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 19 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 20 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 21 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 22 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 23 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 24 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 25 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 26 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 27 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD | _W __Y | Line/Type/Pencil |
| 28 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 29 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 30 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 31 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W __Y | Line/Type/Pencil |
| 32 | | All Set Copies (R / D) Case Law (R / D) Forms (R / D) CD__ | _W._ Y | Line/Type/Pencil |

**Comments:** Sat Lib Request form

**Book Cart**
**Satellite Library:**

(103 SBCC 478 Attachment E)

**Souza Baranowski Correctional Center**
**Law Library Services**

## Legal Research Request Form

To insure timely and accurate delivery: please print plainly and limit your request of materials to 25 of combination of Cases, Laws, legal forms, and address.

CASES: Request by citation (794 NE2d 586) Name (Lyons v School Committee of Dedham) Point of Law (Arbitration or West key 73.2)

LAWS: Request by: citation (128 sec 1) or subject (murder defined)

LEGAL FORMS: request by number on LIST OF FORMS AVAILABLE or by subject —

If you don't know exactly what you need, please give some specific keywords and areas to research. EXPLAIN / LIST YOU REQUEST BELOW:

SMU / HSU / K1 / L2 / L3
Legal Research Request
Authorization
Date: 8/15/05

Inmate: KEITH NIEMIC

ID# 264426
HU L3 Cell 6

Librarian: /Mneu/
RECEIVED AUG 18 200?

Would you kindly forward to me an updated copy of the following: V1. MGL c. 127 §§ 16 thru 23;
2. (103 DOC 620 HEALTH CARE PROGRAM)
3. (203 DOC 604 OUTSIDE HOSPITAL RECREATIONS)
4. (103 DOC 661 PHARMACY E MEDICATION)
5. (103 DOC 202 INST. POLICY SPECIAL ACCOMODATIONS")
6. (103 DOC 761 THERAPEUTIC DIET MEDICAL CARE)
V7. MGL c. 111 §§ 21, 50, 53, 70E;
V8. MGL c. 123 § 10;

Thankfafern

DELIVERED: 9/1/05

RESEARCHED: / /

(SMD) HSU / K1 / L2                    (103 SBCC 478 Attachment E)

RECEIVED AUG 1 8 2005

Souza Baranowski Correctional Center
Law Library Services

Legal Research Request
Authorization
Date: 8/16/05

Inmate: KEYEL NIETMIC

D#: 2b81986
HU J-3, Cell 6

Librarian: _____ 1/26/1997

RECEIVED AUG 1 8 2005

**Legal Research Request Form**

*To insure timely and accurate delivery; please print plainly and limit
your request of materials to 25 or a combination of Cases, laws, Legal
forms, and addresses.*

CASES: Request by citation, (794 NE2d 586) Name (Lyons v School
Committee of Dedham) Point of Law (Arbitration or West key 73.2)
LAWS: Request by: citation (128 sec 1) or subject (murder defined)

If you don't know exactly what you need, please give some specific keywords and areas to research. EXPLAIN /
LIST YOU REQUEST BELOW:

LEGAL FORMS: request by number on LIST OF FORMS AVAILABLE or by subject.

WOULD YOU PLEASE SEND ME THIS FOLLOWING:

✓ 1. Torture Victim Protection Act 28 USCS § 1350 (1992)

✓ 2. SOSA V. ALVAREZ-MACHIAN 124 S.CT. 2739 (2004)

✓ 3. WEST V. ATKINS 108 S.CT. 2250 (1988)
        (AMDATE)

✓ 4. ESTELLE V. GAMBLE 429 U.S. 97 (1976)

✓ 5. FERRANTI V. MORAN G.R. F.2d 888 (1st, 1980)

    6. ~~MARSCHILL~~ _____

✓ 6. DEROSSCEP V. MORAN 849 F. 2d 157 (1st, 1991)

RESEARCHED: __/__/__          · DELIVERED: 9/1/05

(103 SBCC 478 Attachment E)

Souza Baranowski Correctional Center

Law Library Services

**Legal Research Request Form**

~~To insure timely and accurate delivery, please print plainly and limit your request of materials to 25 of combination of Cases, laws, legal forms, and addresses.~~

