UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

KEITH NIEMIC,
         PLAINTIFF,
VS.                                                    CA. NO. 04-11482-NMG

MICHAEL MALONEY, ET AL.
         DEFENDANTS.

### RELIEF FROM JUDGMENT OR ORDER

The prose plaintiff does file the above entitled motion where he has not yet recieved a copy of this courts memorandum and order of December 21, 2005.  FED.R.CIV.P. Rule 60(a).

Plaintiff has only learned of this courts memorandum and order on January 14, 2006 upon reciept of the Mass. Department of Correction defendants opposition to plaintiffs' MOTION FOR A PRE-LIMINARY INJUNCTION.

Plaintiff seeks relief of this courts December 21, 2005 memorandum and order only to the extent of which he requests immediate reciept of such memorandum and order, and requests that any and all time limits upon which plaintiff must act, i.e. an interlocutory Appeal etc., that such time be tolled until plain-

CERTIFICATE OF SERVICE

I, Keith Niemic, hereby certify that a true copy of the above has been served upon attorney's for all party's. on this day. 1-17-06

_Keith Niemic_
Keith Niemic W61426