UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Keith Niemic

V.   CASE NO. 1:04-CV-11482-NMG

Stanley Galas, et al.

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

Exhibits 1 through 5 (medical records of Keith Niemic) to Memorandum of Law in support of the Medical Defendants' Motion for Summary Judgment

The original documents are maintained in the case file in the Clerk's Office.

| | |
|---|---|
| 1/31/06 | /S/ James A. Bello |
| Date | Attorney for the Medical Defendants |
| | Morrison Mahoney LLP |
| | 250 Summer Street |
| | Boston, MA 02210 |
| | (617) 439-7500 |