UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KEITH NIEMIC,
    Plaintiff
vs.

MICHAEL MALONEY, ET AL
    Defendants

CIV. AC. NO. 04-11482-NMG

### PLAINTIFF'S RENEWED MOTION FOR APPOINTMENT OF LAW STUDENT

The pro se plaintiff, does renew such motion where the court did previously dismiss said motion without prejudice to filing such motion after the court completes preliminary screening of plaintiff's complaint. (see Docket No. 8)

For reasons therefore, plaintiff states that due to his heavy caseload in which he is currently pursuing post-conviction relief pro se, and is entertaining several state civil matters pro se, He does presently have a prima facie case within this forum, and inadequate access to necessary legal supplies including his own material, the appointment of a law student as representative for plaintiff in this matter would not only serve plaintiff's better interests, but would further be a convenience for all parties, and the court in helping to expedite, and efficiently move with the proceedings, including that such appointment would further serve public interest.

I do certify that a true copy of the above was served upon each counsel for the defendants via first class mail on this day: 2-14-06

Keith Niemic

DATE: 2-14-06  Respectfully Submitted

Keith Niemic
PO BOX 43 SMU
Norfolk, MA 02056

1. Plaintiff is currently a mental health patient under psychiatric care.