Keith Niemic
PO Box 100
South Walpole, MA 02071

6-26-05

Civil Clerk
United States District Court
One Courthouse Way
Boston, MA 02210

Re: Keith Niemic v. Stanley Galas et al.
Civil Action No. 1:04-CV-11482-NMG

Dear Madam/Sir,

Enclosed, please find the following:
1. Plaintiff's reply to defendant Stanley Galas' counterclaim.
2. Plaintiff's reply to defendant Arthur Brewer's counterclaim.
3. Plaintiff's reply to defendant June Binney's counterclaim.
4. Plaintiff's reply to defendant Jeff Shorey's counterclaim.
5. Plaintiff's reply to defendant Kara Erdody's counterclaim.
6. Plaintiff's reply to defendant Donna Fitzgerald's counterclaim.
7. Plaintiff's reply to defendant Donald Kerr's counterclaim.
8. Plaintiff's reply to defendant Garvinder Jaiswal's counterclaim.

And would you please find the enclosed affidavit in support of plaintiff's request to file entry of default on the named defendants therein, for failure to answer the complaint.

Thank you

Very truly yours,
Keith Niemic