UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KEITH NIEMIC,
 Plaintiff,
vs.

MICHAEL MALONEY ET AL
 Defendants

CIV. AC. No. 04-11482-NMG

## PLAINTIFFS MOTION TO DENY DEFENDANTS MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE TO STAY SUCH MOTION

The pro se plaintiff, who was recently served with a copy of the U-MASS defendants motion for summary judgment, does now move that the court pursuant to Fed. R. Civ. P. 56(f) deny the defendants motion, or to stay it until plaintiff has obtained the necessary information to respond and oppose the defendants motion by way of Affidavit.

For reasons therefore, plaintiff does briefly state the following, of which are set forth in explicit detail within the accompanying affidavit;

Plaintiff is presently unable to oppose said motion because necessary facts or evidence are possessed or controlled by the moving party. Compare <u>Salahuddin v. Coughlin</u>, 993 F.3d 306, 309-310 (2d cir 1993). Such denial of, or stay of the defendants motion shall neither prejudice, nor cause any undue hardship on the defendants.

WHEREFORE, plaintiffs request that the court allow his motion, and to grant any other such relief as this court deems proper and just.

Respectfully Submitted

DATE: 2-7-06

Keith Niemic
PO BOX 43 SMU-1
Norfolk, MA 02056

I do hereby certify that a true copy of the above has been served upon attorneys for all defendants via first class mail, on this day: 2-17-06

2