UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KEITH NIEMIC,
  Plaintiff
VS.                                    CIV. AC. NO. 04-11482-NMG

MICHAEL MALONEY ET AL
  Defendants

## AFFIDAVIT OF KEITH NIEMIC

I Keith Niemic, do hereby depose and state that the following is a true statement of facts to the best of my knowledge and memory:

1. I am currently serving an illegal 1st degree murder conviction which is now under collateral attack with newly discovered evidence of egregious Government misconduct, in which I am confined within the Mass. Department of Corrections.

2. I did serve copy of complaints and summonses on all the defendants listed in the docket entries approximately on May 20, 2005, and June 8, 2005 via the United States Marshall service.

3. On October 10, 2005 I did submit a material original medical records request to the Law Librarian at the Souza Baranowski Correctional Center, for photocopies, in which the Librarian Ms. Mary Morrison has refused to return to me despite my subsequent requests, and both grievance and appeals on the matter have been denied

AFFIDAVIT OF PLAINTIFF IN MOTION TO DENY DEFENDANTS MOTION FOR SUMMARY JUDGMENT

4. I have submitted several medical records requests to the U-MASS medical employed within the MASS DOC., the requested records of which are relevant to this present court matter, and have routinely been denied the reciept of all such requested medical records, in which Administrative Appeals have proved fruitless.

5. I have been transferred from MCI-Cedar Junction to Souza Baranowski Correctional Center ("SBCC") on July 26, 2005, and did remain there from July 26, 2005 until October 11, 2005, where I was then again transferred to MCI-Norfolk, at all times I was caused to remain in segregation confinement, and while remaining as a transient, I was last classified to MCI-Walpole.

6. During my transience I have been routinely denied access to all of my legal material that is related to this action until November 12, 2005

7. Upon reciept of my legal material on November 12, 2005, I did begin drafting (for a second time) discovery requests to serve upon both the U-MASS medical, and the DOC defendants.

8. The U-MASS medical defendants did serve upon me their Motion for Summary Judgment on January 31, 2006

9. On February 1, 2006 two MCI-Norfolk Guards did ransack my cell, while I was in the shower, as it was also witnessed by both

2

of my neighbors, and upon my return from the shower I did find all of my legal and medical books were strewn all over my cell floor with pages therein ripped and crumpled, and did subsequently learn that the two officers who did ransack my cell, which also included every manilla envelope containing legal material in my cell were also thrown all over the floor, both guards of whom Sgt Joseph Tammaro, and Gary Levesque did earlier in the day make several intimidating comments to me regarding my lawsuits against the D.O.C.

10. I did file a grievance on the above matter at #9 herein, and subsequently learned that I am missing the entire hand written, and original Deposition upon written Questions, and half of my handwritten original request for Admission under Fed R Civ P. 36, the Discovery requests of which were to be served upon the U-mass medical, and DOC defendants in this case, and have also filed a grievance on this matter.

11. On February 6, 2006 I did give an extensive amount of legal and medical documents relevant to this civil action to the unit case worker Nelson, to make photocopies for the court and defendants, and as of the present date I have been denied the return or reciept of such pertinent legal material.

12. I cannot adequately respond to the U-mass medical de-

fendants motion for summary Judgment by affidavit because I currently do not have access to my own legal and medical records necessary to establish a material substantial issue of fact to be tried, and because I need more time to Re-draft my Discovery Requests and serve them conduct discovery with defendants including the location of my Expert witness.

SIGNED UNDER THE PENALTIES OF PERJURY
ON THIS DAY: 2-14-06

_Keith Niemic_
Keith Niemic