# New England Medical Center
## MRI Department

Telephone: 617-636-0207

## IMAGING INTERPRETATION

| | |
|---|---|
| Name: | KEITH NIEMIC |
| Hospital # : | LS00087643 |
| DOB: | 06/19/1968 |
| | |
| Ordering Physician: | SINGLETARY, CARL MD |
| Date Ordered: | 07/27/05 |
| Patient Location: | MRINEMC.L |
| | |
| Examination: | MRI LUMBAR SPINE |
| Service Date: | 07/25/05 |

**Clinical Indication:**

TECHNIQUE: T1, T2 and inversion recovery sagittal and T2 axial images of the lumbar spine were acquired.

FINDINGS: From T12-L1 to L3-4, no abnormalities are noted.

At L4-5 level, there is a disc herniation visualized on the right side, which extends superiorly to the right lateral recess of L4 and extending to the right L4-5 neural foramen. The disc herniation could irritate the right L4 nerve root.

At L5-S1 level, no abnormalities are seen. The distal spinal cord shows normal signal intensities.

IMPRESSION:

Right sided disc herniation at L4-5 level extending superiorly to the right lateral recess of L4 and extending to the right neural foramen at L4-5 level. The disc herniation could irritate the right L4 nerve root. Clinical correlation recommended.

Radiologist: _____
BHADELIA, REFEEQUE MD

Transcriptionist Initials:      JEE
Transcription Date and Time: 08/01/05 1451

CC:

1 of 1

*[Handwritten note:]* Reviewed c MD
FYI for Neuro-
Surg.
[signature]
8/2/05 1302



# RADIOLOGY ASSOCIATES
## Greystone

PATIENT NAME: KEITH NEIMIC
DATE OF BIRTH: 6-19-68
DATE OF EXAM: 7-12-05

REFERRING PHYSICIAN: DR. SINGLETARY
MCI-CEDAR JUNCTION

LUMBAR SPINE/THREE VIEWS:

FINDINGS: There is no evidence of compression fracture, narrowed disc space, or significant degenerative disease. No destructive lesions are seen.

IMPRESSION: Normal examination.

CERVICAL SPINE/TWO VIEWS:

FINDINGS: There is localized lower cervical spondylosis and degenerative joint disease at the C6-7 level. No fracture or subluxation is seen.

IMPRESSION: Lower cervical spondylosis and degenerative joint disease.

Thank you for referring this patient.

Very truly yours,

C. Michael Williams, M.D.

CMW/sm
450 Veterans Memorial Parkway
7-13-05

CARL SINGLETARY, M.D.
JUL 1 5 2005

Metacomet Executive Office Park — 450 Veterans Memorial Pkwy, Bldg 2, East Providence, RI 02914 — T 435-3041 • F 435-3042
Bayside Medical Building — 235 Plain Street, Providence, RI 02905 — T 272-8510 • F 272-0315
Warwick Office — 469 Centerville Road, Suite 103, Warwick, RI 02886 — T 738-9002 • F 732-4167
Greystone Office — 450 Veterans Memorial Pkwy, Bldg 2, East Providence, RI 02914 — T (401) 223-7031 • F (401) 223-7036
New England Corporate Office — 38 Hamlet Avenue, Woonsocket, RI 02895 — T (401) 762-0020 • F (401) 762-1819

American College of Radiology Accreditation: CT • Mammography • Ultrasound    American Institute of Ultrasound in Medicine Accreditation: OB/GYN • Abdomen

*To go c̄ copy of MRI of L/S spine done on 7/25/05 at TNEMC.*

EX 7

# UMCH SPECIALTY REFERRAL REQUEST

SITE __MCI-NORFORLK__   DATE OF REQUEST __11-14-05__   DATE REQUEST FAXED __1-19-06 @ 1pm__

#140895

REQUESTING CLINICIAN __Dr. Aysha Hameed__   ON SITE: ☐   OFF SITE: ☑

I/M NAME __Niemic Keith__   I/M ID __W61426__   I/M DOB __6/19/68__

INCARCERATION END DATE __Life__   Initial Referral_____   Follow-Up __✓__

SPECIALTY REQUEST __Orthopedics__   FACILITY __TNEMC LSH__

**RATIONALE FOR REQUEST:** Pt is 37 yr old c̄ c/o Lower back pain + Rt leg pain - was Recc - epidural steroid shot + F/U in 6 wks from 9-20-05 for

