EX-2

# UMASS CORRECTIONAL HEALTH

*A Commonwealth Medicine Program*

## Inmate Grievance and Appeal Form

Facility: *MCI-NORFOLK*

Inmate First Name: *KEITH*          ID#: *W61426*

Grievance ☑  Date: *1/31/06*

Appeal  ☐   Date:

---

**Summary of Grievance or Reason for Appeal (Attach Additional Sheets As Necessary)**

FOR THE LAST SEVERAL MONTHS I HAVE SUBMITTED NUMEROUS SICK CALL REQUESTS SEEKING EFFECTIVE PAIN RELIEF FOR HERNIATED DISK/IRRITATION RIGHT L4 NERVE ROOT, IN WHICH I AM IN CONSTANT PAIN EFFECTING MY SLEEP, EATING, AND EXERCISE, AND ALL OF LIFES ACTIVITIES, WITH NO RELIEF FORTHCOMING.

I AM CURRENTLY REQUESTING MY RIGHT TO EFFECTIVE PAIN RELIEF PURSUANT TO THE DOC CLINICAL GUIDELINES TO PAIN MANAGEMENT, OF WHICH HAS A TWELVE MEMBER ADVISORY COMMITTEE, AND DOES ENTITLE ME TO IMMEDIATE AND EFFECTIVE PAIN MANAGEMENT PER CONTRACT AND CONSENT.

I HAVE A HISTORY OF SUICIDE ATTEMPTS BECAUSE OF THIS IMPROPERLY TREATED PAIN, IN WHICH IVE EXPLICITLY SOUGHT RELIEF, AND HAVE REPEATEDLY BEEN DISREGARDED BY DR. HAMEED AND NP MARK CLARKE.

---

**Action Requested/Resolution Sought (Attach Additional Sheets As Necessary)**

I WANT MY CONTRACTUAL RIGHT TO IMMEDIATE AND EFFECTIVE PAIN RELIEF AS SET FORTH IN THE DOC CLINICAL GUIDELINES "ON PAIN MANAGEMENT" THE FURTHER DELAY OF WHICH WILL RESULT IN COMPLAINTS WITH THE APPROPRIATE STATE OFFICES, AND ACWC DAMAGES COMPLAINT.

YOUVE BEEN DULY NOTIFIED.

*Keith Keene*      *1-3/06*

---

| Date Received: | | Staff Recipient: | | Routed To: | |
|---|---|---|---|---|---|

copy: *f06*

EX-2

# UMASS CORRECTIONAL
## A Commonwealth Medicine Program

## Inmate Grievance and Appeal Form

Facility: MCI-NORFOLK                    Grievance ☑    Date: 12-22-05

Inmate First Name: KEITH    ID#: W61426    Appeal ☐    Date:

**Specific Complaint or Reason for Appeal (Use Additional Sheets As Necessary)**

FOR THE LAST TWO WEEKS, I HAVE BEEN OUT OF MY ANTI-DEPRESSANT MEDICATION (REMERON) THAT SEVERAL NURSES DID MAKE A WRITTEN NOTE FOR RENEWAL THAT DR. PELDER (PSYCH) WHILE GROSSLY NEGLIGENT REPEATEDLY FAILED TO DO. WHO INFACT CAUSED THE SAME DELAY ON THE SAME TYPE OF MEDICATION TO INMATE ADAM LEVESQUE: AND PREVIOUSLY DISCONTINUED ONE OF HIS OTHER MEDS, RECENTLY BEFORE SUCH DELAY.

NOT ONLY DID I REQUEST TO SEE HER OVER TWO MONTHS AGO FOR SUICIDAL FEELINGS (SEE ATTACHED) BUT I'VE EXPLICITLY ADDRESSED THIS CURRENT FAILURE OF RENEWAL OF REMERON TO: ONE BLONDE MENTAL HEALTH LADY, THIS PAST WEEK and (Jamie, WHOLE MH WKER) THIS PAST WEEK and FINALLY TO THE BLACK MENTAL HEALTH WORKER YESTERDAY EXPLICITLY STATING THAT I'VE BEEN FEELING BOTH SUICIDAL and HOMICIDAL DUE TO SUCH DELIBERATE INDIFFERENCE.

