CLERK'S OFFICE.

THE ATTACHED BELONGS TO EXHIBIT-3 OF PLAINTIFFS RECENTLY FILED MOTION SET FORTH IN COVER LETTER ~~ALSO~~ ATTACHED

Thank you

K.N.

2-18-06

mic
3 SMU-1
MA 02056


 ict Court
 of the clerk
 house way Suite 2300
 , MA 02210


KEITH NIEMIC v. MICHAEL MALONEY ET AL
CIV. AC. NO. 04-11482-NMG

Madam/sir,

 Would you Kindly Attach the enclosed exhibit
arked as EXHIBIT 3, to plaintiffs recently
submitted:

 MOTION FOR LEAVE TO RESPOND/MOVE TO
STRIKE DEFENDANTS OPPOSITION TO PLAINTIFFS
MOTION FOR PRELIMINARY INJUNCTION WITH EXHIBITS.
 or present it to Hon. Nathaniel M. Gorton at your
 opportunity. Thankyou for your time and help.

sincerely
Keith Niemic

copy

**Clinical Guidelines**

# Pain Management

Department of Correction, MA

CARL SINGLETARY, M.D.

MAR 1 6 2005

# Table of Contents

| | |
|---|---|
| Introduction | page 3 |
| Representation on the Task Force | page 4 |
| Process and Standards | page 5 |
| Definition of Terms | page 6 |
| References | page 7 |
| Patient Assessment and Plan of Care | page 8-9 |
| Security | page 10 |
| Differentiation of Pain Syndrome | page 11 |
| Recommendations for Treatment | page 12 |
|     Mild to Moderate Pain | page 12 |
|     Moderate to Severe Pain | page 13 |
|     Treatment with Opioids | page 13 |
|     Neuropathic Pain | page 14 |
|     Tricyclic Antidepressants | page 14 |
|     Headaches | page 15 |
|     Back Pain | page 16 |
| Drug Ordering, Acquisition and Administration | page 17 |
| Withdrawal Syndrome and Tapering Long Acting Opioids | page 17 |
| Educational Needs Identified by the Task Force | page 18 |
| Appendices | page 19-25 |

# Introduction

## Problem Statement

The Department of Correction is a unique setting where many of the patients treated for pain have a history of substance abuse and present security issues such as cheeking, trading and selling medications. This presents the prescriber with many challenges in assessment and treatment. The balance of addressing chronic pain syndromes appropriately while minimizing the risks from opiate use, within this setting, is the main impetus of this Task Force.

**The objectives of the Task Force are as follows:**

- To assist practitioners in the overall management of patients with chronic pain, with specific recommendations for treatment of common chronic pain syndromes.

- To ensure appropriate and adequate treatment of pain, using a step-wise approach, as described by the World Health Organization.

- To provide parameters for the appropriate use of opiates, while monitoring for efficacy and minimizing pseudoaddiction and aberrant behavior.

- To outline educational tools and opportunities, in the current concepts of pain management, for all healthcare providers.

- To describe the use of a multidisciplinary team to assist in complicated cases, with defined responsibilities for team participants.

- To define a system for drug ordering, acquisition and administration that ensures patient confidentiality and safety, while maintaining appropriate drug control and security.

- To implement a prescriber-patient contract, whereby informed consent is obtained, the expectations of both the provider and patient for the duration of care are spelled out and the risks and benefits of long-term opiate treatment is outlined.

3

# Representation on the Task Force

## Multidisciplinary Team

**Primary Authors:**

Kathryn Crandall, R.Ph., MS
Clinical Pharmacist
McKesson Medication Management

Rabiah Dys, R.Ph., PharmD Candidate
Clinical Pharmacist
McKesson Medication Management

**Advisory Committee:**

Asma Ahmed, ANP
MCI Shirley
Correctional Medical Services

Maria Angeles, MD
Medical Director, MCI Shirley
Correctional Medical Services

Sharon Cullen, PT
Physical Therapist
Correctional Medical Services

Vivian Donnelly, RN
Regional Director of Nursing
Correctional Medical Services

Thomas Kelley, R.Ph.
Clinical Pharmacist
State Office of Pharmacy Services

Michael LaFerney, RN
Executive Director of Nursing
Bridgewater State Hospital
Correctional Medical Services

Mary Lou Foti, RN
Director of Nursing, MCI Shirley
Correctional Medical Services

Joanne Mauldin, RN
Health Services
Department of Correction

Carol A. Mici
Deputy Superintendent
MCI Shirley
Department of Correction

Marilyn Morningstar, RN
Health Service Administration,
MCI Shirley
Correctional Medical Services

