UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

KEITH NIEMIC,
PLAINTIFF,

v.

PATRICK MULVEY, D.O.C.
and UMCH ETAL
DEFENDANTS

CIV. AC. NO. 04-11482-NMG

## MOTION FOR RELIEF FROM JUDGMENT OR ORDER

The pro se plaintiff does move that the court pursuant to Fed. R. Civ. P. 60(a) and US Dist. Court Local Rule 116.7 Correct its prior ruling on plaintiffs motion for Default Judgment filed on December 21, 2005, Document 77.

For reason's therefor, this Court did rely on the fact that the clerk did not first make an entry of default in this case, and did then treat plaintiffs motion for default Judgment "as one seeking both entry of default under Fed. R. Civ. P. 55(a) and Judgment by default under subsection (b) of that rule;" and thus denied the motion.

However, the plaintiff on June 26, 2005 while filing response to the "U.Mass defendants" counterclaim, did explicitly request the Clerk of Court to file entry of default on the D.O.C. defendants, with Affidavit in support, (see attached Exhibit 1.) see Docket Entry No. 52

PLAINTIFF'S MOTION FOR
RELIEF FROM JUDGEMENT
OR ORDER

The plaintiff who respects and understands how courts prefer to resolve disputes on the merits, and thus disfavoring default judgments. (pg. 11 document 77)

However plaintiff respectfully requests that the record reflects his request of the clerk for entry of default on the D.O.C. defendants, (see EXHIBIT-1) and as such instances wherein the defendants have failed to plead or defend by the time limits set forth by the court, and Fed.R.Civ.P. 55(a) is mandatory language and by such inadvertence, plaintiff was prejudiced due to the clerks failure to file entry of Default. (See Document 77, pg 11.)

WHEREFORE, plaintiff respectfully requests that the court acknowledge, and order that the record reflect plaintiffs timely request for entry of Default, and any other ruling or judgment as the court deems proper & just.

DATE: 2-6-06

Respectfully Submitted

Keith Niemic
PO BOX 43
Norfolk, MA 02056

I do hereby certify that a true copy of the above has been served upon each attorney for the defendants by first class mail on this day: 2-17-06

2