UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHU-
SETTS

KEITH NIEMIC,
    Plaintiff,
VS.                                    CIV. AC. NO. 04-11482-NMG

MICHAEL MALONEY ET AL,
    Defendants

## MOTION FOR RELIEF FROM JUDGMENT OR ORDER

The pro se plaintiff does move that the court Reconsider and Amend its 12-21-05 judgment and order, in which it denied plaintiff's motion for preliminary injunction against the U-mass medical defendants.

As grounds therefor plaintiff does have newly discovered evidence of which he did not have previous access to, and such evidence is material to the matter in which plaintiff seeks preliminary injunctive relief, pursuant to fed.R.civ.P 60(b), and such evidence is substantial in satisfying the (4) criteria necessary for such injunctive relief pursuant to Fed.R.Civ.P. Rule 65.

The plaintiff does make adoption by Reference pursuant to Fed.R.Civ.P. 10(c) to his sworn statement of facts, and supporting exhibits contained in his accompanying MOTION FOR LEAVE TO RESPOND/MOVE TO STRIKE (D.O.C.) DEFENDANTS OPPOSITION TO PLAINTIFFS MOTION FOR PRELIMINARY INJUNCTION; to support this motion.

I do certify that a true copy of the above was served upon counsel for the defendants by first class mail on this day: 2-17-06
/s/ Keith Niemic

Respectfully Submitted
DATED: 2-14-06
/s/ Keith Niemic
Keith Niemic W61426
PO BOX 43 SMU-1
NORFOLK, MA 02056