UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KEITH NIEMIC, Plaintiff,

v.

STANLEY GALAS, ET AL., Defendants.

CIVIL ACTION NO. 1:04-CV-11482-NMG

## AFFIDAVIT OF PLAINTIFF KEITH NIEMIC

I Keith Niemic hereby depose and state that the following is a true statement of facts to the best of my knowledge and memory:

1. I am the pro se plaintiff in the above entitled matter who did serve upon the office of the United States Marshal by return reciept certified mail the following, to serve upon the U-MASS medical, and the MASSACHUSETTS DEPARTMENT of CORRECTION defendants:

   20 complaints
   20 copies of summons, and other relevant documents on May 17, 2005.

2. Approximately on June 22, 2005 the U-MASS medical defendants: Stanley Galas, Arthur Brewer, June Binney, Jeff Shorey, Kara Erdody, Donna Fitzgerald, Donald Kern, and Gurvinder Jaiswal, did file answer to plaintiffs complaint.

3. As of June 26, 2005, NEITHER OF THE REMAINING Department of Correction defendants: David Nolan, Peter Allen, Ann Marie Aucoin, Gary Hebda, Beverly Veglas, Rick Solomon, Susan Martin, Kristie Ladouceau, David Brien, Paul Murphy, and Pat Mulvey have yet to answer plaintiffs complaint as explicitly required by this courts order on 4-4-05

SIGNED UNDER PENALTIES OF PERJURY
DATE: 6-26-05

Keith Niemic, pro se