

UMASS CORRECTIONAL HEALTH
UMASS MEDICAL SCHOOL
A Commonwealth Medicine Program

# Inmate Grievance and Appeal Form

Facility: MCI-NORFOLK Grievance ☑ Date: 2-6-06

Inmate First Name: KEITH ID#: W61426 Appeal ☑ Date: 2-10-06

Inmate Last Name: Date of Birth: Housing Unit:

Summary of Grievance or Reason for Appeal (Attach Additional Sheets As Necessary):

(PSYCHIATRIST) DR FELDER DID ARBITRARILY AND RETALIATE AGAINST THE PLAINTIFF FOR FILING COMPLAINTS. WHEREUPON DR. FELDER DID OPENLY DISCLOSE MY PSYCHIATRIC TREATMENT TO INMATES ON THE TIER WITHOUT MY CONSENT IN VIOLATION OF MGL c 214 § 1B and c. 233 § 20B; LACK of INFORMED CONSENT, AND WHO ABRUPTLY DISCONTINUED MY DAILY MEDICATION of ADDERAL FOR WHICH HAS BEEN EFFECTIVELY HELPING ME FOR SEVERAL YEARS AND WHO STOPPED WHILE AT 40 MGS a day with NO TAPER, THE MALEVOLENCE of WHICH WAS MEANT TO CAUSE HARM BECAUSE I AM SUPPOSED TO START THE TOXIC PEGELATE LIVER TREATMENT SOON, AND DON'T KNOW IF I'LL BE ABLE TO BECAUSE I'M SUFFERING WITHDRAWAL, DEPRESSION, ANXIETY AND CHEST PAINS, LOSS of APETITE, SLEEP, AND CAN'T READ OR DO LEGAL WORK IN VIOLATION OF THE ADA of 1990 U.S.C.A. CONST AMENDS 4, 5, 8 and 14 (and Art. 114 [illegible])

Remedy Requested (Attach Additional Sheets As Necessary):

THAT DR. FELDER BE GIVEN REPRIMAND AND TO IMMEDIATELY BEGIN TITRATION OF ADDERAL TO BE PROPERLY TAPERED OFF, OR TO BE GIVEN AN IMMEDIATE ALTERNATIVE TREATMENT TO ADDRESS PLAINTIFF'S CURRENT ANXIETY/DEPRESSION, LOSS of SLEEP, etc. OTHERWISE YOUR FAILURE TO IMMEDIATELY ADDRESS THE SERIOUSNESS OF THIS MATTER WILL RESULT IN YOUR INCLUSION IN A CIVIL RIGHTS COMPLAINT THAT WILL BE FILED ON DR. FELDER

| Inmate Signature: | Date: |
|---|---|
| Keith [signature] | 2-6-06 |

| Date Received: | | Staff Recipient: | | Routed To: | |
|---|---|---|---|---|---|

copy: file
DOC Health Services Division
U.S. Dist Court

# COMMONWEALTH OF MASSACHUSETTS

## DEPARTMENT OF CORRECTION

## INMATE GRIEVANCE APPEAL FORM

## FORWARD TO SUPERINTENDENT

**Name** NIEMIC KEITH **Institution** MCI NORFOLK

**Number** W61426 **Housing** SMU1 **Appeal Date** 19-JAN-2006 **Date Of Grievance** 27-DEC-2005

**Appeal Received Date** 30-JAN-2006

**Appeal** 15641 - On 12-23-05 Dr. Felder did disclose private medical information pertaining to my mental health treatment and diagnosis to Guard Antonio Servello, without my consent, in violation of MGL. C. 233 20B in which I was neither being a threat to myself or others, alos in violation of MGL c. 214 1B: ADA of 1990 and MGL c. 111 70E, F; where upon c/o Servello did coercinery issue me a disciplinary report, thereby utilizing an explicit except or quotation from my private discussion with the psychotherapist. The trespass of which did cause extreme emotional distress including that caused by the IGC arbitrary decision.

**Remedy Requested** To have both c/o Servello and Dr. Felder reprimanded and to dismiss this d-report. The failure of which will result in my never again discussing any problems with mental health, and costly litigation of which you are personnally put on notice.

