KEITH NIEMIC W61426           2-6-06
SMU-1 #110

Mr. Luis Spencer
Superintendent
MCI-Norfolk

RE: Deprivation Contractual Rights, & Grossly Negligent Health Care

Dear Mr. Spencer,

    I have a well documented case of Herniated disk, & nerve damage in my back.

    For months I've submitted multiple sick call requests, seeking a more effective pain relief, and my contractual right to "community standard" care as set forth in the Department of Correction Clinical Guidelines on pain management. At which I am only given 300 mgs a day of ultram, for pain where the daily maximum dose is 400 mgs a day, and I'm repeatedly denied my contractual right to pain management by both the Dr. and NP.

    Mr. Spencer being that it is your responsibility to see that I am provided adequate medical care pursuant to several state statutes, I am quite literally at my wits end, and cannot take this pain anymore, as I can no longer control these bad thoughts that constantly dance around in my mind in pain. Please help me Now, before I'm forced to do something against my will. Thank you   sincerely Keith Niemic

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
#### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | | | | | |
|---|---|---|---|---|---|---|
| Name | NIEMIC KEITH | Grievance# | 16119 | Institution | MCI NORFOLK | |
| Commit No. | W61426 | Housing | SMU1 | Date Of Incident | 20060207 | Date Of Grievance | 20060207 |

**Complaint:** Several times I have submitted sick call requests requesting explicitly to sign my consent and contractual right to community standard of pain relief and maintenance pursuant to the 18 page DOC clinical guidelines on pain management. In which I have been consistently been denied and keep getting shuffled around by the facade of medical care causing me extreme emotional distress and thoughts of suicide the pain is too much to bear in violation of ADA of 1990 equal protection clause and discrimination under Mass Const Art 114 of which further causes cruel and unusual punishment violating my USCA constameds 8.14.

**Remedy Requested:** To be given my right to equal protection and immediate effective pain relief and to overhaul this grossly negligent system.

**Staff Recipient:** Kenney Kimberly A  CO II

**Staff Involved:**

**Signature:**

---

## RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received:** 20060209   **Decision Date:** 20060209

**Signature:** Kenney Kimberly A  CO II

**Final Decision:** Non-Griev Med Treatmnt/Diagnos

**Decision:** In accordance with 103 CMR 491 - Inmate Grievances, Medical Treatment/ Diagnosis are not grievable through this process. Despite this outcome, your concerns contained within this grievance prompted immediate notification to both Correctional Mental Health and UMASS Medical Staff.

**Signature:** [signature]   **Date:** 2/9/06

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

---

## INMATE RECEIPT

| | | | | | |
|---|---|---|---|---|---|
| Name | NIEMIC KEITH | | | Institution | MCI NORFOLK |
| Commit No. | W61426 | Grievance# | 16119 | Date Received | 20060209 |

**Signature:** Kenney Kimberly A  CO II




# The Commonwealth of Massachusetts
## Executive Office of Public Safety
### Department of Correction
### Massachusetts Correctional Institution Norfolk
2 Clark Street, P.O. Box 43
Norfolk, Massachusetts 02056
Tel: (508)660-5900

www.mass.gov/doc

Mitt Romney
*Governor*

Kerry Healey
*Lt. Governor*

Edward Flynn
*Secretary*

Kathleen M. Dennehy
*Commissioner*

James Bender
*Deputy Commissioner*

Luis S. Spencer
*Superintendent*

February 14, 2006

Keith Niemic, W61426
MCI-Norfolk, SMU 1
P.O Box 43
Norfolk, MA 02056

Dear Mr. Niemic:

Your correspondence to Superintendent Spencer dated February 7, 2006 regarding your medical treatment, has been referred to my office for response.

Please be advised that I have forwarded a copy of your letter to the Director of Health Services Peter Heffernan for review. Also, if you are dissatisfied with your medical treatment, I suggest you submit a medical grievance pursuant to UMCH Policy #12.00 Clinical Grievance Mechanism.

I trust this response has addressed all of your concerns.

