# COMMONWEALTH OF MASSACHUSETTS

## DEPARTMENT OF CORRECTION

### DISCIPLINARY REPORT

| Inmate | NIEMIC, KEITH | | **Commit No** | W61426 | **Housing Unit** J3 |
|---|---|---|---|---|---|
| **Date** | 24-AUG-2005 | **D- Report No.** 61322 | **Institution** | | SOUZA-BARANOWSKI CORRECTIONAL |

**OFFENSE(S) & CODE NO.:**
02-VIOLATING ANY DEPARTMENT RULE OR REGULATION
08-CONDUCT WHICH DISRUPTS
17-SELF MUTILATION
24-POSS OF ITEMS, NOT AUTHORIZED
33-ATTEMPTING TO COMMIT ANY OFFENSE

**Major** [ ]                    **Minor** [ ]

**Description of Offense(s)**
ON AUGUST 24, 2005 AT APPROXIMATELY 12:25PM I SGT. FLOWERS, WHILE MONITORING
THE FEEDING PROCESS ON THE J3 TIER, DID WITNESS INMATE NIEMIC, KIETH W61426
PLACE A RAZOR BLADE IN HIS MOUTH AND THEN TAKE A DRINK OF WATER. INMATE
NIEMIC THEN STATED " NOW MEDICAL WILL SEE ME." LT MCCANN NOTIFIED.

| **Has Inmate been placed on Awaiting Action Status** | **Yes** [X] | **No** [ ] |
|---|---|---|

| **Referred to DA** | [ ] Yes | [X] No | **Referred to DDU** | [ ] Yes | [X] No |
|---|---|---|---|---|---|
| **Reporting Staff** | John Flowers A | | **Date** 24-AUG-2005 | | **Time** 13:15 |

**Days off**     Sun  Sat

**Shift**     8X4

| **Shift Commander** | Martin Leonard D | **Date** 24-AUG-2005 | **Time** 22:24 |
|---|---|---|---|
| **Disciplinary Officer** | James Hart R | **Date** 01-SEP-2005 | **Time** 11:00 |

**Results**     Plea Guilty - Reduced to Minor

| Code Description | Sanctions | Start Date | End Date | # of Units | SS | Amount |
|---|---|---|---|---|---|---|
| **Reviewing Authority** | | | Date | | Time | |

eith Niemic w61426                          2-8-06
smu-1 #110

Ms. Kimberly Kenney IGC
mci-Norfolk

RE: FAILURE TO SEND RECIEPT of GRIEVANCE

Dear Ms Kenney,
      On February 15, 2006 I did submit
a grievance to you regarding C/O Gary Levesque
and Sgt Joseph Tammaro taking my legal work.
      I dont seem to have any record of
reciept for this grievance and respectfully
request that you send me one at your earli-
est conveniance.
                  Thankyou
                              sincerly
                              Keith Niemic

copyifile

FORM "A"

## COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM

| INMATE'S NAME: KEITH NIEMIC | INMATE'S #: W61426 | DATE: 2-13-05 |
|---|---|---|

| INSTITUTION: MCI - NORFOLK | DATE OF INCIDENT: 2-6-06 thru 2-13-06 |
|---|---|

**INSTRUCTIONS:**
1. Refer to 103 CMR 491, Inmate Grievance Policy.
2. In **Block B**, give a brief and understandable summary of your complaint/issue.
3. List any actions you may have taken to resolve this matter in **Block C**. Be sure to include the identity of staff members you have contacted.
4. Provide a Requested Remedy in **Block D**.
A. When filing an Emergency Grievance select Emergency and one additional grievance type.

NORFOLK I.G.O.

