UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEITH NIEMIC,<br>    Plaintiff<br><br>VS.<br><br>STANLEY GALAS, ARTHUR BREWER, M.D.,<br>JUNE BINNEY, JEFF SHOREY, R.N.,<br>KARA ERDODY, R.N., DONNA<br>FITZGERALD, L.P.N., DONALD KERN, M.D.,<br>and GURVINDER JAISWAL, M.D., ET AL.,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 1:04-CV-11482-NMG<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS, STANLEY GALAS, ARTHUR BREWER, M.D., JUNE BINNEY,
JEFF SHOREY, R.N., KARA ERDODY, N.P., DONNA FITZGERALD, L.P.N.,
DONALD KERN, M.D. AND GURVINDER JAISWAL, M.D.'S,
MOTION FOR SEPARATE AND FINAL JUDGMENT**

    NOW COME the medical defendants, Stanley Galas, Arthur Brewer, M.D., June Binney, Jeff Shorey, R.N., Kara Erdody, N.P., Donna Fitzgerald, L.P.N., Donald Kern, M.D., and Gurvinder Jaiswal, M.D. (the "defendants"), in the above-entitled matter, by their attorneys, and hereby move that this Court enter separate and final judgment against the plaintiff, Keith Niemic, on his constitutional, statutory, and common state law claims. As grounds for this motion, the defendants state the following:

    1.    This Complaint was filed on June 29, 2004. *See United States District Court Docket, Pleading #4.*

    2.    On January 31, 2006, the defendants filed a Motion for Summary Judgment with the Court. *United States District Court Docket, Pleading #81.*

    3.    On August 11, 2006, the Court allowed the defendants' Motion for Summary Judgment. *United States District Court Docket, Pleading #95.*

    4.    Fed.R.Civ.P. 54(b) states that "when more than one claim for relief is presented in an action,…the court may direct the entry of a final judgment as to one or more but fewer than

all of the claims or parties only upon an express determination that there is no just reason for delay and upon an express direction for the entry of judgment."

5.  While the defendants were dismissed from this case on August 11, 2006, the Department of Correction defendants still remain a party to this action. Given this fact, there is no just reason for delaying a determination in favor of the medical defendants. As such, entry of separate and final judgment in the defendants' favor is appropriate in this matter.

WHEREFORE, the defendants, Stanley Galas, Arthur Brewer, M.D., June Binney, Jeff Shorey, R.N., Kara Erdody, N.P., Donna Fitzgerald, L.P.N., Donald Kern, M.D., and Gurvinder Jaiswal, M.D., respectfully request that this Honorable Court enter separate and final judgment in their favor, pursuant to Fed.R.Civ.P. 54(b).

Respectfully Submitted,
The Defendants,
STANLEY GALAS, ARTHUR BREWER, M.D., JUNE BINNEY, JEFF SHOREY, R.N., KARA ERDODY, N.P., DONNA FITZGERALD, L.P.N., DONALD KERN, M.D. AND GURVINDER JAISWAL, M.D.
By their attorneys,

/S/ Lisa R. Wichter

James A. Bello, BBO #633550
Lisa R. Wichter, BBO #661006
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

I hereby certify that a true copy of the above document was served upon the *pro se* plaintiff by mail and the attorney of record for each other party electronically through filing with the ECF system on August 15, 2006.

/S/ Lisa R. Wichter

Lisa R. Wichter

1017180v1