UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KEITH NIEMIC,
  Plaintiff
VS.
STAN GALAS ET AL,
  Defendants

CIV. AC. NO. 04-11482-NMG

## NOTICE OF APPEAL

Notice is hereby given that Keith Niemic, plaintiff, v. Stan Galas, Arthur Brewer, June Binney, Jeff Shorey, Kara Erdody, Donna Fitzgerald, Donald Kern, and Gurvinder Jaiswal, defendants in the above entitled case hereby appeal to the United States Court of Appeals for the first circuit from the courts granting summary judgments for the defendants named herein, Docket No. 95 and who also appeals from any and all final judgments made by the court that the plaintiff was never given notice of by the court clerk the date of which is August 11, 2006 and other possible unknown dates entered in this action much earlier.

This is the second consecutive time that the court has made final judgments in the above named case in which the clerk has never served a copy of the courts judgment to the plaintiff who is an indigent segregated prisoner with very limited access to his own legal records that is held in long term storage, who can only have one cubic foot of legal material in his cell, with limited access to photo copies and other materials needed to access court.

DATE: 8-27-06

Keith Niemic
Keith Niemic
PO BOX 100, DDU 205
So. Walpole, MA
02071