UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KEITH NIEMIC,
   Plaintiff
VS.                                    CIV. AC. NO. 04-11482-NMG
STAN GALAS ET AL
   Defendants

## MOTION FOR RELIEF FROM JUDGMENT OR ORDER

The prose plaintiff in the above entitled matter, now files this motion because he has not yet recieved a copy of this courts memorandum and order on any motion since January 20, 2006 FED. R. CIV. P. RULE 60(a).

Plaintiff has only learned of this courts granting Summary Judgment for U-Mass defendants on August 26, 2006 by reciept of the U-Mass medical defendants submission of a second dispositive motion, that states this court dismissed the U-Mass defendants from this case on August 11, 2006.

This is the second consecutive time that plaintiff has not recieved a memorandum and order of this court, resulting in his filing an identical motion as this with the court on January 15, 2006

It is unknown if this court has issued any other rulings and is quite difficult if not impossible to defend, and prosecute a court action in this manner.

WHEREFORE; Plaintiff seeks a copy of every ruling made by this court since January 20, 2006, and requests that time be tolled on every and all such rulings, to start anew upon his reciept

of said rulings (memorandum and decision) upon which plaintiff must act i.e. interlocutory Appeal, etc.; and who also seeks additionally, that his recently submitted notice of Appeal be stayed, or tolled until the courts conclusion of any subsequent motions submitted by plaintiff relating to any of this courts rulings addressed herein.

DATE: 9-2-06

Respectfully Submitted

*[signature]*

Keith Niemic
PO Box 100 NCCI
So. Walpole, MA 02071

### CERTIFICATE OF SERVICE

I Keith Niemic, hereby certify that a true copy of the above has been served upon attorneys for all party's by mail this day: 9-5-06

*[signature]*