UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

FILED
IS OFFICE

KEITH NIEMIC,
  Plaintiff
VS.

CIV. AC. NO. 11482-NMG

AUG 20 -9 P 3:20

STAN GALAS ET AL
  Defendants

## PLAINTIFFS MOTION FOR RELIEF
## FROM JUDGMENT OR ORDER

Now comes the prose plaintiff in the above entitled matter who respectfully requests that the court pursuant to FED.R.CIV.P 60(b)(1)(2)(6) grant him relief from judgment, in that he requests that the courts granting of summary Judgment for the U MASS medical defendants, of which said defendants were dismissed from this case on August 11, 2006 be withdrawn, to allow plaintiff an adequate amount of time to file a responsive, or cross motion for summary Judgment, something that the plaintiff was unable to do, earlier, for the following reasons, and the supporting facts of which, the court should agree that the plaintiff be given a fair opportunity to respond to the defendants dispositive motion.

## FACTS

1. Beginning on July 26, 2005, and ending on August 21, 2006 the plaintiff has been transferred four times to segregation units of other various

2

D.O.C. facilities

2.. The plaintiff is currently pursuing post convic-
tion relief for an illegal conviction pro'se, and who
is entertaining other legal actions in state court,
pro se. He is allowed to possess only one cubic
foot of legal material in his cell, the remainder of which
is held in long term storage that is difficult to access.

3. Due to the plaintiffs transiency, inter alia, he has
addressed his inability to access copys of his own
medical records, or legal material, to this court in one
of several motions, of which this court explicitly found
to be "troublesome" in his memorandum and order (see
Document 77 pg 14)

4. On January 31, 2006 the UMASS medical defen-
dants filed their motion for summary judgment on
plaintiff, who because the U-MASS defendants refused
to provide him with his requested copies of his own
medical record, and who could not get access to
his own legal materials that the D.O.C. defendants
either withheld, or destroyed; he filed a motion
with the court to deny or stay the UMASS de-
fendants motion for summary judgment until he
could fairly acquire the necessary material for
opposition.

1. PLAINTIFFS MOTION FOR LEAVE TO RESPOND/STRIKE DEFTS. OPPO-
SITION TO PLAINTIFFS MOTION FOR PRELIMINARY INJUNCTION. pg 5.
¶10; pg 7. ¶13; pg 12 ¶17; and PLAINTIFFS VERIFIED MOTION TO
CLARIFY FACTS pg 5 ¶¶ 8-9; pg 6 ¶11; PLAINTIFFS TRO;

3

5.    As of the present date, plaintiff has only learned of this courts granting summary Judgment for U-MASS defendants on August 26, 2006 by their attorneys submission of a second dispositive motion that states that this court dismissed the U-MASS defendants from this case on August 11, 2006.

This is the second consecutive time that plaintiff has not recieved a memorandum and order from this court resulting in his filing of a motion for relief from Judgment on 1-19-06 (P#80) and this current motion for relief from Judgment or order.

Plaintiff has not recieved anything from this court, rulings or otherwise since January 20, 2006 and plaintiff cannot in any way fairly litigate this action under these conditions.

This court never gave plaintiff notice of the requirements of summary Judgment and/or summary Judgment rule. ARREOLA U. MARGAONG, 65 f. 3d 801 (9th cir 1995)

6.    Plaintiff was returned back to walpole on August 21, 2006, and was able to gain access to his legal material in long term storage for this action, of which he can easily establish a triable issue[s]

4

WHEREFORE, plaintiff respectfully requests that this court withdraw its ruling and grant of summary Judgment for the U-MASS defendants and allow, grant plaintiff a reasonable amount of time to file a responsive, or cross motion for summary Judgment, as only fairness would require. And for any additional relative ruling that the court may deem Just and proper.

DATE: 9-5-06         Respectfully Submitted

Keith Niemic
PO BOX 100
South Walpole, MA
02071

CERTIFICATE OF SERVICE

I do hereby certify, that a true copy of the above has been served upon the attorneys for all party's by mail this day: 9-5-06