UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KEITH NIEMIC,
   Plaintiff
VS.                            CIV. AC. No. 04-11482-NMG
STAN GALAS ET AL,
   Defendants

## MOTION FOR COPY OF DOCKET ENTRY

Now comes the pro se plaintiff in the above entitled matter who has not recieved any of this courts rulings since January of this year unless plaintiff explicitly addresses the matter to the courts clerk, in violation of Fed R. Civ. P. 77(d)

The continued negligence of which is very burdensome for the pro se plaintiff who is indigent.

WHEREFORE, plaintiff respectfully requests a current copy of the Docket Entry sheet.

Respectfully Submitted
DATE: 9-9-06   Keith Niemic
Keith Niemic
PO Box 100
So. Walpole, MA 02071