UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KEITH NIEMIC,
    Plaintiff,
VS.

STAN GALLAS ET AL,
    Defendants.

CIV. AC. No. 04-11482-NMG

## MOTION FOR DOCKET ENTRY

Now comes the pro se plaintiff, who is also indigent who now seeks a current copy of the Docket Entries in this case.

As reasons therefore, plaintiff asserts that the clerks office continuously failed to send copies of this courts rulings, and decision upon the plaintiff necessitating the plaintiff to file motions with the court requesting to recieve the courts rulings and decisions.

It also appears that this courts clerk may not have filed previous motions that have been submitted by the plaintiff, regarding substantive matters. So plaintiff needs to review the Docket.

Wherefore, plaintiff seeks a copy of the current Docket Entries.

DATE: 9-16-06

Respectfully Submitted

Keith Niemic
PO Box 100
South Walpole MA
02071

cc