UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2006 SEP 25 P 2: 50

US DISTRICT COURT
DISTRICT OF MASS.

KEITH NIEMIC,
Plaintiff,

VS.

STAN GALAS ET AL,
Defendants

CIV. AC. NO. 04-11482-NMG

## PLAINTIFFS MOTION TO OPPOSE AND STRIKE THE DEFENDANTS MOTION FOR SEPARATE AND FINAL JUDGMENT

Now comes the prose plaintiff in the above entitled matter who, for the following reasons, now moves to strike and oppose the u-mass medical defendants motion for separate and final judgment.

1. The u-mass medical defendants moved for summary judgment while the plaintiff was a transient inmate of which he has filed one of several motions explicitly asserting that due to such transiency from July 26, 2005 until August 21, 2006 he could not properly access his own legal material, that is being held in long term storage, inter alia, that was needed for plaintiff to oppose and respond to show the existence of several triable issues, thus denying summary judgment.

Plaintiff recently filed two motions for relief from judgment or order, the propriety of which the

court will find it equitable pursuant to Fed. R. Civ. P. Rule 60(a)(b) to set aside its grant of summary judgment for the U-MASS medical defendants, and to allow plaintiff a brief amount of time to oppose, or file a cross motion for summary judgment, now that he has access to all of his own legal material.

2. If, or when this Court allows plaintiff to file an opposition or cross motion for summary judgment, there will be no need for this court to entertain the defendants motion for separate and final judgment, because as it now stands the U-MASS defendants have still not given plaintiff his long sought pegelate liver treatment, the very essence of which was the primary reason for his complaint, which also is a genuine issue of material fact, with much more that'll surely negate summary judgment, for the U-MASS defendants, inter alia.

WHEREFORE, plaintiff respectfully requests that this motion be allowed.

Respectfully Submitted

DATE: 9-16-06   Keith Niemic

Keith Niemic
PO BOX 100
South Walpole MA
02071

I hereby certify that a true copy has been served upon counsel for the defendants by mail on this day: 9-19-06

Keith Niemic

cc