# United States Court of Appeals
## For the First Circuit

No.    06-2334
DC No.  04-11482

KEITH NIEMIC

Plaintiff - Appellant

v.

DAVID NOLAN, Present Superintendent of MCI Cedar Junction;  MICHAEL
MALONEY, Former Commissioner of Corrections; PETER ALLEN, Former
Superintendent of MCI Cedar Junction; ANNE MARIE AUCOIN, Institutional
Grievance Coordinator of MCI Cedar Junction; GARY HEBDA, Mail Officer of MCI
Cedar Junction; BEVERLY VEGLAS, Librarian of MCI Cedar Junction; RICK
SOLOMON, Recreation Officer of MCI Cedar Junction; SUSAN MARTIN, Director
Health Service Division of the Department of Corrections; KRISTIE LADOUCEUR,
Department of Corrections Grievance Coordinator; DAVID BRIAN, Inner Perimeter
Security Officer of MCI Cedar Junction; PAUL MURPHY, Former Inner Perimeter
Security Officer of MCI Cedar Junction; PATRICK MULVEY, Inner Perimeter
Security Officer of MCI Cedar Junction; UNIVERSITY OF MASSACHUSETTS
CORRECTIONAL HEALTH

Defendants

KARA ERDODY, Nurse Practitioner of MCI Cedar Junction; DR. DONALD
KERN, Director Health Services of MCI Cedar Junction; JUNE BINNEY, Program
Director of U-Mass Correctional Health; ARTHUR K. BREWER, Program Medical
Director of U-Mass Correctional Health; JEFF SHOREY, Registered Nurse of MCI
Cedar Junction; DR. GURVINDER JAISWAL, MCI Cedar Junction; DONNA
FITZGERALD, Nurse of MCI Cedar Junction; STAN GALAS, Nurse
Practitioner-Health Service Administrator of MCI Cedar Junction

Defendants - Appellees

**ORDER OF COURT**
**Entered: November 3, 2006**
**Pursuant to 1st Cir. R. 27(d)**

Treating appellant's Form 4, financial affidavit, with attached prison trust account statement, as a motion to proceed on appeal in forma pauperis ("IFP"), we transmit said request to the district court for action in the first instance pursuant to Fed. R. App. P. 24(a)(1). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If appellant is not granted IFP status by the district court, he may file a motion to proceed IFP in this court, provided that he do so in accordance with Fed. R. App. P. 24(a)(5).

By the Court:

Richard Cushing Donovan, Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA

By _____ Date 11/3/06

By: _____
        Julie Gregg, Operations Manager

[Ceertified copies to Hon. Nathaniel M. Gorton and Sarah Thornton, USDC Clerk]

[ cc: Keith Niemic, Stephen G. Dietrick, Esq., James A. Bello, Esq., Lisa R. Wichter, Esq. ]