UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_Niemic,_
            Plaintiff(s)

v.                        CIVIL ACTION NO. _04-11482_

_Maloney, et al.,_
            Defendant(s)

### SEPARATE AND FINAL JUDGMENT

_Gorton_, D.J.

In accordance with the Opinion entered on _8/11/06_, granting summary judgment (docket no. 81).

**IT IS ORDERED AND ADJUDGED; Separate and Final Judgment for** Stan Galas, Kara Erdody, Donald Kern, June Binney, Arthur Brewer, Jeff Shorey, Gurvinder Kaur Jaiswal, Donna Fitzgerald

                              SARAH A. THORNTON,
                              CLERK OF COURT

Dated: _4/3/07_                      By _/s/ Craig J. Nicewicz_
                                        Deputy Clerk