UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KEITH NIEMIC,
Plaintiff,
vs.
STANLEY GALAS ET AL,
Defendants

CIV. AC. NO. 04-11482-NMG

FILED IN CLERKS OFFICE
2007 APR 12 P 1:03
U.S. DISTRICT COURT
DISTRICT OF MASS.

## NOTICE OF APPEAL

The plaintiff in the above entitled matter does hereby give Notice of Appeal of this courts April 3, 2007 SEPARATE AND FINAL JUDGMENT, for the UMASS defendants

Respectfully Submitted

DATE: 4-9-07   Keith Niemic

Keith Niemic
PO Box 100
South Walpole, MA
02071

cc