UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KEITH NIEMIC,
  Plaintiff,
VS.                              CIV. AC. No. 04-11482-NMG

STAN GALAS ET AL
  Defendants

## MOTION FOR COPY OF CURRENT DOCKET SHEET

Now comes the pro se plaintiff in the above entitled matter, who, for purposes of perfecting an appeal in this matter does now respectfully request this court clerks office to send to him a current copy of docket entries.

WHEREFORE, plaintiff requests that this motion be allowed.

Respectfully Submitted

DATE: 4-20-07   Keith Niemic
                Keith Niemic
                PO Box 100
                South Walpole, M.H.
                02071