## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cv-11482

Keith Niemic

v.

Stanley Galas

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-107, 111-113

and contained in 1- 11 Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 4/12/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 15, 2007.

Sarah A. Thornton, Clerk of Court

By: Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 5/15/07

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06