UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KEITH NIEMIC
   Plaintiff-Appellant
VS.

STAN GALAS ET AL
   Defendants-Appellees

CIV. AC. NO.
04-11482-NMG

## MOTION FOR LEAVE TO USE ORIGINAL RECORD

Now comes the pro se plaintiff in the above entitled matter, who, moves that the court pursuant to FRAP 24(c) allow that the Appeal be heard on the original record without reproducing any part thereof.

In support thereof, plaintiff is indigent and has filed motion to Appeal in forma Pauperis.

WHEREFORE, plaintiff respectfully requests that this motion be allowed.

Respectfully Submitted
DATE: 6-2-07   Keith Niemic

Keith Niemic
PO Box 100 SSOA-1
South Walpole, MA 02071