Keith Niemic
PO Box 100 NCCI-1
South Walpole, MA 02071

```
                    FILED
                 CLERKS OFFICE        6-2-07

                 2007 JUN 13  P 12: 31

                 U.S. DISTRICT COURT
                 DISTRICT OF MASS.
```

Clerk
U.S. District Court
1 Courthouse Way Suite 2300
Boston, MA 02210

RE: KEITH NIEMIC V. STAN GALAS ET AL    FRAP 10(b)(1)(B)
    CIV. AC. NO. 04-11482-NMG           CERTIFICATE

Dear Madam/Sir,

    No transcript will be ordered in this case.

    Thank you.

very truly yours,
Keith Niemic

cc.