Keith Niemic
PO Box 100 DDU A-1
South Walpole, MA 02071

FILED
CLERKS OFFICE

2007 JUN 13 P 12: 31

U.S. DISTRICT COURT
DISTRICT OF MASS.

6-2-07

James Bello Esq,
Lisa Wichter
Morrison Mahoney LLP
250 Summer St.
Boston, MA 02210

RE: KEITH NIEMIC v. STANGALAS ET AL
Docket No. 07-1763

STATEMENT OF THE ISSUES FRAP 10(b) AND
DESIGNATION OF THE CONTENTS OF THE APPENDIX.

STATEMENT OF THE ISSUES

I. Did the District Court make an abuse of discretion or error of law in any of the following ways:

a) Did the District Court fail to notify the prisoner pro se plaintiff with an understandable notice of the requirement of the summary judgment rules, including the necessity of submitting affidavits if the facts are in dispute?

CERTIFICATE OF SERVICE

I Keith Niemic, hereby certify that a true copy of plaintiff - Appellants;
- FRAP 10(b)(1)(B) certificate,
- Motion for leave to use original record on Appeal,
- Motion for Appointment of Counsel,
- Motion to Proceed on Appeal in forma Pauperis,
- Motion for extention of time for filing Docketing Statement with said statement attached therein,
- Appearance form, and
- Statement of the issues/Designation of the contents of the Appendix was served by mail to all the defendants through their attorneys:

Ms. Lisa R. Wichter,
Mr. James A. Bello
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

Mr. Stephen G. Dietrick
DOC Legal Division
70 Franklin Street, Suite 600
Boston, MA 02110

on this day: 6-8-07
Keith Niemic