UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KEITH NIEMIC,
    PLAINTIFF,
VS.
STAN GALAS ET AL
    DEFENDANTS

CIV. AC. NO. 04-11482-NMG

## MOTION TO APPEAL IN FORMA PAUPERIS

Now comes the indigent pro se plaintiff in the above entitled matter, who seeks to proceed on Appeal in forma Pauperis this courts ruling entering Summary Judgment for the UMASS defendants on April 3, 2007.

The plaintiff does attach a sworn certified Affidavit, and recent inmate Transaction Report revealing his indigency

WHEREFORE,

Plaintiff respectfully requests that his motion be allowed.

Respectfully Submitted
Keith Niemic

DATE: 6-2-07

Keith Niemic
PO BOX 100 DNVH-1
South Walpole, MA 02071