# United States District Court

DISTRICT OF __MASSACHUSETTS__

__KEITH NIEMIC__
Plaintiff

V.

__STAN GALAS ET AL__
Defendants

FILED
CLERKS OFFICE
2007 JUN 13 P 4:31
U.S. DISTRICT COURT
DISTRICT OF MASS.

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: __11482-NMG__

I, __KEITH NIEMIC__, declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:   ☑ Yes   ☐ No   (If "No" go to Part 2)

   If "Yes" state the place of your incarceration __MCI-CEDAR JUNCTION__

   Are you employed at the institution? __YES__   Do you receive any payment from the institution? __NO__

   ✓ Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☑ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __OVER 15 YEARS AGO I WAS A COMMERCIAL FISHERMAN ON SCALLOPING VESSEL THE "VICTOR"__

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes   ☑ No
   b. Rent payments, interest or dividends              ☐ Yes   ☑ No
   c. Pensions, annuities or life insurance payments    ☐ Yes   ☑ No
   d. Disability or workers compensation payments       ☐ Yes   ☑ No
   e. Gifts or inheritances                              ☐ Yes   ☑ No
   f. Any other sources                                  ☐ Yes   ☑ No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

Date: 20070522 10:19

| | | |
|---|---|---|
| Commit# : | W61426 | MCI CEDAR JUNCTION    Page: 1 |
| Name : | NIEMIC, KEITH, , | Statement From  20061101 |
| Inst : | MCI CEDAR JUNCTION | To  20070430 |
| Block : | HOSPITAL | |
| Cell/Bed : | 1/A | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Total Transaction before this Period : | | $2,048.55 | $2,045.74 | $0.00 | $0.00 |
| 20061109 17:05 | IS - Interest | 7653547 | | CJ | | $0.04 | $0.00 | $0.00 | $0.00 |
| 20061207 16:34 | IS - Interest | 7815048 | | CJ | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20070104 16:09 | IS - Interest | 7984983 | | CJ | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20070212 16:00 | IS - Interest | 8199339 | | CJ | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20070314 16:41 | IS - Interest | 8378466 | | CJ | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20070419 15:46 | IS - Interest | 8593499 | | CJ | | $0.01 | $0.00 | $0.00 | $0.00 |
| | | | | | | $0.09 | $0.00 | $0.00 | $0.00 |

|  | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $2.90 | $0.00 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $2.91 | $0.00 | $155.20 | $0.00 | $155.20 | $0.00 |