# United States Court of Appeals
## For the First Circuit

No. 07-1763

KEITH NIEMIC,

Plaintiff - Appellant,

v.

DAVID NOLAN; MICHAEL MALONEY; PETER ALLEN; ANNE MARIE AUCOIN; GARY HEBDA; BEVERLY VEGLAS; RICK SOLOMON; SUSAN MARTIN; KRISTIE LADOUCEUR; DAVID BRIEN; PAUL MURPHY; PATRICK MULVEY,

Defendants,

STAN GALAS; KARA ERDODY; DR. DONALD KERN; JUNE BINNEY; ARTHUR K. BREWER; JEFF SHOREY; DR. GURVINDER KAUR JAISWAL; DONNA FITZGERALD,

Defendants - Appellees.

### ORDER OF COURT

Entered: August 1, 2007
Pursuant to 1st Cir. R. 27.0(d)

This court has docketed plaintiff Keith Niemic's appeal from the Separate and Final Judgment that entered on April 3, 2007 in Civil Action No. 04-11482 (D. Mass.). We retain jurisdiction, but remand to the district court for a statement of reasons in support of the entry of judgment pursuant to Fed. R. Civ. P. 54(b). See Spiegel v. Trustees of Tufts College, 843 F.2d 38, 43 (1st Cir. 1988) (district court "should ordinarily make specific findings setting forth the reasons" for entry of judgment pursuant to Rule 54(b)); Santa Maria v. Owens-Illinois, Inc., 808 F.2d 848, 854 (1st Cir. 1986) ("talismanic statement...that 'there is no just reason for delay'" is insufficient; district court should "clearly articulate the factors that it has considered and its reasoning in granting the Rule 54(b) certification"). The district court is requested to furnish its reasons within ten days of the date of this order.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: _____ Date: _____

By the Court
Richard Cushing Donovan

By: **ERIC H. DEININGER**
Appeals Attorney

[Certified Copies: Judge Gorton, Sarah Thornton, Clerk of Court]
[cc: Keith Niemic, Stephen Dietrick, Esq., James Bello, Esq., Lisa Wichter, Esq.]