United States District Court
District of Massachusetts

|  |  |
|---|---|
| KEITH NIEMIC,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL MALONEY et al.,<br><br>    Defendants. | Civil Action No.<br>04-11482-NMG |

MEMORANDUM & ORDER

GORTON, J.

    In compliance with an order from the United States Court of Appeals for the First Circuit, the Court hereby enters a statement of reasons in support of the separate and final judgment entered with respect to certain defendants on April 3, 2007.

I.    **Background**

    On June 29, 2004, the plaintiff, Keith Niemic ("Niemic"), who is a state prisoner and represents himself, filed a complaint against the defendants alleging, inter alia, that his civil rights had been violated because he had been denied certain medical services while incarcerated.

    On January 31, 2006, a group of defendants including Stanley Galas, Arthur Brewer, M.D., June Binney, Jeff Shorey, R.N., Kara

Erdody, R.N., Donna Fitzgerald, L.P.N., Donald Kern, M.D. and Gurvinder Jaiswal, M.D. ("the Medical Defendants") filed a motion for summary judgment on the grounds that their conduct was proper under pertinent state regulations and did not constitute a violation of the plaintiff's legal rights. In response, the plaintiff filed a motion to stay because, due to his status as an inmate, he was unable to prepare a timely opposition. On August 11, 2006, the Court entered a Memorandum & Order in which it decided several pending motions, including the Medical Defendants' motion for summary judgment which was allowed.

Following entry of that order, on August 15, 2006, the Medical Defendants filed a motion for entry of separate and final judgment pursuant to Fed. R. Civ. P. 54(b). The Court allowed that motion on April 3, 2007, and entered a separate and final judgment in favor of the Medical Defendants on the same day. The plaintiff subsequently appealed the separate and final judgment in favor of the medical defendants.

On August 1, 2007, the United States Court of Appeals for the First Circuit entered an order remanding the case to this Court for entry of a statement of reasons in support of the entry of separate and final judgment which it requested this Court to furnish within ten days. This Court hereby enters its statement of reasons albeit after the time requested by the Court of Appeals.

## II. Discussion

Rule 54(b) of the Federal Rules of Civil Procedure states as follows:

> When more than one claim for relief is presented in an action ... or when multiple parties are involved, the court may direct the entry of a final judgment as to one or more but fewer than all of the claims or parties only <u>upon an express determination that there is no just reason for delay and upon an express direction for the entry of judgment</u>. In the absence of such determination and direction, any order or other form of decision, however designated, which adjudicates fewer than all the claims or rights and liabilities of fewer than all the parties shall not terminate the action as to any of the claims or parties, and the order or other form of decision is subject to revision at any time before entry of judgment adjudicating all the claims and rights and liabilities of all the parties. (Emphasis added).

Under that Rule, the Court is required to set forth reasons why separate judgment should be entered with respect to fewer than all of the defendants.

In the Separate and Final Judgment entered April 3, 2007, this Court made reference to its Memorandum and Order entered August 11, 2006, in which it set forth, in detail, its findings with respect to the Medical Defendants' motion for summary judgment and stated its reasons for dismissing the claims against those defendants. Such reference evidently fails to satisfy the requirements of Fed. R. Civ. P. 54(b) and the Court, therefore, reiterates the following reasons why there was "no just reason for delay" of entry of final and separate judgment in favor of the Medical Defendants pursuant that Rule.

### A.  Statement of Reasons

This action was commenced in 2004.  In August, 2006, the Court allowed the Medical Defendant's motion for summary judgment having determined that the plaintiff's claims lacked merit with respect to those defendants.  Upon examination of the record, the Court determined that there was no genuine issue of material fact that the Medical Defendants, in the course of treating the plaintiff, had not violated any of his rights under the Fourth, Fifth, Sixth, Eighth or Fourteenth Amendments to the United States Constitution or any other federal law.  While the Medical Defendants were dismissed from the case, other individuals employed by the Massachusetts Department of Corrections remained as defendants.  Furthermore, none of them had yet filed dispositive motions, meaning that the case was likely to continue indefinitely.  Given that fact, the Court determined that there was no just reason to delay entry of judgment with respect to the Medical Defendants because such delay would only cause unnecessary cost and apprehension to those defendants against whom plaintiff's claims had been dismissed.

On September 25, 2006, the plaintiff filed a handwritten document styled as a "motion to oppose and strike the defendants' motion for separate and final judgment".  As grounds therefor, the plaintiff stated that he had been unable to submit an opposition to the Medical Defendants' motion for summary judgment

because of his status as an inmate. The Court found, however, that the plaintiff's complaint was deficient with respect to the Medical Defendants notwithstanding his inability to file an opposition to their motion for summary judgment. For those reasons, the Court concluded that there was no just reason to delay entry of separate and final judgment with respect to the Medical Defendants.

### ORDER

In compliance with the Order of the United States Court of Appeals for the First Circuit dated August 1, 2007, the foregoing statement of reasons is hereby entered in support of the Court's Separate and Final Judgment entered April 3, 2007.

**So ordered.**

_/s/ Nathaniel M. Gorton_
Nathaniel M. Gorton
United States District Judge

Dated September 12, 2007