UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 SEP 28  A 11: 57

U.S. DISTRICT COURT
DISTRICT OF MASS.

KEITH NIEMIC,
       PLAINTIFF,
VS.

MICHAEL MALONEY ET AL
       DEFENDANTS.

CIV. AC. No. 04-11482

NOTICE OF APPEAL

Notice is hereby given that plaintiff in the above entitled matter does hereby appeal to the United States Court of Appeals for the First Circuit from the District Courts Supplemental Separate and Final Judgment entered on September 12 2007

DATE: 9-24-07   /s/ Keith Niemic
                Keith Niemic pro se
                PO Box 100
                South Walpole, MA
                02071