UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

USDC Docket Number : 04-cv-11482

Keith Niemic

v.

Michael Maloney, et al

---

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-108, 110-122

and contained in I & II Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 9/28/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on October 9, 2007.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 10/10/07.

_____
Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06