APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-11482-NMG
### Internal Use Only

Niemic v. Maloney, et al
Assigned to: Judge Nathaniel M. Gorton
Case in other court: First Circuit, 07-01763
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 06/29/2004
Date Terminated: 09/14/2007
Jury Demand: Defendant
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Keith Niemic**     represented by **Keith Niemic**
MCI Cedar Junction
P.O. Box 100
South Walpole, MA 02071
PRO SE

V.

**Defendant**

**David Nolan**
*Present Superintendent of MCI Cedar Junction*

represented by **Stephen G. Dietrick**
MA Department of Correction
70 Franklin Street
Suite 600
Boston, MA 02110
617-727-3300
Fax: 617-727-7403
Email: sgdietrick@doc.state.ma.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Maloney**
*Former Commissioner of Corrections*

**Defendant**

**Peter Allen**
*Former Superintendent of MCI Cedar Junction*

**Defendant**

**Anne Marie Aucoin**
*Institutional Grievance Coordinator-MCI Cedar Junction*

**Defendant**

**Gary Hebda**
*Mail Officer-MCI Cedar Junction*

represented by **Stephen G. Dietrick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Beverly Veglas**
*Librarian-MCI Cedar Junction*

represented by **Stephen G. Dietrick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rick Solomon**
*Recreation Officer-MCI Cedar Junction*

represented by **Stephen G. Dietrick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Susan Martin**
*Director-Health Service Division-Department of Corrections*

represented by **Stephen G. Dietrick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kristie Ladouceur**
*Department of Corrections Grievance Coordinator*

**Defendant**

**David Brien**
*Inner Perimeter Security Officer-MCI Cedar Junction*

**Defendant**

**Paul Murphy**
*Former Inner Perimeter Security Officer-MCI Cedar Junction*

**Defendant**

**Pat Mulvey**
*Inner Perimeter Security Officer-MCI Cedar Junction*

represented by **Stephen G. Dietrick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**University of Massachusetts Correctional Health**

**Defendant**

**Nurse Practioner Stan Galas**
*Health Service Administrator-MCI*
*Cedar Junction*

represented by **James A. Bello**
Morrison, Mahoney LLP
250 Summer Street
Boston, MA 02210
617-737-8803
Fax: 617-342-4968
Email: jbello@morrisonmahoney.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa R. Wichter**
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
617-737-8855
Fax: 617-342-4818
Email: lwichter@morrisonmahoney.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kara Erdody**
*Nurse Practitioner-MCI Cedar Junction*

represented by **James A. Bello**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa R. Wichter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dr. Donald Kern**
*Director Health Services-MCI Cedar*
*Junction*

represented by **James A. Bello**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa R. Wichter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**June Binney**
*Program Director-U-Mass*
*Correctional Health*

represented by **James A. Bello**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/29/2004 | 1 | MOTION for Leave to Proceed in forma pauperis by Keith Niemic. (Jenness, Susan) (Entered: 06/30/2004) |
| 06/29/2004 | 2 | MOTION to Appoint Counsel by Keith Niemic.(Jenness, Susan) (Entered: 06/30/2004) |
| 06/29/2004 | 3 | Names and addresses of parties (Jenness, Susan) (Entered: 06/30/2004) |
| 06/29/2004 | 4 | COMPLAINT, filed by Keith Niemic.(Jenness, Susan) (Entered: 06/30/2004) |
| 06/29/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Jenness, Susan) (Entered: 06/30/2004) |
| 06/30/2004 |  | Case undergoing preliminary screening (Jenness, Susan) (Entered: 06/30/2004) |
| 08/10/2004 | 5 | Letter/request (non-motion) from Keith Niemic. (Smith3, Dianne) (Entered: 08/13/2004) |
| 09/03/2004 | 6 | Letter/request (non-motion) from Pro Se Office to plaintiff informing plaintiff that his case is subject to preliminary screening. Courtesy copy of docket sheet provided to plaintiff. (Morse, Barbara) (Entered: 09/03/2004) |
| 09/16/2004 | 7 | Judge Nathaniel M. Gorton : ORDER entered granting 1 Motion for Leave to Proceed in forma pauperis. An initial partial filing fee of $ 40.01 is assessed pursuant to 28 U.S.C. s. 1915(b)(1). The remainder of the fee $139.99 is to be assessed in accordance with 28 U.S.C. s. 1915(b)(2). The Clerk shall return the complaint to the undersigned for screening on the merits pursuant to 28 U.S.C. s. 1915(e)(2) and/or 1915A, and summonses shall NOT issue pending the completion of screening on the merits pursuant to 28 U.S.C. s. 1915(e)(2) and/or 1915A. (Weissman, Linn) (Entered: 09/17/2004) |
| 09/16/2004 | 8 | Judge Nathaniel M. Gorton : ORDER entered denying 2 Motion for Appointment of Law Student without prejudice to filing such a motion after the Court completes preliminary screening of plaintiff's complaint pursuant to 28 U.S.C. s. 1915(e)(2) and 1915A. (Weissman, Linn) (Entered: 09/17/2004) |
| 09/16/2004 | 9 | NOTICE FOR PAYMENT OF PRISONER FILING FEE. (Weissman, Linn) (Entered: 09/17/2004) |
| 09/19/2004 | 11 | MOTION For Notice For Demand For Jury Trial by Keith Niemic. (Barrette, Mark) (Entered: 09/27/2004) |
| 09/21/2004 | 10 | Letter/request (non-motion) from Keith Niemic. (Barrette, Mark) (Entered: 09/24/2004) |

