**MANDATE**

# United States Court of Appeals
## For the First Circuit

04-11482
USDC/MA
N. Gorton

No. 07-2546

KEITH NIEMIC

Plaintiff - Appellant

v.

DAVID NOLAN; MICHAEL MALONEY; PETER ALLEN;
ANNE M. AUCOIN; GARY HEBDA; BEVERLY VEGLAS;
RICK SOLOMON; SUSAN MARTIN; KRISTIE LADOUCEUR,
DAVID BRIEN; PAUL MURPHY; PATRICK MULVEY

Defendants

STAN GALAS; KARA ERDODY; DR. DONALD KERN;
JUNE BINNEY; ARTHUR K. BREWER; JEFF SHOREY;
DR. GURVINDER KAUR JAISWAL; DONNA FITZGERALD

Defendants - Appellees

---

**JUDGMENT**
Entered: October 18, 2007
Pursuant to 1st Cir. R. 27.0(d)

Appellant Keith Niemic's pro se letter dated October 12, 2007 is construed as a motion to voluntarily dismiss this appeal. The motion is granted pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_Jennifer Ciolaroli_
Deputy Clerk

Date: 10/18/07

By the Court:
Richard Cushing Donovan, Clerk

By_____
Appeals Attorney

[cc: Keith Niemic, Stephen G. Dietrick, Esq., James A. Bello, Esq., Lisa R. Wichter, Esq.]