UNITED STATES DISTRICT COURTS OFFICE
FOR THE DISTRICT OF MASSACHUSETTS

FILED 2007 JUN 12 12:31
U.S. DISTRICT COURT
DISTRICT OF MASS.

KEITH NIEMIC
Plaintiff-Appellant
VS.
STAN GALAS ET AL
Defendants-Appellees

CIV. AC. NO.
04-11482-NMG

## MOTION FOR LEAVE TO USE ORIGINAL RECORD

Now comes the pro se plaintiff in the above entitled matter, who, moves that the Court pursuant to FRAP 24(c) allow that the Appeal be heard on the original record without reproducing any part thereof.

In support thereof, plaintiff is indigent and has filed motion to Appeal in forma Pauperis.

WHEREFORE, plaintiff respectfully requests that this motion be allowed.

Respectfully Submitted
DATE: 6-2-07    Keith Niemic

Keith Niemic
PO Box 100 SBCC-1
South Walpole, MA 02071

Motion allowed. N.M.Gorton, USDJ 10/25/07

116