# United States Court of Appeals
## For the First Circuit

No. 07-1763

KEITH NIEMIC,

Plaintiff, Appellant,

v.

STAN GALAS, ET AL.,

Defendants, Appellees,

DAVID NOLAN, ET AL.,

Defendants.

**JUDGMENT**

Entered: July 28, 2008

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Massachusetts.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

M. _____
Deputy Clerk

Date: 8/19/08

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc: Ms. Wichter, Mr. Bello & Mr. Deitrick.