CASES: Request by citation. (794 NE2d 586) Name (Lyons v School Committee of Dedham) Point of Law (Arbitration or West key 73.2)

LAWS: Request by: citation (128 sec 1) or subject (murder defined)

LEGAL FORMS: request by number on LIST OF FORMS AVAILABLE or by subject —

If you don't know exactly what you need, please give some specific keywords and areas to research. EXPLAIN / LIST YOU REQUEST BELOW:

SMO / HSU / K1/L2 / J3

Legal Research Request

Authorization

Date: 8/31/05

Inmate: KEITH NIEMIC

IDM W26/426

HU J3  Cell 6

Librarian: _Mccann_

RECEIVED AUG 1 8 2005

would you kindly forward to me an updated copy of the following: V1. MGL C. 127 §§ 16 thru 23;

2. (103 DOC 620 HEALTH CARE PROGRAM)

3. (103 DOC 609 BELLSIDE HOSPITAL REGULATIONS)

4. (103 DOC 661 PHARMACY E PREVENTION)

5. (103 DOC 207 INST. POLICY SPECIAL ACCOMMODATIONS "")

6. (103 DOC 761 THERAPUTIC DIET, MEDICAL CARE)

V7. MGL c. 111 §§ 21, 50, 53, 70E;

V8. MGL C. 123 § 10;

WY ... NZ 16

Attachment E

**Commonwealth of Massachusetts**
**Department of Correction**
**Law Library Services/Materials Request**

MCI–NORFOLK
Facility

| Inmate Name | Number | Date | Time |
|---|---|---|---|
| KEITH NIEMIC SMU-1 | W61426 | 10-17-05 | 8:20pm |

I AM IN NEED OF THE FOLLOWING LIBRARY SERVICES:

✓ REQUEST TO GO TO THE LAW LIBRARY (IF APPLICABLE AT THE FACILITY)

___ LEGAL ASSISTANCE – LAW CLERK/LIBRARIAN

___ LEGAL INFORMATION – SPECIFY BELOW

___ NOTARY SERVICES

___ LEGAL SUPPLIES – PENCILS, PAPER, ENVELOPES (FOR CORRESPONDENCE WITH COURTS ONLY)

*KEITH – SEE COUNSELOR ERIC ANDREW FOR LIBRARY TIME!*

PLEASE NOTE WHAT YOU ARE LOOKING FOR AS SPECIFICALLY AS POSSIBLE:
SEVERAL CASES PERTAINING TO ALEXANDER PRINGWILSON INTER ALIA, TYPEWRITER, copy machine

PURPOSE: NEW TRIAL MOTION (ALMOST complete)
APPEAL D-BOARD FINDING MADE ON 10-11-05 (15 DAYS TO FILE APPEAL with the Supts office at SBCC)

COPIES WILL BE PROVIDED TO YOU WITHIN THREE BUSINESS DAYS. IF NECESSARY AN INSTITUTION LIBRARIAN SHALL CONTACT YOU TO ASSIST YOU IN OBTAINING THE APPROPRIATE MATERIALS.

STAFF USE ONLY

DATE RECEIVED: _____     REQUEST: APPROVED  DENIED

DATE REQUEST COMPLETED: _____

COMMENTS: _____

RECEIVED
OCT 18 2005

Forward to inmate's case file upon completion.

January 2003

COMPLETED
OCT 18 2005

*Exhibit H*

**PAGE 1 OF 2**

Attachment E

## Commonwealth of Massachusetts
## Department of Correction
## Law Library Services/Materials Request

MCI-NORFOLK
Facility

| Inmate Name | Number | Date | Time |
|---|---|---|---|
| KEITH NIEMIC | W61426 | 11-6-05 | — |

I AM IN NEED OF THE FOLLOWING LAW LIBRARY SERVICES:

____ REQUEST TO GO TO THE LAW LIBRARY (IF APPLICABLE AT THE FACILITY)

____ LEGAL ASSISTANCE – LAW CLERK/LIBRARIAN

✓ LEGAL INFORMATION – SPECIFY BELOW

____ NOTARY SERVICES

✓ LEGAL SUPPLIES – PENCILS PAPER ENVELOPES (FOR CORRESPONDENCE WITH COURTS ONLY)

PLEASE NOTE WHAT YOU ARE LOOKING FOR AS SPECIFICALLY AS POSSIBLE:
See Attached Paper.