**SYMPTOMATOLOGY/EXAM DATA:** ? microdiscectomy if no improvement.

**LAB/X-RAY DATA:** MRI of L/S spine performed on 7/25/05 at NEMC showed Rt L5-L5 foraminal disc herniation c̄ extension into Rt L4 lateral Recess

**RELATED TREATMENT HISTORY:** Ried c̄ steroids, Oxycodone c̄ Relief - Ultram + Robaxin presently.

**COMMENTS:** - change TNEMC to LSH. (see attached consult form from NEMC.)

Clinician Signature __Aysha Hameed__   Date Received by UR Department_____
Clinician Stamp   __HAMEED MD__

*Do not delay treatment that is medically necessary urgent or emergent.
*For security reasons inmates must not be informed of date, time or location of proposed treatment or hospitalization.

4/1

# MASS CORRECTIONAL HEALTH

## PHYSICIAN'S ORDER

**PRESCRIPTION ORDER - FOR DEPARTMENT OF CORRECTION INSTITUTIONAL USE ONLY**

NAME: Niemic, Keith    ID NUMBER: W61426    D.O.B.: 6/19/68
INSTITUTION: MCI-CJ    ALLERGIES: Benadryl
DATE: See below    TIME: 

**ORDERS**

Percocet ii PO q 6° (now, this evening & tomorrow AM)
x 3-4 doses; D/C when ultram available;—
crush + [illegible]
Noted 7/15/05 3:07pm [signature]

SIGNATURE: CARL SINGLETARY, M.D.
July '68
FEB 1 * 2005

Interchange is mandatory unless the prescriber writes the words "no substitution" in this space:

PRINT NAME:

8006 Rev. 4/01    Original (White): Retain in Inmate Medical Record
Copy (Yellow): Fax to Pharmacy; File with Pharmacy Orders

# UMASS CORRECTIONAL HEALTH
## PHYSICIAN'S ORDER

PRESCRIPTION ORDER - FOR DEPARTMENT OF CORRECTION INSTITUTIONAL USE ONLY

NAME Neimic, Keith    ID NUMBER W61426    D.O.B. 6/19/68
INSTITUTION CJ    ALLERGIES Benadryl
DATE 7/12/05    TIME 10:30a

ORDERS

Percocet ii tabs PO Q6°/PRN x 5 days

[signature] 7/12/05

SIGNATURE  CARL SINGLETARY, M.D.   Interchange is mandatory unless the prescriber writes the words "no substitution" in this space:
           JUL 1 2 2005
PRINT NAME

8006 Rev. 4/01

Original (White): Retain in Inmate Medical Record
Copy (Yellow): Fax to Pharmacy; File with Pharmacy Orders

# UMASS CORRECTIONAL HEALTH
## PHYSICIAN'S ORDER

PRESCRIPTION ORDER - FOR DEPARTMENT OF CORRECTION INSTITUTIONAL USE ONLY

NAME  Neimic, Keith     ID NUMBER  W61426    D.O.B. 6-19-68
INSTITUTION  CJ                   ALLERGIES  Benadryl
DATE  7-10-05        TIME  1720

ORDERS  D/C previous protic order
Prednisone 60mg po daily x 5 days  7/10, 7/11, 7/12, 7/13, 7/14
Prednisone 50 mg po 7/15
Prednisone 40 mg po 7/16
Prednisone 30 mg po 7/17
Prednisone 20 mg po 7/18
Prednisone 10 mg po 7/19   then D/C
Give 30cc Maalox daily c̄ Prednisone x 10 d
Ibuprofen 600 mg po three times a day x 10 d
Request completed for MRI - lumbar spine
Percocet tabs ii po q 6° prn pain x 5 days
 starting 7/12 thru 7/17
House in HSU

N. Vetock NP
N. Vetock, R.N.P.

7/10/05  1900  hr/fd

SIGNATURE _____   Interchange is mandatory unless the prescriber writes the words "no substitution" in this space:

PRINT NAME _____

8006 Rev. 4/01

Original (White): Retain in Inmate Medical Record
Copy (Yellow): Fax to Pharmacy: File with Pharmacy Orders