**Remedy Requested (Attach Additional Sheets As Necessary)**

I WANT MY MEDICATION RENEWED AS IT HAS BEEN PREVIOUSLY WITHOUT INTERRUPTION, AS I ALSO REQUEST ACCESS TO A PSYCHIATRIST IN A TIMELY MANNER AS SET FORTH IN DOC POLICY, SO THAT MY FAMILY MAY NOT HAVE TO READ ABOUT ME IN THE NEWSPAPER BECAUSE THE PSYCHIATRIST FELDERS WANTON DISREGARD FOR MY MENTAL HEALTH CARE OR MY LIFE, AS WELL AS THE LIVES OF OTHERS

Inmate Signature: *Keith Niemes*    Date: 12-22-05

- Completed forms can be filed with the ISA (Grievances) or placing the form in the Sick Call Box, Box...
- Appeals can file their appeal directly with the UMCH Medical Director, by sending it to:
  - Medical Director
  - UMass Correctional Health
  - One Research Drive - Suite 120C
  - Westborough, MA 01581

**Health Services Unit Use ONLY**

| Date Received: | Staff Recipient: | Routed To: |
|---|---|---|
| | | |

copy: file (Two copies correspondence to Felder attached)

To: Dr. Felder

From: Keith Niemic

Dr. Felder,

can you please call me out to speak w/ me I've been feeling suicidal and you never responded to my other letter. please talk to me just for 5 minutes

10-27-05  EX2

TO: Dr. Felder Psych.
     MCI-Norfolk

From: KEITH NIEMIC W64426
       SMU-1  #116

RE: Extreme Emotional Distress

Dr. Felder,

Since the move team did discriminate and further use excessive force on me on 10-25-05 has caused me extreme physical pain by trying to break my thumb after I was already cuffed, and causing further damage to my lumbar spine w/ herniated disk and sciatica,. In which they used such threats of force, and excessive force on account of my disability were prior to such threats, and used force, all I requested was to see Mental Health, and to receive my meds, all of which was arbitrarily denied.

And combining these past events, with my current excessive pain that is not being adequately treated, or addressed. I do feel suicidal, as I just moved back down to SMU-1 today,. As I'm also going to address such matters on a grievance, but hope that you can see me soon.         Thank you

                                    sincerely
                                    Keith Niemic

copy: file



ex²

GE MAC1...
Male, 37 Years (06/19/1968)

NEMIC, KEITH W61426,

HR 86bpm

Measurement Results:

QRS        110 ms
QT/QTcB    380 / 454 ms
PR         158 ms
P          106 ms
RR/PP      694 / 695 ms
P/QRS/T    77/ 89/ 46 degrees

Order:   Physician
Technician

Interpretation:
12SL - Interpretation:
*** Age and gender specific ECG analysis ***
Normal sinus rhythm
Normal ECG

< P
< T  ---
< QRS —

Unconfirmed report.

Premium™          Cardiol 1   Sited 1
Jan/31/2006  01:03:24 AM  25mm/s  10mm/mV  ADS  50Hz  0.08- 40Hz  4x2.5R01  12 Lead  06:01  M12  (2)  125S180.231

GE Medical Systems

EX 2

# UMASS CORRECTIONAL HEALTH

## PROGRESS NOTES

Institution

NAME: _Niemi / Keith_    ID # _W61426_    D.O.B. _6-19-68_

| DATE | TIME | NOTES |
|------|------|-------|
| 12.8.5 | 1300 | S. C/O CLBP X 6 mo. States he has L4-5 herniation. Taking Ultram Ultram 100 TID. Refuses any NSAID. "I want a standing order for a shot". |
| | | O. ATO,W,W,N,A,P |
| | | IMS— Rome, strength 5/5 |
| | | WEWS — ⊖ SLR |
| | | VU - +2 PP ⓑ |
| | | A TMD - ① Chronic back pain |
| | | P - Rx ⎫ Max Ultram already order ✗ |
| | | DX ⎬ |
| | | ED ⎭ Steroid injection pending |
| | | FN |
| | | |
| | | |
| | | Mark E. Clarke, N.P. |
| | | |
| 12/27/05 | 1155 pm | Code 99 to RB' c̄ c/o Chest pain - I/m feeling anil angry - "didn't get my 8pm medication, MD backs is killing me". I/an Siam PRN Ultram 100 m po ⓐ 1155 pm, I/m escorted to OPD via E.C.C. Normal - & findings Pt. he states he thinks he had problems c̄ extremely intolerable pain via law back — Cart ā not be |

EX²

## UMASS CORRECTIONAL HEALTH
### SICK CALL REQUEST FORM

Print Name: _KEITH NIEMIC_                    ID#: _W0l426_

Date/Time _12-19-05_                    Housing Location: _SMU-1_

Check **ONLY** One Box:          ☒ Medical          ☐ Dental          ☐ Mental Health

Nature of problem or request: _IM IN CHRONIC BACK SCIATICA LIKE PAIN, CANT SLEEP,_
_CANT EAT, CANT ENJOY DAILY ACTIVITIES, I'VE BEEN REPEATEDLY FOR SEVERAL_
_YEARS REQUESTING HEP C TREATMENT I have type 1(a) the most virulent_
I consent to be treated by the healthcare staff for the condition described above.