Dale Rauch, MD
Chief Psychiatrist, DOC
University of Massachusetts
Medical School

Kevin Sabourin, RN, BSPA
Regional Administrator
Division of Health Services
Department of Correction

4

# Process and Standards

## Approach and Recommendations

The recommendations provided within this report include the Task Force's collective analysis, evaluation and opinion based on conferences, where a review of the medical standards and literature is examined. The need for consensus guidelines arise when clinicians desire guidance on a subject for which there is a relative deficiency of evidence. Once written and approved by the Task Force, the guidelines are presented to the Pharmacy and Therapeutics Committee for discussion and approval.

This report will focus on a global approach to caring for patients with chronic pain, involving modalities from different disciplines. The pharmacology algorithms are merely one segment of this report and the involvement of multiple disciplines will also be outlined. Since there is a relative lack of evidence-based studies in the treatment of previous substance abusers with opiates, the panel has adopted a step-wise approach to treating pain, as outlined by the World Health Organization. This report will foster a continued effort to improve education, provide clinical training programs regarding chronic pain management, and the proper role and use of opioids.

Security issues are also paramount within the Department of Correction. The guidelines herein will address approaches that will be followed to minimize security breaches and opiate misuse, while patients are treated for pain.

# Definition of Terms

- **Addiction-** a primary, chronic, neurobiologic disease with genetic, psychosocial and environmental factors influencing its development and manifestations. It is characterized by behaviors that include one or more of the following: impaired control over drug use, compulsive use, continued use despite harm and craving.

- **Chronic Malignant Pain-** pain associated with a terminal illness, i.e. cancer, end-stage organ failure, persisting throughout the disease progression. The change in pain quality and intensity usually increases with time.

- **Chronic Non-Malignant Pain-** pain that persists over time beyond the expected healing period. It may be associated with levels of underlying pathology that do not explain the presence or extent of pain, and is often associated with affective and behavioral responses to the pain.

- **Metabolite Accumulation Syndrome-** compounds that can accumulate and produce a characteristic syndrome. The features of this syndrome include anxiety, jitteriness, tremor, multifocal myoclonus, encephalopathy, convulsions, and death.

- **Neuropathic Pain-** Pain that is caused by a lesion in or dysfunction of the nervous system.

- **Non-Steroidal Anti-inflammatory Drugs (NSAID)-** An aspirin-like drug used to reduce inflammation and pain, caused from injured tissue.

- **Opiate/Opioid-** an opiate refers to a drug like morphine that is naturally derived from opium. An opioid refers to a synthetic molecule having similar chemical and pharmacological properties as opiates.

- **Physical Dependence-** a state of adaptation that is manifested by a drug class specific withdrawal syndrome, produced by abrupt cessation, rapid dose reduction, decreasing blood level of the drug, and/or administration of an antagonist.

- **Pseudoaddiction-** a phenomenon resembling behaviors of addiction. This occurs when pain is undertreated (insufficient dose, incorrect frequency); and, usually resolves when pain is adequately treated.

- **Somatic Pain-** pain arising from somatic structures (e.g., skin, bones, muscle, joint). It is typically well localized ("my left finger"), and worsened by palpation or movement of the affected part.

- **Tolerance-** the development of tolerance may occur to both the desirable and undesirable effects of the drug and is variable between individuals. It is more prevalent for tolerance to develop towards constipation, sedation and respiratory distress than it is towards the analgesic effects of the drug. The effect of tolerance would require a higher dose of the drug to achieve the same effect. In chronic, stable disease, tolerance towards analgesia is minimal.

- **Visceral Pain-** pain arising from pathology of the visceral organs, such as bowel obstruction or pancreatitis. Such pain is typically poorly localized (e.g., my whole belly hurts) and is associated with visceral symptoms (e.g., nausea, vomiting).

- **World Health Organization (WHO) Ladder-** Recommendations for titration of therapy for pain known as the "analgesic ladder." The ladder presents a three-step algorithm for using medications in the treatment of cancer pain, and includes five major treatment concepts: (1) by the mouth, (2) by the clock, (3) by the ladder, (4) for the individual, and (5) with attention to detail.