**Staff Recipient** Kenney Kimberly A CO II

**Signature**

## DECISION BY SUPERINTENDENT

**Appeal Received Date** 30-JAN-2006 **Decision Date** **Decision**

**Decision By**

**Reasons**

**Signature** **Date**

## INMATE RECEIPT

**Inmate's Name** NIEMIC KEITH **Institution** MCI NORFOLK

**Number** W61426 **Appeal Received Date** 30-JAN-2006

**Staff Recipient** Kenney Kimberly A CO II

**Superintendent's Signature**

491.12 - Appeal Process

Duties and Responsibilities - Upon receipt of an inmate's appeal, the Superintendent's office shall date the form. Written notification of receipt of the grievance shall be forwarded to the inmate.

**(Please be advised Inmate receipt/responses will be generated via the Inmate Management System)**

*(This appeal form acts as notification of receipt)*

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE FORM
## FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

**Name** NIEMIC KEITH **Grievance#** 15641 **Institution** MCI NORFOLK

**Commit No.** W61426 **Housing** SMU1 **Date Of Incident** 20051223 **Date Of Grievance** 20051227

**Complaint** On 12/23/05 while discussing my mental health and diagnosis/ treatment with psychiatrist Dr. felder, CO antonio servello was sneakily eavesdropping on discussions between a patient and psychotherapist in violations of my liberty interests in the matter pursuant to MGLC 233, 20b. and rights to privacy MGLC 214, 1b. where neither Dr. Felder nor myself requested this CO to listen to our Dr. patient exchange nor did Dr. Felder request Deputy or DOS or CO servello to write me a d report. Which he took upon himself a discretionary act that's illegal.

**Remedy Requested** To have this D report withdrawn and dismissed to have this officer educated on the mandated rights of psychotherapist and patient privilege pursuant to MGL c. 233 20B and to be given a private office or room to see such psychotherapist otherwise I will never again see mental health care.

**Staff Recipient** Kenney Kimberly A CO II

**Staff Involved**

**Signature**

## RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20060113 **Decision Date** 20060117

**Signature** Kenney Kimberly A CO II

**Final Decision** Non-Grievable Disciplinary

**Decision** In accordance with 103 CMR 491- Inmate Grievances, Disciplinary decisions and/or recommendations are non-grievable through this process.

The location of this and future interviews are at the discretion of the Correctional Mental Health clinician. The Special Management Unit Staff are required to maintain their presence and conduct frequent rounds of the tiers, thus documenting all significant occurrences. Furthermore, this referenced disciplinary report does not divulge any confidential interactions between yourself and the Correctional Mental Health clinician just the infraction of abusive language towards that staff member.

**Signature** K. Kenney **Date** 1-17-06

**Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.**

## INMATE RECEIPT

**Name** NIEMIC KEITH **Institution** MCI NORFOLK

**Commit No.** W61426 **Grievance#** 15641 **Date Received** 20060113

**Signature.** Kenney Kimberly A CO II

# COMMONWEALTH OF MASSACHUSETTS

## DEPARTMENT OF CORRECTION

## INMATE GRIEVANCE APPEAL FORM

## FORWARD TO SUPERINTENDENT

**Name** NIEMIC KEITH **Institution** MCI NORFOLK

**Number** W61426 **Housing** SMU1 **Appeal Date** **Date Of Grievance** 28-DEC-2005

**Appeal Received Date** 09-FEB-2006

**Appeal** 15642 - I was denied access to Mental Health Treatment in which I was experiencing suicidal thoughts and have a history of such. On 12-22-05 I filed a medical grievance on psychiatrist Nancy Felder due to her gross negligence in failing to acknowledge or help me.

Dr. Felder did see me on 12-23-05 who did explicitly rely on fraudulent D-Report No. 62050 (which was dismisse) as pretext to retaliation for filing complaints on her, thereby arbitrarily reducing a current medication without any informed consent. Where Dr. Felder did further refuse to discuss my suicidal feelings with me. Causing me to suffer extreme em emotional distress.

**Remedy Requested** To have Dr. Felder reprimanded and to be given immediate access to effective, adequate and un-bias, un-arbitrary mental health care.

**Staff Recipient** Kenney Kimberly A CO II

**Signature**

## DECISION BY SUPERINTENDENT

**Appeal Received Date** 09-FEB-2006 **Decision Date** **Decision**

**Decision By**

**Reasons**

**Signature** **Date**

## INMATE RECEIPT

**Inmate's Name** NIEMIC KEITH **Institution** MCI NORFOLK

**Number** W61426 **Appeal Received Date** 09-FEB-2006

**Staff Recipient** Kenney Kimberly A CO II

**Superintendent's Signature**

491.12 - Appeal Process

Duties and Responsibilities - Upon receipt of an inmate's appeal, the Superintendent's office shall date the form. Written notification of receipt of the grievance shall be forwarded to the inmate.