Sincerely,

Christopher Mitchell
Deputy Superintendent

CM/mm

cc:  Luis S. Spencer, Superintendent
     Peter Heffernan, Director of Health Services
     Cheryl Gilmore, Regional Administrator of Health Services
     Donna Jurdak, Health Services Administrator
     File

# UMASS CORRECTIONAL HEALTH
### A Commonwealth Medicine Program

## Inmate Grievance and Appeal Form

Dr. Arthur Brewer Appeal

Facility: MCI-Norfolk

Inmate First Name: KEITH    ID#: W61426

Inmate Last Name: NIEMIC    Date of Birth: 6-19-68    Housing Unit: SMU

Grievance ☐    Date:
Appeal ☑    Date: 2-15-06

**Summary of Grievance, or Reason for Appeal (Attach Additional Sheets As Necessary):**

Due to lack of proper medical treatment for my Herniated Disk and nerve damage, in which Dr. Hameed continuously denies my requests for my liberty interest in signing my contractual right and consent to adequate and effective pain management, as set forth in the "D.O.C. clinical Guidelines for pain management."

My mobility is grossly limited due to such uncontrolled pain, of which I haven't been able to go outside to enjoy my one hour of daily outside exercise. I also can't sleep, eat, I can't go to the law library in the SMU as much as I need to, I've felt nauseous, I've been experiencing constant depression and suicidal thoughts because HSA DONNA JURDAK nor anyone from UMASS will respond to my grievances and pleas for help.

Today I was forced to refuse an important liver biopsy at Shattuck Hospital because the uncontrolled pain was too much for me to walk unassisted.

**Remedy Requested (Attach Additional Sheets As Necessary):**

I want my contractual right to effective pain management set forth by the MASS. D.O.C. clinical Guidelines on pain management to begin immediately, otherwise civil rights and costly tort litigation will be filed on all U-Mass Employee's with knowledge of my condition but all of whom refused to act. Dr. AYSHA HAMEED, DONNA JURDAK HSA, Dr. Arthur Brewer Medical Director.

You have been duly notified.

Inmate Signature: Keith Niemic    Date: 2-15-06

**Health Services Use Only**

| Date Received: | | Staff Recipient: | | Routed To: | |
|---|---|---|---|---|---|

copy: file

Keith Niemic w-61426                                    2-25-06
P.O.Box 43 smu-i
Norfolk,Ma. 02056


Mr. Christopher Mitchell
Deputy Superintendent
MCI-Norfolk


DEAR MR.MITCHELL,

    I am writing to you sir,and pray that you may intervene as soon as humanly possible,regarding matters of a serious medical need that are not being properly addressed by U-MASS staff.

    I am currently diagnosed with a herniated disk and nerve damage of the lumbar spine.(Please see attached consult report dated 11-14-05,and MRI report dated 7-25-15)

    The intense and debilitating pain of which caused me to attempt suicide on 8-24-05,while a transient at the S.B.C.C.due to U-MASS personnel who continuously refused to give me effective pain management despite my constant pain and lack of mobility. (see attached D-Report No.61322)

    While housed in the H.S.U. at S.B.C.C. following such incident Deputy Supt.Mr.Anthony Mendonsa did assure me of an increase in pain management to adequately address my painful condition so long as I refrain from anymore suicidal conduct.(see attached correspondence of HSA Norm Therrien dated 9-12-05)

    However since my arrival to MCI-Norfolk on October 11, 2005 I have suffered several incidences of further lumbar spine damage,and despite multible sick call requessts explicitly describing the nature of the new injury,the depth of the pain being experienced,with requests for MRI,medical treatment,and effective pain relief,all of which have been repeatedly and consistently denied,thus resulting in several medical grievancesand appeals on this particular matter and none of which have been answered.(see attached grievance and appeals forms dated,2-7-06,and 2-15-06)

    As of the present date Dr.Hameed and all U-MASS personnel Mr.Mark Clarke,Np. Ellen,NP.Dr. Gurvinder Jaiswal, Mr.Stan Galas,N.P.,Ms.Donna Jurdak,R.N.,Ms.Renate White,and Mr.Arthur Brewer,M.D.,have all been notified about this ongoing mistretmemt,including Director of Health Services for the D.O.C.and none of whom have responded,as of the present date.