FEB 1 6 2006

RECEIVED

✔ **EMERGENCY**

**B. Give a brief and understandable summary of your complaint/issue. Additional paper may be used, if necessary.** I DID SUBMIT SEVERAL CIVIL LITIGATION, AND D-BOARD EXHIBITS D-REPORT # 69413, AMONG OTHERS TO CPO NELSON on 2-6-06 EXPLICITLY TELLING HIM THAT I NEED PHOTOCOPIES OF SAID MATERIAL SO THAT I COULD TIMELY FILE IT WITH THE COURT ON 2-10-06 and SO THAT I COULD HAVE THE NECESSARY EVIDENCE FOR SEVERAL D-BOARD MATTERS SCHEDULED ON THIS DAY 2-13-06. AS of 2-13-06 CPO NELSON HAS NOT ONLY REFUSED TO TIMELY RETURN MY SUBMITTED LEGAL MATERIALS, RESULTING IN COURT DEFAULT AND A CONTINUANCE FOR D-BOARD HEARINGS BUT FURTHER REFUSES TO PROVIDE ME WITH A PEN FOR (8) EIGHT STRAIGHT DAYS, IN WHICH I CANNOT ADEQUATELY ACCESS COURT NOR CAN I ADEQUATELY SEEK REDRESS WITH THE PRISON ADMINISTRATION UNLESS I CAN BORROW A PEN FROM A NEIGHBOR IN WHICH 96's dont PASS thing!

**C. List any action taken to address/resolve this matter. Include the identity of staff members you have contacted.**

**D. Provide your Requested Remedy.** A simple Reprimand, and to have this CPO return all of my submitted legal material for copies, on the same day it was given, like CPO Bree McDermott had done

| Inmate's Signature  _Keith Niemic_ | Date: 2-13-06 |
|---|---|

| Staff Recipient | Date: |
|---|---|

**\*\*DENIED GRIEVANCES MAY BE APPEALED TO THE REVIEWING AUTHORITY WITHIN 10 BUSINESS DAYS.**
(Inmate receipts/responses will be generated via the Inmate Management System.)

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM

### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | | | | |
|---|---|---|---|---|---|
| **Name** | NIEMIC KEITH | | **Grievance#** 16034 | **Institution** MCI NORFOLK | |

| **Commit No.** | W61426 | **Housing** SMU1 | **Date Of Incident** 20060201 | **Date Of Grievance** 20060201 |
|---|---|---|---|---|

**Complaint**
On this day upon receipt of my legal mail this morning, Sgt Tammaro and CO levesque did both make harassing comments to me during breakfast and shortly thereafter about my lawsuit neither of whom are defendants in any civil action of mine. Then CO Levesque who escorted me to the shower did state that I'm gonna regret it without elaborating then upon returning to my cell from the shower all of my law/ medical books were thrown all over the floor with all my legal work and I am missing my watch and gold chain with religious medal that Sgt. Tamarro and CO Levesque took and won't return.

**Remedy Requested**
I want the return of my omega watch and my 18 inch herringbone and religious cross immediately. as I also seek reprimand of these two officers and to not ever again be harassed or intimidated because of my exercise of 1st ammendment rights that do not threaten security

**Staff Recipient**
Kenney Kimberly A  CO II

**Staff Involved**
Levesque Gary P  CO I
Tammaro Joseph D  CO II

**Signature**

### RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

| **Date Received** 20060203 | **Decision Date** 20060203 |
|---|---|

**Signature**  Kenney Kimberly A  CO II

**Final Decision**  Referred to Internal Affairs

**Decision**  Due to the nature of your allegations, this grievance has been referred to the Internal Affairs Unit through the Superintendent's Office.