| | | |
|---|---|---|
| 10/06/2004 | 12 | MOTION for Declaratory Judgment Ordering MCI-Cedar Junction Treasurer to Allow Plaintiff Access to His Prison Account so that He Can Access Court Pursuant to This Courts Order Inter Alia by Keith Niemic. (Attachments: # 1 Affidavit of Keith Niemic)(Barrette, Mark) (Entered: 10/12/2004) |
| 10/26/2004 | 13 | Proposed Document(s) submitted by Keith Niemic. Document received: Plaintiff's Sworn Statement of His Eligibility to Proceed in This Action Without Paying an Initial Filing Fee. (Barrette, Mark) (Entered: 11/02/2004) |
| 11/05/2004 | 14 | Verified Provisional MOTION for Replevin of Property by Keith Niemic.(Barrette, Mark) (Entered: 11/10/2004) |
| 04/04/2005 | 15 | Judge Nathaniel M. Gorton : ORDER ON SCREENING PURSUANT TO SECTIONS 1915(e)(2) AND/OR 1915A entered. The Clerk shall dismiss this action unless, on or before the 42nd day from the date of this Order, plaintiff has filed a submission showing good cause why the Court should find that the pleading is sufficient to state a cognizable claim and that plaintiff will have a reasonable opportunity to prevail on the merits of plaintiff's claims against defendant Michael Maloney. IT IS FURTHER ORDERED THAT the Clerk shall issue summonses and the United States Marshal serve a copy of the complaint, summons and this order as directed by the plaintiff with all costs of service to be advanced by the United States only as to defendant(s)David Nolan, Peter Allen, Anne Marie Aucoin, Gary Hebda, Beverly Veglas, Rick Solomon, Susan Martin, Kristie Ladouceur, David Brien, Paul Murphy, Pat Mulvey, University of Massachusetts Correctional Health, Stan Galas, Kara Erdody, Dr. Donald Kern, June Binney, Arthur Brewer, Jeff Shorey, Dr. Gurvinder Kaur Jaiswal, and Donna Fitzgerald. IT IS FURTHER ORDERED THAT IF the defendants (except defendant Maloney) have been served with a summons and complaint, the defendants (except defendant Maloney) are required to reply within the time specified in the summons.(Morse, Barbara) (Entered: 04/04/2005) |
| 04/04/2005 | 16 | Judge Nathaniel M. Gorton : MEMORANDUM AND ORDER entered granting 11 Motion for notice for demand jury trial, denying 12 Motion for Declaratory Judgment, denying 14 Motion for replevin of property. The Treasurer's Office at MCI Cedar Junction shall amend their records to reflect the remainder of the filing fee owed by plaintiff to $109.99. The plaintiff is directed to demonstrate good cause why the claims against Michael Maloney, the former Commissioner of the Massachusetts Department of Correction, should not be dismissed within forty-two (42) days of the date of this Memorandum and Order. Copy of Memorandum and Order mailed to Treasurer at MCI Cedar Junction. (Morse, Barbara) (Entered: 04/04/2005) |
| 04/05/2005 | | Set Deadlines/Hearings: Plaintiff response to 4/4/05 Order showing good cause why claims against defendant Maloney should not be dismissed due by 5/16/2005. (Morse, Barbara) (Entered: 04/05/2005) |
| 04/05/2005 | | Summons Issued as to Rick Solomon, Susan Martin, Kristie Ladouceur, |

| | | David Brien, Paul Murphy, Pat Mulvey, University of Massachusetts Correctional Health, Stan Galas, Kara Erdody, Donald Kern, June Binney, Arthur Brewer, Jeff Shorey, Gurvinder Kaur Jaiswal, Donna Fitzgerald, David Nolan, Peter Allen, Anne Marie Aucoin, Gary Hebda, Beverly Veglas. Mailed to plaintiff with USM 285 forms, LR 4.1 and notice to plaintiff re: service by marshal. (Morse, Barbara) (Entered: 04/05/2005) |
|---|---|---|
| 04/11/2005 | 17 | MOTION to Correct Erroneous Filing Fee Computation by Keith Niemic.(Filo, Jennifer) (Entered: 04/12/2005) |
| 04/26/2005 | 18 | MOTION for Order to Show Cause by Keith Niemic.(Bell, Marie) (Entered: 04/28/2005) |
| 05/27/2005 | 19 | SUMMONS Returned Executed University of Massachusetts Correctional Health served on 5/20/2005, answer due 6/9/2005. (Elefther, Elizabeth) (Entered: 06/01/2005) |
| 05/27/2005 | 20 | SUMMONS Returned Executed Arthur Brewer served on 5/20/2005, answer due 6/9/2005. (Elefther, Elizabeth) (Entered: 06/01/2005) |
| 05/27/2005 | 21 | SUMMONS Returned Executed Gurvinder Kaur Jaiswal served on 5/20/2005, answer due 6/9/2005. (Elefther, Elizabeth) (Entered: 06/01/2005) |
| 05/27/2005 | 22 | SUMMONS Returned Executed Donna Fitzgerald served on 5/20/2005, answer due 6/9/2005. (Elefther, Elizabeth) (Entered: 06/01/2005) |
| 05/27/2005 | 23 | SUMMONS Returned Executed Kara Erdody served on 5/20/2005, answer due 6/9/2005. (Elefther, Elizabeth) (Entered: 06/01/2005) |
| 05/27/2005 | 24 | SUMMONS Returned Executed June Binney served on 5/20/2005, answer due 6/9/2005. (Elefther, Elizabeth) (Entered: 06/01/2005) |
| 05/27/2005 | 25 | SUMMONS Returned Executed Donald Kern served on 5/20/2005, answer due 6/9/2005. (Elefther, Elizabeth) (Entered: 06/01/2005) |
| 05/27/2005 | 26 | Summons Returned Unexecuted by Keith Niemic as to Peter Allen (no longer employed by D.O.C.) (Elefther, Elizabeth) (Entered: 06/01/2005) |
| 06/10/2005 | 27 | MOTION for Extension of Time by Arthur Brewer.(Bello, James) (Entered: 06/10/2005) |
| 06/15/2005 |  | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 27 Motion for Extension of Time (Nicewicz, Craig) (Entered: 06/15/2005) |
| 06/16/2005 | 28 | US Marshal Process Receipt and Return for Summons. Kristie Ladouceur served Delivered on 6/8/05 (Elefther, Elizabeth) (Entered: 06/17/2005) |
| 06/16/2005 | 29 | US Marshal Process Receipt and Return for Summons. Ann Marie Aucoin served Delivered on 6/8/05 (Elefther, Elizabeth) (Entered: 06/17/2005) |
| 06/16/2005 | 30 | US Marshal Process Receipt and Return for Summons. David Brien (IPS) served Delivered on 6/8/05 (Elefther, Elizabeth) (Entered: 06/17/2005) |