PURPOSE: For NEW TRIAL MOTION being filed in Court this month.

COPIES WILL BE PROVIDED TO YOU WITHIN THREE BUSINESS DAYS. IF NECESSARY AN INSTITUTION LIBRARIAN SHALL CONTACT YOU TO ASSIST YOU IN OBTAINING THE APPROPRIATE MATERIALS.

### STAFF USE ONLY

DATE RECEIVED: _____    REQUEST: APPROVED   DENIED

DATE REQUEST COMPLETED: _____

COMMENTS: _____

_____

_____

Forward to inmate's case file upon completion.

RECEIVED
NOV 8 2005
20

January 2003

COMPLETED
NOV 8 2005

PAGE 2 OF 2

Keith Niemic W61426                                        11-6-05
SMU-1  #110

Law Librarian



JA

RECEIVED
NOV  8 2005

COMPLETED
NOV  8 2005

Re: MGL c.66 §10 pub records, MASS D.O.C. policy/regs,
case law  MASS GEN LAWS;

Dear Madam/Sir,
        would you kindly provide me copies of the
following:

- 103 DOC 204  PERSONNEL RECORDS
- 103 DOC 210  PAY ADMINISTRATION
- 103 DOC 210 A  OVERTIME CODING
- 103 DOC 300  Budget procedures
- 103 DOC 345  DEPARTMENT PAYMENT PROCEDURES

2.  M.G.L. c. 21e §§ et Seq.

3.  comv. COLON CRUZ, 470 NE2d 116 (1984)

4.  comv. Repoza, 400 MASS. 516 (1987)

5.  To be found in table of cases:
    comv. William Mcgrail,        Only Stephen Mcgrail
    comv. John Reynolds,                    - Not in table of case
    united states v. Venuti,  And,
    comv. Joseph Perella, Lowell Sup. ct. August 2000    Not in table
                                                          of cases
        convert them to the proper cites
        and re submit

Attachment E

**Commonwealth of Massachusetts**
**Department of Correction**
**Law Library Services/Materials Request**

MCI–NORFOLK
Facility

| Inmate Name | Number | Date | Time |
|---|---|---|---|
| KEITH NIEMIC | W61426 | 11-16-05 | 8:00 AM |

**I AM IN NEED OF THE FOLLOWING LAW LIBRARY SERVICES:**

✓ REQUEST TO GO TO THE LAW LIBRARY (IF APPLICABLE AT THE FACILITY)

✓ LEGAL ASSISTANCE – LAW CLERK/LIBRARIAN   *need copies of enclosed & cases cited*

✓ LEGAL INFORMATION – SPECIFY BELOW   *herein*

_____ NOTARY SERVICES

_____ LEGAL SUPPLIES – PENCILS, PAPER, ENVELOPES (FOR CORRESPONDENCE WITH COURTS ONLY)

**PLEASE NOTE WHAT YOU ARE LOOKING FOR AS SPECIFICALLY AS POSSIBLE:**
*NEED THESE CASES: 94 SCT. 2102; 104 SCT. 3223-25; 853 F2d 711; 858 F2d 479; 475 F2d 544; 696 FS 770; 802 FS 589-94; 616 F2d 1258; AND ANY RECENT FED CASES ON APPLICATION OF NEW RULE OF LAW GIVING RETROACTIVE EFFECT AND USE*

**PURPOSE:** *FOR SUPPLEMENTAL ARGUMENT TO NEW TRIAL MOTION*

**COPIES WILL BE PROVIDED TO YOU WITHIN THREE BUSINESS DAYS. IF NECESSARY AN INSTITUTION LIBRARIAN SHALL CONTACT YOU TO ASSIST YOU IN OBTAINING THE APPROPRIATE MATERIALS.**

**STAFF USE ONLY**

DATE RECEIVED:_____   REQUEST: APPROVED   DENIED

DATE REQUEST COMPLETED:_____

COMMENTS:_____

_____

RECEIVED
NOV 2 1 2005

Forward to inmate's case file upon completion.