EX-

# UMASS CORRECTIONAL HEALTH
## PHYSICIAN'S ORDER

PRESCRIPTION ORDER - FOR DEPARTMENT OF CORRECTION INSTITUTIONAL USE ONLY

NAME  Neimic, Keith          ID NUMBER  W61426    D.O.B. 6·19·68
INSTITUTION  MCI-CJ           ALLERGIES  Benadryl
DATE  7/9/05    TIME  850pm

**ORDERS**

TO/RB Dr Friedman/Nicole Rosley RN

motrin 600mg po TID/PRN pain X 3 days

[signature]

SIGNATURE _____    Interchange is mandatory unless the prescriber writes the words "no substitution" in this space:
PRINT NAME _____

8006 Rev. 4/01

Original (White): Retain in Inmate Medical Record
Copy (Yellow): Fax to Pharmacy; File with Pharmacy Orders

# UMASS CORRECTIONAL HEALTH
## SICK CALL REQUEST FORM

Print Name: __Keith Niemic__  ID#: __W61426__

Date/Time __7-9-05__  Housing Location: __10 Block__

Check ONLY One Box:   ☑ Medical   ☐ Dental   ☐ Mental Health

Nature of problem or request: __I've been requesting medical treatment for sciatica and migraines since being stabbed in the head 6/13/05, and cannot take the pain. It is getting worse, hard to stand or walk and I feel like I'm dying. Can I get help?!__

I consent to be treated by the healthcare staff for the condition described above.

Inmate Signature __Keith Niemic__

**PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA**
**DO NOT WRITE BELOW THIS AREA**

***

Date/Time Recieved

Institution _____

Slip Sorted by: _____

REFERED TO:
☐ Nurse   ☐ Midlevel   ☐ Physician
☐ Mental Health   ☐ Dental   ☐ Other _____

***

Subjective: Brought to HSU from seg unit Sat late PM. States the pain in his back & leg are unbearable. 1 day after altercation 6/13, he felt LBP c̄ radiation to buttock. Pain now shoots down (R) lateral thigh to knee c̄ numbness + tingling. Ø urinary issue.

Objective: ⊕ tenderness low back + buttocks; ⊕ SLR on (R) at 10° last PM. absent (R) knee reflex; 3+ (L) knee. ⊖ SLR on (L). Strength ↓ (R) calf + ankle. (Sx began few days ago - reseated + not today)

Assessment: LBP c̄ radiation to (R) LE
r/o HNP @ L4-5 on Rt

NOTE: I/m wanted to go to ER in LSH for MX. Also initially reported pain going around to liver area. Pain, while present, is most likely exaggerated.

Plan [include inmate education]: In view of acuity + no other avail. for pain control will start pred. c̄ taper + motrin. Request MRI.

Signature & Title: __N. Vetrice NP__   Date: __7/10/05__   Time: __5:30p__

8022 Rev. 12/04

## UMASS CORRECTIONAL HEALTH
### SICK CALL REQUEST FORM

Print Name: Keith Niemic                    ID#: W61426

Date/Time: 7-2-05                           Housing Location: 10 Block

Check **ONLY** One Box:  ☑ Medical    ☐ Dental    ☐ Mental Health

Nature of problem or request: Since being treated [stiches] for stabwounds to the head, I've put in numerous requests for medical treatment since 6-13-05. The migraines, and back pain, that shoots down both legs, with numbness is so bad I feel like I'm dying. Why haven't I been seen pursuant to 103 DOC 630?

I consent to be treated by the healthcare staff for the condition described above.

Inmate Signature: Keith Niemic

**PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA**
**DO NOT WRITE BELOW THIS AREA**

***

Date/Time Recieved: 7/3/05 sp

Institution: MCI-CJ

Slip Sorted by: L. Snyder

REFERED TO:
☐ Nurse    ☑ Midlevel    ☐ Physician
☐ Mental Health    ☐ Dental    ☐ Other _____

***

Subjective:

Objective: T ___ P ___ R ___ B/P ___ WT ___

See Progress Note of 7/11/05

Assessment:

Plan [include inmate education]:

Signature & Title: MB                      Date: 7/11/05    Time: 11:00 A

8022 Rev. 12/04

## UMASS CORRECTIONAL HEALTH
### SICK CALL REQUEST FORM

Print Name: Keith Niemic    ID#: W61426

Date/Time: 6-26-05    Housing Location: 10 Block

Check **ONLY** One Box:    ☑ Medical    ☐ Dental    ☐ Mental Health

Nature of problem or request: Bad migraines, and back pain, shoots down one leg, and both feet, hurt, are numb. I've been asking to be treated for such ailments for well over two weeks, the failure of which is clear violation of 103 DOC 630 medical policy.