Inmate Signature _Keith Niemic_

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA

*********************************************************************

| Date/Time Recieved 12/20/05 1030 | Institution _N_  Slip Sorted by: | REFERED TO:  ☐ Nurse   ☒ Midlevel   ☐ Physician  ☐ Mental Health   ☐ Dental   ☐ Other ____ |
|---|---|---|

*********************************************************************

Subjective:

Objective:  T _____  P _____  R _____  B/P _____  WT _____

Assessment:

Plan [include inmate education]:

see note of 12/1/05

Signature & Title: _____ Date: _____ Time: _____

8022 Rev. 12/04

Ex 2

## UMASS CORRECTIONAL HEALTH
### SICK CALL REQUEST FORM

Print Name: _KEITH NIEMIC_  ID#: _W61426_

Date/Time _12-18-05_  Housing Location: _SMU-1_

Check **ONLY** One Box:  ☑ Medical  ☐ Dental  ☐ Mental Health

Nature of problem or request: _DUE TO EXTENSIVE CHRONIC PAIN THAT IS NOT BEING ADEQUATELY_
_TREATED (AS PUBLICLY ANNOUNCED IN SEVERAL NEWSPAPERS) I RESPECTFULLY REQUEST_
_METHADONE TREATMENT WHICH WILL ENABLE ME TO PARTICIPATE IN NECESSARY DAILY_
I consent to be treated by the healthcare staff for the condition described above.
_ACTIVITIES, OR PLACEMENT IN A PROPER HEALTH FACILITY THAT IS NON-DISCRIMINATORY_
_I'M TIRED of PAIN!_  Inmate Signature _Keith Niemic_

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA

*******************************************************************

| Date/Time Recieved | Institution: MCI·N | REFERED TO: |
|---|---|---|
| 12-18-05 8P | | ☒ Nurse  ☒ Midlevel  ☐ Physician |
| | Slip Sorted by: | ☐ Mental Health  ☐ Dental  ☐ Other ___ |

*******************************************************************

Subjective: _C/o pain ® leg - from spine down buttock to front ® LE_

Objective: T ____ P ____ R ____ B/P ____ WT ____

_Moving back & forth to take wt off ® leg_
_Back - mild tenderness @ L4-L5 level ✓_
_① person. labs - CBC wNL AST/ALT OK_
_Neg CVA tenderness ⊕ pedal pulses s̄ edema_

Assessment: _? ® sciatica_

Plan [include inmate education]:
_Has ortho appoint in Jan._
_Has Ultram order in place_
_Spoke c̄ MD - will wait for ortho appoint_

Signature & Title: _Sheila Potter RN C/NP_  Date: _12/5/05_  Time: _3PM_

F-607 Rev. 12/04

# UMASS CORRECTIONAL HEALTH
## SICK CALL REQUEST FORM

Print Name: _KEITH NIEMIC_      ID#: _W61426_

Date/Time _11-27-05_      Housing Location: _SMU-1_

Check **ONLY** One Box:      ☑ Medical    ☐ Dental    ☐ Mental Health

Nature of problem or request: _CAN I PLEASE SEE THE NP or DR ASAP for DISK HERNIATION/_
_SCIATIC LIKE SYMPTOMS, FOR READJUSTMENT OF PAIN MANAGEMENT INCLUDING PREDNISONE,_
_SO AS TO EFFECTIVELY RENDER ADEQUATE PAIN RELIEF. THE FAILURE of WHICH GREATLY limits_
_bodily movements, AND MAY BE A PRACTICAL MATTER SAVING UNECESSARY COSTS of TREAT-_
I consent to be treated by the healthcare staff for the condition described above.
_MENT AT THE PAIN CLINIC IN MARLBORO_

Inmate Signature _Keith Niemic_

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA

*************************************************************************************

| Date/Time Recieved | | | REFERED TO: | |
| 11:27 9P | | | | |

Institution _MCI-N_

Slip Sorted by: _KANN_

☑ Nurse    ☑ Midlevel    ☐ Physician

☐ Mental Health    ☐ Dental    ☐ Other _____

*************************************************************************************

Subjective:

Objective: T _____ P _____ R _____ B/P _____ WT _____

Assessment:

Plan [include inmate education]:

Signature & Title: _____ Date: _____ Time: _____

8022 Rev. 12/04

Ex 2

## UMASS CORRECTIONAL HEALTH
### SICK CALL REQUEST FORM

Print Name: _Keith Niemic_ ID#: _W61426_

Date/Time _10-19-05_ Housing Location: _SMU-1 cell #109_

Check **ONLY** One Box:  ☒ Medical  ☐ Dental  ☐ Mental Health

Nature of problem or request: _I'm experiencing serious back pain with sciatica like Numbness, burning pain in Right leg, all of which grossly limits my mobility, and activities including sleep. May I please be seen_

I consent to be treated by the healthcare staff for the condition described above. _Thankyou_

Inmate Signature _Keith Niemic_

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA

***********************************************************************

| Date/Time Recieved 10/19/05 2pm | Institution _MW-1_ | | REFERED TO: |
|---|---|---|---|