# References

1. Bradley LA, McKendree-Smith NL. Central nervous system mechanism of pain in fibromyalgia and other musculoskeletal disorders: behavioral and psychologic treatment approaches. *Current Opinion in Rheumatology* 2002; 14:45-51.
2. Brechner VL. Reflex sympathetic dystrophy. In: Weiner R. ed. Pain Management: A practical guide for clinicians. 5th Ed. Boca Raton, CRC Press, 1998.
3. Chapman SL, Byas-Smith MG, Reed BA. Effects of intermediate- and long-term use of opioids on cognition in patients with chronic pain. *Clin J Pain* 2002 July/August; 18(4): S83-S90.
4. Cohen MJ, Jasser S, Herron P, Margolis CG. Ethical perspectives: Opioid treatment of chronic pain in the context of addiction. *Clin J Pain* 2002 July/August; 18(4): S99-S107.
5. Gatchel RJ, Noe CE, Pulliam C, Robbins H, Deschner M, Gajraj N, et al. A preliminary study of multidimensional pain inventory profile differences in predicting treatment outcome in a heterogeneous cohort of patients with chronic pain. *Clin J Pain* 2002 May/June; 18(3): 139-43.
6. Glison AM, Jranson DE. U.S. policies relevant to the prescribing of opioid analgesics for the treatment of pain in patients with addictive disease. *Clin J Pain* 2002 July/August; 18(4): S91-S98.
7. Jamison, RN. Introduction. *Clin J Pain* 2002 July/August; 18(4): S1-S2.
8. Kadsan ML, Johnson AL. Reflex sympathetic dystrophy. *Occupational Med* 1998; 19(3): 521-531.
9. Lindenfeld TN. Reflex sympathetic dystrophy and pain dysfunction in the lower extremity. *J Bone Surg Am* 1996 December; 78-A (12); 1936-44.
10. Linton, SJ. A review of psychological risk factors in back and neck pain. *Spine* 2000 May 1; 25(9): 1148-56.
11. Menefee LA, Katz NP. PAINEDU Manual. Inflexxion, Inc. Available at: http://painedu.org/manual.asp Accessed on August 9, 2002.
12. Mont MA. Current concepts review. Non-Traumatic avascular necrosis of the femoral head. *J Bone Joint Surg Am* 1995 March; 77-A (3): 459-74.
13. Nedeljkovic SS, Wasan A, Jamison RN. Assessment of efficacy of long-term opioid therapy in pain patients with substance abuse potential. *Clin J Pain* 2002 July/August; 18(4): S39-S51.
14. Pittman DM, Miles JB. Complex regional pain syndrome. *Am Fam Phys* 1997; 56(9): 2265-70.
15. Robinson RC, Gatchel RJ, Polatin P, Deschner M, Noe Carl, Gajraj, Noor, et al. Screening for problematic opioid use. *Clin J Pain* 2001 September; 17(3); 220-8.
16. Rothschild BM. Diagnosing and treating fibrositis and fibromyalgia. *Geriatric Consultant* 1990; 9(5/6); 26-8.
17. Rothschild BM, Fibromyalgia: An Explanation for the aches and pains of the 90's. *Comprehensive Therapy* 1991; 17(6): 9-14.
18. Strain EC. Assessment and treatment of comorbid psychiatric disorders in opioid-depemdent patients. *Clin J Pain* 2002 July/August 2002; 18(4): S14-S7.
19. Swica Y, Breitbart W. Treating pain in patients with AIDS and a history of substance use. *West J Med* 2002; 176(1): 33-9.
20. Turk DC. Combining somatic and psychosocial treatment for chronic pain patients: Perhaps 1+1 does =3. *Clin J Pain* 2002 December; 17(4): 281-3.
21. Weaver M, Schnoll S. Abuse liability in opioid therapy for pain treatment in patience with an addiction history. *Clin J Pain* 2002 July/August; 18(4): S61-S69.
22. Wolfe F, Smythe HA, Yunus MB, Bennett RM, et al. The American college of rheumatology criteria for the classification of fibromyalgia. *Arthritis Rheum* 1990; 33:160-72.
23. Wolff K. Characterization of methadone overdose: Clinical considerations and the scientific evidence. *Therapeutic Drug Monitoring* 2002 August; 24(4): 457-470.
24. Yunus M, Masi AT, Calabro JJ, Miller KA, Feigenbaum SL. Primary fibromyalgia (fibrositis): Clinical study of 50 patients with matched normal controls. *Semin Arthritis Rheum* 1981;11:151-71.