**(Please be advised Inmate receipt/responses will be generated via the Inmate Management System)**

*(This appeal form acts as notification of receipt)*

# COMMONWEALTH OF MASSACHUSETTS

## DEPARTMENT OF CORRECTION

### INMATE GRIEVANCE FORM

### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

**Name** NIEMIC KEITH **Grievance#** 15642 **Institution** MCI NORFOLK

**Commit No.** W61426 **Housing** SMU1 **Date Of Incident** 20051223 **Date Of Grievance** 20051228

**Complaint** On 12/22/05 I was forced to file a medical grievance on Dr. Nancy Felder because I've previouslly felt suicidal and notified her of my negative mental state several times asking her for help. see attached E. A who left me hanging for months. Where Dr. felder did see me on 12/23/05 who did rely on d report 62050 which was fraudulant and dismissed. see ex B attached. and D report 62760 which was fraudulantly contrived and currently in court. see attched ex C and did utilize these two d reports in making her evaluation which determined that I shall not receive the proper mental health care being sought. The very reliance of which is not errogoneous but greatly prejudicial and arbitrary, discriminatory and was retaliation.

**Remedy Requested** To not ever again be retaliated against for filing grievances. For Dr. felder to be reprimanded for reliance upon such improper record and for depriving me access to adequate mental health care in addition to retaliation as I want timely unimpeded access to mental health care.

**Staff Recipient** Kenney Kimberly A CO II

**Staff Involved**

**Signature**

### RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20060113 **Decision Date** 20060117

**Signature** Kenney Kimberly A CO II

**Final Decision** Non-Griev Med Treatmnt/Diagnos

**Decision** In accordance with 103 CMR 491 - Inmate Grievances, Medical Treatment/ Diagnosis is non-grievable through this process. Your concerns have been forwarded to Mental Health Director, Denise Thomas.

**Signature** K. Kenney **Date** 1-17-06

**Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.**

### INMATE RECEIPT

**Name** NIEMIC KEITH **Institution** MCI NORFOLK

**Commit No.** W61426 **Grievance#** 15642 **Date Received** 20060113

**Signature.** Kenney Kimberly A CO II

EX-4

FORM "B"

**COMMONWEALTH OF MASSACHUSETTS**
**DEPARTMENT OF CORRECTION**
**INMATE GRIEVANCE APPEAL FORM**

| INMATE'S NAME: | INMATE'S #: | DATE: |
|---|---|---|
| Keith Niemic | W61426 | 9-6-05 |
| **INSTITUTION:** SBCC | **ASSIGNED GRIEVANCE #:** 12569 | |

**INSTRUCTIONS:**
1. Refer to 103 CMR 491, Inmate Grievance Policy.
2. Provide your appeal argument in **Block A**, in a brief and understandable manner.
3. Provide your requested remedy in **Block B.**

**A. Provide your appeal argument in a brief and understandable manner.**

I have herniated disk w/ sciatica, and upon arrival to SBCC on 7-26-05 I have not been given a physical examination pursuant to MGL c.127 §§16-18, or 105 CMR 205:100-200 (Pub. Health Min standards...)

THE DENIAL of WHICH RESULTED IN A FALL WHICH EXASPERATED my HERNIATED DISK WITH SCIATICA ON 7-27-05,.

I HAVE FILED MULTIPLE GRIEVANCES (MEDICAL) AND DID EXPLICITLY NOTIFY YOUR office (Superintendent) SEVERAL TIMES THAT "I AM GOING TO LOSE MY MIND..", UNLESS I RECIEVE PROPER AND IMMEDIATE MEDICAL CARE, DUE TO EXCRUCIATING UNENDING PAIN.

I HAVE BEEN SEEN ONCE BY AN N.P. and ONCE BY MEDICAL DIRECTOR, DR. TAVARES, BOTH of WHOM REFUSED TO PROVIDE ME WITH MORE EFFECTIVE PAIN MANAGEMENT, OR ANY MEDICAL DEVICES NECESSARY FOR MOBILITY AND SUPPORT.

THE CONTINUED DELIBERATE INDIFFERENCE TO MY SERIOUS MEDICAL NEEDS, RESULTED IN ME SWALLOWING A RAZOR IN THE HOPE of ACQUIRING EMERGENCY (PROPER) MEDICAL CARE) on 8-24-05, THAT of WHICH RESULTED IN FORCED ISOLATION, WITH NOT EVEN A SCINTILLA of MEDICAL TREATMENT IN ANY WAY, SHAPE, OR FORM.