    Several times I did hear N.P.Clarke,and Dr.Hameed explicitly state to me that my medication requests exceed their

authority,and is"a security issue"and repeatedly deny me my continuous requests for my contractual,and liberty interest rights to "community standard" pain management,as set forth in the D.O.C clinical guidelines,that(are attached herein)

Infact,on approximately 2-17-06,due to such excruciating pain and my inability to walk I was reluctantly forced to relinquish a trip to shattuck Hospital for a much needed G.I.consult to begin Hepatitis treatment,and upon a subsequent visit with N.P. Clarke to try and reschedule another shattuck visit,he refused to even acknowlege my handicap and their persistent failure to accomodate it.

And it is here Mr.Mitchell,where not only am I being denied equal protection of law in which I am unable to participate in any daily activities like all the other inmates,such as showers,daily outside recreation,scheduled law library periods,and outside medical appointments,due to the deliberate indifference of the U-MASS enployees named herein,but it is this never ending leg and back pain that grossly limits my mobility,and the EXTREME EMOTIONAL DISTRESS that causes me to regard death as my only means of escape from this unbearable pain,and Ive never cried so much in anguish in all my life.as its taken me nearly two weeks to try and get my wits about myself to try and present this matter to you in the most appropriate means possible.

Would you please help me recieve the medical treatment that I am entitled to,I dont want to die,and I have a family who loves me,.

If I have to be moved to a special unit or whatever things are necessary I will fully comply with any and all rules and regulations in that regard,as Ive continually done so far.

I thankyou for your time,and pray for your earliest reply.

:

Sincerely,

*Keith Niemic*
Keith Niemic

copy:

2

Keith Niemic W-61426
2 clarke st.P.O.Box 43
Norfolk,MA.02056

Susan Martin,RN
Director Health Services
12 Administration Rd.
P.O.Box 426
Bridgewater,MA.02324

2-10-06

Arthur Brewer,MD.Director
U-Mass Correctional Health
U-Mass medical school
One Research Drive suite 120 c
Westborough MA.01581-3922

DEMAND LETTER

Aysha Hamed,MD.Director
Med.services,MCI-Norfolk
2 clarke st.po.Box 43
Norfolk,MA.02056

Nancy Felder,psychiatrist
2 clarke st.po.box 43
Norfolk MA.02056

Renate M.White Administrator coordinator
2 clarke st. po.box 43
Norfolk MA.02056

Donna Jurdak,HSA
2 clarke st.po.box 43
Norfolk,MA.02056

Kevin Sabourin,RN
Regional Administrator
Division of Health Services
Mass.Dept.Corr.
45 Hospital rd.S Bldg po.box 317
Medfield MA.02052-0317

RE: GROSSLY NEGLIGENT MEDICAL CARE/030 day demand letter

To all persons addressed herein,
   Please be advised that I am a mental health patient who was abruptly discontinued his adderal medication at 40 mgs.a day by Dr. Felder with no informed consent,and no taper nor was an alternative treatment provided.causing me to suffer withdrawal consisting of loss of sleep,loss of appetite ,the inability to read my legal work and understand what it is that I'm reading, I have been experiencing great depression ,and have contemplated suicide due to the extreme emotional distress,because I am supposed to start pegelate liver treatment soon and it being highly toxic,may result in me not being able to sustain such life sav-

ing treatment because my long awaited effective mental health treatment, that took years to finally find after much trial and error, was arbitrarily taken from me by Dr. Felder, whos animus, and malevolence was in response to my filing complaints.
   Furthermore, Ihave been diagnosed with a herniated disk, and relevant nerve damage on july 25,2005 and since that date I did only recieve adequate medical treatment from july 11,2005 thru july 18,2005 which did consist of:
  OXYCODONE, PREDNISONE, NUBAINE INJECTION, and ULTRAM. However, since july 18,2005 I have complained repeatedly on the inneffectiveness of only 300 mgs. a day of ultram alone, with nothing more substantial to help alleviate the continuous unrelenting excruciating pain, and I've several times requested to take part in my contractual right to the "community standard"of pain relief as set forth in the MASS. D.O.C. clinical guidelines on pain manage ment.
   As of present, I have yet to be given any positive response from all the persons listed herein, I've filed multible medical grievances and appeals to no avail, and the unproperly treated pain is so severe that I think of suicide almost daily!
   Ive addressed this medical problem to everyone herein and if I am not given an immediate response with effective pain management I will be forced to sue each and everyone listed herein for failure to act. The violations of:
ADA of 1990, MASS.CONST.114, M.G.L.c.12§11I, and 42U.S.C.§1983 as well as MGL.c93A for unfair and deceptive acts,