**Signature**  K. Kleaul                     **Date**  2/3/06

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

### INMATE RECEIPT

| **Name** | NIEMIC KEITH | | | **Institution** MCI NORFOLK |
|---|---|---|---|---|
| **Commit No.** | W61426 | **Grievance#** 16034 | **Date Received** 20060203 | |

**Signature.**  Kenney Kimberly A  CO II

FORM "A"

**COMMONWEALTH OF MASSACHUSETTS**
**DEPARTMENT OF CORRECTION**
**INMATE GRIEVANCE FORM**

| INMATE'S NAME: | INMATE'S #: | DATE: |
|---|---|---|
| KEITH NIEMIC | W61426 | 3-9-06 |

| INSTITUTION: | DATE OF INCIDENT: |
|---|---|
| MCI - Norfolk | 3-8&9-06 |

**INSTRUCTIONS:**
1. Refer to 103 CMR 491, Inmate Grievance Policy.
2. In **Block B**, give a brief and understandable summary of your complaint/issue.
3. List any actions you may have taken to resolve this matter in **Block C**. Be sure to include the identity of staff members you have contacted.
4. Provide a Requested Remedy in Block D.

**A.** When filing an Emergency Grievance check **Emergency.**

DENIAL COURT ACCESS          ✓ **EMERGENCY**

**B.** Give a brief and understandable summary of your complaint/issue. Additional paper may be used, if necessary.

CRO NELSON ALVES WHO'S DUTY IT IS TO PROVIDE ME WITH PHOTO COPIES, LEGAL MATERIAL, AND UTENSILES NEEDED FOR EFFECTIVE COURT ACCESS, AND WHO IS SUPPOSED TO COME TO THE SMU 3-TIMES A WEEK SO THAT I AND OTHER SMU PRISONERS CAN ACQUIRE THE MATERIALS AND SERVICES NEEDED TO ACCESS COURT BECAUSE BEING LOCKED IN SMU I CANNOT DO IT MYSELF.
   CRO ALVES DIDNT SHOW UP YESTERDAY (WEDNESDAY HIS WORK DAY) AND I NEED WRITING MATERIALS, AND PHOTOCOPIES FOR TIMELY RESPONSIVE MOTIONS.
   SO I ASKED HIM TODAY TO COME TO MY CELL TO DO HIS JOB, AND HE FLATLY REFUSED, THEREBY DEPRIVING ME ACCESS TO COURT YET AGAIN

**C.** List any action taken to address/resolve this matter. Include the identity of staff members you have contacted.

US DIST COURT

**D. Provide your Requested Remedy.** I DEMAND A REPRIMAND OF THIS GUY BECAUSE HE'S ROUTINELY TAKING ONE OF THE THREE DAYS OFF AND THIS IS NOW MY THIRD GRIEVANCE ON THIS MATTER, AND I'M GOING TO WANT MONETARY DAMAGES IF THIS misconduct continues without consequence

Inmate's Signature _Keith Niemic_          Date: 3-9-06

Staff Recipient _____          Date: _____

**\*\*DENIED GRIEVANCES MAY BE APPEALED TO THE REVIEWING AUTHORITY WITHIN 10 BUSINESS DAYS.**
(Inmate receipts/responses will be generated via the Inmate Management System.)

# COMMONWEALTH OF MASSACHUSETTS

## DEPARTMENT OF CORRECTION

### DISCIPLINARY REPORT

| **Inmate** | NIEMIC, KEITH | | | **Commit No** | W61426 | **Housing Un** | J3 | |
|---|---|---|---|---|---|---|---|---|
| **Date** | 20050905 | **D- Report No** | 62050 | **Institution** | | SOUZA-BARANOWSKI CORRECTIONAL | | |

| **Category** | **Offense(s)** |
|---|---|
| 5 | 11-MISUSE OF AUTHORIZED MEDICATION |
| 5 | 2-VIOLATING ANY DEPARTMENT RULE OR REGULATION |
| 5 | 24-POSS OF ITEMS, NOT AUTHORIZED |

**Description of Offense(s**

On 9/5/05 while conducting showers I C.O. Daniels did complete a cell search of cell-6 J3 tier which houses inmate W61426 Niemic,Keith . While conducting the cell search I discovered crushed [ clonidine 0,2mg  ultram 50mg, remnants adderall ] hidden between several med. cups. Area Sgt. notified  E.O.R.