| | | |
|---|---|---|
| 06/16/2005 | 31 | US Marshal Process Receipt and Return for Summons. Gary Hebda served Delivered on 6/8/05 (Elefther, Elizabeth) (Entered: 06/17/2005) |
| 06/16/2005 | 32 | US Marshal Process Receipt and Return for Summons. Pat Mulvey served Delivered on 6/8/05 (Elefther, Elizabeth) (Entered: 06/17/2005) |
| 06/16/2005 | 33 | US Marshal Process Receipt and Return for Summons. David Nolan served Delivered on 6/8/05 (Elefther, Elizabeth) (Entered: 06/17/2005) |
| 06/16/2005 | 34 | US Marshal Process Receipt and Return for Summons. Sgt Paul Murphy served Delivered on 6/8/05 (Elefther, Elizabeth) (Entered: 06/17/2005) |
| 06/16/2005 | 35 | US Marshal Process Receipt and Return for Summons. Rick Solomon served Delivered on 6/8/05 (Elefther, Elizabeth) (Entered: 06/17/2005) |
| 06/16/2005 | 36 | US Marshal Process Receipt and Return for Summons. Beverly Veglas served Delivered on 6/8/05 (Elefther, Elizabeth) (Entered: 06/17/2005) |
| 06/16/2005 | 38 | US Marshal Process Receipt and Return for Summons. Stanley Galas served Delivered on 6/8/05 (Elefther, Elizabeth) (Entered: 06/17/2005) |
| 06/17/2005 | 37 | US Marshal Process Receipt and Return for Summons. Jeff Shorey served Delivered on 6/8/05 (Elefther, Elizabeth) (Entered: 06/17/2005) |
| 06/22/2005 | 39 | ANSWER to Complaint with Jury Demand by Stan Galas.(Bello, James) (Entered: 06/22/2005) |
| 06/22/2005 | 40 | ANSWER to Complaint with Jury Demand by Arthur Brewer.(Bello, James) (Entered: 06/22/2005) |
| 06/22/2005 | 41 | ANSWER to Complaint with Jury Demand by June Binney.(Bello, James) (Entered: 06/22/2005) |
| 06/22/2005 | 42 | ANSWER to Complaint with Jury Demand by Jeff Shorey.(Bello, James) (Entered: 06/22/2005) |
| 06/22/2005 | 43 | ANSWER to Complaint with Jury Demand by Kara Erdody.(Bello, James) (Entered: 06/22/2005) |
| 06/22/2005 | 44 | ANSWER to Complaint with Jury Demand by Donna Fitzgerald.(Bello, James) (Entered: 06/22/2005) |
| 06/22/2005 | 45 | ANSWER to Complaint with Jury Demand by Donald Kern.(Bello, James) (Entered: 06/22/2005) |
| 06/22/2005 | 46 | ANSWER to Complaint with Jury Demand by Gurvinder Kaur Jaiswal. (Bello, James) (Entered: 06/22/2005) |
| 06/22/2005 | 47 | NOTICE of Appearance by Lisa R. Wichter on behalf of Stan Galas, Kara Erdody, Donald Kern, June Binney, Arthur Brewer, Jeff Shorey, Gurvinder Kaur Jaiswal, Donna Fitzgerald (Wichter, Lisa) (Entered: 06/22/2005) |
| 07/06/2005 | 48 | MOTION *for Exemption From FRCP Rule 16(b) Requiring a Case Scheduling Conference* by Stan Galas, Kara Erdody, Donald Kern, June Binney, Arthur Brewer, Jeff Shorey, Gurvinder Kaur Jaiswal, Donna |