January 2003

COMPLETED
NOV 2 1 2005

*To Library*

Attachment A

Massachusetts Correctional Institution
NORFOLK

Law Library Services/Materials/Legal Supply Request
MCI CJ Inmates housed in the SMU

Name: KEITH NIEMIC   I.D.# W61426   Cell 110   Date: 11-25-05

I should like request the following Library Services:

✓ Request to Access the Satellite Law Library (if applicable)
____ Legal Assistance ( CMR 478.11.4- definition of assistance)
____ Legal Information - Specify Below
____ Notary Services
____ Legal Supplies (pencil, typing paper, envelopes)
✓ Photo copies of Legal Material

Please note or cite the legal material you are requesting
see attached also cases: TSAKUV. LANE 489 US 288
(1989). Also THE SHEPPARD case CITED FROM THIS CASE. and 1.08
SUMMARY DISPOSITION of KEITH NIEMIC v. DIRECTOR OF MENTAL HEALTH ALSO STATES. Appeals ct.
NO. 2005-J-0209; MAY.12, 2005

Justification: (docket number, tracking schedule, official court notice,
attorney                                                    letter.)

_____
_____
_____

Photocopies of Legal Documents and/or legal materials will be provided
within 3 to 5 working days.  *(Access to Satellite Library and/or Time
Sensitive Legal Documents will be given priority.   Inmates must show
an official court deadline or docket/scheduling document within a
reasonable time frame before such library services take place.)*

Staff Use Only

Date Received: _____     Request Approved: _____
Date Completed: _____     Request Denied: _____

Comments: _____

RECEIVED
NOV 2 8 2005

Forward to Inmate Case File Upon Completion

COMPLETED
NOV 27 2005

*To Library*

Attachment A

Massachusetts Correctional Institution
NORFOLK

Law Library Services/Materials/Legal Supply Request
MCI CJ Inmates housed in the SMU

Name: *KEITH NIEMIC*   I.D.# *W61426* Cell *110*   Date: *11-25-05*

I should like request the following Library Services:

| | |
|---|---|
| ✓ | Request to Access the Satellite Law Library(if applicable) |
| | Legal Assistance ( CMR 478.11.4- definition of assistance) |
| | Legal Information - Specify Below |
| | Notary Services |
| | Legal Supplies (pencil, typing paper, envelopes) |
| ✓ | Photo copies of Legal Material |

Please note, or cite the legal material you are requesting
*see attached. I need these cases: TOMBLIN V. LANE 489 US 288
(1989). And THE SHEPARD CASE CITE(S) FROM THIS CASE. and I.28
SUMMARY DISPOSITION of KEITH NIEMIC V. DIRECTOR OF MENTAL HEALTH AND OTHERS. Appeals Ct.
No. 2005-J-0209, MAY. 12. 2005*
Justification:  (docket number, tracking schedule, official court notice,
attorney                                                        letter.)

_____
_____
_____

Photocopies of Legal Documents and/or legal materials will be provided
within 3 to 5 working days.  *(Access to Satellite Library and/or Time
Sensitive Legal Documents will be given priority.  Inmates must show
an official court deadline or docket/scheduling document within a
reasonable time frame before such library services take place.)*

Staff Use Only

Date Received:_____     Request Approved:_____
Date Completed:_____    Request Denied:  _____

Comments:_____

RECEIVED
NOV 28 2005

Forward to Inmate' Case File Upon Completion

COMPLETED
NOV 27 2005

Attachment E

## Commonwealth of Massachusetts
## Department of Correction
## Law Library Services/Materials Request

### MCI-NORFOLK
### Facility

| Inmate Name | Number | Date | Time |
|---|---|---|---|
| KEITH NIREMIC | W61426 | 11-29-05 | — |

I AM IN NEED OF THE FOLLOWING LAW LIBRARY SERVICES:

_✓_ REQUEST TO GO TO THE LAW LIBRARY (IF APPLICABLE AT THE FACILITY)

____ LEGAL ASSISTANCE – LAW CLERK/LIBRARIAN

____ LEGAL INFORMATION – SPECIFY BELOW

____ NOTARY SERVICES

_✓_ LEGAL SUPPLIES – PENCILS, PAPER, ENVELOPES (FOR CORRESPONDENCE WITH COURTS ONLY)