I consent to be treated by the healthcare staff for the condition described above.

Inmate Signature: Keith Niemic

**PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA**
**DO NOT WRITE BELOW THIS AREA**

***

Date/Time Recieved: 6/26/05 8p

Institution: MCI-CJ

Slip Sorted by: [signature]

REFERED TO:
☐ Nurse    ☑ Midlevel    ☐ Physician
☐ Mental Health    ☐ Dental    ☐ Other _____

***

Subjective:

Objective: T _____ P _____ R _____ B/P _____ WT _____

Assessment:

Plan [include inmate education]:

Signature & Title: _____    Date: _____    Time: _____

8022 Rev. 12/04

# UMASS CORRECTIONAL HEALTH
## SICK CALL REQUEST FORM

Print Name: Keith Niemic          ID#: W61426

Date/Time: 6-23-05          Housing Location: 10 Block

Check **ONLY** One Box:    ☒ Medical    ☐ Dental    ☐ Mental Health

Nature of problem or request: migraines, back pains with numbness down right leg, severe foot pain. I've been requesting to recieve treatment for over one week and have recieved none pursuant to 103 DOC 630

I consent to be treated by the healthcare staff for the condition described above.

Inmate Signature: Keith Niemic

**PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA**
**DO NOT WRITE BELOW THIS AREA**

***

Date/Time Recieved: 

Institution: 

Slip Sorted by: 

REFERED TO:
☐ Nurse    ☐ Midlevel    ☐ Physician
☐ Mental Health    ☐ Dental    ☐ Other _____

***

Subjective:

Objective: T _____ P _____ R _____ B/P _____ WT _____

Assessment:

Plan [include inmate education]:

Signature & Title: _____          Date: _____ Time: _____

8022 Rev. 12/04

# UMASS CORRECTIONAL HEALTH
## SICK CALL REQUEST FORM

Print Name: Keith Niemic    ID#: W61426

Date/Time: 6-20-05    Housing Location: 10 Block

Check **ONLY** One Box:   ☑ Medical   ☐ Dental   ☐ Mental Health

Nature of problem or request: I've been experiencing extremely painful migraines that have been compounded by lower back pain, numbness down right leg, and pain in both feet, all of which interupt my functioning in daily activities. One week I've waited for medical help, still awaiting.

103 DOB 630

I consent to be treated by the healthcare staff for the condition described above.

Inmate Signature: Keith Niemic

**PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA**
**DO NOT WRITE BELOW THIS AREA**

***

| Date/Time Recieved | Institution | REFERED TO: |
|---|---|---|
| | | ☐ Nurse   ☐ Midlevel   ☐ Physician |
| | Slip Sorted by: | ☐ Mental Health   ☐ Dental   ☐ Other ____ |

***

Subjective:

Objective: T ____   P ____   R ____   B/P ____   WT ____

Assessment:

Plan [include inmate education]:

Signature & Title: _____   Date: ____   Time: ____

8022 Rev. 12/04

# UMASS CORRECTIONAL HEALTH
## SICK CALL REQUEST FORM

Print Name: Keith Niemic     ID#: W64426

Date/Time: 6-14-05     Housing Location: 10 Block #11

Check **ONLY** One Box:   ☑ Medical    ☐ Dental    ☐ Mental Health

Nature of problem or request: Numbness down right leg, sharp pains in lower back and both feet.

I consent to be treated by the healthcare staff for the condition described above.

Inmate Signature: Keith Niemic

**PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA**
**DO NOT WRITE BELOW THIS AREA**

***

Date/Time Received: 6/15/05 8p

Institution: CJ

Slip Sorted by: [signature]

REFERED TO:
☐ Nurse   ☐ Midlevel   ☐ Physician
☐ Mental Health   ☐ Dental   ☐ Other ____

***

Subjective:

Objective: T ____ P ____ R ____ B/P ____ WT ____

see attached

Assessment:

Plan [include inmate education]:

Signature & Title: ____    Date: ____   Time: ____

8022 Rev. 12/04