Slip Sorted by: _D_

☐ Nurse   ☒ Midlevel   ☐ Physician

☐ Mental Health   ☐ Dental   ☐ Other _____

***********************************************************************

Subjective: _on ultrum 100 mg TID, will need to be seen by provider_

Objective: T _____ P _____ R _____ B/P _____ WT _____

Assessment:

Plan [include inmate education]:

_seen 10/20/05_

Signature & Title: _____ Date: _10/2/05_ Time: _0825_

8022 Rev. 12/04

$EX^2$

# COMMONWEALTH OF MASSACHUSETTS

## DEPARTMENT OF CORRECTION

### DISCIPLINARY REPORT

| **Inmate** | NIEMIC, KEITH | | **Commit No** | W61426 | **Housing Unit** J3 |
|---|---|---|---|---|---|
| **Date** | 24-AUG-2005 | **D- Report No.** | 61322 | **Institution** | SOUZA-BARANOWSKI CORRECTIONAL |

**OFFENSE(S) & CODE NO.:**
02-VIOLATING ANY DEPARTMENT RULE OR REGULATION
08-CONDUCT WHICH DISRUPTS
17-SELF MUTILATION
24-POSS OF ITEMS, NOT AUTHORIZED
33-ATTEMPTING TO COMMIT ANY OFFENSE

**Major** [ ]          **Minor** [X]

**Description of Offense(s)**
ON AUGUST 24, 2005 AT APPROXIMATELY 12:25PM I SGT. FLOWERS, WHILE MONITORING THE FEEDING PROCESS ON THE J3 TIER, DID WITNESS INMATE NIEMIC, KIETH W61426 PLACE A RAZOR BLADE IN HIS MOUTH AND THEN TAKE A DRINK OF WATER. INMATE NIEMIC THEN STATED " NOW MEDICAL WILL SEE ME." LT MCCANN NOTIFIED.

**Has Inmate been placed on Awaiting Action Status**     **Yes** [X]     **No** [ ]

| **Referred to DA** | [ ] **Yes** | [X] **No** | **Referred to DDU** | [ ] **Yes** | [X] **No** |
|---|---|---|---|---|---|
| **Reporting Staff** | | John Flowers A | | **Date** 24-AUG-2005 | **Time** 13:15 |

**Days off**     Sun  Sat

**Shift**     8X4

| **Shift Commander** | Martin Leonard D | **Date** 24-AUG-2005 | **Time** 22:24 |
|---|---|---|---|
| **Disciplinary Officer** | James Hart R | **Date** 01-SEP-2005 | **Time** 11:00 |

**Results**

| **Code Description** | **Sanctions** | **Start Date** | **End Date** | **# of Units** | **SS** | **Amount** |
|---|---|---|---|---|---|---|
| **Reviewing Authority** | | **Date** | | | **Time** | |

20050901 11:24

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM

### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| Name | NIEMIC KEITH | | | Grievance# 12569 | | Institution SOUZA-BARANOWSKI |
|------|------|------|------|------|------|------|

| Commit No. | W61426 | Housing J3 | Date Of Incident 20050726 | CORRECTIONAL | Date Of Grievance 20050818 |
|---|---|---|---|---|---|

**Complaint**
I have extreme unbearable pain in lower spine and legs and have been diagnosed approx. on 7-10-05 with herniated disk.
Upon arrival to the SMU at SBCC on 7-26-05, I have repeatedly told officers that I'm losing feeling in my legs and the pain is so severe that my legs gave out on me on 7-27-05 where upon the nurse merely took my vitals and sent me back to my cell. Since my fall my condition has worsened drastically, and although I did see a nurse practitioner the present pain management and denial of a Dr. or xrays has me in fear for my health and well being as I also feel I'm going to lose my mind the pain is so bad.

**Remedy Requested**
Told each nurse that came on the tier. All telling me to put in a sick slip. I've addressed this matter to Lt. Fougere who told me that "I shouldn't have come to jail" as I've further addressed it to C.O. McGinnis who would not answer or acknowledge my medical problem. To immediately be seen by a Dr. and to be given some sort of x-ray to determine how bad the fall may have damaged the already existing herniated disk and to have guards to be more responsible to med. issues.

**Staff Recipient** McDermott Barbara J CO II

**Staff Involved**

**Signature**

---

### RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20050818    **Decision Date** 20050830

**Signature** McDermott Barbara J CO II

**Final Decision** DENIED

**Decision**
After the interview process and a review of documentation it was determined that you have been seen by the PA, therefore no denied medical access. Medical issues are addressed directly to the HSU via their grievance forms.