# Patient Assessment and Plan of Care

The goals of pain management, aside from identifying and addressing the cause of pain, are to decrease the experience of pain, and to maintain or improve the patient's capability to function in daily living activities. Frequent assessment and documentation is required to manage the subjective and variable nature of a patient's pain relative to severity and the degree to which it causes suffering and disability.

**Patient assessment** and a **care plan** for chronic pain management should be initiated when:

- The patient does not experience relief from therapeutic doses of NSAID's, acetaminophen, or Cox-2 inhibitor

- The patient requests increasing doses of medication or narcotic analgesic; or

- The prescriber determines that a narcotic analgesic is indicated for chronic use (longer than 30 days); or when

- The prescriber requests such an assessment and care plan

## Assessment

A thorough pain evaluation requires detailed information obtained directly from the patient, and subjective and objective observations of staff in several disciplines. The legitimacy of reported pain is best evaluated through input from multiple providers and disciplines. Assessment should include:

**Practitioner:** Identify physical diagnoses underlying the pain syndrome. Assess and document patient's current report of pain, using Brief Pain Inventory (BPI) (Appendix 1) and pain scale (Appendix 2). Examine (physical exam) and interview patient and review prior documentation regarding substance abuse history and efficacy of medications.

**Patient:** Describe the experience of pain, expectations of treatment. Sign both consent and agreement for treatment. (Appendices 5-6)

**Mental Health:** Patients meeting the above criteria shall be referred to the site Mental Health Service for evaluation of comorbid psychiatric disorders which may require treatment. The Mental Health Services will also evaluate the patient's suitability for other Mental Health Services which may be available (e.g. cognitive/behavioral therapy.)

**Physical Therapy:** Evaluate patient

**Pharmacist:** Review of pain medication history; may interview patient

**Nursing:** Perform patient assessment, medication compliance history

**Health Services Administrator:** Contact designated DOC administrator regarding any prior disciplinary issues involving controlled substances

8

## Team Meeting

The above parties will meet to evaluate all information collected, assess the patient's condition, and develop a care plan. The primary care provider, who holds the ultimate responsibility and authority in determining the course of action, must approve the plan.

## Implementation

The primary care provider will meet with the patient to discuss implementation of the care plan, expectations for therapeutic outcomes, and goals of therapy. The provider may request other disciplines, as needed, to assist with patient education.

- The patient will review and sign the care plan and patient-prescriber contract. This indicates understanding of the treatment modalities to be employed and the expectations of the patient's participation in all prescribed modalities as a condition of ongoing treatment with narcotic analgesics.

## Ongoing Assessment

**Medical:** Monthly evaluation visit: assess for changes in underlying condition and efficacy of pain control; assess and treat unwanted side effects.

- Assess patient within 7 days of a medication change to evaluate for efficacy and side effects
- Toxicology studies may be ordered, as indicated, for adherence and abuse concerns
- Documentation of patient's function, sleep, mood, social, and diet
- Coordination of care among disciplines.

**Patient:** maintain pain diary (Appendix 3), pain scale; communicate expectations and needs

**Nursing:** observations, documentation of side effects or efficacy/non-efficacy of medication, medication compliance

- Communication and coordination with housing staff: monitoring level of function and daily activities

**Mental health:** intervention and documentation as appropriate

**Physical Therapy:** intervention and documentation as appropriate

**Administrator:** reports of complaints from patient; disciplinary issues

**Team review** of any report of medication misuse or patient's ongoing requests for medication increase. Periodic team meetings should be scheduled regularly, to evaluate complex cases.

# Security

Narcotic analgesics are restricted to dose-by-dose administration by licensed nursing staff to provide strict accountability. Keep On Person distribution is not allowed for controlled substances in Schedules II through V, to prevent illicit sale and trading between inmates.

All oral narcotic analgesics will be dispensed as crushed or liquid doses, unless product efficacy would be compromised (i.e., extended-release products). When oral doses cannot be crushed, the security personnel observing the medication pass will perform thorough mouth checks to assure ingestion of the product.

Special housing (Infirmary, SHU, etc.) may be necessary for ongoing observation, assessment and monitoring of patients during medication adjustment periods, or when, in the opinion of the practitioner, concurrent health issues warrant closer observation. Special housing allows for closer monitoring for side effects of analgesics (oversedation, falls, etc.), as well as documentation of medication efficacy or non-efficacy, pain patterns and sleep patterns. Special housing is not to be used as alternative to treatment, and is not to be used as a punitive measure in patients who misuse medication or are non-compliant with prescribed therapies.