**B. Provide your requested remedy**

TO BE GIVEN, THE EFFECTIVE, AND ADEQUATE, IMMEDIATE MEDICAL CARE NECESSARY FOR MY SERIOUS MEDICAL NEEDS, THAT ARE ALSO REFLECTED BY THE EVOLVING STANDARDS of DECENCY WITHIN THE COMMUNITY, AND SET FORTH IN THE STATUTES, AND REGULATIONS

**Inmate's Signature** [signature] **Date:** 9-6-05

**Staff Recipient**__________ **Date:**__________

**(Inmate receipts/responses will be generated via the Inmate Management System.)**

copy: file

# COMMONWEALTH OF MASSACHUSETTS

## DEPARTMENT OF CORRECTION

## INMATE GRIEVANCE FORM

## FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

**Name** NIEMIC KEITH **Grievance#** 14236 **Institution** MCI NORFOLK

**Commit No.** W61426 **Housing** SMU1 **Date Of Incident** 20051025 **Date Of Grievance** 20051026

**Complaint** EMERGENCY- On 10/22/05 at approx. lunch time I made several explicit requests to all guards in SMU1 to call mental health for me due to personal matters and requested my meds. The guards all remained seated at their desk at the end of the tier laughing and joking all of whom refused to acknowledge my medical request to see mental health and medical need. During this time other inmates were getting riled up for the guards failure to provide requested desert and toilet paper wher upon the guards did further deny me my phsychiatric and other medication resulting in a cell extraction.

**Remedy Requested** cameras installed on every smu tier facing the desk and to have all these guards educated as well as reprimanded for the harm that did result as I request damages for the physical and emotional harm that was caused to me. photos of my hand.

**Staff Recipient** Kenney Kimberly A CO II

**Staff Involved**

**Signature**

## RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20051102 **Decision Date** 20051102

**Signature** Kenney Kimberly A CO II

**Final Decision** Referred to Internal Affairs

**Decision** Due to the nature of your allegations contained within this grievance and grievance #14237, this matter has been referred to the Superintendent's Office for the appropriate review/ action.

**Signature** K. Kenney **Date** 11-2-05

**Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.**

## INMATE RECEIPT

**Name** NIEMIC KEITH **Institution** MCI NORFOLK

**Commit No.** W61426 **Grievance#** 14236 **Date Received** 20051102

**Signature.** Kenney Kimberly A CO II

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

**Name** NIEMIC KEITH **Grievance#** 14237 **Institution** MCI NORFOLK

**Commit No.** W61426 **Housing** SMU1 **Date Of Incident** 20051025 **Date Of Grievance** 20051026

**Complaint** EMERGENCY- On 10/25/05 after my repeated requests to see mental health and for my medications were ignored for several hours by Sgt. Verrier and other guards in SMU1 the resulting extreme emotional distress while under duress did cause me to resist a cell extraction by necessity by blocking my door. The several move team guards did use excessive force in violation of 103 CMR 505 as well as my statutory consitutional rights by trying to break my thumb after I was already handcuffed behind my back and showing no resistance. causing me excrutiating pain and emotional harm. I have subsequently been denied x rays for my thumb and my back as i have a herniated disk as the guards refuse to bring me to xray or for proper health care.

**Remedy Requested** I request an investigation into this matter and the findings be reported to the district attorneys office photos of my thumb I request that the participating guards be reprimanded and I further request copies of all incident reports memos and video tape any and all related material documents pursuant to mass statutory and court rules.

**Staff Recipient** Kenney Kimberly A CO II

**Staff Involved**

**Signature**

### RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20051102 **Decision Date** 20051102

**Signature** Kenney Kimberly A CO II

**Final Decision** Referred to Internal Affairs

**Decision** Due to the nature of your allegations, this grievance has been referred to the Superintendent's Office for the appropriate review/ action.