         You have all been duly notified

      on this day:

                        very truly yours

                        _____

                        Keith Niemic

copy: file
B.R.N.
D.P.L.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
#### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | | |
|---|---|---|---|
| **Name** | NIEMIC KEITH | **Grievance#** 16379 | **Institution** MCI NORFOLK |
| **Commit No.** | W61426 | **Housing** SMU1 | **Date Of Incident** 20060221 **Date Of Grievance** 20060221 |

**Complaint:** Due to excruciating lumbar pain and untreated nerve damage which grossly limits my mobility I have been denied my constitutional right to equal protection because I have been unable to walk or stand unassisted to enjoy my right to one hour outside exercise for months and was forced to reluctantly relinquish a recent shattuck trip for necessary hepatitis liver treatment because of the unassisted improperly treated pain deprived me the ability to walk to receive such necessary liver care. In violation of my right to be free of cruel and unusual punishment. Then on 2/17/06 NP Mark Clarke did state that the doctor told him not to give me effective pain relief pursuant to the DOC clinical guidelines on pain management because it is a security issue. and was compounded today by my visit with NP Ellen.

**Remedy Requested:** TO be given an answer why is the matter of security depriving me effective pain relief for a serious medical need and to be given my contractual right to pain management per DOC policy so that I can enjoy exercise and to walk pain free assisted to medical appointments like all other prisoners can.

**Staff Recipient:** Kenney Kimberly A  CO II

**Staff Involved:**

**Signature:**

---

### RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received:** 20060224  **Decision Date:** 20060224

**Signature:** Kenney Kimberly A  CO II

**Final Decision:** Non-Griev Med Treatmnt/Diagnos

**Decision:** In accordance with 103 CMR 491 - Inmate Grievances, Medical Treatment/ Diagnosis are not grievable through this process. Your concerns should be addressed with UMASS Medical Staff.

**Signature:** K. Kenney   **Date:** 2/24/06

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

---

### INMATE RECEIPT

| | | | |
|---|---|---|---|
| **Name** | NIEMIC KEITH | **Institution** | MCI NORFOLK |
| **Commit No.** | W61426 | **Grievance#** 16379 **Date Received** 20060224 | |
| **Signature.** | Kenney Kimberly A  CO II | | |

FORM "B"

## COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE APPEAL FORM

| INMATE'S NAME: Keith Niemic | INMATE'S #: W61426 | DATE: 2-28-06 |
|---|---|---|
| INSTITUTION: MCI-Norfolk | ASSIGNED GRIEVANCE #: 16379 | |

**INSTRUCTIONS:**
1. Refer to 103 CMR 491, Inmate Grievance Policy.
2. Provide your appeal argument in **Block A**, in a brief and understandable manner.
3. Provide your requested remedy in **Block B**.

**A. Provide your appeal argument in a brief and understandable manner.**

Dr. Aysha Hameed, NP Ellen, NP Mark Clarke, and all UMASS correctional Health Employees continuously and malevolently deny me my right to Health care by refusing to let me sign my consent and contractual right to community standard pain management, which has deprived me to reluctantly relinquish an important G.I. clinic appointment to begin a long awaited life saving liver treatment.

What's more I cannot walk or stand properly, the pain denies me access to daily outside recreation and the showers like all other prisoners.

The UMASS medical failure to accommodate my disability is in violation of both extensive statutory and constitutional rights for equal protection and causing me to suffer cruel and unusual punishment, further denying me due process by failing to acknowledge grievances and Appeals.

**B. Provide your requested remedy**

I DEMAND IMMEDIATE EFFECTIVE MEDICAL ACCESS and HEALTH CARE WITH COMMUNITY STANDARD PAIN RELIEF, OTHERWISE I WILL SEEK $100.00 a day for UMASS UNFAIR & DECEPTIVE ACTS, AND $100.00 a day for pain AND SUFFERING, WITH $100.00 a day for MASS DOC CONSPIRACY TO FRAUDULENTLY CONCEAL A CAUSE OF ACTION PURSUANT TO GL c. 260 § 2; with intentional infliction of Emotional Distress

Inmate's Signature: Keith Niemic   Date: 2-28-06

Staff Recipient _____ Date: _____

(Inmate receipts/responses will be generated via the Inmate Management System.)