**Disciplinary Report Type:**     Major

**Has Inmate been placed on Awaiting Action Status**          Yes [X]    **No**          [ ]

**Referred to DA**      [ ] **Yes**      [X] **No**          **Referred to DDU**      [ ] **Yes**      [X]   **No**

| **Reporting Staff** | Craig L Daniels | **Date** | 20050905 | **Time** | 18:15 |
|---|---|---|---|---|---|
| **Days off** | Tue  Wed | | | | |
| **Shift** | 3-11 | | | | |
| **Supervisor** | Robert H Ouellette | **Date** | 20050905 | **Time** | 21:55 |
| **Shift Commander** | Martin D Leonard | **Date** | 20050905 | **Time** | 22:40 |
| **Disciplinary Officer** | James R Hart | **Date** | 20050906 | **Time** | 07:01 |
| **Results** | DISMISSED | | | | |

**Continuance Length** _____     **Continuance Date** _____     **Projected Date** _____

| **Offenses** | **Sanctions** | **Start Date** | **Unit** | **#of Units** | **Credits** | **End Date** | **Amount** |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| **Reviewing Authority** | MacEachern, Duane | **Date** | 20050923 | **Time** | 07:47 |
|---|---|---|---|---|---|

20060224 13:19

# COMMONWEALTH OF MASSACHUSETTS

64602
STILL PENDING.

## DEPARTMENT OF CORRECTION

### DISCIPLINARY REPORT

| Inmate | NIEMIC, KEITH | | Commit No | W61426 | Housing Un | J3 | |
|--------|---------------|---|-----------|--------|------------|-----|---|
| Date | 20050730 | D- Report No | 59722 | Institution | | SOUZA-BARANOWSKI CORRECTIONAL | |

| Category | Offense(s) |
|----------|------------|
| 5 | 14-RIOT/WORK STOP/HOSTAGE TAKING |
| 5 | 2-VIOLATING ANY DEPARTMENT RULE OR REGULATION |
| 5 | 22-DESTROYING/DAMAGING PROPERTY |
| 5 | 8-CONDUCT WHICH DISRUPTS |

**Description of Offense(s**

On 7-30-05 at approx 1850 hours inmate Niemic, Keith W61426 was in violation of the rules and regulations of SBCC by flooding the tier. On the above date and time I Co Whaley did observed large amounts of water on the J3 tier. I entered the tier and approached cell #8 and observed inmate Niemic, Keith W61426 continuously flushing his toilet. Causing it to overflow and flooded the J3 tier. I gave him a direct order to stop and he refused and continued to flood the tier. Water was shut off and area Sgt was notified.

**Disciplinary Report Type:**     Major

Has Inmate been placed on Awaiting Action Status     Yes [X]   **No**     [ ]

Referred to DA     [ ] Yes   [X] No     **Referred to DDU**     [ ] Yes   [X] No

| Reporting Staff | Larry J Whaley | **Date** | 20050730 | **Time** 21:47 |
|-----------------|----------------|----------|----------|----------------|

| Days off | Wed  Thu | | | |
|----------|----------|---|---|---|

| Shift | 3 x 11 | | | |
|-------|--------|---|---|---|

| Supervisor | CONVERT USER  CONVERT USER | **Date** 20050731 | **Time** 08:00 |
|------------|-----------------------------|-------------------|----------------|

| Shift Commander | Shaun C Dewey | **Date** | 20050731 | **Time** 08:00 |
|-----------------|---------------|----------|----------|----------------|

| Disciplinary Officer | James R Hart | **Date** | 20050801 | **Time** 11:00 |
|----------------------|--------------|----------|----------|----------------|

| Results | DISMISSED |
|---------|-----------|

Continuance Length _____     Continuance Date _____     Projected Date _____

| Offenses | Sanctions | Start Date | Unit | #of Units | Credits | End Date | Amount |
|----------|-----------|------------|------|-----------|---------|----------|--------|

| Reviewing Authority | MacEachern, Duane | **Date** | 20050804 | **Time** 07:43 |
|---------------------|-------------------|----------|----------|----------------|