| | | |
|---|---|---|
| | | Fitzgerald.(Bello, James) (Entered: 07/06/2005) |
| 07/06/2005 | 49 | JOINT STATEMENT of counsel *Pursuant to Local Rule 16.1*. (Bello, James) (Entered: 07/06/2005) |
| 07/11/2005 | 50 | US Marshal Process Receipt and Return for Complaint & Summons. Susan Martin served Delivered on 7/6/05 (Elefther, Elizabeth) (Entered: 07/12/2005) |
| 07/11/2005 | 51 | MOTION for Judgment as a Matter of Law in Jury Trials by Keith Niemic.(Elefther, Elizabeth) (Entered: 07/12/2005) |
| 07/11/2005 | 52 | AFFIDAVIT of Keith Niemac by Keith Niemic. (Elefther, Elizabeth) (Entered: 07/12/2005) |
| 07/11/2005 | 53 | Response by Keith Niemic to 39 Answer to Complaint of Stanley Galas. (Elefther, Elizabeth) (Entered: 07/12/2005) |
| 07/11/2005 | 54 | Response by Keith Niemic to 41 Answer to Complaint of June Binney. (Elefther, Elizabeth) (Entered: 07/12/2005) |
| 07/11/2005 | 55 | Response by Keith Niemic to 42 Answer to Complaint of Jeffy Shorey. (Elefther, Elizabeth) (Entered: 07/12/2005) |
| 07/11/2005 | 56 | Response by Keith Niemic to 43 Answer to Complaint of Kara Erdody. (Elefther, Elizabeth) (Entered: 07/12/2005) |
| 07/11/2005 | 57 | Response by Keith Niemic to 44 Answer to Complaint of Donna Fitzgerald. (Elefther, Elizabeth) (Entered: 07/12/2005) |
| 07/11/2005 | 58 | Response by Keith Niemic to 45 Answer to Complaint of Donald Kern. (Elefther, Elizabeth) (Entered: 07/12/2005) |
| 07/11/2005 | 59 | Response by Keith Niemic to 46 Answer to Complaint of Gurvinder Jaiswal. (Elefther, Elizabeth) (Entered: 07/12/2005) |
| 07/11/2005 | 60 | Response by Keith Niemic to 40 Answer to Complaint of Arthur Brewer. (Elefther, Elizabeth) (Entered: 07/12/2005) |
| 07/13/2005 | 61 | MOTION for Extension of Time to 9/26/05 to respond to plaintiff's complaint by Rick Solomon, Susan Martin, Kristie Ladouceur, David Brien, Paul Murphy, Pat Mulvey, David Nolan, Michael Maloney, Peter Allen, Anne Marie Aucoin, Gary Hebda, Beverly Veglas.(Dietrick, Stephen) (Entered: 07/13/2005) |
| 07/13/2005 | 62 | Opposition re 51 MOTION for Judgment as a Matter of Law filed by Stan Galas, Kara Erdody, Donald Kern, June Binney, Arthur Brewer, Jeff Shorey, Gurvinder Kaur Jaiswal, Donna Fitzgerald. (Bello, James) (Entered: 07/13/2005) |
| 08/01/2005 | 63 | Opposition re 48 MOTION *for Exemption From FRCP Rule 16(b) Requiring a Case Scheduling Conference* filed by Keith Niemic. (Elefther, Elizabeth) (Entered: 08/02/2005) |
| 08/01/2005 | 64 | MOTION to Strike 62 Opposition to Motion for Judgment by Keith |

| | | |
|---|---|---|
| | | Niemic. (Attachments: # 1 Exhibit A)(Elefther, Elizabeth) (Entered: 08/02/2005) |
| 08/01/2005 | 65 | MOTION for Default Judgment as to Veglas, Hebda, Nolan, Mulvery, Solomon, Brien, Aucoin, Maloney, Allen, Murphy, and LaDouceur by Keith Niemic.(Elefther, Elizabeth) (Entered: 08/02/2005) |
| 08/01/2005 | 66 | AFFIDAVIT of Keith Niemic by Keith Niemic. (Attachments: # 1 Exhibit 1# 2 Certificate)(Elefther, Elizabeth) (Entered: 08/02/2005) |
| 08/11/2005 | 67 | MOTION for Temporary Restraining Order and Preliminary Injunction by Keith Niemic. (Attachments: # 1 Text of Proposed Order Order)(Elefther, Elizabeth) (Entered: 08/12/2005) |
| 08/11/2005 | 68 | MEMORANDUM in Support re 67 MOTION for Temporary Restraining Order and Preliminary Injuction filed by Keith Niemic. (Elefther, Elizabeth) (Entered: 08/12/2005) |
| 08/11/2005 | 69 | DECLARATION in support of re 67 MOTION for Temporary Restraining Order by Keith Niemic. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 Exhibit 12# 13 Exhibit 13# 14 Exhibit 14)(Elefther, Elizabeth) (Entered: 08/12/2005) |
| 09/08/2005 | | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 48 Motion exemption and for extension to answer to 9/26/05, granting 61 Motion for Extension of Time (Nicewicz, Craig) (Entered: 09/08/2005) |
| 09/08/2005 | 70 | RESPONSE to Motion re 67 MOTION for Temporary Restraining Order filed by Stan Galas, Kara Erdody, Donald Kern, June Binney, Arthur Brewer, Jeff Shorey, Gurvinder Kaur Jaiswal, Donna Fitzgerald. (Wichter, Lisa) (Entered: 09/08/2005) |
| 09/08/2005 | 71 | EXHIBIT re 70 Response to Motion *(Exhibit 1)* by Stan Galas, Kara Erdody, Donald Kern, June Binney, Arthur Brewer, Jeff Shorey, Gurvinder Kaur Jaiswal, Donna Fitzgerald. (Wichter, Lisa) (Entered: 09/08/2005) |
| 09/08/2005 | 72 | EXHIBIT re 70 Response to Motion *(Exhibits 2-4)* by Stan Galas, Kara Erdody, Donald Kern, June Binney, Arthur Brewer, Jeff Shorey, Gurvinder Kaur Jaiswal, Donna Fitzgerald. (Wichter, Lisa) (Entered: 09/08/2005) |
| 09/22/2005 | 73 | Supplemental JOINT STATEMENT of counsel *Pursuant to Local Rule 16.1*. (Bello, James) (Entered: 09/22/2005) |
| 09/26/2005 | 74 | MOTION for Extension of Time to 10/31/05 to File Answer by Rick Solomon, Susan Martin, Pat Mulvey, David Nolan, Gary Hebda, Beverly Veglas.(Dietrick, Stephen) (Entered: 09/26/2005) |
| 10/05/2005 | | Judge Nathaniel M. Gorton : ElectronicORDER entered granting 74 Motion for Extension of Time to Answer Rick Solomon answer due 10/31/2005; Susan Martin answer due 10/31/2005; Pat Mulvey answer |