PLEASE NOTE WHAT YOU ARE LOOKING FOR AS SPECIFICALLY AS POSSIBLE:

NEED THESE CASES AND Sheppard cases theretram:
SHEDLOCK v. Department of correction, 442 MASS 844 (2004)
• NEED SHEPPARD CASE[S] FROM THE FOLLOWING CASES: CUDNIK v. KREEGER
392 F.Supp. 305 (N.D. Ohio 1974); INMATES OF SUFFOLK COUNTY JAIL v. EISENSTADT
494 F.2d 1196 (1st cir 1974); PALMIGIANO v. GARRAHY 443 F.Supp.
956 (D.R.I 1977) - LADETTO v. COMMISSIONER, 385 NE2d 273 (1979)
AND M.G.L.C. 111E §§ 1 thru 10, and amendments & cases thereto.

CURRENT LITIGATION    thanks

COPIES WILL BE PROVIDED TO YOU WITHIN THREE BUSINESS DAYS. IF NECESSARY AN INSTITUTION LIBRARIAN SHALL CONTACT YOU IN OBTAINING THE APPROPRIATE MATERIALS.

### STAFF USE ONLY

DATE RECEIVED:_____    REQUEST: APPROVED   DENIED

DATE REQUEST COMPLETED:_____

COMMENTS:_____
_____
_____

Forward to inmate's case file upon completion.

January 2003

RECEIVED
DEC 1 2005

COMPLETED
DEC 1 2005

**PAGE 1 OF 2**

Attachment A

## Massachusetts Correctional Institution
### NORFOLK

### Law Library Services/Materials/Legal Supply Request
### MCI CJ Inmates housed in the SMU

Name: _KEITH NIEMIC_  I.D.# _W61406_ Cell _110_  Date: _12-16-05_

I would like to request the following Library Services:

_✓_ Request to Access the Satellite Law Library(if applicable)
_✓_ Legal Assistance ( CMR 478.11.4- definition of assistance)
_✓_ Legal Information - Specify Below
_____ Notary Services
_____ Legal Supplies (pencil, typing paper, envelopes)
_✓_ Photo copies of Legal Material

Please note or cite the legal material you are requesting
_NEED COPIES OF THE FOLLOWING: see attached_
_____
_____

Justification:  (docket number, tracking schedule, official court notice,
attorney                                                        letter.)
_CURRENT LITIGATION)_
_____
_____

Photocopies of Legal Documents and/or legal materials will be provided
within 3 to 5 working days. _(Access to Satellite Library and/or Time
Sensitive Legal Documents will be given priority. Inmates must show
an official court deadline or docket/scheduling document within a
reasonable time frame before such library services take place.)_

                    Staff Use Only

Date Received: _____    Request Approved: _____
Date Completed: _____    Request Denied: _____

Comments: _____
_____
_____

Forward    to    Inmate'    Case    File    Upon    Completion

RECEIVED
DEC 2 0 2005



**COMPLETED**
DEC 2 1 2005

**PAGE 2 OF 2**

*LEGAL MATERIAL REQUEST*

**COMPLETED**
DEC 21 2005          12-19-05

KEITH NIEMIC W61426
SMU-1 #10

**RECEIVED**
DEC 20 2005

CASES REQUESTED:

1) (Both case cites)  PALMIGIANO v. GARRAHY, 443 F.Supp. 956, (D.R.I. 1977), and 599 F.2d 17 (1st cir 1979.)

2) (All three cases)  RAMOS v. LAMM, 485 F.Supp. 122 (D.Colo. 1980), 639 F.2d 559 (10th cir 1980) 450 U.S. 1041 (1981)

3)                    CUDNIK v. KRIEGER, 392 F.Supp. 305 (N.D.Ohio 1974) →

4)          (can I also have the SHEPARD cases from this case.)

                  and

5) Don't have REBECCA BOUCHER - ... maintenance treatment in prisons 27 Vt. L. Rev. 452 (2003)

6)          and  103 CMR 761.01 et seq. 105 CMR 700.003 et seq.

7)    G.L. c. 125 §§ 11 thru 18,  G.L.c. 127 §§ 17, 19, 29, and section 152 thru 163

copy.file                              Thank you