**Signature**    **Date**

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

---

### INMATE RECEIPT

| Name | NIEMIC KEITH | | | Institution SOUZA-BARANOWSKI |
|---|---|---|---|---|

| Commit No. | W61426 | Grievance# 12569 | Date Received | CORRECTIONAL 20050818 |
|---|---|---|---|---|

**Signature.** McDermott Barbara J CO II

# UMASS CORRECTIONAL HEALTH

## PROGRESS NOTES

SB←

6/19/68
Institution

NAME: Keith Niemn    ID # W61424    D.O.B. 6/19/68

| DATE | TIME | NOTES |
|------|------|-------|
| 8/19/05 | 4 PM | Psych Adm Note |
| | JM | NRSy reports ongoing agitated behavior |
| | SHU | which seems better for awhile after his Adderall |
| | | doses. Will ↑ Adderall + assess pT in 1-2 wks to |
| | | see if there is an improvement. PT does have |
| | | anxiety + panic disorder + it could be the |
| | | Adderall exacerbates those sx. The ↑ dose will |
| | | either help ✓ ADHD sx or worsen his sx |
| | | + we will then know the Adderall is exacerbating |
| | | his anxiety. On 8/18 he told the MH (staff) (during |
| | | a seg update) that his pain is making him |
| | | miserable — so it could be the pain exacerbating |
| | | things |
| | | Imp Social Phobia PTSD Panic Do + |
| | | ADHD = ↑ agitation restlessness+irritability |
| | | Plan Trial of ↑ Adderall |
| | | F/U 1-2 wks |
| | | Jane S Ferguson RNCS/p |
| 8/24/05 | 9AM | Psych F/U |
| | 9SHU | Seen for routine F/U. Main concern is pain. |
| | | "It's all I can focus on - it overwhelms everything |
| | | else." Wakes up all noc 2° pain. Will ↑ Remeron - just |
| | | to try + help ɪ getting some sleep. Spoke to medical |
| | | + pt is booked to see Neurosurgeon. Denies SI @ this time |
| | | but feels he's having trouble "holding on" 2° pain |

7113W 1/85

# UMASS CORRECTIONAL HEALTH

## PROGRESS NOTES

SBCC
Institution

NAME: Keith Niemic    ID # W61426    D.O.B. 6/19/68

| DATE | TIME | NOTES |
|---|---|---|
| 7/27/05 | JAF | Psych Visit/Eval<br><br>1st visit @ SBCC where PT is currently housed in SHU while repairs are completed at CJ on the b block & SHU.<br><br>PT reports ↑ anxiety, ↑ since move. We discussed the stress inherent in transitions & the need to give himself time for adjustment.<br><br>Presents clear, coherent but anxious. Verbalizes well + denies any SI/HI/psychotic sx.<br>Enuf ② Social Anxiety ③ Panic Do, PTSD<br>① ADHD hy hx<br>Meds Adderall ordered 7/26 by Dr. Smith<br>Celexa 40 mg. ordered 6/30 x 90 dy<br>Plan ∅ changes<br>F/U 1-3 mths or PRN<br><br>James Freyermuth RN |

# UMASS CORRECTIONAL HEALTH

## PROGRESS NOTES

CJ
_____
Institution

NAME: _Niemic Keith_    ID # _W 61926_ D.O.B. _6/19/60_

| DATE | TIME | NOTES |
|------|------|-------|
| 7/25/05 | 10:00 AM | Psychiatry Ƶ. Unable to see Pt for scheduled appt - he went out to shutdown hospital. _(signature)_ |
| 7/26/05 | 1700 | S/o Code 99 called I/m stated that He feel and c~/d not set seel up. Neological Exam was @ V/s stable Afidn/ Color good. good struth in extenitres A Att In Comfort ↑ Dr Tavares consulted At his time fe I/m cald so back to dell. Call on call Dr T say D'E I/m During Medical Exam I/m keep on asking for His "Fucking pain meds". — _(signature)_ |

7113W 1/95

EX 2

## UMASS CORRECTIONAL HEALTH

### PHYSICIAN'S ORDER

PRESCRIPTION ORDER - FOR DEPARTMENT OF CORRECTION INSTITUTIONAL USE ONLY

NAME  _NIEMIC, KEITH_  ID NUMBER _W61426_  D.O.B. _6/19/68_

INSTITUTION _SBCC_  ALLERGIES _NKA_

DATE _9/16/05_  TIME _815 AM_

**ORDERS**

Increase Ultram to 100 mg PO tid PRN pain x 30d

noted/posted  Susangarupy RN  9-16-05  0830

SIGNATURE _____  Interchange is mandatory unless the prescriber writes the words "no substitution" in this space:

PRINT NAME _P. TAVARES, MD_

8006 Rev. 4/01

Original (White): Retain in Inmate Medical Record
Copy (Yellow): Fax to Pharmacy: File with Pharmacy Orders