The Superintendent of any facility may place additional restrictions on the distribution of specific narcotic agents within the facility, or areas of the facility to ensure the security and safety of staff and inmates. However, the determination of a patient's need for a specific therapy lies solely with the prescriber.

CARL SINGLETARY, M.D.

MAR 1 6 2005

# Differentiation of Pain Syndromes

The patient's record must reflect a primary diagnosis underlying the pain. The patient's symptoms should be related to the diagnosis, and specific symptoms should be described. Ongoing and potential alternative treatments for the diagnosis should be outlined: physical therapy, surgery, etc. The prognosis for the condition and expectation of progression should be documented and periodically updated.

Chronic non-malignant pain

- Lower back pain
- musculoskeletal pain
- Fibromyalgia
- Reflex Sympathetic Dystrophy

Chronic malignant pain

- Cancer or terminal illness

Neuropathic pain

- Diabetes
- HIV/AIDS
- Trauma

Headache Syndromes

- Primary
- Secondary

# Recommendations for Treatment

A stepwise approach to pain medications has been developed for each pain syndrome. Prescribers are encouraged to use formulary alternatives as first-line agents, followed by non-formulary alternatives, if indicated, to improve efficacy or manage side effects.

## Mild-Moderate Pain: Formulary Alternatives

Acetaminophen (Tylenol®)
Aspirin
**NSAID:** Ibuprofen (Motrin®) and Naproxen (Naprosyn®)
**Cox-2 Inhibitor:** Rofecoxib (Vioxx®)
**Adjunctive Therapy:** capsaicin cream, intra-articular steroids, and oral steroid taper

( FIRST LINE )

Non Steroidal Antiinflammatory Agents

| Acetaminophen | Aspirin | Ibuprofen | Naproxen Sodium |
|---|---|---|---|
| 325mg or 500mg | 325mg | 400mg, 600mg, 800mg | 250mg, 375mg, 500mg |
| 650mg PO Q4-6h | 650mg PO Q4-6h | 400mg PO Q6h | 250mg PO Q12 |
| Max 4000-6000mg/day | 4000-6000mg/day | Max 3200mg/day | Max 1325-1375mg/day |

Liver dysfunction

h/o of bleeding or anticoagulant tx (monitor INR to adjust dose)
Intolerance to NSAIDs

Cox-2

( SECOND LINE )

**Rofecoxib**
12.5mg, 25mg
25 PO QD
Max 50mg PO QD
For 5 days

Safety of chronic dosing at 50mg has not been evaluated

12

## Moderate to Severe Pain: Formulary Alternatives

**Non-opioid Agent**
Tramadol (Ultram®)

**Combination Agents**
Acetaminophen with Codeine 300mg/30mg (Tylenol #3®)
Oxycodone with Acetaminophen 5mg/325mg (Percocet®)



## Moderate to Severe Pain not Controlled with Optimum Combination Regimen: Formulary Alternatives



13

## Tricyclic Antidepressants

When **continuous pain** predominates, a tricyclic antidepressant (TCA) is the drug of choice. In the event of no relief or inadequate relief with the first agent tried, an alternative TCA may be tried.

The mechanism of action of the TCA's is to block the re-uptake of both norepinephrine and serotonin. Activity occurs in the endorphin modulated descending (inhibitory) pain pathways, by reducing the spontaneous firing of neurons involved in pain perception. TCA's are effective in pain management in the absence of depression.



An anticonvulsant may be added if the TCA provides only partial relief.

## Neuropathic pain

When **lancinating** pain predominates, an anticonvulsant is the drug of choice. Use an alternative anticonvulsant for no relief or inadequate relief. Add a TCA if only partial relief is achieved with anticonvulsant. In refractory cases, venlafaxine, baclofen, mexiletine, and clonidine are alternatives.



14

# Headaches

## Acute Migraine Headaches



```
More than 2 episodes/month
Prophylactic Candidate
Rebound HA may result from
Excessive Use
```

```
NSAID
Maximum tolerated Dose
Ibuprofen, Naproxen
```

```
ASA, APAP/ASA/caffeine comb
Fioricet, Fiorinal
```

```
Isometheptene compound
Midrin
Tension HA: 2 caps PO Q4 Max 8 caps/day; 16 caps/month
Migraine: 2 caps @ onset; Max 5 caps/12h; 20/month
```

```
Sumatriptan
Imitrex
50mg PO @ onset; may repeat after 2hrs; Max 200mg/day
400mg/month
```

## Prophylactic Treatment for Migraine

Rebound headache may result from excessive use of any of these medications. Patients having more than two episodes per month may be candidates for prophylactic treatment.