**Signature** K. Kenne **Date** 11-2-05

**Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.**

### INMATE RECEIPT

**Name** NIEMIC KEITH **Institution** MCI NORFOLK

**Commit No.** W61426 **Grievance#** 14237 **Date Received** 20051102

**Signature.** Kenney Kimberly A CO II

UMASS CORRECTIONAL HEALTH
UMASS MEDICAL SCHOOL © A Commonwealth Medicine Program

# Inmate Grievance and Appeal Form

Facility: MCI-NORFOLK
Grievance ☑ Date: 2-14-06
Inmate First Name: KEITH ID#: W61426
Appeal ☐ Date:
Inmate Last Name: [illegible] Date of Birth: [illegible] Housing Unit: [illegible]

Summary of Grievance or Reason for Appeal (Attach Additional Sheets As Necessary)

SINCE DR NANCY FELDER DISCONTINUED MY ADDERAL I HAVE BEEN EXPERIENCING CONSTANT HEADACHES, INSOMNIA, PARANOIA, EXTREME ANXIETY, LETHARGY AND CANNOT READ OR STUDY MY LEGAL WORK WHICH IS A NECESSITY BECAUSE I AM INDIGENT AND DOING ALL OF MY COURT ACTION PROSE.

PLEASE BE ADVISED THAT I DO HAVE A HISTORY OF SUICIDAL TENDENCIES AND BRIDGEWATER STATE HOSPITAL PLACEMENT, AND I AM SUPPOSED TO BEGIN HEP C TREATMENT SOON, AND AT NO TIME DID DR FELDER GIVE INFORMED CONSENT NIETHER HAVE I BEEN GIVEN ANY AXIS DIAGNOSIS

Remedy Requested (Attach Additional Sheets As Necessary)

I WANT TO BE GIVEN "THE TEST" THAT THEY GIVE TO PEOPLE WITH MY CONDITION AND TO BE PUT BACK ON ADDERAL FOR MY OWN HEALTH AND WELL BEING BECAUSE I AM LITERALLY ON MY LAST ROPE AND NEED HELP.

Inmate Signature: [signature] Date: 2-14-06

Health Services Unit Use ONLY

| Date Received: | | Staff Recipient: | | Routed To: | |
|---|---|---|---|---|---|

**UMASS CORRECTIONAL HEALTH**

**PHYSICIAN'S ORDER**

PRESCRIPTION ORDER - FOR DEPARTMENT OF CORRECTION INSTITUTIONAL USE ONLY

NAME Niemic Keith ID NUMBER W61426 D.O.B. 6/19/68

INSTITUTION SBCC ALLERGIES Benadryl

DATE 8/19/05 TIME 3P

ORDERS

D/c Adderall
Adderall 60mg PO QAM + 40mg PO Q NOON
x 30days
Pt has been on Adderall &
NonForm was previously submitted

Noted & posted [illegible] 8/19/05 1600

SIGNATURE Jane S Ferguson RNCS/PC

Interchange is mandatory unless the prescriber writes the words "no substitution" in this space:

PRINT NAME Jane S Ferguson RNCS/PC

Original (White): Retain in Inmate Medical Record
Copy (Yellow): Fax to Pharmacy; File with Pharmacy Orders

MCI CJ
Institution

# UMASS CORRECTIONAL HEALTH TREATMENT ADMINISTRATION RECORD

MONTH July 2005

| START DATE | STOP DATE | INT | DRUG - DOSE MODE - INTERVAL | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ~~6-20~~ 7/21 7/26 | ~~7-20~~ 8/21 8/26 | [illegible] | Adderall 40 mg po BID AM & Noon Crush | 8 / 12 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 5-25 | 8-25 | [illegible] | TUMS ii TABS po TID PRN | PRN | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 5-25 | 8-25 | [illegible] | Clonidine 0.1 mg po q-AM | 8 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 4-26 | 7-26 | [illegible] | Clonidine 0.2 mg po q-Noon + HS | 12 / 8 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 4-26 | 7-26 | [illegible] | Remeron 15 mg po q-HS | 8 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 6-27 | 9-27 | [illegible] | Vistaril 50 mg po q-AM PRN x 90 d. | PRN | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 5-25 | 8-25 | [illegible] | Remeron 15 mg po q-HS PRN | PRN -8 | | | | | | | | | | [illegible] | | | | | | | | | C | | | | | | | [illegible] | | | | | |

| STAFF SIGNATURE | DATE | INITIAL | STAFF SIGNATURE | DATE | INITIAL | STAFF SIGNATURE | DATE | INITIAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

NS=NO SHOW DC=DISCONTINUE R=REFUSED

| ALLERGIES: | DOB/INMATE #: | LOCATION: | NAME: |
|---|---|---|---|
| Benadryl | 6-19-69 W 61426 | ~~10-[illegible]~~ J3 #8 | Niemic, Keith (1) |