| | | |
|---|---|---|
| | | due 10/31/2005; David Nolan answer due 10/31/2005; Gary Hebda answer due 10/31/2005; Beverly Veglas answer due 10/31/2005. (Nicewicz, Craig) (Entered: 10/05/2005) |
| 10/31/2005 | 75 | MOTION for Extension of Time to 11/09/2005 by Michael Maloney. (Dietrick, Stephen) (Entered: 10/31/2005) |
| 11/02/2005 | | Judge Nathaniel M. Gorton : ElectronicORDER entered granting 75 Motion for Extension of Time (Nicewicz, Craig) (Entered: 11/02/2005) |
| 11/09/2005 | 76 | ANSWER to Complaint by Rick Solomon, Susan Martin, Kristie Ladouceur, David Brien, Paul Murphy, Pat Mulvey, David Nolan, Anne Marie Aucoin, Gary Hebda, Beverly Veglas.(Dietrick, Stephen) (Entered: 11/09/2005) |
| 12/21/2005 | 77 | Judge Nathaniel M. Gorton : ORDER entered denying 51 Motion for Judgment as a Matter of Law, denying 64 Motion to Strike, denying 65 Motion for Default Judgment, denying 67 Motion for TRO, denying 17 Motion to Correct, granting 18 Motion for Order to Show Cause "In accordance with the foregoing analysis,1.) Plaintiff's Motion to Correct Erroneous Filing fee (Docket No. 17) is, because it is mistaken, DENIED,2.)Plaintiff's Motion to Show Cause (Docket No. 18) is ALLOWED and a summons will issue as to defendant Maloney;3.) Plaintiff's Motions for Judgment as a Matter of Law (Docket No. 51) and to Strike Opposition to Plaintiff's Motion for Judgment (Docket No. 64) are DENIED;4.) Plaintiff's Motion for Default Judgment (Docket No. 65) is DENIED;5.) Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction (Docket No. 67) is, with respect to defendant Brewer and the other U. Mass defendants, DENIED, and6.) Commissioner Dennehy and the Department of Corrections defendants are ordered to respond to Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction (Docket NO. 67) on or before Friday, January 13, 2006, in default of which the motion will be allowed." (Sonnenberg, Elizabeth) (Entered: 12/21/2005) |
| 01/06/2006 | | Mail Returned as Undeliverable. Mail sent to Keith Niemic at MCI Cedar Junction, PO Box 100, South Walpole, MA 02071 (Sonnenberg, Elizabeth) (Entered: 01/06/2006) |
| 01/12/2006 | 78 | Opposition re 67 MOTION for Temporary Restraining Order/Preliminary Injuction filed by Rick Solomon, Susan Martin, Kristie Ladouceur, David Brien, Paul Murphy, Pat Mulvey, University of Massachusetts Correctional Health, Stan Galas, Kara Erdody, Donald Kern, June Binney, Arthur Brewer, Jeff Shorey, Gurvinder Kaur Jaiswal, Donna Fitzgerald, David Nolan, Michael Maloney, Peter Allen, Anne Marie Aucoin, Gary Hebda, Beverly Veglas. (Sonnenberg, Elizabeth) (Entered: 01/13/2006) |
| 01/12/2006 | 79 | AFFIDAVIT of Stephen G. Dietrick by Rick Solomon, Susan Martin, Kristie Ladouceur, David Brien, Paul Murphy, Pat Mulvey, University of Massachusetts Correctional Health, Stan Galas, Kara Erdody, Donald Kern, June Binney, Arthur Brewer, Jeff Shorey, Gurvinder Kaur Jaiswal, |