## UMASS CORRECTIONAL HEALTH

### PHYSICIAN'S ORDER

PRESCRIPTION ORDER - FOR DEPARTMENT OF CORRECTION INSTITUTIONAL USE ONLY

NAME _Numic, Keith_    ID NUMBER _W61426_    D.O.B. _4/19/68_

INSTITUTION _SBCe - Infin_    ALLERGIES _NKDA_

DATE _8/31/05_    TIME _142 PM_

ORDERS

Discharge from Infirmary

Dx   S/P MHW, FB Ingestion

Cond   Good

Act   As tol

Diet   Reg

Ultram   50 mg   PO   tid   PR   pain   x 30d

Pepcid   20 mg   PO   bid   PRN   x 100 d

Baclofen   10 mg   PO   tid   PRN   x 100 d

noted x posted  Susan garwpy RN

8-31-05   1430

SIGNATURE _____

Interchange is mandatory unless the prescriber writes the words "no substitution" in this space:

PRINT NAME   **Philip Tavares, M.D.**

8006 Rev. 4/01

Original (White): Retain in Inmate Medical Record
Copy (Yellow): Fax to Pharmacy; File with Pharmacy Orders

EX 2

## UMASS CORRECTIONAL HEALTH

### PHYSICIAN'S ORDER

PRESCRIPTION ORDER - FOR DEPARTMENT OF CORRECTION INSTITUTIONAL USE ONLY

NAME _Kieth Numic_    ID NUMBER _W61424_  D.O.B._6/19/68_

INSTITUTION _SBCC_    ALLERGIES _____

DATE _8/24/05_    TIME _1255_

ORDERS

X-ray Abd R/o foreign body

R_ hand

_[signature]_

X-rayed  8/24/05
obtained  1255

SIGNATURE _____    Interchange is mandatory unless the prescriber writes the words "no substitution" in this space:

PRINT NAME _____

8006 Rev. 4/01    Original (White): Retain in Inmate Medical Record

# UMASS CORRECTIONAL HEALTH

## PHYSICIAN'S ORDER

PRESCRIPTION ORDER - FOR DEPARTMENT OF CORRECTION INSTITUTIONAL USE ONLY

NAME _Niemic, Keith_    ID NUMBER _W61426_    D.O.B. _6/19/38_

INSTITUTION _SBCC_    ALLERGIES _NKDA_

DATE _8/29/05_    TIME _1202h_

ORDERS

Flat plate of abdomen   8/31/05    ntd Mike Myric 8/29/05 12 02

8/30/05

Battled

SIGNATURE _____

Interchange Is mandatory unless the prescriber writes the words "no substitution" in this space:

PRINT NAME ____ **Philip Tavares, M.D.**

8006 Rev. 4/01

EX 2

## UMASS CORRECTIONAL HEALTH
### SICK/CALL REQUEST FORM

Print Name: _Peter Nramw_  ID#: _W61426_

Date/Time _8-24-05_  Housing Location: _SMU J-3_

Check **ONLY** One Box:  ☑ Medical  ☑ Dental  ☐ Mental Health

Nature of problem or request: _I need med care_
_for Herniated disk fast or Im_
_gonna lose my mind_

I consent to be treated by the healthcare staff for the condition described above.

Inmate Signature _Peter_

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| Date/Time Recieved | _SBCC_ | REFERED TO: |
| 8/24/05 | Institution | ☐ Nurse  ☐ Midlevel  ☐ Physician |
| 1800 | _Jian W_ | ☐ Mental Health  ☐ Dental  ☐ Other _____ |
| | Slip Sorted by: | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Subjective:

Objective: T _____ P _____ R _____ B/P _____ WT _____

PT in HSU

Assessment:

Plan [include inmate education]:

Signature & Title: _Angela D'Antonio_  Date: _8/26/05_ Time: _1106A_

8022 Rev. 12/04

ANGELA S. D'ANTONIO, RN, CS

EX 2

## UMASS CORRECTIONAL HEALTH
### SICK CALL REQUEST FORM

Print Name: _Keith Niemic_    ID#: _W614426_

Date/Time _8-22-05_    Housing Location: _J-3_

Check **ONLY** One Box:    ☑ Medical    ☐ Dental    ☐ Mental Health

Nature of problem or request: _Since my fall in smu on 7-27-05 Ive been experiencing peripheral neuropathy, Tingling, numbness and throbbing pain in my leg, and excruciating pain in my back current meds are ineffective can I get X-rays_

I consent to be treated by the healthcare staff for the condition described above.
_and be treated for this debilitating pain_

Inmate Signature _Keith Niemic_

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA

****************************************************************************

| Date/Time Recieved | | REFERED TO: |
|---|---|---|
| 8/24/05 100U | _SBCC_ Institution | ☐ Nurse   ☑ Midlevel   ☐ Physician |
| | _Stan W_ Slip Sorted by: | ☐ Mental Health   ☐ Dental   ☐ Other _____ |

****************************************************************************

Subjective:

Objective:  T _____  P _____  R _____  B/P _____  WT _____

PT in HSU

Assessment:

Plan [include inmate education]:

Signature & Title: _Angus PA MVP_    Date: _8/26/05_ Time: _1110A_

8022 Rev. 12/04

EX 2

## UMASS CORRECTIONAL HEALTH
### SICK CALL REQUEST FORM

Print Name: _KEITH NIEMIC_ ID#: _W61426_

Date/Time _8-9-05_ Housing Location: _SMU J-3 #8_

Check **ONLY** One Box: ☑ Medical ☐ Dental ☐ Mental Health

Nature of problem or request: _I'm in EXCRUCIATING PAIN, CAN'T EAT, SLEEP, GO TO REC-_
_REATION, AND BARELY STAND THE PAIN TO TAKE A SHOWER, THE REPEATED DENIAL of_
_A DR.'s adequate treatment, i.e. PAIN RELIEF, CRUTCHES or CANE, AND FOAM MATTRESS_
I consent to be treated by the healthcare staff for the condition described above.
_WITH THERAPY, IS CAUSING ME TO CONTEMPLATE DRASTIC MEASURES, I'm Gonna Lose my mind_
Inmate Signature _Keith Niemic_

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA

| Date/Time Recieved | | REFERED TO: | | |
|---|---|---|---|---|
| | Institution | ☐ Nurse | ☐ Midlevel | ☐ Physician |
| | Slip Sorted by: | ☐ Mental Health | ☐ Dental | ☐ Other ____ |

Subjective:

Objective: T _____ P _____ R _____ B/P _____

Seen by MD
on Aug 10

Assessment:

Plan [include inmate education]: Ultram 50 mg
PO TID given

Signature & Title: _____ Date: _____ Time: _____
6022 Rev. 4/01

**UMASS CORRECTIONAL HEALTH**
**SICK CALL REQUEST FORM**

Print Name: Keith Niemic                                    ID#: W614 Uo

Date/Time _____ 8-4-05 _____                    Housing Location: SMU J-3

Check **ONLY** One Box:              ☑ Medical    ☐ Dental    ☐ Mental Health

Nature of problem or request: I've requested Dr. Evaluation and treatment everyday
since 7-26-05 for sciatica. Not only am I suffering excruciating pain in controvention
of my 8th amend, but the repeated denial of a high is in violation of 103 DOC 630 et seq.
I consent to be treated by the healthcare staff for the condition described above.
I need immediate help, can't stand, or walking!!!

Inmate Signature _____ Keith Niemic _____

PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
DO NOT WRITE BELOW THIS AREA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| Date/Time Recieved | Institution SBCC | REFERED TO: |
|---|---|---|
| 8.5.05 | Slip Sorted by: S G | ☐ Nurse    ☑ Midlevel    ☐ Physician  ☐ Mental Health    ☐ Dental    ☐ Other ____ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Subjective:

Objective: T _____ P _____ R _____ B/P _____

Assessment:

FYI - I believe he
put this in after being
sun by N.P.

Plan [include inmate education]:
I/m was sun
and pain control was
discussed

Signature & Title: _____ Susan Garepymn _____    Date: 8505    Time: 1000

8022 Rev. 4/01

EX 2

## UMASS CORRECTIONAL HEALTH
### SICK CALL REQUEST FORM

Print Name: KEITH NIEMIC                    ID#: W60426

Date/Time    8-3-05                    Housing Location: SMU S-3

Check **ONLY** One Box:     ☑ Medical    ☐ Dental    ☐ Mental Health

Nature of problem or request: I'm in excruciating pain back legs

put sick slips in for several days still no Dr.

In violation of 103 DOC 630

I consent to be treated by the healthcare staff for the condition described above.

Inmate Signature _Keith Niemic_

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA

*********************************************************************************

| Date/Time Recieved | S B C C | REFERED TO: | | |
|---|---|---|---|---|
| 8-3-05 | Institution | ☑ Nurse | ☐ Midlevel | ☐ Physician |
| | S6 | ☐ Mental Health | ☐ Dental | ☐ Other ___ |
| | Slip Sorted by: | | | |

*********************************************************************************

Subjective:

Objective:  T _____  P _____  R _____  B/P _____  WT _____

See

progress

note

Assessment:

Plan [include inmate education]:

Signature & Title: _Angus Donnwp_                    Date: 8/4/05   Time: 1018A

8022 Rev. 12/04

## UMASS CORRECTIONAL HEALTH
### SICK CALL REQUEST FORM

Print Name: _Keith Niemen_    ID#: _W61426_

Date/Time _7-25_    Housing Location: _J-3 8_

Check **ONLY** One Box:    ☑ Medical    ☐ Dental    ☐ Mental Health

Nature of problem or request: _Im in Extreme Pain vomiting_
_cant feel my right leg, Herniated disk_
_fell twice in my cell, unbearable Back Pain_

I consent to be treated by the healthcare staff for the condition described above.