### Prophylactic Treatment For Migraine

| Menstrual migraine Other Predictable Pattern | HTN, CAD anxiety | Co-existent tension HA, Depression, Asthma, CHF, Sleep disturbance | Seizure Disorder Bipolar disorder |
|---|---|---|---|
| Peri-menstrual NSAID Ibuprofen 400-800mg PO TID Naproxen 250-500mg PO BID | Beta-blocker Propranolol LA 80-240mg PO QD | TCA Amitriptyline 10-150mg PO QHS | Valproic Acid 250-500mg PO BID |
| | Calcium Channel Blocker Diltiazem SR 60-180mg PO BID | | Calcium Channel Blocker Diltiazem SR 60-180mg PO BID |
| | SSRI Fluoxetine 20-60mg po QD | | |
| | Valproic Acid 250-500mg PO BID | | |

15

# Back Pain

## Low Back Pain

Guidelines may be implemented as outlined above for mild to moderate pain, moderate to severe, and most severe pain requiring opiate level analgesia. The care plan should address activity and functional assessments, which may require physical therapy or occupational therapy in addition to pharmacologic management.



LOW BACK PAIN

## Fibromyalgia and Regional Pain Syndromes

Require multiple modalities including psychological counseling, physical therapy, lifestyle modifications, behavioral approaches and thorough evaluations for other possible pathologies. Use of narcotic analgesics is a last resort in this patient population and may often exacerbate sympathetic pain transmission.

# Drug ordering, Acquisition and Administration

- Schedule II controlled substances may be ordered for a maximum duration of 14 days for chronic pain. This includes routinely dosed medications, as well as "prn" orders for breakthrough pain.
- Schedule II controlled substances for acute pain may be ordered for a maximum duration of 7 days.
- The quantity of medication to be dispensed must be specified by the prescriber on all orders for narcotic analgesics.
- Prescriptions for narcotic analgesics must specify an exact dose of medication to be used within given parameters. Dosing ranges are not allowed.
- Patients receiving schedule II and III analgesics must be examined by a provider, at least every thirty days.
- Patients about to receive chronic opioid therapy must sign a consent and an agreement before commencement of therapy, (Appendices 5-6)

## Medication Security

- The nurse receiving medications delivered to the facility is responsible for signing the narcotic medications into the count with a licensed witness or before releasing the narcotic count to another nurse.
- Policy dictates that narcotic medications are to be stored in a double-locked cabinet at all times. The Health Services Administrator is responsible for assuring that adequate storage is available for narcotics, with regard to cabinet size and locking mechanisms. DOC Health Services should be contacted in the event that storage cabinets are inadequate for securing narcotics.
- In order to minimize possible medication errors and narcotic documentation errors, prescribers are encouraged to simplify medication regimens by minimizing the number of different doses and dosage forms prescribed, whenever possible.

## Withdrawal Syndrome and Tapering of Chronic Opiate Treatment

- Chronic use of opioids exceeding one month in duration may elicit withdrawal symptoms upon abrupt discontinuation. Withdrawal syndrome is associated with any or all of the following: runny nose, yawning, large pupils, goose bumps, abdominal pain and cramping, diarrhea, irritability, aches throughout body and a flu-like feeling. Certain medicines (Nubain®, Stadol®) may reverse the action of opioids and can cause a withdrawal syndrome. The following is a guideline for tapering an individual off long acting opioids and may require the clinical judgment of the provider to intervene and minimize withdrawal symptoms.

    Reduce by 50% of previous daily dose for 2 days, then
    Reduce by 25% every 2 days until a dose equivalent to 30mg oral morphine is reached
    Continue at this dose for 2 days
    Discontinue or may institute short-acting drug for an additional few days

# Educational needs identified by the Task Force

## Prescribers

- Treatment guidelines for specific indications
- Policy and procedure regarding controlled substance prescribing within the DOC
- Recognition of drug-seeking behavior and impact of addiction on pain management strategies

## Nursing

- Treatment guidelines
- Policy and procedure regarding controlled substance prescribing within the DOC
- Recognition of drug-seeking behavior and impact of addiction on pain management strategies

## DOC Staff and Administrators

- Community standards for pain management
- Security protocols for narcotic medications

CARL SINGLETARY, M.D.

MAR 1 6 2005

18