|  |  | Donna Fitzgerald, David Nolan, Michael Maloney, Peter Allen, Anne Marie Aucoin, Gary Hebda, Beverly Veglas. (Attachments: # 1 Exhibit A)(Sonnenberg, Elizabeth) (Entered: 01/13/2006) |
|---|---|---|
| 01/19/2006 | 80 | MOTION Relief from Judgment or Order by Keith Niemic.(Sonnenberg, Elizabeth) (Entered: 01/20/2006) |
| 01/31/2006 | 81 | MOTION for Summary Judgment by Stan Galas, Kara Erdody, Donald Kern, June Binney, Arthur Brewer, Jeff Shorey, Gurvinder Kaur Jaiswal, Donna Fitzgerald.(Bello, James) (Entered: 01/31/2006) |
| 01/31/2006 | 82 | MEMORANDUM in Support re 81 MOTION for Summary Judgment filed by Stan Galas, Kara Erdody, Donald Kern, June Binney, Arthur Brewer, Jeff Shorey, Gurvinder Kaur Jaiswal, Donna Fitzgerald. (Bello, James) (Entered: 01/31/2006) |
| 01/31/2006 | 83 | STATEMENT of facts re 81 MOTION for Summary Judgment. (Bello, James) (Entered: 01/31/2006) |
| 01/31/2006 | 84 | STATEMENT OF COUNSEL re 81 MOTION for Summary Judgment *Legal Basis* by Stan Galas, Kara Erdody, Donald Kern, June Binney, Arthur Brewer, Jeff Shorey, Gurvinder Kaur Jaiswal, Donna Fitzgerald. (Bello, James) (Entered: 01/31/2006) |
| 01/31/2006 | 85 | AFFIDAVIT in Support re 81 MOTION for Summary Judgment *of Arthur Brewer, M.D.*. (Bello, James) (Entered: 01/31/2006) |
| 01/31/2006 | 86 | NOTICE by Stan Galas, Kara Erdody, Donald Kern, June Binney, Arthur Brewer, Jeff Shorey, Gurvinder Kaur Jaiswal, Donna Fitzgerald re 82 Memorandum in Support of Motion *of Manual Filing of Exhibits* (Bello, James) (Entered: 01/31/2006) |
| 02/21/2006 | 87 | RENEWED MOTION for Appointment of Law Student by Keith Niemic. (Attachments: # 1 Exhibit 1)(Sonnenberg, Elizabeth) (Entered: 02/22/2006) |
| 02/21/2006 | 88 | MOTION to Deny Defendants Motion for Summary Judgment or in the Alternative to Stay Such motion by Keith Niemic. (Attachments: # 1 Affidavit Keith Niemic)(Sonnenberg, Elizabeth) (Entered: 02/22/2006) |
| 02/21/2006 | 89 | MOTION for Leave to Respond/Move to Strike Defendants Opposition to Plaintiffs Motion for Preliminary Injunction by Keith Niemic. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4) (Sonnenberg, Elizabeth) Additional attachment(s) added on 2/24/2006 (Sonnenberg, Elizabeth). (Entered: 02/22/2006) |
| 02/21/2006 | 90 | MOTION for Relief from Judgment or Order by Keith Niemic. (Sonnenberg, Elizabeth) (Entered: 02/22/2006) |
| 02/21/2006 | 91 | MOTION for Relief from Judgment or Order by Keith Niemic. (Attachments: # 1 Affidavit Keith Niemic)(Sonnenberg, Elizabeth) (Entered: 02/22/2006) |
| 03/06/2006 | 92 | Opposition re 89 MOTION for Leave to Respond/Move to Strike |

| | | |
|---|---|---|
| | | Defendants Opposition to Plaintiffs Motion for Preliminary Injunction filed by Michael Maloney. (Dietrick, Stephen) (Entered: 03/06/2006) |
| 03/07/2006 | 93 | RESPONSE to Motion re 89 MOTION for Leave to Respond/Move to Strike Defendants Opposition to Plaintiffs Motion for Preliminary Injunction filed by Stan Galas, Kara Erdody, Donald Kern, June Binney, Arthur Brewer, Jeff Shorey, Gurvinder Kaur Jaiswal, Donna Fitzgerald. (Wichter, Lisa) (Entered: 03/07/2006) |
| 03/15/2006 | 94 | Verified Motion to Clarify Facts by Keith Niemic. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4)(Sonnenberg, Elizabeth) (Entered: 03/16/2006) |
| 07/25/2006 | | Motions terminated: 80 MOTION Relief from Judgment and Order filed by Keith Niemic,. Petitioners request for a copy of the M&0 granted, copy sent to Petitioner. (Nicewicz, Craig) (Entered: 07/25/2006) |
| 07/27/2006 | | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 94 Motion for Clarification. Treated as a motion to supplement Petitioners previous filed pleading, docket no. 89 and allowed. (Nicewicz, Craig) (Entered: 07/27/2006) |
| 08/11/2006 | 95 | Judge Nathaniel M. Gorton : ORDER entered. MEMORANDUM AND ORDER"1) Plaintiff's Motion for a Temporary Restraining Order/Preliminary Injunction against the Corrections Defendants (Docket No. 67) and Plaintiff's Motion for Leave to Respond/Move to Strike Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction (Docket No. 89) are DENIED; 2) Medical Defendants' Motion for Summary Judgment (Docket No. 81) is ALLOWED and Plaintiff's Motion to Deny the Defendants' Motion for Summary Judgment or in the Alternative to Stay Such Motion (Docket No. 88) is DENIED;3) Plaintiff's Renewed Motion for Appointment of a Law Student (Docket No. 87) is DENIED;4) Plaintiff's Motions for Relief from Judgment or Order (Docket Nos. 90,91) are DENIED. So ordered."(Sonnenberg, Elizabeth) (Copy of Order mailed to Keith Niemic.) (Entered: 08/11/2006) |
| 08/15/2006 | 96 | MOTION for Entry of Judgment under Rule 54(b) by Stan Galas, Kara Erdody, Donald Kern, June Binney, Arthur Brewer, Jeff Shorey, Gurvinder Kaur Jaiswal, Donna Fitzgerald.(Wichter, Lisa) (Entered: 08/15/2006) |
| 09/01/2006 | 97 | NOTICE OF APPEAL filing fee not enclosed as to 95 Memorandum & ORDER,,, by Keith Niemic. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 9/21/2006. (Sonnenberg, Elizabeth) (Entered: 09/01/2006) |
| 09/08/2006 | 98 | MOTION for relief from Judgment or Order by Keith Niemic. (Sonnenberg, Elizabeth) (Entered: 09/12/2006) |