Inmate Signature _____

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA

*************************************************************************

Date/Time Recieved

_7/26/05  1430_

Institution _SBCC_

Slip Sorted by: _BW_

REFERED TO:

☐ Nurse    ☐ Midlevel    ☐ Physician

☐ Mental Health    ☐ Dental    ☐ Other _____

*************************************************************************

Subjective:

Objective: T _____ P _____ R _____ B/P _____ WT _____

Assessment: _All_
_Woove_

Plan [include inmate education]:

Signature & Title: _Anguus DMNP_    Date: _7/28/05_ Time: _974_

8022 Rev. 12/04

EX 2

## UMASS CORRECTIONAL HEALTH
### SICK CALL REQUEST FORM

Print Name: _Keith Niemic_ ID#: _W61426_

Date/Time _7-26-05_ Housing Location: _J-3_

Check **ONLY** One Box: ☑ Medical ☐ Dental ☐ Mental Health

Nature of problem or request: _I have an open wound on my_
_Big toe that is swollen and infected on the side_
_of the nail and need anti Biotics_

I consent to be treated by the healthcare staff for the condition described above.

Inmate Signature _Keith Niemic_

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA

****************************************************************

| Date/Time Recieved | Institution: _SBCC_ | REFERED TO: |
|---|---|---|
| _7/26/05_ | Slip Sorted by: _RLW_ | ☐ Nurse  ☑ Midlevel  ☐ Physician<br>☐ Mental Health  ☐ Dental  ☐ Other ___ |

****************************************************************

① ® Great toe infected x 10d.

Subjective: ② Pain back & ® leg, numbness in hands,... had
MRI 7/25/05. wants Oxycodone, Robaxin

Objective: T _____ P _____ R _____ B/P _____ WT _____

NAD Ambulatory in restraints č difficulty
®Great toe- erythema č drainage lat border of nail
renewed chart. recently in Hou @ CJ for back
pain - ultram was written by MD as Taper

Assessment:
① ®Great toe paronychia
② LBP.

Plan [include inmate education]:
- Xray - MRI - Monday 7/25 - obtain results
- Continue Robaxin - su POS
- ultram Taper
- Keflex 500mg po BID x 10D
- bactrim, bandaids

Signature & Title: _Angius RN MP_ Date: 7/28/05 Time: 957a

8022 Rev. 12/04

EX 2

**UMASS CORRECTIONAL HEALTH**
**SICK CALL REQUEST FORM**

Print Name: Keith Niemo    ID#: W6614216

Date/Time 7-29-05    Housing Location: SMU #8

Check **ONLY** One Box:    ☒ Medical    ☐ Dental    ☐ Mental Health

Nature of problem or request: I am in such agonizing pain in my lower spine & left leg, that I am literally going to lose my mind if I dont stop this pain. Mother's day can't see a Dr.?

I consent to be treated by the healthcare staff for the condition described above.

Inmate Signature Keith Niemo

**PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA**
**DO NOT WRITE BELOW THIS AREA**

| Date/Time Recieved | Institution SBCC | REFERED TO: |
|---|---|---|
| 7/31/05 | | ☐ Nurse    ☒ Midlevel    ☐ Physician |
| | Slip Sorted by: | ☐ Mental Health    ☐ Dental    ☐ Other _____ |

Subjective:

Objective:  T _____ P _____ R _____ B/P _____ WT _____

Assessment:    See

Plan [include inmate education]:    progress

note

Signature & Title: _____    Date: 8/4/05  Time: 1016A

8022 Rev. 12/04

Ex 2

# UMASS CORRECTIONAL HEALTH

## PROGRESS NOTES

_____ CJ
Institution

NAME: Niemic Keith    ID # W61426.  D.O.B. 6/12/68

| DATE | TIME | NOTES |
|------|------|-------|
| 7/16/05 | 10:1 | **CD VISIT**. _[illegible clinical notes]_ |
| | | _[illegible]_ |
| | | _[illegible]_ |
| | | _[illegible]_ ACT 43 on 4/7/05 |
| | | _[illegible]_ |
| | | _[illegible]_ Kasim Gouda, M.D. |
| 7/18/05 | | M.D. Note    _tolerate NSAIDs._ |
| | | S/O Pt seen for F/U re: LBP. reports feeling much improved _[illegible]_ discomfort _[illegible]_ T L/S spine ROM. still _[illegible]_ tender _[illegible]_ comfort. No weakness or numbness L/E or bowel or bladder incontinence. unable to _[illegible]_ dysuretic _[illegible]_ antalgic slow gait, otherwise NAD, _[illegible]_ L/S spine _[illegible]_ forward flexion > 90°. motor S/S _[illegible]_ b/l L/E. |
| | | A/P _[illegible]_ lumbar strain — improving slowly. will continue _[illegible]_ current analgesic regimen as per orders. D/C from HSU _[illegible]_ f/u prn. Pt. to notify staff if _[illegible]_ improvement in 2-3 wks or worsening S/SS.    **CARL SINGLETARY, M.D.** |

JUL 1 8 2005