| | | |
|---|---|---|
| 09/08/2006 | 99 | Second MOTION for Relief from Judgment or Order by Keith Niemic. (Sonnenberg, Elizabeth) (Entered: 09/12/2006) |
| 09/14/2006 | 100 | Certified and Transmitted Record on Appeal to US Court of Appeals re 97 Notice of Appeal. (Attachments: # 1)(Ramos, Jeanette) (Entered: 09/14/2006) |
| 09/22/2006 | 101 | Opposition re 99 MOTION for Relief from Judgment or Order filed by Stan Galas, Kara Erdody, Donald Kern, June Binney, Arthur Brewer, Jeff Shorey, Gurvinder Kaur Jaiswal, Donna Fitzgerald. (Wichter, Lisa) (Entered: 09/22/2006) |
| 09/25/2006 | 102 | MOTION Copy of Docket Entry by Keith Niemic.(Sonnenberg, Elizabeth) (Entered: 09/26/2006) |
| 09/25/2006 | 103 | MOTION for Docket Entry by Keith Niemic.(Sonnenberg, Elizabeth) (Entered: 09/26/2006) |
| 09/25/2006 | 104 | MOTION to Oppose and Strike the Defendants Motion for Seperate and Final Judgment re 101 Opposition to Motion by Keith Niemic. (Sonnenberg, Elizabeth) (Entered: 09/26/2006) |
| 09/26/2006 | | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 102 Motion Copy of Docket Entry granting 103 Motion Copy of Docket Entry (Sonnenberg, Elizabeth) (Entered: 09/26/2006) |
| 09/26/2006 | | DOCKET SHEET sent to Keith Neimic @ PO Box 100 South Walpole MA 02071 (Sonnenberg, Elizabeth) (Entered: 09/26/2006) |
| 09/28/2006 | 105 | Opposition re 96 MOTION for Entry of Judgment under Rule 54(b), 104 MOTION to Oppose and Strike the Defendants Motion for Seperate and Final Judgment re 101 Opposition to Motion filed by Stan Galas, Kara Erdody, Donald Kern, June Binney, Arthur Brewer, Jeff Shorey, Gurvinder Kaur Jaiswal, Donna Fitzgerald. (Wichter, Lisa) (Entered: 09/28/2006) |
| 10/06/2006 | 106 | Supplemental Motion to clarify his earlier motion for relief from judgment or order re 99 MOTION for Relief from Judgment or Order by Keith Niemic.(Sonnenberg, Elizabeth) (Entered: 10/11/2006) |
| 11/07/2006 | 107 | ORDER of USCA as to 97 Notice of Appeal, filed by Keith Niemic. Treating appellant's Form 4, financial affidavit, with attached prison ("IFP"), we transmit said request to the district court for action in the first instance pursuant to Fed. R. App. P. 24(a)(1). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If appellant is not granted IFP status by the district court, he may file a motion to proceed IFP in this court, provided that he do so in accordance with Fed. R. App. P. 24(a)(5). (Attachments: # 1) (Ramos, Jeanette) (Entered: 11/07/2006) |
| 11/28/2006 | 108 | MOTION for Leave to Appeal in forma pauperis by Keith Niemic. (Sonnenberg, Elizabeth) which was filed in the Appeals court 107 Modified on 11/28/2006 (Sonnenberg, Elizabeth). (Entered: 11/28/2006) |

| | | |
|---|---|---|
| 11/28/2006 | ⬚109 | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 108 Motion for Leave to Appeal in forma pauperis (Sonnenberg, Elizabeth) (Entered: 11/28/2006) |
| 11/28/2006 | ⬚ | Notice of correction to docket made by Court staff. Correction: Docket No. 109 corrected because: Clerk inadvertantly selected a document number, however it is an electronic order. (Sonnenberg, Elizabeth) (Entered: 11/28/2006) |
| 12/06/2006 | ⬚110 | Proposed Document(s) submitted by Keith Niemic. Document received: Supplemental Writ. (Sonnenberg, Elizabeth) (Entered: 12/06/2006) |
| 04/03/2007 | ⬚ | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 96 Motion for Entry of Judgment under Rule 54(b) (Nicewicz, Craig) (Entered: 04/03/2007) |
| 04/03/2007 | ⬚111 | Judge Nathaniel M. Gorton : ORDER entered. SEPARATE AND FINAL JUDGMENT (Nicewicz, Craig) Modified on 4/3/2007 (Nicewicz, Craig). (Entered: 04/03/2007) |
| 04/03/2007 | ⬚ | Judge Nathaniel M. Gorton : Electronic ORDER entered denying 98 Motion, denying 99 Motion, denying 104 Motion, denying 106 Motion. Copies mailed to Plaintiff. (Nicewicz, Craig) Modified on 4/3/2007 (Nicewicz, Craig). (Entered: 04/03/2007) |
| 04/12/2007 | ⬚112 | NOTICE OF APPEAL as to 111 Judgment by Keith Niemic NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 5/2/2007. (Sonnenberg, Elizabeth) (Entered: 04/12/2007) |
| 04/26/2007 | ⬚113 | Letter/requesting copy of docket sheet from Keith Niemic. (Sonnenberg, Elizabeth) (Entered: 04/26/2007) |
| 04/26/2007 | ⬚ | DOCKET SHEET sent to Keith Neimic (Sonnenberg, Elizabeth) (Entered: 04/26/2007) |
| 05/15/2007 | ⬚114 | Certified and Transmitted Record on Appeal to US Court of Appeals re 112 Notice of Appeal, (Attachments: # 1)(Ramos, Jeanette) (Entered: 05/15/2007) |
| 05/21/2007 | ⬚115 | USCA Case Number 07-1763 for 112 Notice of Appeal, filed by Keith Niemic. (Ramos, Jeanette) (Entered: 05/21/2007) |
| 06/13/2007 | ⬚116 | MOTION for leave to use original record by Keith Niemic. (Attachments: # 1 Certificate)(Sonnenberg, Elizabeth) Additional attachment(s) added on 6/14/2007 (Sonnenberg, Elizabeth). (Entered: 06/14/2007) |
| 06/13/2007 | ⬚117 | MOTION for Leave to Appeal in forma pauperis by Keith Niemic. (Attachments: # 1 Application to Proceed IFP# (2) Affidavit) (Sonnenberg, Elizabeth) (Entered: 06/14/2007) |
| | | |

| | | |
|---|---|---|
| 08/01/2007 | ⬚118 | ORDER of USCA as to 112 Notice of Appeal, filed by Keith Niemic. This court has docketed plaintiff Keith Niemic's appeal from the Separate and Final Judgment that entered on April 3, 2007 in Civil Action No. 04-11482 (D.Mass.). We retain jurisdiction, but remand to the district court for a statement of reasons in support of the entry of judgment pursuant to Fed. R. Civ. P. 54(b). See Order for further details. Order entered in the USCA 8/1/2007 (Ramos, Jeanette) (Entered: 08/01/2007) |
| 09/05/2007 | ⬚119 | MANDATE of USCA as to 97 Notice of Appeal, filed by Keith Niemic. The district court order of August 11, 2006 denying appellant's request for a preliminary injunction against the corrections defendants is affirmed. Mandate issued in the USCA 9/4/2007 (Ramos, Jeanette) (Entered: 09/05/2007) |
| 09/12/2007 | ⬚120 | Judge Nathaniel M. Gorton : ORDER entered. MEMORANDUM AND ORDER"In compliance with the Order of the United States Court of |

| | | |
|---|---|---|
| 08/01/2007 | ⊕118 | ORDER of USCA as to 112 Notice of Appeal, filed by Keith Niemic. This court has docketed plaintiff Keith Niemic's appeal from the Separate and Final Judgment that entered on April 3, 2007 in Civil Action No. 04-11482 (D.Mass.). We retain jurisdiction, but remand to the district court for a statement of reasons in support of the entry of judgment pursuant to Fed. R. Civ. P. 54(b). See Order for further details. Order entered in the USCA 8/1/2007 (Ramos, Jeanette) (Entered: 08/01/2007) |
| 09/05/2007 | ⊕119 | MANDATE of USCA as to 97 Notice of Appeal, filed by Keith Niemic. The district court order of August 11, 2006 denying appellant's request for a preliminary injunction against the corrections defendants is affirmed. Mandate issued in the USCA 9/4/2007 (Ramos, Jeanette) (Entered: 09/05/2007) |
| 09/12/2007 | ⊕120 | Judge Nathaniel M. Gorton : ORDER entered. MEMORANDUM AND ORDER"In compliance with the Order of the United States Court of Appeals for the First Ciruit dated August 1, 2007, the foregoing statements of reasons is hereby entered in support of the Court's Seperate and Final Judgment entered April 3, 2007. So ordered."(Sonnenberg, Elizabeth) (Entered: 09/12/2007) |
| 09/14/2007 | ⊕ | Civil Case Terminated. (Nicewicz, Craig) (Entered: 09/14/2007) |
| 09/17/2007 | ⊕121 | Supplemental Record on Appeal transmitted to US Court of Appeals re 112 Notice of Appeal, Documents included: 120 (Ramos, Jeanette) (Entered: 09/17/2007) |
| 09/28/2007 | ⊕122 | NOTICE OF APPEAL as to 120 Memorandum & ORDER, by Keith Niemic NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals.Appeal Record due by 10/18/2007. (Sonnenberg, Elizabeth) (Entered: 10/01/2007) |
| 10/02/2007 | ⊕ | Judge Nathaniel M. Gorton : Electronic ORDER entered finding as moot 117 Motion for Leave to Appeal in forma pauperis "DENIED as moot under Fed. R. App. P. 24(a)(3), since Plaintiff was allowed to proceed in forma pauperis in the District Court, no prior permission is required." (Clerk mailed notice to plaintiff.) (Sonnenberg, Elizabeth) (Sonnenberg, Elizabeth) (Entered: 10/02/2007) |